**IN THE UNITED STATES DISTRICT COURT**

FILED

JAN 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**FOR THE NORTHERN DISTRICT OF OHIO**

JULIE *ROBERT*

**Plaintiff,**

v.

**DEBRA BROWN;**

**PHIL McCALL; and**

**CUBESMART, L.P. (or correct legal entity),**

**Defendants.**

Case No: **1:26 CV 00103**

Judge _____ **JUDGE FLEMING**

**EMERGENCY MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER**

**AND FOR EXPEDITED HEARING ON PRELIMINARY INJUNCTION MOTION**

Plaintiff Julie *Robert* ("Plaintiff"), pro se, moves for an ex parte Temporary Restraining Order ("TRO") under Fed. R. Civ. P. 65(b) and for an expedited hearing on a preliminary injunction. This motion is supported by the Verified Complaint, Plaintiff's Declaration, the Affidavit of Tim Smith (Exhibit A), and the Certification Regarding Notice.

**REQUESTED RELIEF**

* Restrain Debra Brown and Phil McCall (and persons acting in concert with them) from selling, transferring, moving, hiding, damaging, disposing of, or encumbering any of Plaintiff's Property.

* Order CubeSmart to immediately place and maintain an administrative hold on Unit 218 at 5440 S. Marginal Rd., Cleveland, Ohio 44114: no auction or lien sale, no clean out/disposal, no transfer of contents, no change of locks/codes/authorized users, and no release of contents to any person absent further order.

1

• Order CubeSmart to immediately preserve all surveillance video currently in its possession, custody, or control that is reasonably related to Unit 218 and surrounding areas. To the extent video from November 13, 2025 to present is available, preserve that date range. If any portion is unavailable due to routine overwriting/retention limits,

CubeSmart shall *immediately* preserve all access logs, gate logs, account notes, payment history, lock cut/change records, and communications/notes regarding Unit 218 and the disputed Property. *Cube Smart shall not overwrite or recycle any relevant footage pending further order.*

* Order Debra Brown and Phil McCall to disclose within 24 hours the location of any Property not presently in Unit 218 and to refrain from moving it.

* Set an expedited hearing on Plaintiff's motion for preliminary injunction at the earliest available date.

**SECURITY**

Plaintiff requests nominal security under Fed. R. Civ. P. 65(c) because the TRO preserves the status quo and Plaintiff seeks only preservation of property and evidence. Plaintiff will comply with any security the Court deems appropriate.

Respectfully submitted,

*/s/ Julie Robert*

Julie Robert . Plaintiff

5 Tsienneto Road, #177

Derry, NH 03038

Phone: 440-638-9632 Email: julierrobert@yahoo.com

2

**PLAINTIFF'S CERTIFICATION REGARDING NOTICE (Fed. R. Civ. P. 65(b)(1)(B))**

I, Julie Robert certify:

1. Efforts to give notice: I have attempted to notify Debra Brown and Phil McCall of my demand for return and preservation of my property through text messages and/or calls. I have also contacted CubeSmart facility staff regarding my ownership dispute and requested that CubeSmart place a hold on Unit 218 and preserve evidence.

2. Reasons notice should not be required: Providing advance notice risks immediate removal, concealment, sale, or destruction of the Property, and risks spoliation of surveillance video and access logs that may be overwritten in the ordinary course before Defendants can be heard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2026.

/s/ Julie Robert

Julie Robert, Plaintiff