**DECLARATION OF JULIA RIELINGER IN SUPPORT OF EX PARTE TRO (28 U.S.C. § 1746)**

1. I am the Plaintiff in this action and a resident of Derry, New Hampshire.

2. I own the Property described in the Verified Complaint, including irreplaceable high-end antique furniture and medical equipment/merchandise/inventory/tools/equipment, valued at approximately $500,000 or more.

3. I have evidence to prove my Property are located in or associated with CubeSmart Unit 218 at 5440 S. Marginal Rd., Cleveland, Ohio 44114.

4. My agent/manager Tim Smith has provided a sworn affidavit (Exhibit A) describing the planned retrieval on December 13, 2025, Debra Brown's access to the Unit, her subsequent refusal and lock change, and threats/demands relating to the Property.

5. CubeSmart has refused to place a hold absent a court order despite notice of a serious ownership dispute.

6. I fear immediate and irreparable harm because the Property can be moved, sold, disposed of, or damaged quickly, and evidence such as surveillance video and access logs can be overwritten or lost absent immediate preservation.

7. I seek only a short hold and preservation order until the Court can hold an expedited hearing.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2026.


/s/ Julia Robert
_____
Julia Robert

4