### [PROPOSED] EX PARTE TEMPORARY RESTRAINING ORDER

Upon Plaintiff's Emergency Motion for Ex Parte Temporary Restraining Order, the Verified Complaint, and the supporting declarations, the Court finds that Plaintiff has shown by specific facts that immediate and irreparable injury will occur before Defendants can be heard, and that Plaintiff has provided a certification regarding notice under Fed. R. Civ. P. 65(b)(1)(B).

IT IS ORDERED:

• Debra Brown and Phil McCall, and all persons acting in active concert or participation with them, are TEMPORARILY RESTRAINED from selling, transferring, moving, hiding, damaging, disposing of, encumbering, or otherwise exercising dominion inconsistent with Plaintiff's ownership over Plaintiff's Property.

• CubeSmart shall immediately place and maintain an administrative HOLD on Unit 218 at 5440 S. Marginal Rd., Cleveland, Ohio 44114. CubeSmart shall not conduct any auction or lien sale; shall not clean out, dispose of, or transfer contents; shall not change locks/codes/authorized users; and shall not release contents to any person absent further order of this Court.

• CubeSmart shall immediately preserve all surveillance video currently in its possession, custody, or control that is reasonably related to Unit 218 and surrounding areas. To the extent video from November 13, 2025 to present is available, CubeSmart shall preserve that date range. If any portion is unavailable due to routine overwriting/retention limits, CubeSmart shall within 48 hours provide a declaration describing (a) its retention policy, (b) the date ranges available for the relevant cameras, and (c) when/how any overwriting occurred. CubeSmart shall also preserve all access logs, account notes, payment history, lock cut/change records, and communications/notes regarding Unit 218 and the disputed Property.

• Debra Brown and Phil McCall shall, within 24 hours, disclose by email to Plaintiff the location of any Property not presently in Unit 218 and shall not move or dispose of it.

• This TRO remains in effect for 14 days from entry unless extended for good cause or by consent. The Court sets an expedited hearing on Plaintiff's motion for preliminary injunction on _____ at _____.

• Security is set at $_____.

IT IS SO ORDERED.

Date: _____

_____

United States District Judge