# EXHIBIT A

| State of Ohio | ) | |
|---|---|---|
| Cuyahoga County | ) | AFFIDAVIT |

I, Tim Smith, state the following truth:

1. I have worked for Sara Mellott Real Estate Dev LLC and Jupiter Global Resources LLC for over 10 years and I am current agent and manager for the current two companies.
2. I transported all the merchandise, inventories, tools and all equipment, furniture to the two-commercial space as 2164 Rockwell Ave, Cleveland, OH 44114 and 2168 Rockwell Ave, Cleveland, OH 44114 from antique stores, wayfair, amazon, home dept, Walmart and many more.
3. From Nov 13th, 2025 to Dec 13th, 2025, I have exhausted my tine and efforts every day trying to get hold of mover Dave Thompson but for 30 days he hardly answered nor responded my phone calls.
4. Julia and Level Woodruff did the same and finally on Dec 12th, 2025 Julia got hold of mover Dave Thompson and there was agreement made. According to the agreement which is attached as the text message from mover Dave Thompson, all the property he stored in Cube Smart at 5440 S Marginal, Cleveland, OH 44114 were supposed to be released to Julia Rielinger or Sara Mellott Real Estate Dev LLC without any reservation nor condition nor waiver on Dec 13th, 2025.
5. On Dec 13th, 2025, Julia hired three moving guys, paid Penski truck, two climate-controlled units at the same cube smart location and I bought two four wheels dollies from Home Depot.
6. I was sitting in Penski Truck waiting other three moving guys show up.
7. I never met Debra Brown and Phil Mccall. Dec 13, 2025 was the first day I run into them.
8. When I was waiting other three moving guys show up. Debra Brown told me go home when I was waiting other moving guys to show up.
9. She told everyone come back another day. She was not nor is agent of Sara Mellott Real Estate Dev LLC nor manager nor employee. She has one key to unit 218 and gave us a key to unit 218 because the property inside were and are ours. She was telling me that we could go back any day to retrieve all the property inside unit 218.
10. Later when we went back to retrieve our property, she told us our property is hers, did not allow us to retrieve our property then she changed the lock.
11. Then I found out she unlawfully took the unit with our property inside without my permission, without Julia's permission from mover Dave Thompson, she lied and deceived us by stating that we could go back to retrieve our property by giving us one key but in reality she had no intention for us to retrieve our property. She deceived us and unlawfully seized our half mil dollars worth property.
12. Then her partner Phil Mccall sent us threatening harassing message demand money by using the property they stole from us. His text message is attached with this Affidavit.
13. Debra Brown sent us message by stating all our property is hers and tell us call "fucking police" if we not agree for her to take all our property, please see the attached her text message.

1

14. Mr Huang, the landlord and his attorney lied in court. The items that were illegally seized are as the following: 1). Valued around $500k 50 pieces 16-19 century high end antique furniture and antique 2). $200K or more medical and home merchandise and inventories 3). $150k modern furniture, garden supplies, furniture, stature, store equipment and supplies 4). $50K tools 5). $40K sauna and massage chair 6). Many more.
15. According to Level Woodruff, Phil Mccall texted him yesterday and informed him that they broke into Julia's private computer and unlawfully obtained lots of her private information and data.
16. The two commercial space have been taken and occupied by mil rats, our two companies have not been able to open for business for four years because of the rats and flood situation after we spent $300k to remodel the space including building all walls, floors, ceilings, steps, installing whole A/C duck system through out the building, upgrading the electric and plumbing…We have paid $200k rents.. . I was the person to replace the ceiling tiles of every unit every year sometimes twice a year because rats made piles of droppings behind every ceiling tile, the landlord Mr Huang refused to treat the building for years till the Health Dept wanted to shut the building down then he filed four frivolous eviction complaints to illegally remove us out so he can replace the drop down ceiling to drywall ceiling then the health dept can not see the rat droppings behind every ceiling tile in every unit. He misled the court issue the four wrongful evictions so he can fool the health dept not shut down the building. His action is putting everyone's health in grave danger.

_Tim Smith_
Affiant, Tim Smith

_1-11-26_
Date

_Doris Elaine Alford_
Public Notary

_June 28, 2030_
Expiration of Commission

DORIS ELAINE ALFORD
Notary Public, State of Ohio
My Commission Expires
June 28, 2030
COMMISSION: 2020-RE-816329

2

**Jon**

Phil Mccall has been sending racist harrassing messages to Julie all day and all night. Julie has to block him. Then he sent this blackmail threat message for ransom, calls the property stole from us theirs and use the property they stole from us to threat us and demand the money they are not entitled to.

They blackmail us with the $500k worth property they stole from us.

simple. We deal like an hour Is sufficient time for her to pay. Beyond that we will begin throwing the property in 218 in the garbage. Because we own it. Period

Dave Thompson at 3547 Lytle Rd. Shaker Hts, OH 44122 illegally released our $800k worth property to Debra Brown on Dec. 13, 2025 without our consent nor approval. Debra Brown, Phil McCall, 686 Dunham Road, Maple Hts, OH 44137

Debra Brown, 10705 Grace Ave, Garfield Hts, OH 44125 was and is a homeless woman. Not owner of the property. She scammed and stole our property.

+1 (216) 253-0...

Even the mayor is saying you can not do what you are saying

Nobody's bothering me You know what You got a problem with it call the fucking police leave me alone

Debra Brown illegal seized our $800k worth property at Cube Smart. 5440 S Marginal Rd, Cleveland, OH 44114 on Dec. 13, 2025 till this moment without any of our consent.

P1

Dave Thompson illegally seized our $800k worth property and agreed on Dec 13, 2025 to release all to us on Dec 13, 2025 but he refused after we paid all truck all storage units, all moving crew to take our property out of his units to our units. He blackmailed and illegally released to a homeless woman Debra Brown we do not know, who illegally scammed us and illegally seized, stole our $800k worth property.

> +1 (216) 210-0707
>
> truck was on site, il am willing for you to pick your items/ belonging uo on tomorrow. please inform what time slot you would like to have a truck or trucks there fkr your pick up....you may examine each and every item as they are being removed.
> CONSIDER THE TEXT AS YOUR LAST NOTICE TO RETREIVE YOUR BELONGING AS, THE COURT ONLY REQUIRE THAT WE HOLD THE ITEMS 30 DAY... YOU HAVE

P1