FILED

JAN 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

JULIE ROBERT  (new legal name of Julia Rielinger )  : Case No. 1:26-cv-0103

Plaintiff, pro se,                                                       : Judge:

v.                                                                             :

DEBRA BROWN,                                                      :

PHILLIP MCCALL                                                  :
Defendants.                                                           :

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

## REGARDING PLAINTIFF'S NAME

Plaintiff Julie Robert, pro se, respectfully responds to the Court's Order to Show Cause

regarding Plaintiff's name and confusion about Plaintiff's legal name, moves this Court grant her

emergent ex perta TRO because of the severe damage and urgency of the matter.

## 1. PLAINITFF "JULIE ROBERT" IS LEGITIMATE NAME AND REAL PERSON

## THERE IS NO FRAUD IN THE COMPLAINT.

Please see the attached EXHIBIT A-Cuyahoga County Probate Court name change record: Julia

Rielinger is a legal name before Plaintiff's divorce and "Julie Robert" is the court granted legal

name after divorce.

1) Please see the attached EXHIBIT B-driver license and the letter from City of Garfield,

   OH.

   Plaintiff Julie Robert is a real legitimate person, who was previously known as Julia

   Rielinger.

1

2) It is understandable that this Court is confused about the name therefore Plaintiff is clarifying the confusion and respectfully informs this court that there is **no** fraud in the complaint. Before Plaintiff took permanent residency in NH, Plaintiff borrowed and spent $1 mil to market Garfield, OH to network of investors trying to bring investment funds to Garfield to turn the city around.

3) When the Defendants' house in Garfield was burnt down on Dec 9th, 2025, Garfield mayor reached out to Julie Robert for assistance. Plaintiff Julie Robert went beyond and gave the mayor and Garfield assistance without question but in return the Defendants scammed Garfield council president, the mayor and Plaintiff. They deceived everyone and stole half mil dollars' worth property, merchandise and inventory from Plaintiff and the two companies she invested in then sent harassing black mail defamatory messages day and night to Plaintiff and her business associates, workers and friends, besides breaking into Plaintiff's private computer, stole all her confidential information and files. On top of that Defendants trespass and destroy the property Plaintiff invested. Please see the attached EXHIBIT C- neighbor and workers' complaints.

## 2. PLAINTIFF'S NAME CAN BE CLARIFIED AND THE CAPTION CAN BE CORRECTED WITHOUT PREJUDICE

1) Plaintiff can modify her complaint from her present legal name to her previous legal name if the Court chooses to do so but when the incidents happen, the Plaintiff is known as "Julie Robert".

2) The incidents and causes of action arise from Garfield mayor asking the good Samaritan Julie Robert to help, unfortunately the good heart help turned Plaintiff "Julie Robert" into a victim of

2

serious scam, deception, blackmail, racial harassment and all related acts therefore the complaint herein was brought by real legitimate person Plaintiff Julie Robert.

## 4. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Discharge the Order to Show Cause regarding Plaintiff's name because Plaintiff should not be further harmed by the confusion of the name when she was already victim of the serious scram and theft and it is her constitutional rights to receive protection from this Court;

2. Confirm that Plaintiff may proceed under the caption Julie Robert (f/k/a Julia Rielinger)

3. or direct the Clerk to update the caption accordingly;

4. Grant Plaintiff ex perta TRO and

5. Grant any other relief the Court deems just and proper.

Respectfully submitted,

/s/ Julie Robert

Julie Robert, Plaintiff

5 Tsienneto Road, #177, Derry, NH 03038

Email: julierrobert@yahoo.com

## Certificate of Service

This motion is served on all parties via US Postal Service or email or court electronic system.

Respectfully submitted,

/s/ Julie Robert

Julie Robert, Plaintiff

3