# EXHIBIT A

## PROBATE COURT OF CUYAHOGA COUNTY, OHIO
### ANTHONY J. RUSSO, PRESIDING JUDGE
### LAURA J. GALLAGHER, JUDGE

IN THE MATTER OF
THE CHANGE OF NAME OF:

**JULIA WANG RIELINGER**

To **JULIE R. ROBERT**

Case No: **2019MSC248521**

### JUDGMENT ENTRY

### CHANGE OF NAME OF ADULT

On **04/08/2020** an application for Change of Name was heard by this Court. The Court finds that proper notice of the application and hearing date was given by one publication in a newspaper of general circulation in this county at least thirty days prior to the hearing on the application. The Court further finds that reasonable and proper cause exists for changing the name. The Court finds that the applicant's complete name at birth was **QIAOLING WANG**, that the applicant's name was changed to Julia W. Rielinger on August 23, 1996 by Order of this Court issued pursuant to case No. 1132758; that the applicant's date of birth was ~~[redacted]~~, and the place of birth was ~~SHENYANG, LIAOLING PROVINCE, CHINA~~.

Therefore, it is **ORDERED** that the name of **JULIA WANG RIELINGER** be changed to **JULIE R. ROBERT**.

*[signature]*

**JUDGE LAURA J. GALLAGHER**

### CERTIFICATION OF JUDGMENT ENTRY

The above Judgment Entry - Change of Name of Adult is a true copy of the original kept by me as custodian of the records of this Court.

ANTHONY J. RUSSO, PRESIDING JUDGE
By:

*[signature]*

Deputy Clerk

**April 9, 2020**
Date