# EXHIBIT B



To Whom it May Concern,                                              June 12, 2025

      Please be advised that Julie Robert is a valued member of the Garfield Heights Economic Development Task Force, which was established by Mayor Matthew Burke in 2021. Since its inception, Ms. Robert has played a vital role in the task force's strategic planning and economic development efforts.

In her capacity, Ms. Robert serves as Mayor Burke's principal advisor on matters related to Asian nations, including economic policy, business strategy, and investment opportunities. She is instrumental in identifying and facilitating potential avenues for Economic Development, Community Development, and Community Engagement.

Ms. Robert actively fosters partnerships with the Asian community and represents the City of Garfield Heights in efforts to attract international interest and investment. Her advocacy has been key in positioning Garfield Heights—and the broader Cuyahoga County and Northeast Ohio region—as a destination for global economic growth and collaboration.

Should you have any questions or concerns regarding the Garfield Heights Economic Development Task Force or Ms. Robert's involvement, please feel free to contact me directly.

Yours in service!

*Matthew A Burke*

Matthew A. Burke
Mayor
City Of Garfield Hts.

