# EXHIBIT C

said a man was outside one day last week and was angrily pulling a couple of the trees you planted in the backyard up and out of the ground. If I were you I'd call the police and have them removed from the proper-

pulling a couple of the trees you planted in the backyard up and out of the ground. If I were you I'd call the police and have them removed from the property. Honestly, I don't feel comfortable with him there.

+1 (210) 253...

> We arranged Jonn Level as third party escrow

Tue, Jan 13 at 3:31PM

> You are not permitted on this property. Leave immediately. Future entry will be treated as trespass.

# TWENTY ~~FOUR HOUR~~ NOTICE TO LEAVE THE PREMISES

(Ohio Revised Code § 1923.04)

Date of Notice: January 16, 2026

To (Tenant(s)/Occupant(s)): Debra Brown, Phil Mccall, VERITY APPLIANCE SERVICES, LLC

And all other occupants in possession

Premises Address:

5492 E 141 St

Maple Heights, OH 44137

## DEMAND TO LEAVE

You are hereby notified that you must leave/vacate the above premises within 24 hours after service of this notice.

## REASON (Trespass ~~for Rent~~ and Multiple Criminal Actions)

You are in default for nonpayment of rent under a week-to-week verbal rental agreement at $500 per week.

Rent and Security Deposit Owed (as of the date of this notice):

$500 and $500 security deposit (Example: $500/week)

Weeks/Dates Unpaid: $500 security deposit is due on Dec 12, 2025 and $500 rent was due on Dec 26, 2025, $500 due on Jan. 2, 2025 $500 due on Jan. 9th, 2026

## REQUIRED STATUTORY NOTICE (do not change) Going forward, weekly rent owed will be $1800/wk, $1800 due on Jan 16, 2026 Therefore on Jan 16, 2026 Total Rent is due $3300

YOU ARE BEING ASKED TO LEAVE THE PREMISES BEFORE JAN 9TH, 2025. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT ABOUT YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.

Cleveland Vacation resort LLC, representative for Landlord/Owner Equity Trust Company

Phone: 440-638-9632

Email: resort2020@yahoo.com

Mailing Address: 2080 Whittaker Road, Ste 125, Ypsilanti, MI 48917

Signature: _____ Date: 1/16/26



THREE-DAY NOTICE TO LEAVE THE PREMISES
(Ohio Revised Code § 1923.04)

Date of Notice: January 8, 2026

To (Tenant(s)/Occupant(s)): Dallas Brown, Phil Morell, VERITY APPLIANCE SERVICES, LLC
And all other occupants in possession

Premises Address:
5492 E 141 St
Maple Heights, OH 44137

DEMAND TO LEAVE

You are hereby notified that you must leave/vacate the above premises within three (3) days after service of this notice.

REASON: Trespass and Multiple Criminal Actions
You are in default for nonpayment of rent under a week-to-week verbal rental agreement at $800 per week.

Rent and Security Deposit Owed (as of the date of this notice):
$500 and $500 security deposit     (Example: $500/week)

Weeks/Dates Unpaid: $500 security deposit is due on Dec 12, 2025 and $500 rent was due on Dec 26, 2025, $500 due on Jan 2, 2026, $500 due on Jan 9th 2026

REQUIRED STATUTORY NOTICE (do not change) Any forward weekly
YOU ARE BEING ASKED TO LEAVE THE PREMISES BEFORE JAN 9th 2026 if not be
DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU $500/wk,
ARE IN DOUBT ABOUT YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT you due
IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.       on Jan 16 2026
                                                      Therefore on
Cleveland Vacation room LLC, representative for Landlord/Owner Equity Trust Company
Phone: 440-438-8032                                   Jan 16, 2026 Total
Email: reent2020@yahoo.com                            Rent is due
Mailing Address: 2080 Whittaker Road, Ste 125, Ypsilanti, MI 48197    $3500

Signature: _____ Date: 1/9/26