FILED

FEB 06 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JULIE ROBERT | : CASE NO.: 1:26-CV-0103 |
| Plaintiff, | : JUDGE: FLEMING |
| v. | : MAGISTRATE JUDGE: ARMSTRONG |
| DEBRA BROWN, PHIL MCCALL | : |
| Defendant(s). | : |

**EMERGENCY MOTION TO APPEAR BY VIDEO/TELEPHONE**

**(OR, IN THE ALTERNATIVE, EMERGENCY MOTION TO CONTINUE HEARING)**

Plaintiff Julie Robert, proceeding pro se, respectfully moves for leave to appear by video or telephone at the hearing currently set for February 10, 2026 at 12:00 p.m. ("Hearing"). In the alternative, Plaintiff respectfully moves to continue the Hearing to the earliest available date when remote appearance can be arranged.

1. The Court has set the Hearing on Plaintiff's request for injunctive relief.

2. Plaintiff has a documented travel/safety hardship that makes in-person appearance at the federal courthouse impracticable at this time. Specifically, since this theft incident, Plaintiff has not been able to sleep, her glucose has been 400 daily and suffers severe nerve pain through out her whole body with 24/7 hours numb feet as result she could not walk, nor stand nor sit, at this moment it is impossible for her to travel from NH to OH, Plaintiff appreciates zoom hearing.

3. Plaintiff can fully participate remotely, including presenting argument and responding to the Court's questions. Plaintiff is prepared to appear by Zoom, or telephone, at any time the Court orders.

4. This request is made in good faith and not for delay. Plaintiff requests remote appearance solely to ensure the Hearing proceeds smoothly and safely, without incident, while preserving the Court's schedule and the parties' rights.

5. Defendants are not prejudiced with zoom hearing.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

(a) permitting Plaintiff to appear by video or telephone for the February 10, 2026 hearing;

or (b) continuing the hearing to the earliest available date with remote appearance; and

(c) granting any further relief the Court deems just.

Respectfully submitted,

/s/ Julie Robert

Julie Robert, Plaintiff

5 Tsienneto Road, #177, Derry, NH 03038

Email: julierrobert@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on February 5, 2026, I served this Motion on all counsel/parties via US Postal service on the addresses of Defendants in court record.

/s/ Julie Robert

Julie Robert, Plaintiff