**APPENDIX** Incident reports about deception, theft, receiving stolen property, blackmail, extortion, coercion, criminal trespass, criminal damaging or endangering, breaking and entering, burglary, tampering evidence, complicity, drugs, unauthorized break into private computer, criminal mischief/damaging, and other potential crimes

## Offenders:

**Debra Brown, cell number: 215-253-0863 Address: 5492 E 141 St., Maple Heights, OH 44137, 6136 Dunham Road, Maple Hts, OH 44137; 10705 Grave Ave, Garfield Hts, OH 44125**

**Phil Mccall, cell number 216-253-1574 Address: 5492 E 141, Maple Hts, OH 44137, 6136 Dunham Road, Maple Hts, OH 44137; 10705 Grave Ave, Garfield Hts, OH 44125\**

**Victims: Julie Robert, Sara Mellott Real Estate Dev LLC, Jupiter Global Resources LLC**

**Statement of the Facts:**

1. Nov 13, 2025

   Dave Thompson and his company were hired by Cleveland Chinatown Dev LLC to move $800k worth property that belonged to Sara Mellott Real Estate Dev LLC, Jupiter Global Resources LLC and their investor who bought for the two business and that were taken out of 2168 Rockwell Ave, Cleveland, OH 44114 on Nov 13, 2025. Due to years' rat infestation and flood situation in the commercial building, these two business have not been able to open for business. Cleveland Health Dept intended to shut down the commercial building owned by Cleveland Chinatown Dev LLC, who committed fraud in court and obtained wrongful eviction orders, hired Dave Thompson and his company move $800 k worth property of the victims to a non-climate controlled storage units at Cube Smart, 5440 Marginal, Cleveland, OH 44114 against victims' wish on Nov 13, 2025. Dave Thompson and his company defied the laws and maliciously intentionally did

not answer nor return the phone calls of the victims for 28 days, on the 29th day, he agreed to return all the property that belong to victims in unit 218, Cube Smart, 5440 Marginal, Cleveland, OH 44114 to victims without any waiver nor any reservation. Please see the attached Exhibit A.

2.  On Dec 13, 2025

    Debra Brown and Phil Mccall burnt down their house in Garfield, OH on Dec 9, 2025 and were referred by mayor of Garfield on Dec 12, 2025 to Julie Robert to help them. Julie Robert offered them a temp job to take pic and video of her and her companies' property in unit 218, Cube Smart, 5440 Marginal, Cleveland, OH 44114 on Dec 13, 2025 when her movers were moving them from unit 218 to other two climate controlled units she rented at the same location on Dec 12, 2025.

3.  Without permission nor authority, Debra Brown went on her own and signed the unit 218 transfer to her name when she was not hired to do so nor she was nor is she is agent of any of the victims to do so. She lied to agent, all staff and movers of the victims that they could go back to retrieve all the property on different day not Dec 13, 2025 when everyone spent time to be there and was expecting to make money on that day, she sent everyone home when she was not owner nor manager for the victims but a homeless woman Julie tried to give help out of good heart for the mayor by giving her a job with top pay for little work and when till Jan 29,2026 she has not met this homeless woman at all.

4.  Then Debra Brown lied in the video she was hired to take on Dec 13, 2025 by saying that she had to take the unit because if she did not, Dave would throw everything in garbage when Dave made written agreement in text message in Dec 12, 2025 and Dec 13, 2025 to

Julie that her companies and she could retrieve all the property in unit 218 without signing any paperwork, please see the attached exhibit A. That was the first lie of this homeless woman.

5. Then later Debra Brown changed the lock, lying to the victims that all the property inside unit 218 all hers when there was no auction for all the property inside unit 218 on Dec 13, 2025 and when they were not Dave Thompson's property. This homeless woman deceived everyone and stole $500k worth property that she has no right to have.

6. Then her partner Phil Mccall sent blackmail message to Jon Liptak asking Jon forward to Julie, please see attached exhibit B –he was using the stolen property to demand money from Julie.

7. Then around Jan 12, 2026 he told Jon he cleaned out the stolen property from unit 218, Cube Smart, 5440 S Marginal, Cleveland, OH and put in 5492 E 141, Maple Hts, OH 44137, then on Jan 25, 2026 neighbor reported they loaded the stolen property to Uhaul with ID number TM4539T which was witnessed by Teri Wang. Please see Exhibit C

8. The homeless persons Debra Brown and Phil Mccall trespassed and hostilely and illegally took over the home at 5492 E 141, Maple Hts, OH 44137 when they had no lease nor ownership, was reported back to the owner by E 141 neighbor and Bill Morrison that they were destroying the property, the neighbor's yard and yard of 5492 E 141, brough raccoons into the house, doing heavy drugs and buying selling drugs illegally in the home they have no right to be in, using illegally seized home to house others for making money without permission nor consent from home owner and property managers, refusing to leave after being asked to leave and changed the locks of the house illegally, they burnt down their house and they are putting the home they have no right to

3

be at in great risk and danger, refusing the repair persons and property managers escorted by Maple Hts police to come in repair even after 24 hour written notice.

9. According to Level Woodruff, they broke into the computer they stole from us stored in unit 218 and stole all private data, information that belong to Julie Robert and her companies

**CRIMES:**

**OFFENDERS—DEBRA BROWN, PHILIP MCCALL**

**Crimes committed: deception, theft, receiving stolen property, blackmail, extortion, coercion, criminal trespass, criminal damaging or endangering, breaking and entering, burglary, tampering evidence, complicity, burglary, drugs, unauthorized break into private computer, criminal mischief/damaging, and other crimes the detective sees fit**

**PROBABLE CAUSE & CHARGES REQUESTED (OHIO)**

**Suspects/Offender**: Debra Brown and Philip McCall

**Key Locations**

Cube Smart Unit 218 (Cleveland, Ohio), 5440 Marginal, Cleveland, OH 44114 – unit/account illegal takeover and property retention/threats

Victim's home/property 5492 E 141, Maple hts, OH 44137 – illegal hostile takeover, destroying the home, drug activity indicators, blocking repairs/inspection

**Timeline Highlights (summary)**

1. **Suspects** portrayed themselves to city officials as homeless/need job/place to stay, gaining trust and access to Julie and company property.

2. Dec 13, 2025 (Cube Smart office): suspect Debra Brown told witness and driver Jon Liptak she needed the unit to store items related to Phil's burned house; she asked for a key and placed

the unit in her name while the contents remained victim property. Cube Smart also provided keys to Jon Liptak because Cube Smart knew the property inside unit 218 not Debra Brown's but belong to victims  Sara Mellott Real Estate Dev LLC and Jupiter Global Resources LLC, Jon happened to be the driver to transport the property inside unit 218 to other two units at the same location Julie rented on Dec 12, 2025 .

3.**Suspect** Debra Brown told people to come another day to retrieve property, then later changed the lock / blocked access, and illegally began claiming everything inside is hers.

4.**Suspect** Debra Brown stated on video (video she was hired to take on Dec 13, 2025 ) that she took the unit because "otherwise Dave would throw all the property in the garbage." Then she told owner Julie that the unit was too far from Garfield and she had no intent to store her own items there. But she lied to Jon and Cube Smart that she needed the unit to store her stuff from burnt down house to obtain the unit and the key to the unit.

5. After **Suspect** Debra Brown refused Julie's agent and movers to retrieve her and her companies' half mil dollars worth merchandise, inventories, tools and furniture, she texted to Julie that the contents are hers and said if Julie has a problem, call the "fucking police." Please see Exhibit B

6. **Suspect** Phil Mccall Text messages to Jon also reflect a $700 demand and threats to throw Unit 218 property in the garbage if payment is not made quickly within one hour. Please see Exhibit B. Jon texted to him asking him meet at cube smart so he could give suspect the $700 suspect was not entitled to and in return expected the suspect return all the property inside unit 218 they stole. The **suspect** agreed to accept the $700 but refused to meet to return the stolen property.

7.At the home they stole and illegally took over, **suspects** acted hostile, blocked

repairs/mitigation, and brought unknown individuals; drug activity was reported/observed by victims/witnesses. They illegally changed the lock and refused the repair person, property manager who were escorted by maple hts police to enter to do inspection and repair. Please see Exhibit G.

8.Jan 11, 2025: **Suspects** cursed out Bill Morrison and refused to allow him to fix damage at the property they did to the home they trespassed to. According to Bill, heavy drugs were abused and dealt inside the home they have no right to.

**1) PROBABLE CAUSE – DECEPTION (definition supporting theft/fraud)**

ORC 2913.01(A) – "Deception" includes false/misleading representations and conduct that creates/confirm/perpetuates a false impression (including about intent/state of mind).

Link: https://codes.ohio.gov/ohio-revised-code/section-2913.01

**Probable cause facts of deception**

*Suspects used false hardship claims to city officials (homeless/need help) to gain trust and access to Julie and company property.

* **Suspect** Debra Brown told witness Jon Liptak she needed Unit 218 to store items from Phil's burned house to justify taking control and requesting a key, then later contradicted that story by telling victim the unit was too far from Garfield and she had no intent to store her own items there.

*Suspect** Debra Brown stated on video that she took the unit because otherwise Dave would throw property away—another inconsistent justification. Please see Exhibit A –Dave Thompson in writing stated that victims can retrieve all the property at Cube Smart without having to sign anything and he would release all on Dec 13, 2025 for them to move to their units at the same location.

https://www.dropbox.com/scl/fo/uyz07ymc50yxppy7szr49/AARvkxM5sXg0AWl4LdAaf0o?rlk ey=3hdomwl4a273gi2in6sff5tqu&st=gbe469dg&dl=0

* **Suspect** Debra Brown then changed the lock/blocked access and asserted the property inside is all hers, including telling victim to call the "fucking police," which perpetuated a false impression of lawful ownership to deter recovery then she deceived everyone by telling everyone the property inside unit 218 were hers. Please see Exhibit B.

**Conclusion: These false representations and shifting stories constitute "deception" under ORC 2913.01(A) and support theft/fraud offenses that require proof of deception.**

**2) THEFT – ORC 2913.02 (by deception / threat / beyond consent)**

Law: ORC 2913.02 prohibits knowingly obtaining/exerting control over property with purpose to deprive, including when done without consent, beyond consent, by deception, by threat, or by intimidation.

Link: https://codes.ohio.gov/ohio-revised-code/section-2913.02

**Probable cause facts of theft**

* **Suspect** Debra Brown placed Unit 218 in her name at Cube Smart while the contents remained victim property, and she requested/obtained keys and control using a "storage need" pretext.

* **Suspect** Debra told parties to return another day to retrieve property, then changed the lock/blocked access and began claiming the contents were all hers.

***Suspect** Debra's "everything is mine" assertions and profane directive to "call the police" demonstrate intent to exclude and permanently deprive the true owner.

*Related texts show demands for money and threats to throw the property in the garbage, demonstrating control and deprivation by intimidation/threat.

* Victim offered to pay $700 offenders requested when they are not really entitled to for return

of the property the suspect stole, the suspect will accept the money but refused to return the stolen property. Please see Exhibit B.

**Conclusion: Probable cause exists for theft (ORC 2913.02) against suspects Debra Brown and Philip McCall (as principal offenders and/or by complicity).**

**3) RECEIVING STOLEN PROPERTY – ORC 2913.51 (retain/dispose)**

Law: ORC 2913.51 prohibits receiving, retaining, or disposing of property of another knowing or having reasonable cause to believe it was obtained through theft.

Link: https://codes.ohio.gov/ohio-revised-code/section-2913.51

**Probable cause facts of receiving stolen property**

*After the unit illegal takeover and lock change, **suspects** retained the victim's property and asserted ownership.

*Threats to discard/destroy property indicate intent to dispose.

* Continued possession + false ownership claims support knowing retention of property obtained through a theft offense.

**Conclusion: Probable cause exists for receiving stolen property (ORC 2913.51).**

**4) SECURING WRITINGS BY DECEPTION – ORC 2913.43 (Cube Smart paperwork)**

Law: ORC 2913.43 prohibits, by deception, causing another to execute a writing that disposes of or encumbers property rights or creates a pecuniary obligation.

Link: https://codes.ohio.gov/ohio-revised-code/section-2913.43

**Probable cause facts of securing writing by deception**

*Suspect** Debra Brown executed paperwork at Cube Smart to place Unit 218 in her name while the contents were the victim's property.

- The takeover was supported by deceptive justifications ("need storage from burned house," later "to prevent Dave throwing property away," later "unit too far; not using it"), indicating false pretenses to obtain official account control.

- That paperwork enabled wrongful dominion over the victim's stored property. Please see Exhibit A

**Conclusion: Probable cause exists for securing writings by deception (ORC 2913.43).**

Requested records: signed forms, ID used, staff notes, account-change logs, access/lock change history, and counter camera footage for Nov 13, 2025 and Dec 13, 2025 till Jan 29, 2025.

**5) FORGERY – ORC 2913.31 (conditional – depends on paperwork)**

Law: ORC 2913.31 prohibits forging a writing so it purports to be genuine/authorized when it is not, or uttering it. Link: https://codes.ohio.gov/ohio-revised-code/section-2913.31

**Probable cause trigger (conditional)**

*If records show **suspect** Debra Brown signed the victim's name, signed as the victim's agent, or submitted a writing falsely claiming lawful authority/ownership, forgery is supported.

**Conclusion: Probable cause for forgery is contingent on the signed Cube Smart documents and any submitted authorization writings.**

**6) COERCION – ORC 2905.12 ("pay or we destroy")**

Law: ORC 2905.12 prohibits threats to commit an offense used to force another person to do something they are legally free to choose.

Link: https://codes.ohio.gov/ohio-revised-code/section-2905.12

**Probable cause facts of coercion**

***Suspects** demanded money and threatened to throw Unit 218 property in the garbage if payment was not made quickly within one hour.

- Threatening destruction of property to force payment is coercion independent of any claimed work-pay dispute. Please see Exhibit B

**Conclusion: Probable cause exists for coercion (ORC 2905.12).**

**7) EXTORTION – ORC 2905.11 (valuable benefit by threats)** Law: ORC 2905.11 prohibits threats made to obtain a valuable thing/benefit. Link: https://codes.ohio.gov/ohio-revised-code/section-2905.11

**Probable cause facts of extortion**

\* **Suspects** used threat leverage over victim property (threatened disposal/destruction) to obtain money (e.g., $700 by Zelle).

\* The threat was the mechanism to obtain payment.

**Conclusion: Probable cause exists for extortion (ORC 2905.11).**

**8) TELECOMMUNICATIONS HARASSMENT – ORC 2917.21**

Law: ORC 2917.21 prohibits telecommunications intended to harass/intimidate/abuse, including communications threatening damage/destruction.

Link: https://codes.ohio.gov/ohio-revised-code/section-2917.21

**Probable cause facts of telecommunication harassment**

\*Threats about destroying/discarding property and hostile profane communications (including "call the fucking police") were sent by text/telecommunication to intimidate and deter property recovery and force payment. Please see Exhibit B

**Conclusion: Probable cause exists for telecommunications harassment (ORC 2917.21).**

**9) CRIMINAL MISCHIEF / CRIMINAL DAMAGING – ORC 2909.07 / 2909.06**

Criminal Mischief – ORC 2909.07 (tampering/damaging without privilege) Link: https://codes.ohio.gov/ohio-revised-code/section-2909.07

Criminal Damaging – ORC 2909.06 Link: https://codes.ohio.gov/ohio-revised-code/section-2909.06

**Probable cause facts of criminal mischief/criminal damaging**

\* **Suspects** threatened to throw Unit 218 property in the garbage (planned destruction/disposal).

\* **Suspects** changed locks/blocked access to interfere with the owner's use and recovery.

\* If any property was actually damaged or discarded, those acts would further support these charges (attach photos/witnesses if available).

**Conclusion: Probable cause exists for criminal mischief and/or criminal damaging depending on the evidence of actual damage/disposal.**

**10) CRIMINAL TRESPASS – ORC 2911.21 (home takeover)**

Law: ORC 2911.21 prohibits knowingly entering or remaining on premises of another without privilege; authorization secured by deception is not a defense. Link: https://codes.ohio.gov/ohio-revised-code/section-2911.21

**Probable cause facts of criminal trespass**

\***Suspects** remained in and controlled the victim's home/property after permission was revoked and/or after notice to leave, and they excluded the owner/company agents from entry/repairs.

\***Suspects'** hostile control (blocking repairs, bringing unknown persons, illegal drug activity) supports that they remained without lawful privilege.

**Conclusion: Probable cause exists for criminal trespass (ORC 2911.21).**

**11) AGGRAVATED TRESPASS – ORC 2911.211 (conditional)**

Law: ORC 2911.211 applies when trespass occurs with intent to commit a felony on the premises.     Link: https://codes.ohio.gov/ohio-revised-code/section-2911.211

**Probable cause trigger (conditional) facts of aggravated trespass**

*If evidence shows felony intent on the property (e.g., felony theft activity, felony drug offenses, or other felony conduct), aggravated trespass may apply.

**Conclusion: Conditional; depends on proof of felony intent.**

**12) DRUG OFFENSES (conditional – based on observable evidence)**

Drug Abuse (possession) – ORC 2925.11 Link: https://codes.ohio.gov/ohio-revised-code/section-2925.11

Drug Paraphernalia – ORC 2925.14 Link: https://codes.ohio.gov/ohio-revised-code/section-2925.14

Drug Abuse Instruments – ORC 2925.12   Link: https://codes.ohio.gov/ohio-revised-code/section-2925.12

**Probable cause (conditional) facts of drug offenses**

*Reports/observations indicate **suspects** used illegal drugs at the home and brought unknown individuals.

*Probable cause is strengthened by physical evidence (odor, substances, paraphernalia), photos, admissions, or witness statements.

**Conclusion: These charges depend on evidence police can lawfully observe/seize/test.**

**13) DISORDERLY CONDUCT – ORC 2917.11 (Bill Morrison incident)**

Law: ORC 2917.11 prohibits, among other things, turbulent, threatening, or abusive conduct, including profane language likely to provoke a violent response.

Link: https://codes.ohio.gov/ohio-revised-code/section-2917.11

**Probable cause facts of disorderly conduct**

*On January 11, 2025, **suspects** cursed out Bill Morrison, the company's agent/manager, refused to allow him to fix damage to the home, creating a hostile confrontation and  preventing lawful

maintenance/mitigation. The neighbor does not feel safe nor comfortable for the suspects there.

Please see Exhibit F.

**Conclusion: Probable cause exists for disorderly conduct (ORC 2917.11).**

**14) MENACING – ORC 2903.22 (conditional)**

Law: ORC 2903.22 prohibits knowingly causing another to believe the offender will cause

physical harm. Link: https://codes.ohio.gov/ohio-revised-code/section-2903.22

**Probable cause trigger (conditional) facts of menacing**

*Bill Morrison (or any witness) believed the suspects would physically harm him based on their words/actions, menacing applies.

*If serious harm threats occurred (kill/cripple/serious injury), aggravated menacing ORC 2903.21 may apply.

**Conclusion: Menacing depends on witness fear of physical harm; disorderly conduct stands regardless.**

**15) COMPLICITY – ORC 2923.03 (ties suspects Debra + Phil together)**

Law: ORC 2923.03 covers aiding/abetting/soliciting; can be charged as principal.

Link: https://codes.ohio.gov/ohio-revised-code/section-2923.03

**Probable cause facts of complicity**

* Suspect Debra Brown's unit takeover, lock change, and ownership claims, combined with

Phil's participation in threats/money pressure and coordinated behavior at the home, show joint

action supporting complicity for each supported offense.

**Conclusion: Probable cause exists for complicity (ORC 2923.03).**

**WHY THIS IS CRIMINAL AND CIVIL**

1.This is premeditated theft through deception. The deceptions suspects Brown and Mccall have

been giving and will give are as the following: 1) victims Julie Robert and Sara Mellott Real Estate Dev LLC owe them $700 for the work they did and not did which include the $200 Debra Brown gave to Dave Thompson which Julie texted Debra Brown on Dec 13, 2025 not do so because we were supposed to take all property inside unit 218 out and move to our own unit, not take any unit transfer but Debra Brown went on her own and illegally seized Julie's property inside the unit 218 by giving Dave Thompson $200 to take over the unit when there was never sale nor auction for the property inside unit 218 and when the property inside unit 218 have never been Dave Thompson's. 2) they claim they have bought the $500k worth merchandise, inventory, tools and all modern and 16-19 century high end furniture from mover Dave Thompson Chinatown Dev LLC hired with $200 on Dec 13, 2025 therefore victim's $500k property are theirs even no one gave them any permission to do so and they did against victims' wishes especially victim texted suspect on Dec 13, 2025 not do so. 3) victim's agent has all the property…. When in reality, suspect Debra Brown only allowed the agent take a few items out of unit 218 and told them come back another day to retrieve the rent then she changed the lock, Julie and her agent were deprived to retrieve their rest majority property inside unit 218. After Dec 13, 2025, Julie's agent was never able to take their rest property out of unit 218. Debra Brown and Phil Mccall have been using the property they illegally seized for ransom.

2. All the above statements suspects gave everyone and will give everyone are all false.

1) The truth for the first deception is that victim paid suspect for all assigned work even suspects betrayed their duty and concerted with victims' oppose party to deprive victims' rights for their hundreds of thousands dollars of property and the suspects did not deserve to be paid. Suspects used the stolen property blackmail victim for $700, victims agreed to pay even suspects are not entitled but suspects would not return the stolen hundreds of thousands

dollars worth property. 2) The truth for the second deception: there was no sale nor auction of victims' property on Dec 13, 2025, suspects' purchase is illegal. The suspects were only assigned to take pic not take over the unit with their hundreds of thousands dollars worth property inside, suspect Brown was specifically directed in text message for not doing so. 3) The truth for the third deception: Suspect Brown only allowed Tim Smith to move a few items out of unit 218, please see Exhibit I, did not allow Tim Smith to retrieve the rest hundreds of thousands of dollars merchandise, inventory, tools, equipment, modern furniture and 16-19 century furniture out of unit 218 and told Tim come back another day to retrieve then changed the lock to prevent Tim to retrieve the rest hundreds of dollars property that belong to victim on and around Jan 8th, 2026 then her partner suspect Mccall texted to Jon Liptak for ransom, then later telling Level Woodruff and Jon Liptak that they moved all stolen property from unit 218 to 5492 E 141, Maple Hts, OH 44137. On Jan 25, 2026 neighbor and Teri Wang witnesses they moved the stolen property from 5492 E 141 to U haul truck.

3.The motive behind the theft is: 1) Suspects Brown and Mccall's house in Garfield Hts, OH 44125 was burnt down in the beginning of Dec 2025, they did not buy insurance and they were desperate in need of money to fix the burnt down house. They reached out to council president Avery Johnson and Avery reached out to mayor Matt Burke because they have connections with powerful and resourceful persons. At the end they scammed the council president, the mayor and the victims who suffer $500k worth loss from suspects' premeditated criminal acts. They scammed and exploited good heart of council president, mayor and victims here.

Facts: 1) The victims were asked to help these two homeless by mayor Matt. 2) The suspects told victim they could not afford hotel stay, could not find any help, run out of

all non profit organization resources, they do not want to go homeless shelter. They needed place to stay and needed work. 3) On Dec 13, 2025 victim arranged one Airbnb home which rent is $7200/mth on Airbnb, victim managed to give suspects 80% discount which rent will be about $2000/mth instead because they told victim that the hotel they were staying is $4000/mth. 4) They told victim that they needed work. So on Dec 13, 2025 victim offered them a temporary job which is to take pictures and videos of all our property inside unit 218, Cube Smart, 5440 S Marginal, Cleveland, OH 44114 rented by Dave Thompson who was hired by Cleveland Chinatown Dev LLC and which unit has all victims' hundreds of thousands dollars of merchandise, inventory, modern and 16-19 century furniture, on Dec 12, 2025 Dave Thompson agreed to release all victims' property to victims on Dec 13, 2025 without any waiver nor signing any paperwork because by law he is obligated to do so on and before Dec 13, 2025 but he has purposely and maliciously delayed his duty , please see Exhibit A. We texted to suspect Debra Brown on Dec 13, 2025 that she was not authorized to sign any paperwork with mover Dave Thompson, all she was paid to do was to take pictures and video because Dave stated in his Dec 12, 2025 text message that we could exam every item when we moved all our property from his unit to our own units. Please see Exhibit A. We paid suspects Debra Brown and Phil Mccall $100 for taking pics and videos. We did not give them any permission to do anything else. Suspect Debra Brown went on her own and sign the paperwork with mover Dave Thompson where there was no sale nor auction of our property inside unit 218 on Dec 13, 2025, Suspect Brown only allowed Tim Smith move a few items out of unit 218 to victims' units, please see Exhibit H, the rest $200k -300k worth merchandise and inventory, $50k worth tools, $200k worth modern furniture and

16-19 century executive desk, buffet , etc were left in unit 218, suspect Brown told Tim come back another day to retrieve. Later when Tim and Jon went back and could not get in to retrieve because the suspect changed the lock, when she was questioned, she claimed the property that belong to victims all hers…around Jan 8th, 2026 suspect Brown texted victim " leave her alone, call fucking police.." Please see Exhibit B 5) Victim revoked Suspect stay at the Airbnb but till Feb 2, 2025 the suspects still illegally take over the home they do not belong, doing heavy drugs at the home they do not belong, neighbor do not feel comfortable they are there, please see exhibit H. They are damaging the home they do not belong, illegally changing the lock of the home they do not belong and has been preventing the victims to fix the home even with 24 hours written notice and maple heights police escort. 6) On Dec 15th, 2025 victim gave suspects a job to go to Cleveland Municipal court to file paperwork and ask court give victims more time to retain atty because the evictions were fraudulent, instead of doing the paid job, suspects betrayed their duty and took traitor responsibility, went make all kinds lies about victims and concerted with the oppose party and their mover to deprive victims' rights to the property inside unit 218. On Dec 17th, 2025, victim zelled $250 plus $50 cash on Dec 15, 2025 to suspects for the $100/hr/person court filing work on Dec 15, 2025 total $200 and $100 for suspects Dec 13, 2025 work to take pictures and videos without realizing suspects betrayed their duty on Dec 15, 2025 and started to concert with the oppose party who committed fraud in court and filed the fraudulent evictions, please see exhibit H. 7) on and around, before Jan 12, 2025, suspect Mccall black mail for money with the stolen property, please see Exhibit B. The victim offered to give suspect Mccall the random and asked for the return of stolen property, suspect agreed to take the ransom but refused to

return the stolen property. 8) Suspect Mccall told Jon Liptak and Level Woodruff that the stolen property from unit 218 were moved to 5492 E 141 St. Maple Hts, OH 44137 including the computer from unit 218 in Exhibit H suspect Mccall told Level Woodruff that he broke in and stole all private datas........9) On Jan 25, 2026, according to neighbor, suspects chose the most blizzard day when no police nor anyone could come out to move all stolen property of victims from 5492 E 141, Maple Hts, OH 44137 to Haul truck and move away in the early morning between 4;30 am and 7:00 am when they normally did not get up till noon to do any work victims and victims' connection gave. They intentionally acted sneaking so no one could catch them for the hundreds of thousands of dollars property they stole.

Therefore if suspects claim a payment dispute of $700 suspects claim Sara Mellott Real Estate Dev LLC owe for their work they did not do satisfactorily and as matter of fact they used the work opportunity to steal half mil dollars worth merchandise, inventories, tools, furniture while they trespassed, illegally took over the home in Maple Hts, OH causing tens of thousands of dollars damages, doing, buying and selling drugs at the home they do not belong, broke into private computer to steal private data, maliciously do damage to the data and computer...With all the malicious and criminal acts the suspects did, the victim still offered to give them the $700 they claimed but they are not entitled to. They wanted the $700 ransom but refused to return the stolen property,  the conduct here is independent criminal conduct: 1) illegally taking control of a storage unit containing someone else's property because there was no sale nor auction and the property inside unit 218 was supposed to be transported to another two climate controlled units the victims rented at the same location, 2) changing locks to block recovery,

asserting false ownership, threatening destruction to force payment, refusing to return the stolen property and unlawfully controlling the home while blocking repairs and bringing unknown persons, illegally destroying the home and conducting illegally drug activity in the home they illegally trespass and take over. Those actions are not lawful civil remedies; they support theft/fraud and threat-based offenses and other criminal offenses under the Ohio Revised Code.

**PROPERTY IDENTIFICATION & COMPARISON REPORT Additional Proof that the property in unit 218, cube smart, 5440 Marginal, Cleveland, OH 44114 are owned by and belong to victims.** Please see Exhibit B and the followings which are examples of the complete property. Please see Exhibit D for detail.

Location A (Origin): 2168 Rockwell Ave, Cleveland, OH 44114 ("Rockwell")Location B (Storage): Cube Smart, Unit 218, 5440 S Marginal Rd, Cleveland, OH 44114 ("Unit 218") Other Reported Locations: 5492 E 141st St, Maple Hts, OH 44137; later moved to U-Haul (reported Jan 25, 2026).

**1) Timeline Summary (Key Facts)**

1. Nov 13, 2025: All property at 2168 Rockwell Ave was moved to Cube Smart Unit 218, Cube Smart, 5440 S Marginal, Cleveland, OH 44114  by Dave Thompson (Dave Thompson Moving).

2. Dec 13, 2025: Unit 218 was illegally seized through deception (reported) by suspect Debra Brown.

3. After Dec 13, 2025: suspect Phil McCall stated to Jon Liptake and Level Woodruff that some of the property from Unit 218 was moved to 5492 E 141st St, Maple Hts.

4. Jan 25, 2026: A neighbor at E 141 reported the stolen property was moved from 5492 E 141 to a U-Haul and Teri Wang (216-.

**2) Purpose of This Comparison**

This report explains why the items photographed at/linked to Unit 218 match the same unique items photographed at Rockwell. The matching is based on distinctive identifiers (brand markings, unique carving patterns, hardware, shape, upholstery details, unusual combinations, and visible wear), not generic "same kind of furniture."

**3) Top 10 Highest-Confidence Matches (Rockwell → Unit 218)**

https://www.dropbox.com/scl/fo/uyz07ymc50yxppy7szr49/AARvkxM5sXg0AWl4LdAaf0o?rlkey=3hdomwl4a273gi2in6sff5tqu&st=ci4kh15q&dl=0

The above is drop box link of the property inside unit 218, Cube Smart, 5440 S Marginal, Cleveland, OH 44114

**Match #1 — Red "GALANZ" Retro Refrigerator**

Why it matches (unique identifiers):

The brand name "GALANZ" is clearly visible on the red fridge in the Unit 218 photos.

* The fridge has a very specific retro shape, chrome handle style, and door proportions that match the Rockwell fridge.

* Color + design combination (bright red retro fridge with GALANZ branding) is distinctive and not common in storage units unless it's the same unit.

What this proves: A branded, uniquely styled appliance visible at Rockwell is also visible with the same identifiers in the Unit 218 set.

**Match #2 — Burgundy Tufted Leather (or Vinyl) Bench/Sofa**

Why it matches (unique identifiers):

*The upholstery has a distinctive deep button-tuft pattern with consistent diamond spacing across the seat.

*The piece has a specific burgundy/oxblood color and rolled/finished edge that matches Rockwell.

* The tuft layout (button count pattern and spacing) is like a fingerprint for upholstered furniture—two different pieces rarely match exactly.

What this proves: A large statement seating piece from Rockwell is present in the Unit 218/associated photos.

### Match #3 — Green Leather Chair With Nail head Trim

Why it matches (unique identifiers):

*The chair shows green leather upholstery with nail head trim along the edges.

- The shape (seat/arms/back proportions) plus the nailhead border placement is a distinctive combination.
- Green leather + nailhead is not rare alone, but the exact silhouette and trim line matching the Rockwell chair makes it strong identification.

What this proves: A distinctive chair from Rockwell is present among the Unit 218 property set.

### Match #4 — Ornate Round Carved Table / Tray-Top Table (Dark Finish)

Why it matches (unique identifiers):

- The table has a distinctive ornate carved rim and a raised edge like a tray.

- The top includes a circular recessed design with a central carved emblem/medallion, which is uncommon.

- The carved border pattern (scroll/floral styling) is highly specific.

What this proves: A unique carved accent table from Rockwell is present with the same carved detailing in the Unit 218 set.

### Match #5 — Cream/Off-White Cabinet / Drawer Pieces With Floral Metal Pulls

Why it matches (unique identifiers):

- The cabinet/drawer fronts have a distinctive cream finish with raised panel shaping.

- The hardware is very identifiable: decorative floral/vine metal pulls (same style and placement).

- The combination of panel profile + ornate floral pulls is far more specific than "a cabinet."

What this proves: Matching cabinetry hardware and panel style links Rockwell property to Unit 218 property.

### Match #6 — (Gold Pedestal Side Table / Stand) — Accuracy Note

* Identified at Rockwell: I had a small round gold pedestal side table/stand at 2168 Rockwell Ave

* Unique identifier: I painted/refinished this table myself, so the finish is custom/unique (non-factory)

### Additional Identifier (Owner-Customized / Unique Finish)

Owner statement: The gold pedestal side table was painted/refinished by me personally (custom finish). This means:

1. Unique appearance: The exact gold color/coverage/texture is not factory-standard and is specific to my work.

2. Low probability of coincidence: It is unlikely a different person would have the same table with the same custom paint job.

3. Corroborates identity: Seeing the same gold-painted pedestal/base later (Unit/U-Haul/E 141) strongly supports that it is my original property moved from Rockwell → Unit 218 → later locations.

**Match #7 — Black Office Chair (Rolling Base)**

Why it matches (unique identifiers):
*The chair has a distinctive back panel seam layout and arm style.

*Visible wear/staining pattern on the seat adds identification strength (wear patterns function like unique markers).

What this proves: Even common items can be uniquely identified when the same design + wear pattern appears in both locations.

**Match #8 — Carved Wooden Armchair With Green Seat Cushion (Set/Pair)**

Why it matches (unique identifiers):
* The chair has a distinctive carved crest at the top (shell/fan motif) and a specific splat shape in the back.
* The arms and legs have a consistent curved profile, and the seat cushion is green.
* The probability of the same carved pattern appearing twice (Rockwell and Unit 218) by coincidence is low.

What this proves: A specific carved chair (or matching pair) moved from Rockwell is included in the Unit 218 property set.

**Match #9 — Octagonal Pedestal Stand With Marble/Stone Inset Top**

Why it matches (unique identifiers):

*Very distinctive octagonal top with a stone/marble inset and wood border.

*The stand has carved/openwork apron detailing and a tall slender pedestal form.

*The octagon + stone inset combination is uncommon enough to support identity.

What this proves: A high-distinctiveness furniture piece from Rockwell appears in the Unit 218 set. It is rare not common furniture.

**Match #10 — Small Wooden Side Table With Single Drawer + Carved Legs**

Why it matches (unique identifiers):

*The side table has a distinctive single drawer with a specific pull style and carved leg details.

*The tabletop edge profile + leg carving pattern provides identifiable features beyond "a small table."

What this proves: Smaller items also link the sets when the same carved design and construction details appear.

**Match 11# Medical merchandise boxes match (Rockwell → Unit 218)**

What Rockwell photo shows (medical inventory / PPE cartons):

*Multiple commercial shipping cartons printed in Chinese, not ordinary moving boxes.

\*Two large cartons clearly labeled "CM 朝美" with the product name "一次性口罩" ("disposable masks") printed in large characters. CM is registered trade name and their products are one of kind trade mark protected and there is no same design from other competitor.

\*The cartons also show standard shipping/handling icons (e.g., "this side up / fragile / keep dry" type symbols) and printed product/model markings, consistent with bulk medical/PPE case packs.

What Unit 218 photo shows (same category + same packaging style):

\*A stack of many cartons that are also Chinese-language commercial cartons, each with:

- o   Printed Chinese product/specification panels (not handwritten moving labels),

- o   The same style of handling icons printed on the outside,

- o   White shipping labels / barcode labels attached to multiple cartons,

- o   Consistent case-pack carton sizes and uniform stacking typical of inventory shipments, not random household packing.

\*Several cartons show handwritten markings and consistent tape-sealing patterns, suggesting they were handled as a grouped shipment.

Why this supports "same inventory moved from Rockwell" (the key reasoning):

\* Chinese-printed medical/PPE cartons (like the "一次性口罩" disposable mask cartons at Rockwell) are not typical household goods packaging.

\* Unit 218 contains a large, uniform set of the same type of Chinese commercial cartons with shipping icons and barcode labels, consistent with the same medical merchandise category and a single move/storage consolidation, not newly obtained items.

"Photos show that the Rockwell location contained medical merchandise packaged in Chinese-labeled commercial cartons (including 'CM 朝美 一次性口罩' disposable mask case cartons). The Unit 218 photo shows a large group of Chinese-labeled commercial cartons with printed product/specification panels, standard shipping/handling icons, and multiple barcode/shipping labels, consistent with the same type of medical merchandise/inventory packaging. This kind of uniform, Chinese-printed case-pack packaging is uncommon for ordinary household storage and is consistent with the same inventory being moved and stored together."

**4) Why These Matches Support "Same Property" (Not Just Similar Items)**

These are strong matches because they rely on multiple independent identifiers on each item:

*Brand/Label identifiers (example: "GALANZ").

*Unique design fingerprints (carved patterns, medallions, unusual shapes like octagonal stone inset).

* Hardware identifiers (same ornate floral pulls).

* Upholstery fingerprinting (tuft button spacing and layout).

* Wear/stain patterns (unique damage/marking locations).

When several such items match across two locations, it strongly supports that the same Rockwell property was moved into Unit 218, and that the photographed Unit 218 items are the same identifiable property from Rockwell.

**5) Requested Investigative Actions (What to Ask For)**

a) Cube Smart records: access logs, rental/transfer records, gate codes, unit access history for Unit 218 around Nov 13, 2025 to Dec 13, 2025 and Dec 13, 2025 to Jan 29, 2026.

b). Surveillance video: Cube Smart cameras for the facility covering the dates around Nov 13, 2025, Dec 13, 2025 and surrounding days till Jan 29, 2026.

c). Moving company documentation: Dave Thompson Moving—invoice, crew list, truck info, GPS logs, delivery confirmation showing Rockwell → Unit 218 on Nov 13, 2025.

d) E 141 location follow-up: obtain neighbor statement(s) + any video; identify the U-Haul location, rental record, plate numbers, and timeline for Jan 25, 2026 move.

e)Preservation request: immediate preservation letter for Cube Smart surveillance + access logs (before auto-deletion).