# EXHIBIT A

Mover Dave Thompson texted to Julie Robert on Dec 12, 2025 that " You may check every single piece of property as you remove them, then, sign or not sign.. its your choice, no pressure whatsoever..I want you completely satisfied…no waiver is needed or required upon your removal…I hope I am clear if not call me…."

" truck was on site, I am willing for you to pick your items/belongings tomorrow"

On Dec 13, 2025, Julie texted Dave informing him the truck on site, climate controlled units at the same location are paid, they are ready to remove all their belongings from Dave Thompsom unit 218 unit to their units on Dec 13, 2025

On Dec 13, 2025, this dishonest homeless woman Debra Brown who was given a temp job to take pictures and videos of Julie's and her companies' property inside unit 218 nothing else but she went on her own without consulting anyone nor obtaining any permission and signed the release paperwork with Dave Thompson, greatly shocked Julie Robert and agent of her companies because she did without any knowledge nor any permission from any of the authorities of the companies nor Julie Robert, illegally seized unit 218 and all the property inside that are not hers. All property inside unit218 were not in auction nor any sale on Dec 13, 2025.

After she illegally seized the property inside unit 218 that are not hers, in the video of the property inside unit 218, she stated that if she did not sign, Dave would throw all the property inside unit 218 away. This is the first lie she recorded in the video trying to justify her theft action because Dave texted to Julie on Dec 12, 2025 that nothing needs be signed, she could exam every piece that is why she gave this homeless woman a temp job to take photos and videos for $25.hr to help her out so she can have food on table and roof over head, instead of being grateful, she stole her half mil dollars worth merchandise, inventory, tools and furniture.. and made her suffer a month and half no sleep no eating, all awake time to deal with this loss

there is nk law that I rent my units to you....get your OWN UNITS ,,, YIU MAY CHECK EVERY SINGLE PIECE OF PROOERTY AS YOU REMOVE THEM ....THEN SIGN .. OR NOT SIGN... ITS YOUR CHOICE.. NO PRESURE WHATSOEVER...I WANT YOU TO BE COMPLETELY SATIFIED.... .No weavier is needed or required upon your removal.... i hope i am clear if not call me......

Fri, Dec 12 at 10:14 AM

Dear Dave, last night you said if there is anything



*Message from Mover Dave Thompson to victim on Nov. 12, 2025*

< 37

+1 (216) 210-0707 >

truck was on site, il am willing for you to pick your items/ belonging uo on tomorrow. please inform what time slot you would like to have a truck or trucks there fkr your pick up....you may examine each and every item as they are being removed.
CONSIDER THE TEXT AS YOUR LAST NOTICE TO RETREIVE YOUR BELONGING AS THE

the atty for the landlord lied in court n will be disbarred. You continue abuse, bully n harassment, you will pay for your criminal acts. You go to church tomorrow, you better ask God wash all your sin away, you got too many sins on you.

Sat, Dec 13 at 10:48 PM

You are obligated to turn all my stuff over today. I paid truck, two storage units, movers to move all My stuff from your two units to my two units. You are unlawfully withholding

I paid in full for the truck, movers and two climate controlled storage units. All property belongs to me, you are supposed to turn all of them to me TODAY! For 30 days you have ignored our requests to retrieve my stuff, we have Deacon Level, Tim and I called you many times, you chose ignore us by not answering the call nor call us back, I just found out that You placed my property into a unit under another person's name without my consent, preventing my access, you are not authorized to

+1 (216) 210-0707

Sat, Dec 13 at 11:42 AM

> Everyone is there 12:30 for you

> I already paid two climate controlled units there last night

> We move from your units to my units

1:00,i'll be there

> Jon is already there with truck for you, you drive safe, no worry, take your time, all the crew will be there 1:00

# ASSIGNMENT AND ASSUMPTION OF SELF-STORAGE LEASE

#207

This ASSIGNMENT AND ASSUMPTION OF SELF-STORAGE LEASE ("Assignment") is executed as of the date set forth below, for good and valuable consideration, and mutual promises contained herein, the receipt and sufficiency of which are hereby acknowledged.

DeBorgues Brown

502 N Columbus St APT B
Lancaster, OH 43130

David Thompson

Driver's License (front and back)    RT747829

12/13/2025

5440 S marginal RD
Cleveland, OH, 44114
216-432-2122

The self-storage lease agreement pursuant to which Assignor leases the Unit from Owner.

NOTE: ALL BELONGING IN UNIT IS ACCEPTED "AS IS" "WHERE IS" WHATSOEVER

ACCEPTED: [signature]    12/13/25
                          12/13/25

