# EXHIBIT B

The homeless woman Debra Brown calls the property she stole through deception hers and texted to Julie saying if Julie Robert and her companies have problem then "call fucking police"

Then Phil Mccall sent blackmail message to Jon, asking Jon forward the blackmail message to Julie, they were using the property they stole from Julie and her companies for ransom.

Julie asked Jon give Phil Mccall the $700 Phil Mccall and Debra Brown claimed owed for their work when they were not supposed to be paid because they used the work opportunity and stole the companies' merchandise, inventory, tools and furniture. Jon asked Phil Mccall meet at cube smart to return the property in unit 218 they illegally seized then he would zelle the $700 to him at the same time. They wanted the $700 they were not entitled to but refused to return the illegally seized half mil dollar worthy property.

Dave Thompson at 3547 Lytle Rd. Shaker Hts, OH 44122 illegally released our $800k worth property to Debra Brown on Dec. 13, 2025 without our consent nor approval. Debra Brown, Phil McCallor 636 Dunham Road, Maple Hts, OH 44137

Debra Brown, 10705 Grace Ave, Garfield Hts, OH 44125 was and is a homeless woman, not owner of the property. She scammed and stole our property.

> Nobody's bothering me You know what You got a problem with it call the fucking police leave me alone

— Message from Debra Brown

Debra Brown illegal seized our ~~$800~~k worth property at Cube Smart, 5440 S Marginal Rd, Cleveland, OH 44114 on Dec. 13, 2025 till this moment without any of our consent.

P1

Phil Mccall has been sending racist harrassing messages to Julie all day and all night. Julie has to block him. Then he sent this blackmail threat message for ransom, calls the property stole from us theirs and use the property they stole from us to threat us and demand the money they are not entitled to.

## Jon

simple. We deal like an hour Is sufficient time for her to pay. Beyond that we will begin throw- ing the property in 218 in the garbage. Be- cause we own it. Period.

They blackmail us with the $500k worth property they stole from us

↙ Message from Phil Mccall to Jon

Jon

I picked up some rent money for Julia today she wants me to meet you at CubeSmart and sign for unit and I will Zelle you 700 right there

That is what I texted him

— Message from Jon to Phil Mccall



Jon

I picked up some rent money for Julia today she wants me to meet you at CubeSmart and sign for unit and I will Zelle you 700 right there

— Message from Jon to Phil

11:07 ... 5G 99

**Jon**

she owes us according to her terms. $700. It's that simple. She

*Message from Phil to Jon*



Jon

sponding. She simply needs to send a zelle. Outside of that what else can be done. She is aware of the total and the situation she chose to create. She understands what she needs to do.

— Message from Phil to Jon

Mon, Jan 12 at 3:01PM

You're welcome Amazing to me that everyone involved seems to believe that what we are saying isn't relevant. Or perhaps you be-

— Message from Phil to Jon