# EXHIBIT C

On Jan 25, 2026                Teri (216-      ) witnessed Debra Brown and Phil Mccall loaded the stolen property from 5492 E 141, Maple Hts, OH 44137 to Uhaul *where they transported to from Unit 218 Cube Smart*

On Jan 26, 2026 E 141 neighbor witnessed Uhaul left 5492 E 141 in the morning between 4:30 am and 7:00 am



On Jan 25, 2026 neighbor witnessed Debra Brown and Phil Mccall moved some stolen property they claimed they moved from unit 218, Cube Smart to 5492 E141, Maple Hts, OH44137 out of 5492 E141, Maple Hts, OH44137 into Uhaul ID: TM4539T

**FYI...**

Those are stuff they stole from us, are they loading to the house or they take out of the house?

Took out

> The truck was in the driveway running at 4:30am. I went back to sleep and woke up at 7am ish and it was gone.

>> Thank you

Tuesday 7:39 AM

Jan 20, 2026

The truck was in the driveway running at 4:30am. I went back to sleep and woke up at 7am ish and it was gone.

Thank you

Tuesday 7:39 AM

108



Jon

down here to defend if needed and that we emptied the unit. We are actually

*Message from Phil McCall to Jon Liptak*

 

Jon

Hear that Jon. Her things are sitting here in the house. We

Sunday 5:34 PM



# FYI...

> Those are stuff they stole from us, are they loading to the house or they take out of the house?

Took out