# EXHIBIT E

Mover Dave Thompson agreed on or around Dec 12, 2025 to release all the property he illegally seized and transported from 2168 Rockwell Ave, Cleveland, OH 44114 to unit 218, Cube Smart, 5440 Marginal, Cleveland, OH 44114 on Nov 13, 2025 to Julie Robert and her agent of her companies Sara Mellott Real Estate Dev LLC and Jupiter Global Resources LLC on Dec 13, 2025 without any waiver nor signing any paperwork

On Dec 13, 2025 Dave Thompson illegally transferred all property that belong to Julie Robert and her two companies to the homeless woman Debra Brown without any consent nor agreement, nor permission from Julie Robert and Tim Smith, the agent of Sara Mellott Real Estate Dev LLC and Jupiter Global Resources LLC

Till Jan 29, 2026 Dave Thompson, Debra Brown and Phil Mccall still have not released all the property that belong to Julie Robert and her companies that Dave stored in unit 218 of Cube Smart on Nov 13, 2025, later he illegally transferred to Debra Brown on Dec 13, 2025 and he was warned in writing not transfer nor sell the property since Nov 13, 2025, Debra Brown and Phil Mccall were warned in writing not sell nor transfer the property inside unit 218 they illegally seized through deception.

On Dec. 15, 2025 Dave Thompson was warned in writing not sell nor transfer the property at Cube Smart to anyone including Debra Brown, Phil Mccall.

there is nk law that I rent my units to you....get your OWN UNITS ,,, YIU MAY CHECK EVERY SINGLE PIECE OF PROOERTY AS YOU REMOVE THEM ....THEN SIGN .. OR NOT SIGN... ITS YOUR CHOICE.. NO PRESURE WHATSOEVER...I WANT YOU TO BE COMPLETELY SATIFIED... .No weavier is needed or required upon your removal....  i hope i am clear if not call me......

Fri, Dec 12 at 10:14 AM

Dear Dave, last night you

Dave Thompson illegally seized our $800k worth property and agreed to release all to us on Dec 13, 2025 on Dec 13, 2025 but he refused after we paid all truck, all storage units, all moving crew to take our property out of his units to our units. He blackmailed and illegally released to a homeless woman Debra Brown we do not know, who illegally scammed us and illegally seized, stole our $800k worth property.

> +1 (216) 210-0707
>
> truck was on site, il am willing for you to pick your items/ belonging uo on tomorrow. please inform what time slot you would like to have a truck or trucks there fkr your pick up....you may examine each and every item as they are being removed.
> CONSIDER THE TEXT AS YOUR LAST NOTICE TO RETREIVE YOUR BELONGING AS, THE COURT ONLY REQUIRE THAT WE HOLD THE ITEMS 30 DAY... YOU HAVE

P1

> my stuff, what you did is considered theft. You play games try to steal my stuff. I'm suing you for $800k because I have all pictures, all proof and evidence of my $800k worth stuff missing!

Mon, Dec 15 at 11:41PM

> You are on notice not to sell, auction, dispose of, transfer, or destroy any of my property, Any disposal after this notice will be treated as intentional theft and will be reported by Cleveland police.

Thu, Dec 18 at 4:37 PM

*Message to Dave Thompson 1-216-210-0707 on Dec. 15, 2025 from Julie Robert*

> Text Message • SMS
> Thu, Jan 8 at 11:32 AM
>
> Dave, You illegally released our property you illegally held and illegally transferred the unit that has our property to Debra Brown who has never been the agent of Sara Mellott Real Estate Dev LLC nor agent for Jupiter Global Resources LLC nor someone I and the companies authorized to illegally obtain our properties from you. I never met this woman n she had no authority to sign anything with you. She was

never met this woman n she had no authority to sign anything with you. She was and is the wrong person you illegally released our properties you illegally held to. You illegally released our property to a wrong person n you will be responsible for all stolen, missing n damaged properties. You agreed on Dec 12 n Dec 13, 2025 to release all my and all Sara Mellott Real Estate Dev LLC's property n Jupiter Global Resources LLC's properties you illegally held thru the void wrongful eviction to us but

no authority to sign anything with you. She was and is the wrong person you illegally released our properties you illegally held to. You illegally released our property to a wrong person n you will be responsible for all stolen, missing n damaged properties. You agreed on Dec 12 n Dec 13, 2025 to release all my and all Sara Mellott Real Estate Dev LLC's property n Jupiter Global Resources LLC's properties you illegally held thru the void wrongful eviction to us but you illegally gave to a non authorized person as result

11:39 📶 5G 71

< 50

+1 (216) 210-0707 >

properties from you. I never met this woman n she had no authority to sign anything with you. She was and is the wrong person you illegally released our properties you illegally held to. You illegally released our property to a wrong person n you will be responsible for all stolen, missing n damaged properties. You agreed on Dec 12 n Dec 13, 2025 to release all my and all Sara Mellott Real Estate Dev LLC's property n Jupiter Global Resources LLC's properties you illegally held thru the void wrongful eviction to us but you illegally gave to a non authorized person as result we still do not have our

*stuff stuff* (handwritten)

+ Text Message • RCS 🎤

Debra, you had no authority to put the unit into your name, sign any waiver/release, or claim ownership of the property inside. The items in that unit belong to me and/or our business. You must stop

or our business. You must stop interfering immediately. Do not remove, sell, discard, or transfer any items. Any further interference will be treated as conversion/theft and pursued through a po-

Wed, Jan 7 at 3:51 PM

You are not authorized to claim ownership of any items stored in that unit. Do not remove, sell, discard, or transfer any items. According to ORC 2913.01

items. According-
ing to ORC
**2913.01**,
**2913.02,**
**2913.51**,
**2905.12**,
**2905.11**, any interference will be treated as conversion/theft and pursued through police report and court ac-