# EXHIBIT F

Neighbor at E 141 complained Debra Brown and Phil Mccall destroyed her yard and the yard of 5492 E 141, Maple Hts, OH 44137 and reports that they are violent and angry people, using the home they have no right to for housing unknown person, for storing stolen property. Bill Morrison reports that they abuse, buy sell drugs in the home they trespassed, having no right to be in, menacing, maliciously preventing him enter to fix the damages they caused to the house.

They burnt down their house, we need protection order from further damage. to prevent our property

My daughter goes outside to smoke and she said there is another man and a woman there with him. My daughter also said a man was outside one day last week and was angrily pulling a couple of the trees you

was angrily pulling a couple of the trees you planted in the backyard up and out of the ground. If I were you I'd call the police and have them removed from the property. Honestly, I don't feel comfortable with him

2:13

 114      

Neighbor >

property and if you know they are doing drugs my suggestion to you is to call the police and have them put out or arrested.

11:09  .ıl 5G 99

< 111



Jon

and have a lot sifting through the burned up house. We really

Message from Phil Mccall to Jon Liptak. They burnt down their house