# EXHIBIT G

## THIS IS THE SECOND WRITTEN NOTICE

# 24-HOUR NOTICE OF ENTRY TO INSPECT / DOCUMENT CONDITION (UNAUTHORIZED OCCUPANTS)

Date: Jan 28, 2026 Time: 2:00pm

To: Debra Brown, Philip McCall, and All Occupants

Property: 5492 E 141, Maple Hts, OH 44137

1. No permission to occupy / trespass notice: You are not permitted to be on this property. Permission was terminated on or about January 8, 2026, and confirmed in writing on January 13, 2026 ("You are not permitted on this property. Leave immediately. Future entry will be treated as trespass.").

2. 24-hour notice of entry: The Owner/Authorized Representative will enter to inspect and document the condition of the premises and to address safety/maintenance concerns.

Entry date: Jan 29th, 2026

Time window: 1:00 pm -3:00pm (e.g., 10:00 AM–12:00 PM)
Purpose: * Document condition * Safety inspection * Repairs * Prevent damage * Other: Locksmith (It is illegal for you to change our lock! It is crime for you to illegally enter and take over our property when your stay was recoked on and around Jan 8th, 2026.)

3. Do not interfere: Any attempt to block access or interfere with entry/repairs will be documented and provided to law enforcement and the court.

4. You have absolute no right to be at 5492 E 141, Maple Hts, OH 44137 and let alone illegally to change the lock. It is illegal for you to reside at 5492 E 141, Maple Hts, OH 44137 and it is crime for you to illegally change the lock.

Owner/Authorized Representative: Cleveland Vacation Resort LLC

Phone/Email: resort2020@yahoo.com

Signature: Marion Jones

Service:  Posted on door

Date/Time served: Jan 28th, 2026 at 2 pm