# Exhibit H

Computer Suspects Brown and Mccall stole from unit 218 and Mccall illegally broke into, having stolen, interfering with private confidential data and files according to Level Woodruff

Payment of Zelle to suspect Brown for the work they were assigned to do but they betrayed their duty, used the opportunity to have stolen $500k worth property, the list will be submitted in additional evidential report

Copy or snap shot text message directed suspect Brown on Dec 13, 2025 not sign and not take over the unit with her name.



December 17, 2025

DB **D** - **$255.00**
**e** December 17, 2025
**br**
**a**
**Br**
**o**
**w**
**n**
**Pa**
**y**
**m**

December 17, 2025
**br**

he did not tell us truth at all

I have lawsuit against him, we are not signing any release , by law he should turn everything over without us signing any re-lease, he is bully

**Debra, you had no authority to put the unit into your name, sign any waiver/release, or claim ownership of the property inside. The items in that unit belong to me and/or our business.**



You stole my most favorite very expensive green marble table, you took this pic n you did not move it to the climate controlled unit, you do not bring this back along with my only set of my brother photos, my computer, hundreds of thousands dollars of

+ Text Message · RCS 🎤

do not bring this

my computer, hundreds of thou- sands dollars of merchandise, in- ventory, tools n my 16-19 century high end execu- tive desk, buffet furniture, all new furnitures, couch, reception desk, etc, you definitely will be prosecuted, this is no different as

at walmart steal