# Exhibit I

Text message from suspect Brown and pictures of the items suspect Brown allowed Tim Smith and her partner suspect Mccall take out of unit 218 and move to victims' units on Dec 13, 2025. She kept the rest $200k -300k worth merchandise and inventory, $50k worth tools, $200k worth modern furniture and 16-19 century executive desk, buffet , etc in unit 218, did not allow Tim who was waiting for Bill, Bill and Bill's helper to retrieve on Dec 13, 2025 when everyone was planning to do so on Dec 13, 2025. Suspect Brown lied to Jon Liptak that she needed the key of the unit to store her stuff then changed the lock did, not allow victims to retrieve the rest $500k worth property inside unit 218. Then move all to 5492 E 141, Maple Hts, OH 44137 then to Uhaul on most blizzard Sunday Jan 25, 2026 to prevent anyone to stop them

The pictures are the few items suspect Brown allowed Tim Smith transport from unit 218 she illegally seized to victims' own unit 736. she illegal kept the rest and majority of $500k worth property.

Philip and Tim took the leather and antique furniture From unit 218 to the climate controlled unit.

Burgandy Leather Chesterfield Settee - shows









