# Exhibit J

## Three days to leave notice, 24 hour to leave notice, 24 hour inspection notice

# ~~TWENTY FOUR HOUR~~ NOTICE TO LEAVE THE PREMISES

(Ohio Revised Code § 1923.04)

Date of Notice: January 16, 2026

To (Tenant(s)/Occupant(s)): Debra Brown, Phil Mccall, VERITY APPLIANCE SERVICES, LLC

And all other occupants in possession

Premises Address:

5492 E 141 St

Maple Heights, OH 44137

## DEMAND TO LEAVE

You are hereby notified that you must leave/vacate the above premises within _24 hours_ after service of this notice.

## REASON (Trespass ~~Rent~~ and Multiple Criminal Actions)

You are in default for nonpayment of rent under a week-to-week verbal rental agreement at $500 per week.

Rent and Security Deposit Owed (as of the date of this notice):

$500 and $500 security deposit_____ (Example: $500/week)

Weeks/Dates Unpaid: $500 security deposit is due on Dec 12, 2025 and $500 rent was due on Dec 26, 2025, $500 due on Jan. 2, 2025 $500 due on Jan. 9th, 2026

## REQUIRED STATUTORY NOTICE (do not change)

Going forward, weekly rent owed will be $1800/wk, $1800 due on Jan 16, 2026. Therefore on Jan 16, 2026 Total Rent is due $3300

YOU ARE BEING ASKED TO LEAVE THE PREMISES BEFORE JAN 9TH, 2025. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT ABOUT YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.

Cleveland Vacation resort LLC, representative for Landlord/Owner Equity Trust Company

Phone: 440-638-9632

Email: resort2020@yahoo.com

Mailing Address: 2080 Whittaker Road, Ste 125, Ypsilanti, MI 48917

Signature: _____ Date: 1/16/26

# THREE-DAY NOTICE TO LEAVE THE PREMISES

(Ohio Revised Code § 1923.04)

Date of Notice: January 9, 2026

To (Tenant(s)/Occupant(s)): Debra Brown, Phil Mccall, VERITY APPLIANCE SERVICES, LLC

And all other occupants in possession

Premises Address:

5492 E 141 St

Maple Heights, OH 44137

## DEMAND TO LEAVE

You are hereby notified that you must leave/vacate the above premises within three (3) days after service of this notice.

REASON (*Trespass* ~~Non-payment of rent~~ and Multiple Criminal Actions)

You are in default for nonpayment of rent under a week-to-week verbal rental agreement at $500 per week.

Rent and Security Deposit Owed (as of the date of this notice):

$500 and $500 security deposit____ (Example: $500/week)

Weeks/Dates Unpaid: $500 security deposit is due on Dec 12, 2025 and $500 rent was due on Dec 26, 2025, $500 due on Jan 2, 2026 $500 due on Jan. 9th, 2026

REQUIRED STATUTORY NOTICE (do not change) Going forward, weekly rent owed will be

YOU ARE BEING ASKED TO LEAVE THE PREMISES BEFORE JAN 9TH, 2025. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT ABOUT YOUR LEGAL RIGHTS AND OBLIGATIONS AS A TENANT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE. $1800/wk, $1800 due on Jan 16, 2026

Therefore on Jan 16, 2026 Total Rent is due $3300

Cleveland Vacation resort LLC, representative for Landlord/Owner Equity Trust Company

Phone: 440-638-9632

Email: resort2020@yahoo.com

Mailing Address: 2080 Whittaker Road, Ste 125, Ypsilanti, MI 48917

Signature: _____ Date: 1/19/26

# 24-HOUR NOTICE OF ENTRY TO INSPECT / DOCUMENT CONDITION (UNAUTHORIZED OCCUPANTS)

Date: Jan 28, 2026 Time: 2:00pm

To: Debra Brown, Philip McCall, and All Occupants

Property: 5492 E 141, Maple Hts, OH 44137

1. No permission to occupy / trespass notice: You are not permitted to be on this property. Permission was terminated on or about January 8, 2026, and confirmed in writing on January 13, 2026 ("You are not permitted on this property. Leave immediately. Future entry will be treated as trespass.").

2. 24-hour notice of entry: The Owner/Authorized Representative will enter to inspect and document the condition of the premises and to address safety/maintenance concerns.

Entry date: Jan 29th, 2026

Time window: 1:00 pm -3:00pm (e.g., 10:00 AM–12:00 PM)
Purpose: * Document condition * Safety inspection * Repairs * Prevent damage * Other: Locksmith (It is illegal for you to change our lock! It is crime for you to illegally enter and take over our property when your stay was recoked on and around Jan 8th, 2026.)

3. Do not interfere: Any attempt to block access or interfere with entry/repairs will be documented and provided to law enforcement and the court.

4. You have absolute no right to be at 5492 E 141, Maple Hts, OH 44137 and let alone illegally to change the lock. It is illegal for you to reside at 5492 E 141, Maple Hts, OH 44137 and it is crime for you to illegally change the lock.

Owner/Authorized Representative: Cleveland Vacation Resort LLC

Phone/Email: resort2020@yahoo.com

Signature: Marion Jones

Service: Posted on door

Date/Time served: Jan 28th, 2026 at 2 pm