UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| Plaintiff, | ) ) | JUDGE CHARLES E. FLEMING |
| v. | ) ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER** |
| Defendant. | ) ) ) ) | |

Before the Court is Plaintiff Julie Robert's Emergency Motion to Appear by Video/Telephone (Or, in the Alternative, Emergency Motion to Continue Hearing). (ECF No. 11). The Court **GRANTS** the motion to the extent that the February 10, 2026 preliminary injunction hearing is **CANCELLED** and shall be rescheduled upon a future order of the Court. On or before February 16, 2026, Plaintiff shall provide the Court with four dates when she will be available to appear in person for a preliminary injunction hearing.

**IT IS SO ORDERED.**

Date: February 9, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**