**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-00103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, et al., | ) | **DEFENDANT, CUBESMART, L.P.'S,** |
| | ) | **MOTION FOR LEAVE TO PLEAD** |
| Defendants. | ) | |
| | ) | |
| | ) | |

NOW COMES Defendant, CubeSmart, L.P., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(B)(1)(b), and hereby moves this Honorable Court for twenty-eight (28) days leave, to and including March 13, 2026, to respond to the Complaint. This request is not for purposes of delay. Rather, additional time to plead is needed as counsel has only recently been retained and requires time to discuss the details of the matter with Defendant to ensure an

accurate pleading and the opportunity to present a meritorious defense. No previous extensions have been granted or received by this Defendant.

>Respectfully submitted,
>
>MARSHALL DENNEHEY, P.C.
>
>By:   */s/ Adam J. Mintz*
>JOHN A. RUBIS (0085885)
>ADAM J. MINTZ (0106292)
>127 Public Square, Suite 3510
>Cleveland, Ohio 44114
>Phone: 216-912-3800
>Fax: 216-344-9006
>Email: jarubis@mdwcg.com
>       ajmintz@mdwcg.com
>*Counsel for Defendant, CubeSmart, L.P.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2026, a copy of the foregoing Defendant, CubeSmart, L.P.'s, Motion for Leave to Plead was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    Julie Robert
    5 Tsienneto Road, #177
    Derry, New Hampshire 03038
        Plaintiff, *Pro Se*

    Debra Brown
    5492 East 141st
    Maple Heights, Ohio 44137
    6136 Dunham Road
    Maple Heights, Ohio 44137
    10705 Grave Avenue
    Garfield Heights, Ohio 44125
        Defendant

    Phil McCall
    5492 East 141st
    Maple Heights, Ohio 44137
    6136 Dunham Road
    Maple Heights, Ohio 44137
    10705 Grave Avenue
    Garfield Heights, Ohio 44125
        Defendant

                          MARSHALL DENNEHEY, P.C.

                          By: */s/ Adam J. Mintz*
                          JOHN A. RUBIS (0085885)
                          ADAM J. MINTZ (0106292)
                          *Counsel for Defendant, CubeSmart, L.P.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-00103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, et al., | ) | **DEFENDANT, CUBESMART, L.P.'S,** |
| | ) | **MOTION FOR LEAVE TO PLEAD** |
| Defendants. | ) | |
| | ) | |
| | ) | |

NOW COMES Defendant, CubeSmart, L.P., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(B)(1)(b), and hereby moves this Honorable Court for twenty-eight (28) days leave, to and including March 13, 2026, to respond to the Complaint. This request is not for purposes of delay. Rather, additional time to plead is needed as counsel has only recently been retained and requires time to discuss the details of the matter with Defendant to ensure an

accurate pleading and the opportunity to present a meritorious defense. No previous extensions have been granted or received by this Defendant.

         Respectfully submitted,

         MARSHALL DENNEHEY, P.C.

         By: */s/ Adam J. Mintz*
         JOHN A. RUBIS (0085885)
         ADAM J. MINTZ (0106292)
         127 Public Square, Suite 3510
         Cleveland, Ohio 44114
         Phone: 216-912-3800
         Fax: 216-344-9006
         Email: jarubis@mdwcg.com
            ajmintz@mdwcg.com
         *Counsel for Defendant, CubeSmart, L.P.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2026, a copy of the foregoing Defendant, CubeSmart, L.P.'s, Motion for Leave to Plead was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    Julie Robert
    5 Tsienneto Road, #177
    Derry, New Hampshire 03038
        Plaintiff, *Pro Se*

    Debra Brown
    5492 East 141st
    Maple Heights, Ohio 44137
    6136 Dunham Road
    Maple Heights, Ohio 44137
    10705 Grave Avenue
    Garfield Heights, Ohio 44125
        Defendant

    Phil McCall
    5492 East 141st
    Maple Heights, Ohio 44137
    6136 Dunham Road
    Maple Heights, Ohio 44137
    10705 Grave Avenue
    Garfield Heights, Ohio 44125
        Defendant

                            MARSHALL DENNEHEY, P.C.

                            By: */s/ Adam J. Mintz*
                            JOHN A. RUBIS (0085885)
                            ADAM J. MINTZ (0106292)
                            *Counsel for Defendant, CubeSmart, L.P.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-00103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, et al., | ) | **DEFENDANT, CUBESMART, L.P.'S,** |
| | ) | **MOTION FOR LEAVE TO PLEAD** |
| Defendants. | ) | |
| | ) | |
| | ) | |

NOW COMES Defendant, CubeSmart, L.P., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(B)(1)(b), and hereby moves this Honorable Court for twenty-eight (28) days leave, to and including March 13, 2026, to respond to the Complaint. This request is not for purposes of delay. Rather, additional time to plead is needed as counsel has only recently been retained and requires time to discuss the details of the matter with Defendant to ensure an

accurate pleading and the opportunity to present a meritorious defense. No previous extensions have been granted or received by this Defendant.

        Respectfully submitted,

        MARSHALL DENNEHEY, P.C.

        By: */s/ Adam J. Mintz*
        JOHN A. RUBIS (0085885)
        ADAM J. MINTZ (0106292)
        127 Public Square, Suite 3510
        Cleveland, Ohio 44114
        Phone: 216-912-3800
        Fax: 216-344-9006
        Email: jarubis@mdwcg.com
              ajmintz@mdwcg.com
        *Counsel for Defendant, CubeSmart, L.P.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2026, a copy of the foregoing Defendant, CubeSmart, L.P.'s, Motion for Leave to Plead was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    Julie Robert
    5 Tsienneto Road, #177
    Derry, New Hampshire 03038
        Plaintiff, *Pro Se*

    Debra Brown
    5492 East 141st
    Maple Heights, Ohio 44137
    6136 Dunham Road
    Maple Heights, Ohio 44137
    10705 Grave Avenue
    Garfield Heights, Ohio 44125
        Defendant

    Phil McCall
    5492 East 141st
    Maple Heights, Ohio 44137
    6136 Dunham Road
    Maple Heights, Ohio 44137
    10705 Grave Avenue
    Garfield Heights, Ohio 44125
        Defendant

                      MARSHALL DENNEHEY, P.C.

                      By: */s/ Adam J. Mintz*
                      JOHN A. RUBIS (0085885)
                      ADAM J. MINTZ (0106292)
                      *Counsel for Defendant, CubeSmart, L.P.*