# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# CLEVELAND, OHIO

| | |
|---|---|
| JULIE ROBERT, | ) Case No. 1:26-CV-00103 |
| Plaintiff, | ) Judge Fleming |
| V | ) Mag. Judge Amrstrong |
| DEBRA BROWN, PHIL McCALL, and CUBESMART, et al | ) ) |
| Defendants. | ) |

FILED

FEB 2 0 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

(Fed. R. Civ. P. 12(a)(1)(A)(i))

Plaintiff Julie Robert respectfully requests that the Clerk enter default pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) against Defendants Debra Brown, Phil McCall, and Cube Smart, because each Defendant has failed to plead or otherwise defend.

### 1. Service of Process

Defendants were served with the Summons and Complaint on January 16, 2026, as reflected in the executed returns of service filed on the docket as the Exhibit

Service is valid because Defendants were served in compliance with Rule 4:

* Brown and McCall were personally served under Fed. R. Civ. P. 4(e)(2)(A); and

* Cube Smart was served through its general manager, a managing or general agent authorized to receive service on behalf of the entity under Fed. R. Civ. P. 4(h)(1)(B).

The process servers were adults and not parties to this action. Any alleged employment, association, or prior relationship between the process servers and any non-party entities is legally irrelevant. Rule 4 requires only that service be made by a person at least 18 years old who is not a party.

1

## 2. Response Deadline Expired

Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' deadline to answer or otherwise respond was February 6, 2026 (21 days after service).

## 3. Failure to Plead or Otherwise Defend

According to docket, No Defendant filed an Answer, Rule 12 motion, or motion for extension of time on or before February 6, 2026. Fed. R. Civ P 12(a)(1)(A)(i) specifically states that answer is due 21 days after service, which service date was Jan 16th, 2026. Accordingly, Defendants have failed to plead or request extension within 21 days.

## WHEREFORE

Plaintiff respectfully requests that the Clerk enter default against Defendants Debra Brown, Phil McCall, and Cube Smart pursuant to Fed. R. Civ. P. 12 (a)(1)(A)(i).

Respectfully submitted,

*/s/ Julie Robert*

Julie Robert, Plaintiff

5 Tsienneto Road, #177

Derry, NH 03038

Email: julierrobert@yahoo.com

### CERTIFICATE OF SERVICE

This motion is served on all parties via US Postal Service on the addresses in court record on Feb 20, 2026.

*/s/ Julie Robert*

Julie Robert, Plaintiff