# EXHIBIT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED

JAN 16 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Julie Robert
*Plaintiff(s)*

v.

Civil Action No. 1:26-cv-0103

Debra Brown
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Debra Brown
5492 E 141, Maple Hts, OH 44137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Robert
5 Tsienneto Road #177
Derry, NH 03038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date: January 15, 2026

/s/ C. Hayden
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-0103

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Debra Brown

was received by me on *(date)* 1-16-26 .

☒ I personally served the summons on the individual at *(place)* 5492 E 141, Maple Hts, OH 44137
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 25 for travel and $ 25 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: _____

⊗ *[signature]* 1-16-26
Server's signature

Tim Smith
Printed name and title

2080 Whitaker, Ste 125,
Server's address

Additional information regarding attempted service, etc: Ypsilanti, MI 48197

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED

JAN 16 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Julie Robert
_____
Plaintiff(s)

v.

Civil Action No. 1:26-cv-0103

Phil Mccall
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Phil Mccall
5492 E-141, Maple Hts, OH 44137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Robert
5 Tsiemeto Road, #177
Perry, NH 03038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTIAN M. CAPECE, CLERK OF COURT

Date: January 15, 2026

/s/ C. Hayden
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-0103

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Phil Mccall__
was received by me on *(date)* __1-16-26__ .

☒ I personally served the summons on the individual at *(place)* __5492 E141, Maple Hts, OH 44137__
on *(date)* __1-16-26__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __25__ for travel and $ __25__ for services, for a total of $ __50.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-16-26__

__/s/ Tim S__ 1-16-26
Server's signature

__Tim Smith__
Printed name and title

__2080 Whitaker Ste 125__
Server's address

Additional information regarding attempted service, etc: __Ypsilanti, MI 48197__

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
JAN 16 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Julie Robert
*Plaintiff(s)*

v.

Civil Action No. 1:26-cv-0103

Cube Smart
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cube Smart
5440 S Marginal Road
Cleveland, OH 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie Robert
5 Tsienneto Road #177
Derry, NH 03038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTIAN M. CAPECE, CLERK OF COURT

Date: January 15, 2026

/s/ C. Hayden
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-0103

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Cube Smart General Manager__
was received by me on *(date)* __1-16-26__ .

☒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __25__ for travel and $ __25__ for services, for a total of $ __50.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-16-26__

⊗ __[signature]__
        *Server's signature*

__Jon Liptak__
*Printed name and title*

__2080 Whittaker, Ste 125__
*Server's address*

Additional information regarding attempted service, etc: __Ypsilanti, MI 48197__