```
FILED

FEB 25 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND
```

**United States District Court**
**Northern District of Ohio**

| | | |
|---|---|---|
| JULIE ROBERT | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 1:26-CV-00103 |
| | ) | |
| v. | ) | JUDGE Fleming |
| DEBRA BROWN and PHIL MCCALL | ) | |
| | ) | AFFIDAVIT OF NEED |
| Defendant | ) | |
| | ) | |

1. I request the Court to appoint counsel to represent me in this case pro bono (at no cost to me).

2. My household income does not exceed 200% of the current applicable Federal Poverty Guidelines.

3. I lack assets sufficient to afford legal representation in this case.

4. I will notify the Court and my appointed counsel if my financial condition materially changes before completion of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/23/2026

Debra Brown
~~Plaintiff~~/Defendant

10705 Grace Avenue, Garfield Heights, OH 44125
Address

4