SUMMARY OF DEFENDANTS' ENHANCED MOTION FOR SANCTIONS

Brown & McCall — Case No. 1:26-cv-00103

Purpose of Motion

Defendants seek Rule 11 sanctions based on Plaintiff's repeated filing of unsupported allegations, contradictory statements, and duplicative litigation across multiple jurisdictions, despite prior dismissals and clear lack of evidentiary support.

Key Points Supporting Sanctions

1. No Evidence Supports Plaintiff's Claims

   - Plaintiff's exhibits consist of undated photographs, September 2025 images, and narrative assertions that do not establish what was inside Unit 218 on December 13, 2025.

   - Photos lack metadata, chain of custody, or any link to the relevant date.

   - Affidavit statements (¶5–15) contain hearsay, speculation, and claims contradicted by contemporaneous documents.

2. CubeSmart Documents Prove Lawful Transfer

   - The Assignment and Assumption Agreement (Exhibit 7) shows the prior tenant voluntarily transferred the lease and all contents to Defendant Brown on December 13, 2025.

   - Billing records (Exhibit 9) confirm Defendants—not Plaintiff—paid for the unit.

- Plaintiff provides no documentation showing ownership of the items she claims were "seized."

3. Plaintiff's Damage Claims Are Unsupported

- Plaintiff claims $500,000+ in damages without receipts, valuations, or proof.

- Exhibits 10–12 show actual documented values far below the $75,000 diversity threshold.

- Plaintiff's claims contradict her own communications and her agent's possession of the antiques.

4. Plaintiff Prevented the Return of Her Own Property

- Text messages (Exhibits 1–3) show Defendants repeatedly attempted to return items.

- Plaintiff and her agents responded with threats, interruptions, and contradictory demands.

- Plaintiff's conduct—not Defendants—prevented completion of the return.

5. Plaintiff's Litigation Pattern Shows Bad Faith

- Plaintiff has been designated a vexatious litigant by the Ohio Supreme Court (Exhibit 13).

- She has filed multiple duplicative cases in federal and state courts (Exhibits 14–22).

- Judge Fleming previously dismissed a nearly identical case for lack of jurisdiction (Exhibit 15).

Defendants' Good Faith

- Defendants did not seek to acquire the unit or its contents.

- The transfer occurred only because the prior tenant failed to pay rent and Plaintiff promised reimbursement.

- Plaintiff made one payment, changed her terms, and stopped paying.

- Defendants acted transparently and attempted to return all items.

- Defendants are prepared to file an interpleader to resolve remaining property issues.

Requested Relief

Defendants respectfully request that the Court:

1.      Grant the Motion for Sanctions.

2.      Strike unsupported and fabricated evidence.

3.      Award fees and costs.

4.      Impose monetary sanctions sufficient to deter further abuse.

5.      Refer the matter for investigation if appropriate.

6.      Grant any additional relief the Court deems proper.