## TABLE OF CONTENTS - EXHIBITS

**Julie Robert v. Debra Brown, Philip McCall**          **Case No. 1:26-cv-00103**

---

### EXHIBITS TO ENHANCED MOTION FOR SANCTIONS

**COMMUNICATION EVIDENCE**

**Exhibit 1:** Text message transcript between Plaintiff and Defendants (December 9, 2025 - January 31, 2026) - all metadata attached     **147 pages**

**Exhibit 2:** Text message transcript between Plaintiff, Jon Liptak, Tim Smith and Defendants (February 7, 2026 - February 22, 2026) - all metadata attached     **29 pages**

**Exhibit 3:** Text message transcript between Mayor Matthew Burke and Defendant Brown (December 9, 2025 - January 30, 2026) - all metadata attached     **5 pages**

**STORAGE UNIT DOCUMENTATION**

**Exhibit 4:** Photos & Video of the contents of storage Unit 218     **2 pages**

**Exhibit 5:** Photos and Video of the antiques in Plaintiff's agent's possession in climate control unit     **4 pages**

**Exhibit 6:** Photos of additional unit 119 documented by Defendants     **2 pages**

**Exhibit 7:** CubeSmart transfer of Unit documentation     **3 pages**

**Exhibit 8:** CubeSmart Rental Agreement     **7 pages**

**Exhibit 9:** CubeSmart Billing records     **1 page**

**VALUATION EVIDENCE**

**Exhibit 10:** Hand-written receipt found in Unit 218 for 11 of the antiques   **2 pages**

**Exhibit 11:** Valuation of items left in Unit 218     **4 pages**

**Exhibit 12:** Valuation of the antiques moved to climate control units     **4 pages**

**VEXATIOUS LITIGANT DOCUMENTATION**

**Exhibit 13:** Vexatious Litigant Order from Ohio State Courts     **3 pages**

**FEDERAL COURT CASES**

**Exhibit 14:** Case 1:25-CV-2036 filed on September 25, 2025 by Plaintiff (Northern District of Ohio)  **6 pages**

**Exhibit 15:** Memorandum Opinion and Order from Judge Fleming denying the TRO Motion and dismissing Case 1:25-CV-2036 for lack of subject matter jurisdiction     **6 pages**

**Exhibit 16:** Case 1:25-CV-00446 filed in District of New Hampshire – dismissed **1 page**

**Exhibit 17:** Current active case in District of New Hampshire 1:25-cv-00481-LM **4 pages**

**MUNICIPAL COURT CASES**

**Exhibit 18:** Current active case filed at Cleveland Municipal Court 2025-CVG-009765   **1 page**

**Exhibit 19:** Case 2025-CVG-002846 filed in relation to dismissed federal Case 1:25-CV-2036
**2 pages**

**Exhibit 20:** Case 2025-CVG-005574 - Active case scheduled for pretrial February 26, 2026 in relation to dismissed Case 1:25-CV-2036          **1 page**

**Exhibit 21:** Case 2025-CVG-009765 - Active case scheduled for trial March 16, 2026 related to dismissed Case 1:25-CV-2036          **1 page**

**Exhibit 22:** Magistrate's Decision on Case 2025-CVG-002846 - Evidence that Plaintiff provided scripts to Defendants for court proceedings   **1 page**

## SUMMARY OF EXHIBIT CATEGORIES

| Category | Exhibits | Purpose |
|---|---|---|
| Communication Evidence | 1-3 | Authentic communications proving Plaintiff's fabrications and harassment |
| Storage Documentation | 4-9 | Physical evidence of property condition and storage arrangements |
| Valuation Evidence | 10-12 | Actual values vs. Plaintiff's inflated claims |
| Vexatious Litigant | 13 | Plaintiff's history of frivolous litigation |
| Federal Cases | 14-17 | Pattern of forum shopping and dismissed cases |
| Municipal Cases | 18-22 | Coordinated litigation strategy and abuse of multiple court systems |

**Total Exhibits:** 22
**Pages:** 236

*This Table of Contents accompanies the Enhanced Motion for Sanctions filed by Pro Se Defendants Debra Brown and Philip McCall in Case No. 1:26-cv-00103, Northern District of Ohio.*