# EXHIBIT 1

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | https://www.airbnb.com/l/hkA5ajfU | Dec 9, 2025<br>9:18 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhC9OXl7l<br>u1AdYnWXEsNTzmO<br>The address where the furnace  needs new<br>circuit board is 13912 Maple Leaf Drive,<br>Garfield Hts, OH 44125 | Dec 9, 2025<br>9:40 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | If you like this condo, we can pay you fix it<br>while you live there. What needs be done is to<br>replace three to four accordion doors.. | Dec 9, 2025<br>10:14 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Cleaning n fix the stove, toilet handle … | Dec 9, 2025<br>10:16 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | the condo is nice I haven't been able to<br>present it to my partner yet as he's on a<br>service call. And when he returns I will give<br>him the information about the furnace and<br>yes that would be work out great If you have<br>anything that needs to be done if you need<br>appliances we can work that out | Dec 9, 2025<br>10:16 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | I can arrange Jon to show, it is kind of<br>disaster right now because what the previous<br>group did. We have two different companies,<br>one to sign lease to rent, another do repair. If<br>you and your partner would like this condo,<br>one company signs lease with you, you pay<br>rent to that company Cleveland Vacation<br>Resort LLC, the other company Sara Mellott<br>Real Estate Dev LLC pays you and your<br>partner for the work | Dec 9, 2025<br>10:18 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I get it because we work with heartwise which<br>does homes and that's the people that do the<br>section 8 and we have one company that<br>pays us directly and the other that we<br>arrange everything through. | Dec 9, 2025<br>10:19 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm trying right now to see what we can come<br>up with to get this started because we still<br>have to get our stuff into storage as well<br>there's a lot going on so yes please let me<br>know what's available and I'm going to try to<br>work with you and and I really appreciate it | Dec 9, 2025<br>10:20 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm sorry that last message was for my<br>sisters | Dec 9, 2025<br>10:21 AM |

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | What I can help you today is that: you can move out of hotel n stay at 13912 Maple leaf while your partner fix the furnace, wash machine n flood A/C unit | Dec 9, 2025<br>10:25 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | So you do not have to pay hotel today | Dec 9, 2025<br>10:26 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | that's wonderful, I should get back to you sometime after lunch thank you again | Dec 9, 2025<br>10:27 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | This is 13912 Maple Leaf, Garfield, OH 44125 | Dec 9, 2025<br>10:28 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | https://www.airbnb.com/l/gfJbOfpd | Dec 9, 2025<br>10:28 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Hi, Julie.We've been kind of some traffic in , we're a little late running a little late , we'll be there about four minutes | Dec 10, 2025<br>2:32 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | K, no worry | Dec 10, 2025<br>2:35 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Actually maps just updated and says it's gonna be a 10.It's a delay.There seems to be a lot of traffic but we're on our way and I apologize for being late | Dec 10, 2025<br>2:36 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | No worry | Dec 10, 2025<br>2:43 PM |

2

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Hello Julie,<br><br>Philip has found the circuit board available at several different prices, each with varying delivery dates. Could you let us know if you'd like him to proceed with the purchase and which option you prefer? Given our current circumstances, we would need the funds to be made available for the purchase. Alternatively, if you'd prefer to handle this directly, we can forward you the link so you can order it yourself.<br><br>We'll be checking out of the hotel tomorrow morning. If the offer to stay at one of your properties for a couple of days while Philip completes the repairs is still available, please let us know. You can reach out to either of us at your convenience.<br><br>Thank you very much,  Debra | Dec 11, 2025<br>2:25 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | Yes | Dec 11, 2025<br>8:44 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 |  | Dec 11, 2025<br>8:13 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | My email address is  debrabattles@msn.com | Dec 11, 2025<br>8:20 PM |

| From Debra Brown (216) 253-0863 To julie Roberts (440) 638-9632 | I'm looking for my SS card | Dec 11, 2025 8:21 PM |
|---|---|---|
| From Debra Brown (216) 253-0863 To julie Roberts (440) 638-9632 | I have this piece of mail that came today with my actual address on it | Dec 11, 2025 8:22 PM |
| From Debra Brown (216) 253-0863 To julie Roberts (440) 638-9632 |  | Dec 11, 2025 8:22 PM |
| From Debra Brown (216) 253-0863 To julie Roberts (440) 638-9632 | You can delete my SS # after I send it, my texts are secure ▓▓▓▓▓ Debra J Brown<br><br>Philip lost his license in the fire but I have his ▓▓▓▓▓ Philip D. McCall I'll have Phillips social security number in a few minutes but there's some information | Dec 12, 2025 9:14 AM |
| From Debra Brown (216) 253-0863 To julie Roberts (440) 638-9632 | Please let me know what else you need. I'm loading our truck with our belongings from the hotel. | Dec 12, 2025 10:25 AM |

4

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 |  | Dec 12, 2025<br>10:33 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | I m going to email a lease agreement, you can print it out at garfield public library, sign n scan email me then I give you the code to 5492 E 141, Maple Hts, OH 44137 | Dec 12, 2025<br>10:47 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Okay | Dec 12, 2025<br>11:05 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Thank you | Dec 12, 2025<br>11:06 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm heading back to the hotel I should be able to print it there If not I'll go to the library also CVS will print it for me and I will sign that and get it right back to you thanks so much again | Dec 12, 2025<br>11:11 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I haven't received the lease yet and I'm still here at the hotel packing the our vehicle up and I'll be able to print it here if I'm going to receive it soon thank you | Dec 12, 2025<br>11:57 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | I just checked with my another business partner, we can not collect the rent at the end of month especially we give you 60% off discount so is it doable $500/week n paid before check in? | Dec 12, 2025<br>12:18 PM |

5

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Absolutely I have that That's not a problem | Dec 12, 2025<br>12:19 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | I m trying to put the lease together | Dec 12, 2025<br>12:19 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | And I may be able to pay even more a little later today or tomorrow | Dec 12, 2025<br>12:19 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | Could you zelle? | Dec 12, 2025<br>12:19 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm scrambling trying to make sure I have that and still have money for gas and you know the other things that we need to do but yes you will get most of it I'm hoping | Dec 12, 2025<br>12:19 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes, did you want me to give it to you when I get the lease to sign or did you need it now please let me know cuz we're trying to check out and we're running behind | Dec 12, 2025<br>12:20 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm not hurrying you I'm being hurried by somebody else.m � | Dec 12, 2025<br>12:21 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | You pay rent, then we pay you and your partner work, at the end it is wash but for business accounting purposes, we have to do this way | Dec 12, 2025<br>12:21 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | That's not a problem and and as I said did you want the $500 now or after I sign the lease to send the lease back and zelle you the money? | Dec 12, 2025<br>12:21 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | Can you zelle to Kevin Au, 1-440-503-8058 so I can give u the code to the house then you can sign the lease any time today | Dec 12, 2025<br>12:22 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'll do it right now thank you and so does all is under his phone number perfect | Dec 12, 2025<br>12:23 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | That is his number n also his zelle account number | Dec 12, 2025<br>12:24 PM |

6

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
12:29 PM



## $500 Sent



Confirmation #: 4671732755

To:  Kevin Au at (440) 503-8058

From:  Park National Bank,
Simplicity Account, XXXXXXXXX4460

Sent:  Today

Deposited:  Today

Speed:  Within Minutes

 Accounts    Debit Cards   Pay Bills    Transfers    Profile

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Completed

Dec 12, 2025
12:29 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

May I have the code for the door?

Dec 12, 2025
12:37 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   julie Roberts (440) 638-9632

Press 1967 then press " lock" sign

Dec 12, 2025
12:38 PM

7

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Hi, we're heading to the place now.

The part that needs to be ordered for the furnace I'm going to go ahead and order it and then once we get to the house and then I will tell you what the ETA is for shipping. As of right now it's probably going to be arriving on the 16th but I can't say that for sure and that's is when he'll come back to do the furnace but if you need him to do any of the other jobs we can come back at any time to do those just let us know and then please email or message me you know the list of things and which location and we'll get those started thank you so very much and you'll be happy with the results thank you again

Dec 12, 2025
1:48 PM

8

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Hi Julie we are here well we've been here We had a couple errands to run and now I'm here by myself and I took some video and several pictures just so you could see the condition everything is in.

I think we are both fortunate to encountered each other thanks to Matt. I am a cleaner organizer interior design home decorator you name it I am going to really get everything together organized and cleaned for you there is a lot of dirt that the former tenants left and that is so unfortunate My goodness I could never imagine in my entire lifetime ever leaving even one one part of this but rest assured when I'm finished this place is going to look sparkling clean. I'm not sure if there's some mice as I took some pictures to show you where possibly it looks like they're maybe. For the most part we're going to use one bedroom you know in the bathroom and of course the kitchen and I'm going to get the laundry I'm going to do all the linens and all the towels that were left I really think it just needs a good overhaul I do see cleaning products here plus I have some of my own and every window every mirror will be complete door handles everything will be sanitized and I guarantee you are going to be pleased but I just wanted to make sure you saw what was either missing or broken as well. This place will be treated with the utmost respect. You will be pleased when I'm finished. And it'll be like therapy for me because it'll help keep my mind off of the fire and everything else and I thank you for that. I actually thank you for everything You have no idea you're held and high regard and in my prayers at the moment and will remain there.

Dec 12, 2025
5:06 PM

9

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 12, 2025
5:06 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 12, 2025
5:06 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



do you want this closed and sealed? Philip may be able to have a better solution than tape

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



this room is the cleanest

12

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



13

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:06 PM



14

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



16

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



17

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



18

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



19

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



20

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



21

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



22

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



23

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



24

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



25

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



26

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



27

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



28

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



29

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



30

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



31

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



32

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



33

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:07 PM



34

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



35

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



36

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



37

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



38

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 12, 2025
5:08 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

[Attachment 155] video000000.mp4

Dec 12, 2025
5:09 PM

39

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | [Attachment 156] video000000.mp4 | Dec 12, 2025<br>5:09 PM |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Great, thank you so much | Dec 12, 2025<br>5:09 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Dear Debra, I will pay you and Phil via zelle from another account, would you both be available tomorrow 1:00 pm to give me a hand help me help Tim and Jon move some stuff from two non climate controlled units to two climate controlled units at the same location? I can zelle to you and Phil right away afterwards from another account that is used to pay you guys work | Dec 12, 2025<br>6:10 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm definitely available let me double check with Philip he's on some service call at the moment. But yes I believe we can. | Dec 12, 2025<br>6:12 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Thank you, Debra | Dec 12, 2025<br>6:12 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes we are available.  When you can please provide the address so we can map it and know how long it will take us to get there. | Dec 12, 2025<br>6:19 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Cube Smart 5440 S Marginal Road, Cleveland, OH 44144 | Dec 12, 2025<br>6:37 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Debra, Jon says weather super cold, he is very afraid the pipe at 13912 Maple Leaf bust, he wants know if the board is already ordered, do I need zelle you the money for all the parts for that house? | Dec 12, 2025<br>6:38 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Because of our circumstances that would be best at the moment I'm normally that's not a problem for us but there's so much extra that we have going on. So would you like us to go and check on the pipes when Phillip gets home? I'll message fill up and we're going to see if we can get it sooner and then I'll relay the cost to then and I will get back to you as soon as possible. | Dec 12, 2025<br>6:45 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Phil already gave me the cost, I texted him n mentioned go ahead | Dec 12, 2025<br>6:48 PM |

40

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Let me know if I need me zelle u the money for all the parts for maple leaf house, what will be the earliest date the furnace at maple leaf be fixed? Could you confirm n let me know after you talk to Phil that you can give Tim and Jon a hand tomorrow 1:00 pm at the cube smart? Thank you, Debra | Dec 12, 2025<br>6:56 PM |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I can confirm now that we can give Tim and John a hand tomorrow at 1:00 at cube Smart that's a for sure as far as the furnace I won't know until we order it so I will give you that either tonight or first thing in the morning | Dec 12, 2025<br>7:43 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you, sounds good | Dec 12, 2025<br>8:23 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, could you take pic n video of each furniture n stuff you help Tim n Jon move ? | Dec 13, 2025<br>11:28 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes | Dec 13, 2025<br>11:28 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you, Debra! | Dec 13, 2025<br>11:29 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You're welcome ◆ | Dec 13, 2025<br>11:29 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | What happened there is : this commercial building in downtown Cleveland is taken over by mil rats, the city wants shut the building down, the landlord moved all our 16-19 century furnitures and all other stuff to these two non climate controlled units, which damage those antique so I need pics n video of their present condition. I rented two climate controlled units n move them from those two non climate controlled to these two climate controlled units at the same location. Thank you, Debra | Dec 13, 2025<br>11:35 AM |

41

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Thank you for explaining I will make sure that both Philip and I get very detailed pictures if there's any damage that we see anything such as that I love antiques of every kind and I will absolutely be able to recognize anything that's out of the ordinary outside of normal aging and storage and so forth so I got you on this one and I'm really interested in see the pieces so it's a treat for me, thank you. | Dec 13, 2025<br>11:37 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you◆◆ | Dec 13, 2025<br>11:38 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I was told the cold temperatures at Cleveland would ruin all the leather n wood of antique furniture. We unfortunately had slum landlord even for the commercial rental, that is why we hate slum landlords n try everything we can not be one of them | Dec 13, 2025<br>11:40 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | The cold can be rough in the leather if not treated, but high heat is many times worse.  I will definitely look for cracks and peeling and any other signs of damage.<br><br>You are doing a wonderful job as you are far from a slun Lord! ◆<br>You'll be pleased with the deep cleaning this house is getting. | Dec 13, 2025<br>11:47 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you So Much, I will zelle you money for your cleaning◆ | Dec 13, 2025<br>11:52 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | ◆◆ to "Thank you So Much, I will zelle you money for your cleaning◆" | Dec 13, 2025<br>12:13 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ C5hcHBzLm1Ic3NhZ2luZy4SFCIAKhDwMPW 6R9VE6as8yAnHZfte<br>Dear Debra, before they move anything out of that unit, could you take a video of the whole unit later you can produce a report about what are in the unit we take out of then take each pic of each item that is removed from that unit. Thank you, Debra | Dec 13, 2025<br>12:44 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes, we'll be there shortly | Dec 13, 2025<br>12:49 PM |

42

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBKDGc/<br>+VVHAKf8YkzWDnZm<br>Drive safe, thank you | Dec 13, 2025<br>12:58 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBw6CM<br>0CztLy7QzYRaCwTsZ<br>Debra, they have promotion for first month<br>free, you do not have to pay Dave $200 | Dec 13, 2025<br>2:01 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | [Attachment 157] video000000.mp4 | Dec 13, 2025<br>2:12 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I have 15 pieces antique furnitures | Dec 13, 2025<br>2:14 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | If we do it today it's very icy and slick, the<br>wind is picking up | Dec 13, 2025<br>2:20 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, the moving guy did not want to be<br>responsible to move my stuff without<br>wraping around so he wants us take over the<br>unit and I want to exam everything in front of<br>him so he and we will be on same page<br>about what are missing n what are damaged | Dec 13, 2025<br>2:20 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Those boxes need be moved out so you can<br>take video of what are inside | Dec 13, 2025<br>2:22 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Is that all? We have more stuff than that | Dec 13, 2025<br>2:23 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | There's another unit and that one you can't<br>get until Monday That's 118 That's where the<br>rest of the stuff is. But I want to tell you if the<br>glass touches concrete or metal the way the<br>weather is right now because the<br>temperature just dropped another 10° it's<br>going to break | Dec 13, 2025<br>2:24 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Why we can not get in Mon? Dave wants to<br>switch liability to you | Dec 13, 2025<br>2:25 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Do not fall in his trap | Dec 13, 2025<br>2:25 PM |

43

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | The lock is frozen and they need Anthony the crew leader to sign the unit over. | Dec 13, 2025<br>2:26 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | It should be free first month when the unit is in new name | Dec 13, 2025<br>2:27 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Oh trust me I am not.  I walked there with him and Philip.  Philip let him know he would cut the lock off if necessary but it was advised by the office not to do that | Dec 13, 2025<br>2:31 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | What office advises to do? Wait Mon hope the temperature is warm so Dave can open the lock? | Dec 13, 2025<br>2:33 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | But meanwhile his name is out, if he took stuff out of there before Mon, he is not liable.  He is very bad person, we have to be careful | Dec 13, 2025<br>2:34 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Philip said if you are worried about that, he will go and disable it now so nobody can open it and the office will have to cut it off | Dec 13, 2025<br>2:37 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 |  | Dec 13, 2025<br>2:46 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, move all the antique furnitures, leather chair to the climate controlled units first | Dec 13, 2025<br>2:46 PM |

44

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | What chair is that next to the leather chair? | Dec 13, 2025<br>2:47 PM |

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhDJkgeN<br>UGFLh75IQ8d2ZEXT<br>They torn the leather | Dec 13, 2025<br>2:59 PM |

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhC/c6/<br>gHdNDup4a3/jpiHM/<br>The Second circled looks like damage from<br>weather in non climate controlled units | Dec 13, 2025<br>2:59 PM |

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 |  | Dec 13, 2025<br>2:59 PM |

45

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

Dec 13, 2025
2:59 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pcZ
C5hcHBzLm1lc3NhZ2luZy4SFClAKhAkJlZeY
vVGDYQ6SRMvPSFC
Debra, what zelle account I can zelle money to you?

Dec 13, 2025
4:33 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Hi Julie, my phone died and we're back at the house and I finally have enough charge I'm going to send you some more pictures .
For my Zelle, I use my email:
debrabattles@msn.com.

Dec 13, 2025
5:02 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pcZ
C5hcHBzLm1lc3NhZ2luZy4SFClAKhA2SUWc
4UhCJIxnr+MCIJno
Thank you, Debra

Dec 13, 2025
5:55 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pcZ
C5hcHBzLm1lc3NhZ2luZy4SFClAKhBTK91vl
F1DX7HFam+0XUlk
Debra, when convenient, could you send me the rest photos you took? Meanwhile what will be the arrangement for us to pick up all our stuff at the other unit?

Dec 13, 2025
7:46 PM

46

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes, I am actually working on it now | Dec 13, 2025<br>8:22 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCQri9H/<br>9dBhKtwHDUmKEvY<br>Great, how is it going, Debra? By the way<br>which day the board will arrive for Maple<br>Leaf? | Dec 13, 2025<br>9:23 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCfbQKn<br>KJhHpo/OgTu7BFNS<br>Debra, what kind of arrangement you and<br>Dave made for the other unit of my stuff? | Dec 13, 2025<br>10:02 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhB8HDq9<br>IY1G5Yiup7vxEpaY<br>Morning, Debra! Were you able to send me<br>the photos you take? | Dec 14, 2025<br>8:35 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhC1atrRH<br>fpOvJ17KbhvmyXB<br>Debra, when convenient, could you please<br>give me a call back this morning? Thank you | Dec 14, 2025<br>9:12 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Good morning Julie sorry I had some serious<br>phone problems last night and we called<br>while I was taking a shower. So I tried<br>sending all this to you and it looks like it<br>didn't go through so I'm going to send it right<br>now please let me know once you get it or<br>we'll come up with a different way email or<br>something I had used two different phones<br>so I have to grab the other one and make<br>sure that I still have what I typed out and<br>then I'm going to go back and read your text<br>so I can figure out what else I I need to give<br>you information about. | Dec 14, 2025<br>9:38 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBS3m2Z<br>YmVGz5grWhRUL9hJ<br>That is so strange, I did not have any missed<br>calls from you last night. Can you email to :<br>resort2020@yahoo.com? | Dec 14, 2025<br>9:40 AM |

47

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



*48*

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



49

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



50

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:40 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Oh I'm sorry that that's an error I text messaged you I don't think they didn't go through We were having both Phillip and I were having a phone problems when our batteries died and then when they came back up it was like we didn't have service for a while I'm not sure but did you just get what I was sending now or does it look like it's coming across I hope it is I have more I have to send it in stages

Dec 14, 2025
9:41 AM

5(

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Hi Julie,

Philip and Tim took the leather and antique furniture From unit 218 to the climate controlled unit.

Burgandy Leather Chesterfield Settee - shows some indentations on the backside from being up against other furniture perhaps. The settee was in unit 218 with no items atop, or leaning against it.
Burgandy Leather Chesterfield  Ottoman - Appears in good condition;
Green Victorian Wingback / Grandfather Chair and Ottoman-
The wingback chair has some deep scratches that like a chair but it is not torn through it looks more like the dye of the leather has come off to that extent overall structurally the chair looks good There is some chipping or scratching of the wood frame. As for the Ottoman, The leather is severely scratched.
Country French carved walnut vintage end table- Excellent condition just a layer of dust
Burgundy leather Captain's chair- Excellent condition
George III mahogany side table Flash tea table- Excellent condition
Chippendale mahogany side table- A layer of zhaust but in excellent condition
Antique cane chair- Great condition
Chinese hand carved rosewood side table- Excellent condition
Vintage wooden folding rocking chair with a black padded seat- Excellent condition
Vintage rocking chair great condition

Dec 14, 2025
9:42 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhDeUFHhIrxHHJV6Tp0QXhZb
They did not wrap any of them when they moved �there was no hole on any of them before

Dec 14, 2025
9:43 AM

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCE6XF+<br>dcxExLPxvrOQCdiJ<br>I was told the non climate controlled condition destroy the leather, what we see is the damage from the no climate controlled situation | Dec 14, 2025<br>9:45 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I did not visually see any holes and any of the leather furniture I did see scratches from minor to the to that green ottoman which was pretty severe. But overall each piece looks really good The burgundy leather on the Chesterfield CT it look like it was leaned up against other pieces of furniture for a long time because it made some impressions they may come out I'm not certain and the green ottoman to match the green wingback chair that piece was in severe condition outside of that there was a little bit of chipping or scratches on maybe the lay of the tables but nothing that looks beyond normal wear and tear. | Dec 14, 2025<br>9:46 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhDdekjbf<br>A5K/qNQn/twdpqD<br>The green ottoman was nothing like that before, I just have to get license appraisal, they are not replaceable | Dec 14, 2025<br>9:46 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | So the those boxes that were in the front of the storage they were all very lights we didn't open any of them it was so cold and windy it was cutting through all of us I think it's 90 minutes to warm up once we got in the house. | Dec 14, 2025<br>9:47 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCF7VL8<br>c7VJ67xn9Oiu78fl<br>We hardly sat on, those are damage from the temperature in the unit as the experts have told even the ones who sold those to me | Dec 14, 2025<br>9:47 AM |

*53*

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | There were some beautiful pieces of furniture that you're occasional or side or tea tables absolutely beautiful and they were in really good condition minus some dust The setsie and Adam and that matched it the Chesterfield gorgeous if the back of it was near a wall or had a sofa table behind it you wouldn't see any of that cuz that's the level it was at it is absolutely gorgeous felt gorgeous I touched most all most of the leather to see how it felt there's the burgundy captain's chair I didn't send you the picture yet perfect conditions that chair felt robust and and healthy if we can call a chair healthy. | Dec 14, 2025<br>9:49 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | The whole was never there | Dec 14, 2025<br>9:50 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhCNBpsQ IKtK3aML5Z5rD9jf<br>The hole was never there | Dec 14, 2025<br>9:50 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | That may be lighting there was no hole in that Chesterfield I'm going to go through the rest of my pictures I know I have more I have to wait for the other phone to turn on. | Dec 14, 2025<br>9:51 AM |

54

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | In the meantime let me get the rest of the ones on this phone out to you which will mostly be of the tables the two rockers as well | Dec 14, 2025<br>9:52 AM |
|---|---|---|

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ C5hcHBzLm1lc3NhZ2luZy4SFCIAKhAVvGSk YMtPO570xxysh7eu<br>It cost my fortune to buy all those, I even did not have that in my house, trying to make business make money, I invested $$1.4 mil at least in the companies including 15 pieces 16-19 century antiques, rebuilt the commercial space, the landlord is horrible slum landlord, would not give us safe and habitable space to open for business, lost all my $ 1.4 mil at least investment � | Dec 14, 2025<br>9:53 AM |
|---|---|---|

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 |  | Dec 14, 2025<br>9:53 AM |
|---|---|---|

55

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:53 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:53 AM



56

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:53 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:53 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:53 AM



57

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 14, 2025
9:53 AM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 14, 2025
9:53 AM

58

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:55 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:55 AM



59

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:55 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:55 AM



60

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:55 AM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:55 AM



61

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
9:55 AM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

Dec 14, 2025
9:57 AM



Debra, what are those lines there? They were
not there before

62

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

[Attachment 158] video000000.mp4

Dec 14, 2025
9:57 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863



The stain, the day before they touched n moved my stuff, I was in the office, there was no stain there

Dec 14, 2025
9:59 AM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

That is dust The tables had a fine layer of some kind of dust

Dec 14, 2025
9:59 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhARlDCPl B1Fwo6yK666dhSn
Thank you So Much, Debra

Dec 14, 2025
10:00 AM

63

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

Dec 14, 2025
10:01 AM



There was supposed to be a glass on top, is the glass cracked?

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

Dec 14, 2025
10:02 AM



This piece is supposed to have glass on top

64

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Who's my pleasure he has beautiful pieces there and I did I really looked at it as much as I could. When that man wanted to sign the paperwork and he kept saying it's as is I said absolutely not I'm like I did you a kindness to end all the arguing I said and I I have no steak in here except for trying to make Julie happy because she sent me here to do a job and that's what I'm going to do in the meantime I ask that I get to look at what's in storage because I'm not signing a piece of paper and he threatened to throw it in the trash and I reiterated and he walked over there and let me see and everything in there looked like it was placed with care nothing was piled on top of each other other than you know some paper or there was a case of water bottles I'm trying to think what else I saw The high back white or off-white chairs they all looked in great condition as well | Dec 14, 2025<br>10:02 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | If you can't understand anything that I have there I have to go back and read it it's because I do speech to text and sometimes it puts funny words | Dec 14, 2025<br>10:03 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | That's a very nice piece that looks like the Polish eagle. It may still have a glass piece but Tim and Philip did not want to touch any glass because of it being so cold it was guaranteed to break | Dec 14, 2025<br>10:05 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | It's the lighting making those lighter lines if that's what you're showing me, it was getting dark and I saw them when I was taking the photograph | Dec 14, 2025<br>10:07 AM |

65

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 14, 2025
10:07 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ
C5hcHBzLm1lc3NhZ2luZy4SFCIAKhAzF4pa
x91M0pywO62Xr2RI
Debra, I appreciate you. This Dave is very
abusive n bully. He has refused to give  my
stuff back for 30 days, he kept my most
expensive stuff in another unit, before
starting, I texted him I paid truck, two units n
people come move everything out of there
yesterday, then he played game, not get the
other people he unlawfully put my stuff under
to sign paperwork to release the stuff in the
other unit then called me, harassing me 6:30
pm telling me 30 days over he will dispose
my other stuff. He agreed for me to get all my
stuff then played game to hold my stuff then
telling me he gonna to dispose it... he is piece
of crap

Dec 14, 2025
10:07 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ
C5hcHBzLm1lc3NhZ2luZy4SFCIAKhDRtKKU
GWhIaL+K6WC3TI9w
I c

Dec 14, 2025
10:11 AM

66

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBGtUjuZ<br>6FAF4x/SgglqzW7<br>It looks like crack line | Dec 14, 2025<br>10:12 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBsealMg<br>OtP1oaRICBCxvc1<br>Just wonder what kind of arrangement you, Jon, Phil made with this Dave to retrieve our stuff from the other unit? | Dec 14, 2025<br>10:13 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I saw and heard him.  He did that to Jon,told Jon he was going to throw everything in the garbage. It will become trash  we're his exact words. Everyone was trying to talk over each other, Nothing ever gets settled whrn emotions are high. Jon stated he was crabby and tired.  I heard him talking to youbeing somewhat abrubt. it was a brutally cold, that guy walked around back and forth, pacing, mumbling and feeling he was in the right. During  this brief moment when everybody was stating " I'm done",  John was done, Dave was done, Tim and Philip were ready to leave, they had other places to be. So before everyone was getting into a position to leave, I asked the question I said what's the hold up and they said he wanted his money that he paid for the next month is n that's it and then we can get out of here? I I was in about to let them start arguing again so I try to move it along quickly of that office. | Dec 14, 2025<br>10:26 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I didn't make any deals or anything what I was told by the person behind the desk by Dave and I saw the paperwork because I would have signed all of it just so he was out of the picture when we went to open that storage the the lock was frozen and because he did not sign for that storage unit he and his boss basically did it online as two separate people so they could get the discount | Dec 14, 2025<br>10:27 AM |

C7

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhB2BchK<br>cfxDR66SLw9Bdpbf<br>Debra, he is the owner of his moving company. Jon said Dave said Monday the other guy to sign the paperwork over but did not say when | Dec 14, 2025<br>10:28 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCwDWY<br>QEp1AObO76zSblXen<br>I got two units all under Jon's name n they are all discounted, he did not tell us truth at all | Dec 14, 2025<br>10:29 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBJtBToR<br>GlLJrndB8fVTrCc<br>I have lawsuit against him, we are not signing any release , by law he should turn everything over without us signing any release, he is bully | Dec 14, 2025<br>10:31 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhChxkEJ<br>qGpDsYZyM4iyTxfl<br>Debra, what you sent me is all we took out of one unit yesterday, right? | Dec 14, 2025<br>12:07 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhDDYYRU<br>C3JK27ZLKye6f9/5<br>Debra, could you give me a call back? Thank you | Dec 14, 2025<br>2:28 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhANsra8<br>ao1Lb4SzVguErSWl<br>Debra, here is Jon's number, 1-216-970-6239 he said you would remember what time you all meet Dave, I said better you both communicate | Dec 14, 2025<br>2:42 PM |

68

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Thanks Julie I spoke to him a bit ago and I told him we didn't really get a time so the person at the front desk is the only person that will be there she's the general manager and we can call and check that time with her. | Dec 14, 2025<br>3:00 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | CubeSmart is closed today. But it opens tomorrow morning at 9:30 a.m. | Dec 14, 2025<br>3:03 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | The general manager's name is Alexis and she gave me her card I have an email for the store and the phone number I can try to leave a voice message identify myself and I'm ask her to return my call tomorrow morning so I know what time or I can send her an email either way I'm positive that she will respond in a timely manner | Dec 14, 2025<br>3:04 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBME5rC<br>HTpGd5QkERAHqSZP<br>Thank you, Debra | Dec 14, 2025<br>3:06 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Philip has many things to do regarding our house and the fire restoration people but right now we're trying to figure out to get the brakes done on our truck. Because it was working fine and suddenly yesterday in the middle of the day it became undriveable We had to take a Uber to CubeSmart and we don't want to have to do that again tomorrow. | Dec 14, 2025<br>3:06 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | So if you need something you can reach out to me I have my phone I'm done with most of my things I have to do but he's going to be busy for the rest of the day doing service calls and shoveling part of the driveway and the walkway for us and trying to repair the truck. I know it's frustrating trying to get answers and being out of state and everybody being busy but I'm available to talk to you if you need and we can work things out thank you | Dec 14, 2025<br>3:07 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhDuFiBRE<br>7pLj6oGEBK32LN+<br>Is he going to fix the break himself or take to fire stone? Jon can give you ride | Dec 14, 2025<br>3:51 PM |

69

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | No we're going to do it ourselves it's just too professed to buy the parts since he knows how to do it | Dec 14, 2025<br>3:52 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | And he'll get him done quick as well because we need the truck to deliver some appliances that somebody bought from us at our shop We have in storage over there | Dec 14, 2025<br>3:52 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Okay that sounds great thank you. And I don't have a exact date when the part will come We had to order it and it said anywhere between the 16th but before Christmas and that was the best we could find anywhere so as soon as I get further information I'll let you know about the part for the furnace. | Dec 14, 2025<br>3:54 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | The part for the furnace should be here by Wednesday this was $54.97 | Dec 14, 2025<br>7:14 PM |

70

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 14, 2025
7:14 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  julie Roberts (440) 638-9632

15874 Rademaker, Brook Park, OH 44142

Dec 14, 2025
8:14 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

I'll message him and let him know we'll be on our way when we're ready to leave and thank you for the address and then you can send that other information and I'll have it on my phone

Dec 14, 2025
8:15 PM

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | K, thank you, Debra. He will give you $50 in case we need pay filing fee. Normally we file notice at window 9 there is no need to pay filing fee. Tonight I will zelle you all the money for parts of maple leaf n the other day moving. At the end of hearing I will Zelle $200 for you both to attend the hearing for Jupiter Global Resources LLC ( Debra as manager), Sara Mellott Real Estate Dev LLC ( Phil as manager) | Dec 14, 2025<br>8:21 PM |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 159] IMG_4248.heic | Dec 14, 2025<br>8:21 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | The public entrance is at Lakeside Ave. so park cross the street in the parking lot. After going thru the security, make left turn, the elevator to cleveland municipal court is on your right hand side by the entrance of ontatio, behind is the stand who is selling drink n food, go to second floor, make right turn-cleveland municipal court civil, window 9. Then the court room should be on 3rd floor, ask the clerk which floor is court room after you file. If it is on 3rd floor then it is next to Bailiff office, you both go in, sign your name n company name on the big note pad by judge bench | Dec 14, 2025<br>8:24 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Perfect. Also do we know when we need to be at cube smart?  we have to deliver a refrigerator and washer and dryer set and pickup a washer and dryer set tomorrow at 4pm. If we go to CubeSmart it would need to be after court but early enough before 4pm to to get everything done timely. | Dec 14, 2025<br>8:24 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Julia, thank you for all the details. You are so thorough. | Dec 14, 2025<br>8:25 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, this Dave is very mean, that is why in the motion I ask the court issue order to order him deliver rest of our stuff to us, we will work around your schedule, you can tell Magistrate to order what time Dave meet us there at Cube Smart | Dec 14, 2025<br>8:27 PM |

71

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | There are two cases for this hearing tomorrow, one case number is 2025-cvg-002846, this is for residential unit we have no lease but they listed me and Sara Mellott Real Estate Dev LLC as defendants, the other case number is 2025-cvg-005572 that is for commercial space of Jupiter Health ( DBA of Jupiter Global Resources LLC), each case had four sets of copy, they are all filed at window 9, case number ending 002846 is Phil's, case number ending 005572 is Debra's. For four sets of each case: after they are all stamped, one set is for the clerk to docket, one for magistrate at 9:30 hearing, one for chinatown dev llc, one for us to keep | Dec 14, 2025<br>8:34 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | The script for Debra, " Your Honor, I'm not an attorney. I m new hired manager for Jupiter Global Resources LLC, I'm here only to deliver the defendant's written request for a continuance/stay to obtain counsel. Because of snow, the flight is cancelled so Ms. Rielinger could not get in town yesterday n is unable to appear. I am respectfully asking the Court to review the filing and give company 30 days to obtain atty if the court decides not transfer the matter to federal court because there is active federal court case for the second cause | Dec 14, 2025<br>8:38 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We prefer the court transfer the matter to federal court, again we are not atty, we do not want any further discussion of the case, we are new company n do not know anything, can not say anything for the company n not given any authority to say anything for the company. Except we try to retrieve our belongings, the mover has been not reasonable. They are 16-19 century antiques with real leather n special wood, which will be ruined in non climate control units, we tried to call the mover for 30 days, he not answer the call nor return our call, he finally wait to Dec 13 last day for us to retrieve then did not release the other unit, could you order him release the other unit today without waiver. This is our schedule we agreed to help Julia to retrieve all her properties today.... | Dec 14, 2025<br>8:46 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes | Dec 14, 2025<br>8:47 PM |

72

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, since we have federal suit pending therefore do not express the condition about yesterday's property to the court, if they ask just say I m not expert, I was not working for Jupiter prior the removal of Julia's property, so I can not give any statement about the condition of the property. Debra, from your pics, I showed the sellers who told me they all ruined, the condition was not like that before they touched, they were not supposed to touch n move my stuff with this ambushed unlawful eviction. You read my notice you will file, you will understand, thank you | Dec 14, 2025<br>8:50 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | That is their fault, we are not litigating in Cleveland muni so we speak less, the better, just want court order the time for the mover to release all our stuff, you see the notice you file for me, they should release without waiver. We are not signing waiver because they try to get away from hundreds of thousands liability for all the wrong they did, no way they can keep bully me like that, you know | Dec 14, 2025<br>8:54 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | ❓ to "That is their fault, we are not litigating in Cleveland muni so we speak less, the better, just want court order the time for the mover to release all our stuff, you see the notice you file for me, they should release without waiver. We are not signing waiver because they try to get away from hundreds of thousands liability for all the wrong they did, no way they can keep bully me like that, you know" | Dec 14, 2025<br>8:55 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | The script for Phil, " Your Honor, my name is phil, I m new hire manager for Sara Mellott Real Estate Development LLC, I m new, still learning, I'm not an attorney. I'm here only to deliver the defendant's written request for a continuance/stay to obtain counsel. Because of snow, yesterday flight was cancelled so Ms. Rielinger is unable to appear. I sm respectfully asking the Court to review the filing and give company 30 days to retain atty unless the second cause is dismissed or transfer to federal court" | Dec 14, 2025<br>8:57 PM |

73

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | With cleveland morning traffic, we have to get on road around 7:00 am so you have the spot parking in the parking lot cross street from the Justice Center. The cleveland muni court open 8:30 am, we need get the two cases' notices into the docket before the 9:30 hearing. Let me know after you file, thank you | Dec 14, 2025<br>9:01 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, after you picked up the two cases paperwork from Jon, give me a call. Thank you again, Debra | Dec 14, 2025<br>9:02 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I will. | Dec 14, 2025<br>9:03 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Tell the magistrate that you have service call after you tell magistrate you just drop the paper work n request 30 days to retain atty n order of the time of Dec 15 or 16 to retrieve all rest properties of the unit the mover put in other people's name which is extremely not lawful that is why we do not sign any waiver | Dec 14, 2025<br>9:13 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Hi Julia, we just left John's and we are heading to our shop to pick up some things and then we will head back to the house at which time I'll give you a call. It's extremely slippery outside We just saw an accident around the corner from Jon's place | Dec 14, 2025<br>9:21 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Be very careful | Dec 14, 2025<br>9:22 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Drive slow | Dec 14, 2025<br>9:22 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Take time, no rush | Dec 14, 2025<br>9:23 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes ma'am we are and thank you I'll talk to you in a little bit | Dec 14, 2025<br>9:25 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Ok | Dec 14, 2025<br>9:26 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, how much material money I need send you for maple leaf? The invoice will be to: Sara Mellott Real Estate Dev LLC,2080 Whittaker Road, Suite 125, Ypsilanti, MI 48197 | Dec 14, 2025<br>9:43 PM |

74

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Julia, I'll have the invoice for you when I get back to the house for parts and labor. I have it ready And I was going to ask you who I'm making it out to on our phone call so thank you for the information and I'll get that to tonight as well | Dec 14, 2025<br>9:50 PM |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | Email address: resort2020@yahoo.com | Dec 14, 2025<br>9:56 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhCCaMjEZMRNYpkr/k3aM26A<br>You can get it to me tomorrow, you need sleep so you can get up but we need have brief communication so I can get you in loop so you will not be caught off guard in the court there | Dec 14, 2025<br>10:01 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhCZhj6rSsZKRL0q40ZxpuJF<br>You can get it to me tomorrow, you need sleep so you can get up early tomorrow but we need have brief communication tonight so I can get you in loop and you will not be caught off guard in the court there | Dec 14, 2025<br>10:02 PM |

*75*

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1Ic3NhZ2luZy4SFCIAKhCYySFE<br>2wBP57i6Gxd9Xsve<br>Morning, Debra! The main thing today at court is to ask magistrate to order the moved release all our property he agreed to release on Nov 13 but he did not, some of them are from unit 2164 Rockwell case number 2025-cvg-005572 Cleveland Chinatown Dec LLC v Jupiter Global Resources LLC  I moved to unit 2168 Rockwell , the unit of Sara Mellott Real Estate Dev LLC before Sep 3, 2025, the landlord and mover moved to Cube Smart on Nov 13,2025. Today we are not getting into merit, tell the magistrate we do not have atty, we are not getting merit, I m new hire manager, I m not atty, I just know the mover agreed to release all Julia and companies' property on Dec 13 but he did not, he has been playing game with us n telling us it is passed 30 days he will dispose but he should not put our stuff in someone else name otherwise we would be able to get our stuff on Dec 13 as he agreed, court said he must release within 30 days from Nov 13 he seized | Dec 15, 2025<br>6:17 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes, I understand | Dec 15, 2025<br>6:18 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Good morning ❖ | Dec 15, 2025<br>6:18 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1Ic3NhZ2luZy4SFCIAKhDriFzluU<br>JLZKx7w+pxKncv<br>Thank you, Debra | Dec 15, 2025<br>6:21 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1Ic3NhZ2luZy4SFCIAKhAV8EgQ<br>m9xFHK+HEZKSz2+1<br>Debra, call me after you file or if you have any question, please feel call me | Dec 15, 2025<br>6:47 AM |

76

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhCYrlhhc<br>a5KolBRvEV1clhH<br>Debra, on your way to downtown, if you have<br>time, could you stop by 13013 Orme, Garfield<br>Hts, OH 44125 to pick up the emergency<br>motion for court to order mover release the<br>property I forgot email Jon yesterday? | Dec 15, 2025<br>7:24 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhDo3K/<br>allBGelqXuu7fajhZ<br>Level 216-970-6239 | Dec 15, 2025<br>7:27 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhDG/<br>uejS+VL4Lp6lFE4G5Sl<br>Can you give your business card to Level who<br>has lots clients who will need your service | Dec 15, 2025<br>7:34 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhCZCYTS<br>oZ9lwp2kDYf8Vbky<br>+1 (216) 496-9383 | Dec 15, 2025<br>7:35 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhDOx7uj8<br>79NbLx/XR9GNCEg<br>Level | Dec 15, 2025<br>7:35 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhAb0A/<br>l7f1PhYAroyDZRR+A<br>Debra, when you are at 13th floor, ask them<br>which room is for today 9:30 am bench trial | Dec 15, 2025<br>8:25 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes , we were told to wait for bailiff | Dec 15, 2025<br>8:39 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhADbDoT<br>a9BBw7WBEFGOUffo<br>Can you ask for staff Jeremy? | Dec 15, 2025<br>8:40 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | We're all good she apologized for rushing us<br>the first time | Dec 15, 2025<br>8:57 AM |

77

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | 9:30 hearing today | Dec 15, 2025<br>8:57 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | �mainly get the order for the mover to release our stuff immediately, transfer the case to federal court Nh because the company was never served, if the court would not transfer then say we need 30 days to retain atty, if they say we gave time, tell them the agent has been very ill from what Plaintiff did so we need last 30 days to retain atty, when the landlord wants to go further, you say we are not atty, we are new manager, still learning, we have another appointment to go, we just need court order to release our stuff because the mover has acted with bad faith toward us for the last 30 days n we want the case either dismiss or transfer otherwise give us 30 days to retain atty otherwise than that there is nothing we can say | Dec 15, 2025<br>9:06 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhAiI44b4<br>vIJD4ef4qjg9PVg<br>Tell Magistrate my flight from NH to Cleveland yesterday was cancelled due to snow otherwise I would be there today, request continue if the magistrate not dismiss nor transfer the case to Federal Court in NH. Thank you, Debra | Dec 15, 2025<br>9:12 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Yes, we have both said first assignment, just started, and everyone has been helpful. Hope it continues and we get the 30 days | Dec 15, 2025<br>9:13 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhDqYmJ<br>Gso1MdLvz+w1Y+ANV<br>Make sure get court order to order the mover to release our stuff!!! That is the main thing, thank you, tell magistrate " we are not atty, I think your honor should give us 30 days to retain atty, the merit of the case should be discussed when atty is present " when the other side want magistrate do things for them | Dec 15, 2025<br>9:15 AM |

*78*

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhDueq9O<br>y8hDHJEiofVuApcR<br>Debra, feel free to keep me posted any time,<br>thank you | Dec 15, 2025<br>9:27 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Will do | Dec 15, 2025<br>9:31 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you, Debra! If they did not show us, you and Phil ask magistrate dismiss their second cause, letting magistrate know we do not owe back rent, they owe $5.4 mil to us. If they show up, when they say we owe so n so much rent, you tell Magistrate we do not rent, they owe $5.4 mil to us, we are here not for merit hearing because we need court give us 30 days to retain atty unless the cases are dismissed based on motions, if not we need 30 days to retain atty. We acted with good faith retrieve our property for the past 30 days, the mover not cooperate, yesterday was end of 30 days he refused to give us our rest most expensive stuff, we need court order today to enforce the release | Dec 15, 2025<br>9:50 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, what arrangement Dave made is all lies because he wants keep our stuff which are most expensive n not replaceable so we need court order, that is the only way for us to get our stuff | Dec 15, 2025<br>9:52 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Not tell magistrate what Dave told you because he is not answering our calls therefore the court has to order him to release | Dec 15, 2025<br>9:57 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I mean " if they did not show up" not" if they did not show us" | Dec 15, 2025<br>10:07 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | How is it going so far? | Dec 15, 2025<br>10:21 AM |

79

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Hearing finished.  The magistrate, Tamela Womach asked us to state who we were and why we were there. I told her exactly as the script, she asked are you attorneys? When we said we are not, she said you cannot speak but you can take a seat and stay if you like. Chinatown development  he had an attorney and a Cantonese interpreter.  You were dismissed from both cases . 02846 Shaojia wong asked for $10,800, magistrate changed it to $8900<br>005572 - they asked for $9100- magistrate changed it to $7300.<br><br>Dave was not there.<br>For emergency motion/ We were told that you have to watch the docket but most likely no heating today. | Dec 15, 2025<br>10:39 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    julie Roberts (440) 638-9632 | Would you be able to call Dave 216-210-0707 to ask him what time he agreed to meet with you today? | Dec 15, 2025<br>10:42 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I was calling you I'm on hold right now I was going to ask Good ALexus first but if she doesn't know then I will ask and call Dave | Dec 15, 2025<br>10:43 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    julie Roberts (440) 638-9632 | Ok | Dec 15, 2025<br>10:43 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Sorry it got all messed up I on hold waiting to talk to Alexis at cube but I see you understood me thanks sorry about that | Dec 15, 2025<br>10:44 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    julie Roberts (440) 638-9632 | Thank you, no worry | Dec 15, 2025<br>10:44 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I called Dave and introduced myself in a friendly way. I mentioned that I couldn't remember if we had set a meeting time for today. After a brief pause, he said he would check and let me know. He added that if I don't hear back from him by 1 p.m., I should call again. | Dec 15, 2025<br>11:22 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    julie Roberts (440) 638-9632 | Ok. Thank you, Debra� | Dec 15, 2025<br>11:23 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Of course, anytime � | Dec 15, 2025<br>11:28 AM |

80

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhCNLO5w<br>p/xKvIgTtpWSSeSE<br>How is going, Debra? | Dec 15, 2025<br>2:09 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhDrXlM27<br>M5JQ7lADwzoI6cq<br>Debra, did Dave call you as he said? Any<br>update? | Dec 15, 2025<br>2:09 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhDumGu<br>b8qNAW596jB5WBla9<br>Debra, you need a better phone | Dec 15, 2025<br>2:16 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | This is what I sent to Dave. | Dec 15, 2025<br>2:31 PM |

81

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 15, 2025
2:31 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

[Subject]
proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ
C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCx109I2
mIEsYZKETS25fFL
Thank you

Dec 15, 2025
2:33 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Check your email you should have email from CubeSmart , the unit leases were signed by you and they are in Jon's name. Jon needs to sign them or the leases  become property of CubeSmart. They will then go to a dump.

Dec 15, 2025
4:17 PM

*82*

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm still talking to CubeSmart | Dec 15, 2025<br>4:18 PM |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhBC6KHr<br>PH5N8oVMvSbt7C3Q<br>I m confused | Dec 15, 2025<br>4:18 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhC3JyQkl<br>dVFoJORMh/pCSUO<br>I signed the lease on line on Dec 12 when I<br>paid my two units that are Jon's n my name | Dec 15, 2025<br>4:19 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhDPZ81Q<br>qoFM24m0McpSZORr<br>Do you know how to do three ways call n<br>bring me in your conversation? | Dec 15, 2025<br>4:20 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCuj7Wm<br>/vJEybFlFpXe53Hb<br>Did the storage put the lien on the other unit? | Dec 15, 2025<br>5:54 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | No they had not. I called and text messaged<br>Dave again as I said I would and I have not<br>received any response. | Dec 15, 2025<br>6:40 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Alexis from CubeSmart stated there is a 5<br>day grace period for late payments. | Dec 15, 2025<br>6:41 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCME4Tg<br>ly5JLbMeSo9ymsnO<br>Morning, Debra! | Dec 16, 2025<br>8:28 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhAxYH/<br>+iW9DN7sdmcRUhTni<br>Could you coordinate with cube smart n<br>Dave this morning to get the other unit<br>situation be resolved this morning? Thank<br>you! | Dec 16, 2025<br>9:27 AM |

*83*

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCtOiJ8c<br>MlDXp5e0g2Q9AOs<br>Dear Debra, Jon says he can not get hold of Phil, you both need working phone, we can not do business like this, it is harmful for your business | Dec 16, 2025<br>10:20 AM |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKlmNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFCIAKhA1/<br>Or8lc9OB5wKCMOm354Q<br>Debra, what would be the status to the other unit Dave had arrangement with you, Phil n Jon on Dec 13? Thank you | Dec 16, 2025<br>1:46 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Hi Julia,<br><br>I wanted to let you know I had a migraine last night and again this morning, so I needed to rest.<br><br>Dave hasn't responded to my messages yet. We're aware Philip needs a phone, and he's still trying to keep up with the obligations we had before the fire. We're scraping by as we try to salvage what was lost, and I'm still working on finding our important documents and following up with agencies. Without insurance, we don't even know if our home can be restored, which has been very stressful.<br><br>I don't have income coming in anymore, so I'm trying to manage many roles at once. Thankfully, friends brought us groceries, which was a blessing.<br><br>I'm grateful to be here and to help you, even while we're handling so many other things. The part for Maple Leaf should arrive tomorrow. Philip went with Jon earlier today, but I don't have further updates since he isn't here right now—he let me rest because I hadn't slept in several days. | Dec 16, 2025<br>3:38 PM |

*B4*

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 16, 2025
3:38 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863

Dec 16, 2025
3:52 PM

[Subject]
proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ
C5hcHBzLm1lc3NhZ2luZy4SFCIAKhCpGpEd
6TZIq4LZQvBsrIwc
I m sending some money today

85

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Good morning Julia,<br>Philip has a new phone but he needs to set it up.<br>Philip said Jon spoke with Dave and Thursday they will move the units.  You still want me to get pictures before they start moving the items, correct?<br>I got some much needed rest and feeling much better today.<br>Hope all is good for you and your cough is getting better.<br><br>Philip sees the spot where an animal can get in, he thinks there may be a squirrel somewhere.  He doesn't want to seal the hole just yet, he hopes to be able to see where it may be going.  I'll keep you updated on it | Dec 17, 2025<br>9:01 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhDcnq716PBG8bnJaFm+c9p3<br>I m glad that you feel better. Jon says switch the unit, he and Dave set for 1:00 pm | Dec 17, 2025<br>10:44 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhDAF6s7Tt9PHqlOn29jC2oM<br>Debra, did clerk charge any filing fee for the three cases? I m trying to send you money so trying to figure out the amount. Thank you | Dec 17, 2025<br>10:48 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | No there was no charge and I still have the $50. | Dec 17, 2025<br>10:51 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhC8XclElkZPxZHDnZsGO5z2<br>Sounds good. You keep it | Dec 17, 2025<br>10:52 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Okay, thank you. The circuit board for the furnace on Maple leaf is being delivered today sometimes this afternoon. | Dec 17, 2025<br>11:27 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZC5hcHBzLm1lc3NhZ2luZy4SFCIAKhCW7UEkSp5DSZrGHWeOh9Me<br>Great, Debra, what is your full name at Zelle? | Dec 17, 2025<br>12:36 PM |

86

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Hi, I believe it's just like the QR code above:
Debra Brown

Dec 17, 2025
12:54 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 17, 2025
12:54 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    julie Roberts (440) 638-9632

Is your zelle account your cell number or
email address?

Dec 17, 2025
12:54 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

debrabattles@msn.com

Dec 17, 2025
1:07 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    julie Roberts (440) 638-9632

$200+50 cash are for you and Phil's previous
work (Dec 13+15), maple leaf is not included
till it is done, $55 is for the parts of Maple
Leaf. Thank you, Debra

Dec 17, 2025
1:15 PM

87

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 160] IMG_2969.heic | Dec 17, 2025<br>1:15 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Thank you.  I did send an invoice to or Maple leaf to the email address you gave me | Dec 17, 2025<br>1:17 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I will go check, thank you | Dec 17, 2025<br>1:17 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I am running out to take care of some paperwork for the fire . I'll have my phone but may not be able to answer right away. | Dec 17, 2025<br>1:21 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | No worry, I pray you will find all your paperwork | Dec 17, 2025<br>2:02 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, Jon wants to know when Phil can meet him at maple leaf | Dec 18, 2025<br>1:02 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Hi Julie, I just messaged him letting him know we were on our was to meet him at CubeSmart | Dec 18, 2025<br>1:03 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | He said Dave moved to 3:00 pm | Dec 18, 2025<br>1:04 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | We were pulling into CubeSmart... | Dec 18, 2025<br>1:05 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Are you able to go into the unit he let us move stuff out and take pic of each item there? Is there any round cherry dining room table there? | Dec 18, 2025<br>1:06 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | We're at the CubeSmart and the general manager is not here she must have went to the bank John said Dave is not here either, so we are waiting. I can't get into the unit because I have the key I can do that right now. | Dec 18, 2025<br>3:11 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm heading to 218 to take pictures and video. | Dec 18, 2025<br>3:25 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you, is your phone able to do face time before taking video n pics? | Dec 18, 2025<br>3:26 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I have an Android | Dec 18, 2025<br>3:28 PM |

88

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  julie Roberts (440) 638-9632

Could we face time see if it works?

Dec 18, 2025
3:29 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



89

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



90

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



91

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



92

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:54 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Do you want any of this in the climate controlled storage these were the furniture pieces that I'm unsure about that were left in this unit to 218

Dec 18, 2025
3:54 PM

93

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:55 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:55 PM



94

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:55 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:55 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    julie Roberts (440) 638-9632

Yeah, they need go to climate controlled.

Dec 18, 2025
3:56 PM

95

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  julie Roberts (440) 638-9632

They totally ruined this one

Dec 18, 2025
3:56 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  julie Roberts (440) 638-9632

Dec 18, 2025
3:56 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 18, 2025
3:57 PM



96

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | They totally ruined this one too | Dec 18, 2025<br>3:59 PM |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | [Attachment 161] video000000.mp4 | Dec 18, 2025<br>3:59 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you, Debra | Dec 18, 2025<br>4:00 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I told the landlord not touch my stuff because they all needed to be wrapped n moved to climate controlled units | Dec 18, 2025<br>4:01 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | So those pieces of furniture that I sent you pictures of would you like those move to the climate control today I don't think we're going to have enough room with the two climate control you need more | Dec 18, 2025<br>4:03 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | The second unit is 119 | Dec 18, 2025<br>4:22 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Ok | Dec 18, 2025<br>4:26 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, DoNOT sign any waiver!!! | Dec 18, 2025<br>4:35 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I have not. | Dec 18, 2025<br>4:35 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | ORC 2913.02 — Theft. This is the main theft statute. It covers when someone, with purpose to deprive, "obtain[s] or exert[s] control" over your property (a) beyond the scope of consent, (b) by deception, or (c) by threat/intimidation—which is the way this often gets charged when someone is holding property hostage for money.<br>  • ORC 2905.11 — Extortion. If the mover used threats to obtain money/benefit, this is the "blackmail/extortion" statute.<br>  • ORC 2905.12 — Coercion. Similar idea: using threats to force you to take/refrain from action (like paying). | Dec 18, 2025<br>4:35 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | what Dave did is theft | Dec 18, 2025<br>4:36 PM |

*97*

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | [Attachment 162] video000000.mp4 | Dec 18, 2025<br>4:37 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | There are lots missing!!! | Dec 18, 2025<br>4:40 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | ORC 2913.02 — Theft. This is the main theft statute. It covers when someone, with purpose to deprive, "obtain[s] or exert[s] control" over your property (a) beyond the scope of consent, (b) by deception, or (c) by threat/intimidation—which is the way this often gets charged when someone is holding property hostage for money.<br>  • ORC 2905.11 — Extortion. If the mover used threats to obtain money/benefit, this is the "blackmail/extortion" statute.<br>  • ORC 2905.12 — Coercion. Similar idea: using threats to force you to take/refrain from action (like paying). | Dec 18, 2025<br>4:41 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | What Dave did is theft! They must turn over without condition nor waiver | Dec 18, 2025<br>4:41 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | According to what are in these two units, lots stuff are missing besides the obvious damages already done, we are not signing the waiver. Please tell Dave the cop will make theft report on him if he not release without waiver nor condition, he must turn over without any waiver | Dec 18, 2025<br>4:44 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Hello Julia, I have created 2 albums, one for Unit 218 and the other for unit 119.  More photos will be added to the unit 119 album when we go  baclk to climate controlled.<br><br>Here is the Google Photo links:<br><br>https://photos.app.goo.gl /5ua8fZi5VuPmzkc6A<br><br>https://photos.app.goo.gl /3CcyGXtVPRSjSwMD9 | Dec 19, 2025<br>12:44 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Are you able to send to dropbox, I m not able to open at google because I forgot my google account or are you able to email the file? | Dec 19, 2025<br>10:05 AM |

98

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, good morning! Could you zelle $500 rent for next week to Kevin Au 440-503-8058 and I will zelle you from different account for you and Phil's work pay. Thank you, Debra | Dec 19, 2025<br>11:29 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | https://www.dropbox.com/scl/fo<br>/lnvn9keiaqmz8yeytfqvw/AGCoA-ZCDxJ<br>_QTpt2XBJlrl?rlkey=<br>pz2g3egmrq7whuruzhxxhbxfb&st=0sji2hyl&<br>dl=0 | Dec 19, 2025<br>4:25 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | https://www.dropbox.com/scl/fo<br>/uyz07ymc50yxppy7szr49<br>/AARvkxM5sXg0AWl4LdAaf0o?rlkey=<br>3hdomwl4a273gi2in6sff5tqu&st=g8vzq8wv&<br>dl=0 | Dec 19, 2025<br>4:25 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I need to get the 500 together to send to Ken Au but it will be done today | Dec 19, 2025<br>4:27 PM |

99

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 19, 2025
4:39 PM

Hi Julia , I appreciate you letting us stay here and the opportunities to help out. I do need to be clear about the payment for the 13th and 15th. You had said $100 each for Philip and me for court, so that should be $200 total. The $200 plus $50 cash doesn't cover that properly, and if the $50 was meant for the storage move, it only works out to $25 for Philip's time.
Considering he waited for hours, Had to reschedule a delivery for items we sold, moved antiques in the cold, and handled everything carefully, compensation doesn't match.

I'm not asking for reimbursement of the $200 I personally paid to settle the storage issue I hoped that would be towards rent, but I do need to make sure Philip's effort is properly recognized. Please adjust the payment so it reflects the $100 each for court, plus a fair amount for Philip's work on the storage units. I want to keep things smooth between us and continue working together positively, so I hope we can settle this fairly.
I will Zelle Kevin Au, I'm trying to pull the funds together. As you know we had to replace Philip's phone and we bought one outright from a local merchant instead of getting caught up in a 2 year contract.
I have the photos from both storage units on Dropbox and provided the links. Please let me know what else you may need.  I'm currently working on compiling a detailed list of items that require attention here at 5492 E 141st St so you can approve and have Philip begin working on these items.  We are already working on the racoon problem.  We have a camera we will put in the attack and when the racoon exits to forage he will then seal the hole with flashing and assess any damage, then we can get that information to you to begin repairs.

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   julie Roberts (440) 638-9632

Dec 19, 2025
4:50 PM

For the court $200 for two of you, you texted me saying Phil not in the court n went somewhere else, the emergency motion for release should be heard, for managers for the companies to appear, the  hearing for second cause should be continued, not having the default judgement

100

| From/To | Message | Date/Time |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | How much for Dec 13 n 18 should be? | Dec 19, 2025<br>4:51 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We will take the stuff out of the first unit ASAP so you can use it to store your stuff | Dec 19, 2025<br>4:58 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I think there was just a little mix-up. He was with me, but when we talked or messaged it might have seemed different because he was parking the truck. He had dropped me off and was meeting me, so he wasn't right there at that exact moment. Sorry for the confusion!<br><br>About the storage unit—please don't stress about clearing it out quickly. I'm probably not going to keep it since it's $200 a month, and I'd rather not have that extra expense. I can find one closer to the property for less.<br><br>And really, don't worry about compensation or feeling like you owe me anything. Let's just look at it as us helping each other out. I appreciate you so much—you're truly a lifesaver. I know you've got a lot on your plate, and we need help too. What you're doing means the world to me. | Dec 19, 2025<br>5:14 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We have lots for you n Phil to do make money because the Mexicans n other foreign workers the guests from airbnb hired destroyed all our homes some of which was rented by Cleveland Brown players, E141 raccoons were attracted to tear out the vent covers by the previous guests who left mountain full garbage outside the garbage cans. We have been trying to get rid of these little raccoon guys since August . Jon says you have the receipt from Dave, if you could text me, we reimburse you | Dec 19, 2025<br>5:25 PM |

101

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You can arrest assured that I and Philip will have these places clean and pristine for you. We treat it like it's our own and appreciate everything.<br>There are a few areas that are going to need a touch of paint that won't come clean. I'll get a hold of this and and additional pictures to you as I'm gathering them.<br>I do have the receipt and I can get that to you if that's what you like as I said I wasn't worried about that because I appreciate everything you've done for us. But I will scan it and attach it. | Dec 19, 2025<br>5:31 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 |  | Dec 19, 2025<br>6:02 PM |

102

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 19, 2025
6:02 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    julie Roberts (440) 638-9632

Debra, can you text me or email me what Phil plan to do with E 141 n cost? I have two airbnb houses in N Royalton that need clean n fixed, also does Phil know how to install vynol plank flooring?

Dec 23, 2025
10:02 AM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Hello Julie,
Yes Philip can put in plank flooring.

I can send you the list of items needing repair here.  I do not have a cost for the materials needed.  I can have Philip price that out and then give you cost.
Would you be paying for suppliesas they are needed,  such as the flashing to repair the hole from the racoons or do we have to purchase and wait for invoice reimbursement?

Also, I have a list of several things that are either very worn, broken, or items needed I can send to you as well.

Dec 23, 2025
1:52 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    julie Roberts (440) 638-9632

just send me the list from Phil

Dec 23, 2025
2:12 PM

103

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | The weekly rent due last Friday is over due, do you want us just keep track of what you owe by every Friday, what we owe by every Friday ? This kind of different from what we agreed, I know my accountant is not happy, I know you are undergoing lots, not being able to keep things on track n on time as agreed will make all things fall behind eventually all falls apart | Dec 23, 2025<br>2:17 PM |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I just sent it | Dec 23, 2025<br>2:17 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Right we haven't been paid for the invoices the invoice that  we provided  I am in the middle of working on another invoice for Saybrook, where John has called Phil about twice to do work on the furnace and the plumbing. | Dec 23, 2025<br>2:18 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Here is what is expected so we are on same page: rent is due every Friday, your invoice is paid once it is received, for maple leaf, I still do not see the invoice in email: resort2020@yahoo.com | Dec 23, 2025<br>2:25 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I emailed it on the 12/16 | Dec 23, 2025<br>2:29 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | | Dec 23, 2025<br>2:29 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Send me the invoice for moving. So far I paid you $305, in which $200 for court,  $55 for maple leaf parts, $50 credit against your moving bill, we pay $25/person/hour, Tim got paid $25 last time because he said it was only hour, Dave's key not worked for the other unit. | Dec 23, 2025<br>2:31 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | That is strange | Dec 23, 2025<br>2:32 PM |

104

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Not there | Dec 23, 2025<br>2:32 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Try lower case "r" " resort2020@yahoo.com"<br>not "Resort2020@yahoo.com | Dec 23, 2025<br>2:34 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 |  | Dec 23, 2025<br>2:35 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I explain to you we didn't get paid on the invoice and that was the holdup for the rent getting out. Several days have passed I would have sent the email again had I known you who didn't receive it.<br>I will resend the email.  And I am still working on the deep cleaning of the house everyday that we're here I work on a different portion like the stove from scraping the glass top to taking the door off and repairing it and cleaning all the grease from that those took hours to do. When I say we're deep cleaning the house I'm telling you this house is getting the top notch treatment. As I progress from room to room this is where I point out needed repairs to Philip. | Dec 23, 2025<br>2:36 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | For email it doesn't matter if that r is lowercase or uppercase but I will send it with a lowercase I know this from working with email in my business with Cigna for the past 11 years | Dec 23, 2025<br>2:37 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Also always check your junk or spam email | Dec 23, 2025<br>2:39 PM |

105

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, for 15 years, we pay after we exam the work result. You need send us proposal, we agree on term n when to finish, once it is finished, Jon is happy then we send payment. We do not want any drama, nor confusion. It is very simple | Dec 23, 2025<br>2:40 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [No content] | Dec 23, 2025<br>2:41 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | It is not in junk not spam | Dec 23, 2025<br>2:41 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I think probably you and Phil need look for $1000/mth or $1500/mth non furnished house. We just pay you for each work that is accomplished. We do not feel this rent exchange work works very well. | Dec 23, 2025<br>2:43 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | https://www.homes.com/property/19600-pasnow-ave-cleveland-oh/9y5s8k1nezznl/ | Dec 23, 2025<br>2:51 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Philip and I reviewed the terms you outlined. According to Philip, the standard citywide rate for appliance and furnace service calls is a minimum of $65 just to come out and diagnose, plus parts and labor. He doesn't want to dispute the Maple Leaf charge — he said not to worry about it, as it's his way of showing appreciation for the service call and labor.<br><br>Moving forward with repairs on the properties we're involved with, we will assess each property and then provide an itemized materials list, associated costs, and estimated labor hours, as you requested.<br><br>I will have the itemized list and cost for E141 to you this evening once we finalize our assessment.<br><br>A side note, we will also document with photos all services from beginning to end for your oversight and input. | Dec 23, 2025<br>3:01 PM |

108

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Here's the clean version of the house so far,of course there are some of our items that are in the pictures, their items we recovered from the fire that we're using while we're staying here. You can see from my pictures the house is clean and well taken care of  We agree we should be looking for something different. We will start that search andI get the work estimate to you this evening. thank you

Dec 23, 2025
3:15 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 23, 2025
3:15 PM

107

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:15 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:15 PM



108

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:15 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:15 PM



109

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 23, 2025
3:15 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632



Dec 23, 2025
3:15 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

For your records Here are some of the other
items cleaned, the basement bathroom, the
kitchen floor repaired mist the tears, the stove
cleaned out all the grease.

Dec 23, 2025
3:19 PM

110

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



112

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



113

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



114

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:19 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



115

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



116

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



117

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



118

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



119

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:21 PM



From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   julie Roberts (440) 638-9632

We already planned to replace the kitchen floor n stove, i wish you talked to me first so it will save you some time

Dec 23, 2025
3:24 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Well it's clean for now so it needed to be cleaned for us just to be in the place because it was really filthy as you already knew.

Dec 23, 2025
3:45 PM

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

And I told you I can get you the appliances at our cost if you like and I can provide you a model and a cost for an electric stove and the dishwasher has some issue because it is so loud you can't even hear conversation in any part of the house with that running which I can provide you cost and a picture of a model for that as well if you won't like

Dec 23, 2025
3:46 PM

120

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Dec 23, 2025
3:50 PM





## to Kevin Au

Enrolled as KEVIN AU

for Rent E141

The money will typically be available in Kevin's account in minutes.

Confirmation #: 4710111998



---

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Since you didn't receive the invoice I sent on 12/16 I am revising it removing Phillips labor cost and I'm just a materials list I would need to be paid from that You should receive that shortly as well

Dec 23, 2025
3:51 PM

---

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
julie Roberts (440) 638-9632

The material is $54, right? I already zelle $55 when I zelled $255 plus $50 cash

Dec 23, 2025
3:53 PM

---

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

He replaced the dryer door there's let me pull that up for you

Dec 23, 2025
3:54 PM

121

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    julie Roberts (440) 638-9632 | I was going to zelle Phil labor along with what is owed for moving n storage rent | Dec 23, 2025<br>3:54 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | This is the invoice before The control board was delivered. He also replaced the dryer door. | Dec 23, 2025<br>3:57 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 |  | Dec 23, 2025<br>3:57 PM |

122

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Philip does not want paid for his labor on the Maple leaf property.  Just the drain pump on the above invoice and I will provide another invoice for the dryer door.

I handle all the scheduling, finances, expenses.  The storage unit was also paid by me not Philip, which doesn't matter in the current conversation but for your records it should be noted.
You may Zelle using either of these:
(216) 253-0863
DEBRABATTLES@MSN.COM

Dec 23, 2025
4:18 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  julie Roberts (440) 638-9632



Dec 25, 2025
10:39 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  julie Roberts (440) 638-9632

Dear Debra, for the $254 invoice, I zelled you $255, how much I owe you for the two times moving? I will zelle you that n $200 court minus $50 cash, how much is Phil's labor cost for replacing dryer door? Which day you think you and Phil can see 9859 Independence, N Royalton 44133 n 5200 Royalton Road, #B1, N Royalton, OH 44133 so you can give me invoice for all the repair n cleaning work there?

Dec 25, 2025
12:22 PM

123

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Good Afternoon Julia,<br>I have emailed you a quote for review for E141 and included the remaining invoices. We are available tomorrow morning to stop and assess those properties. I'm assuming either John has to meet us or there's a code for the door? Let me know if tomorrow works we would do it sometime in the morning. Also please confirm you received the email thanks again | Dec 26, 2025<br>1:14 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, we saw the invoice for E 141, that invoice does not make any sense | Dec 27, 2025<br>6:58 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Because not sure about how the number is added up in E 141 invoice | Dec 27, 2025<br>7:02 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Something is missing | Dec 27, 2025<br>7:02 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I see why it didnt show all line items, let me correct the view and resend | Dec 27, 2025<br>9:30 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Thank you | Dec 28, 2025<br>12:36 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, just friendly reminder that last week rent was past due, it is appreciat for you to zelle Kevin Au 440-638-9632 at your earliest convenience | Dec 28, 2025<br>5:41 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Thank you Julia.   Will you be sending Zelle for the invoices? They are past due. We have only received 255 vis Zelle and the $50 cash. There is still outstanding Mapleleaf dryer door, Saybrook - 2 service calls, court , and storage. | Dec 28, 2025<br>6:05 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Yes. It will be zelled together to you | Dec 28, 2025<br>6:25 PM |

124

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 |  | Dec 31, 2025<br>11:26 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | [Attachment 163] image000000.gif | Jan 1, 2026<br>12:01 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Phil, when convenient, could you call Jon get the maple leaf n saybrook little things take care of so I can zelle the money? Thank you, Phil | Jan 1, 2026<br>5:08 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | ❖ to "Those boxes need be moved out so you can take video of what are inside " | Jan 2, 2026<br>12:05 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 164] IMG_6377.heic | Jan 7, 2026<br>9:56 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Hey, Debra, there are five rent payments due including this Friday, I received the first one | Jan 7, 2026<br>9:58 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Four sorry not five | Jan 7, 2026<br>9:58 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Julia we're still waiting for our payments for the work we've done. I have about 20 texts of you saying you're sending zelle which you never sent | Jan 7, 2026<br>9:58 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | And I've sent twice I have my receipts for them | Jan 7, 2026<br>9:58 AM |

125

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I went to court so did Philip. There's no question of a job incomplete. | Jan 7, 2026<br>9:59 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I showed up to storage twice so did Philip there's no question of job being incomplete. | Jan 7, 2026<br>9:59 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I cleaned this place I scrubbed the floors on my hands and knees I used all my own cleaning supplies because there weren't nothing but empty bottles here there were no paper towels there was no toilet paper there wasn't an extra light bulb there was nothing here but dirt. I took the video as soon as I walked through the door You saw how dirty everything was it's no longer dirty it's spotless | Jan 7, 2026<br>10:00 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Job complete | Jan 7, 2026<br>10:00 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Ivan cooperative I've called you a godsend I've told you how wonderful you were and yet you're not paying us and that was their agreement, Midway you told us that we needed to leave this place and find a unfurnished apartment because you weren't happy with us well that doesn't stop What you owe us either just saying I've tried my hardest to work with you I was so grateful and I don't think you see our value | Jan 7, 2026<br>10:01 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | The arrangement with you is that you pay rent $500 every Fri. I sent money for the material before work started. Then I sent money for the work done. The rent owed is $1500. The money owed for the work is: $200 court, saybrook $100, cleaning $300 ( I will pay but seriously if you did not rush me, I would have my staff get it cleaned for $100, I discounted the home over $4000 from $6000 that is already discounted on airbnb), in my book here you owe more than what I owe, did I miss anything, the rents have been late, I mentioned to you maybe this can not be worked out with n I have been asking around see if someone has non furnished for $1000/ mth or less n I have been all the rest work done so there is difference between what I owe than what you owe so I can send you the difference | Jan 7, 2026<br>10:03 AM |

126

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | https://www.airbnb.com/rooms/22784496<br>?viralityEntryPoint=1&s=76 | Jan 7, 2026<br>10:04 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 165] IMG_3702.heic | Jan 7, 2026<br>10:04 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | It is the accounting messed up when the rent was not paid on time | Jan 7, 2026<br>10:05 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I didn't run some Airbnb I didn't go through there and be and be in if this was an Airbnb you didn't supply anything that an aired b&b does there is nothing here I had to scrub the stove and order to cook something and then I couldn't even use your pots and pans because they're totally destroyed there was no paper towels no toilet paper there was nothing here Nothing at on I didn't rush you through anything I have every text you ever sent from day one | Jan 7, 2026<br>10:05 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | i gave you $4000/mth discount | Jan 7, 2026<br>10:05 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I paid on December 12th and then I paid 9 days later not 7:00 but 9 days later so I paid twice I paid $1,000 | Jan 7, 2026<br>10:05 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | https://www.airbnb.com/rooms/14720638651 01565455?viralityEntryPoint=1&s=76 | Jan 7, 2026<br>10:06 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Had you paid on time, The rent would have been paid on time | Jan 7, 2026<br>10:06 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Garfield 4 bedrooms monthly $4417 | Jan 7, 2026<br>10:06 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | This is the reality | Jan 7, 2026<br>10:06 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I told you my situation before we even got started. And I would have done anything for you and I was so grateful and I'm still grateful I'm not saying anything bad about you but you're turning this into something that doesn't need to be like just pay what you owe and then we'll pay our balance right back to you | Jan 7, 2026<br>10:06 AM |

127

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I didn't need four bedrooms You were going to rent the condo to us and then you told us that we can come here because this place needed to be cleaned and needed some work I have the text | Jan 7, 2026<br>10:06 AM |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm not a dumb person I know how to protect myself That's why when I walked through the door I took pictures of everything. I saved every text. | Jan 7, 2026<br>10:07 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | January 9th makes 4 weeks for payments $1,000 is owed for rent | Jan 7, 2026<br>10:08 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I can not help you, you told me you out of hotel n need place. All my others were destroyed. I did not refuse to pay you. | Jan 7, 2026<br>10:08 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | This home normally was rented for $6000/ mth if everything is there | Jan 7, 2026<br>10:09 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | It was a girl who stayed there for a week n she was supposed to clean the home when she was there, she did but did not do a great job n this is the only home I could help you out, we are not making money for $2000/ mth | Jan 7, 2026<br>10:10 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | So you owe two rents of $500 which is $1000 | Jan 7, 2026<br>10:11 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Dec 12, 16, 29 n Jan 2 | Jan 7, 2026<br>10:11 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I paid on December 12th the day we arrived for 1 week $500 which would be December 12th through December 19th. The next payment would be from the 19th to the 26th. Then December 26th through January 2nd. January 2nd through January 9th. | Jan 7, 2026<br>10:13 AM |

128

From Debra Brown (216) 253-0863
To julie Roberts (440) 638-9632

Jan 7, 2026
10:16 AM



129

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | I truly do not want go on any more. I have someone who wants to move in for airbnb rate ASAP so let us square everything away. In my book I owe saybrook $100, court $300, storage $200, by the way I did not approve your signing waiver with Dave, especially we have lawsuit against him pending, you should get my approval before you signed, you did not get my approval and went ahead n signed, I understand you were under his pressure to sign because legally he was supposed to release without any condition n cleveland police dept told me call them if he wanted us sign waiver, threaten not release without waiver, when I found out from Jon that you already signed … | Jan 7, 2026<br>10:17 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Ok. | Jan 7, 2026<br>10:18 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I don't know you're talking about. But I'm just looking for everything to be squared away exactly oh we're not happy with with the arrangement because it's not what you stated in the beginning. | Jan 7, 2026<br>10:18 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | The storage is for you paying for me taking pictures and video and fill up moving the items | Jan 7, 2026<br>10:18 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | There are two $500 due if you can check out before Jan 9 | Jan 7, 2026<br>10:18 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | I will pay Phil what I owe | Jan 7, 2026<br>10:19 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | As stated before, all the payments go to my Zelle.<br>I need to talk to Philip so I have nothing more to say Thank you. | Jan 7, 2026<br>10:20 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Text me all the items I owe because what I know what I should pay right now is $200 court, $200 storage, $100 saybrook , do I miss anything? | Jan 7, 2026<br>10:21 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Your cleaning $300 | Jan 7, 2026<br>10:21 AM |

130

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I zelle you what I owe you and Phil | Jan 7, 2026<br>10:22 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Right now I owe you $800 unless I miss something n you owe me $1000 | Jan 7, 2026<br>10:22 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I have someone who wants pay airbnb rate n move in ASAP. I just think it will be best if you can find non furnished for $1000/mth or less somewhere n we just pay Phil for his work | Jan 7, 2026<br>10:24 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Your invoice $254 for maple leaf, we paid $255 plus $50 cash | Jan 7, 2026<br>10:29 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We would like to help you but we simply just can not because for covid four years no one traveled we had no income for four years during covid from any of our airbnb homes n our property tax payments is $100k / year, not including all utilities payments, to continue help you means we will not be able to pay property tax n loose our home. Therefore you need find a home that is within your budget before Jan 9 n it will be cleaner just keeping the working relationship | Jan 7, 2026<br>10:34 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 166] IMG_8994.heic | Jan 7, 2026<br>10:56 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 167] IMG_6412.heic | Jan 7, 2026<br>10:56 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, I m terminating our rental n working relationship. I can not deal with false accusation from Phil nor you. I m DONE! In today's world it is bad to help. I m not helping any more. I need you both move out before n by this Fri, give me the bill for the work that has done. Good bye! | Jan 7, 2026<br>10:58 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Let us square all finance away before n by this Fri | Jan 7, 2026<br>10:59 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | In my book here I should zelle you $250 before n on this Fri n you must move out before n on this Fri. We square away | Jan 7, 2026<br>11:51 AM |

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You need tell Phil stop! I m calling cops on him!!! | Jan 7, 2026<br>11:55 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 168] IMG_9595.heic | Jan 7, 2026<br>11:55 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 169] IMG_1326.heic | Jan 7, 2026<br>12:12 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | This is what Phil wrote: " The fuck up we're not hearing anything you gotta say period end of story, you're gonna honor your agreement to us or we're gonna hold you to it one way or the other, and that's just the way it is, so you can say and do whatever you want to do, you can fucking keep continuing to send these screenshots and pointless conversations that go nowhere because you're a fake ass person, you're a paper tiger, and we don't fear you period and you're gonna you're gonna get what your hand calls for from us like we're gonna live. Up to our end of the agreement completely as we have already. And while your fake ass is too fucking.  Stupid to fucking realize that you made a fucking agreement that you're reneging on and you fucking stole a $1000 from us and we're not standing for it, so get that through your fucking stupid retarded, head ding bet bitch, take a 615 and a 1/2 foot dog's Dick and shove it in your fucking guts. That's what I gotta say now. Fuck you don't fucking message my phone anymore, don't say another fucking word to me do what your vexatious ass does best and go to fucking court. That's your only fucking choice now.  Rat bitch, fake ass, fucking paper tiger, manipulative.Fucking taking advantage person.You are fuck yourself with a dog's dick" | Jan 7, 2026<br>12:12 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 170] IMG_6553.heic | Jan 7, 2026<br>12:27 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | [Attachment 171] IMG_4797.heic | Jan 7, 2026<br>12:28 PM |

132

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　julie Roberts (440) 638-9632 | [Attachment 172] IMG_9808.heic | Jan 7, 2026<br>12:28 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　julie Roberts (440) 638-9632 | You have the key n our stuff, we have to sue you! | Jan 7, 2026<br>12:30 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm sorry you're going to sue me for what ? I bought that storage unit... | Jan 7, 2026<br>12:34 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Don't play your games with me I'm in all the rights here. That was my money and I bought that unit | Jan 7, 2026<br>12:34 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You didn't have to go there You chose to go there | Jan 7, 2026<br>12:35 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　julie Roberts (440) 638-9632 | You have all my stuff there. You stole my stuff !!! | Jan 7, 2026<br>12:35 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　julie Roberts (440) 638-9632 | Jon n the companies are suing you!!! | Jan 7, 2026<br>12:35 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I was minding my own business I didn't steal shit I bought a unit. | Jan 7, 2026<br>12:35 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You know I this is where you ended up going I didn't start a fight with you You and Philip had words I didn't choose to and now you're talking shit to me I don't understand why I've been nothing but good to you and I said nice things about you and now I'm starting to take it back this was your plan all along and Julia what is wrong with you? seriously? | Jan 7, 2026<br>12:36 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm not reading anymore at the moment I'm going to walk away because I'm not going to get angry and say things I don't mean or answer questions too fast without thinking and I suggest you do the same thing please | Jan 7, 2026<br>12:37 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Tell me false  accusations, I didn't steal anything I was trying to help you and now you're turning this around into that and I don't appreciate it what one bit | Jan 7, 2026<br>12:38 PM |

133

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I was doing the mayor favor to help you n the return is harassment from your partner. No one gave you the person to buy the unit n stole our stuff because our stuff are in there n the mover was supposed to release all of them to us without any reservation, you did wrong to us!!! | Jan 7, 2026<br>12:38 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I was doing the mayor favor to help you n the return is harassment from your partner. No one gave you the right to buy the unit with our stuff, now Phil is accusing we steal your stuff, we have not been there after you were there, buying the unit with our stuff in without my approval n the mover was supposed to release all of them to us without any reservation, you did wrong to us!!! | Jan 7, 2026<br>12:41 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Now your partner is nasty, harassing me with all nasty name calling when I m trying to find workable solution | Jan 7, 2026<br>12:42 PM |

134

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
julie Roberts (440) 638-9632

This is what he has been sending me: "The fuck up we're not hearing anything you gotta say period end of story, you're gonna honor your agreement to us or we're gonna hold you to it one way or the other, and that's just the way it is, so you can say and do whatever you want to do, you can fucking keep continuing to send these screenshots and pointless conversations that go nowhere because you're a fake ass person, you're a paper tiger, and we don't fear you period and you're gonna you're gonna get what your hand calls for from us like we're gonna live. Up to our end of the agreement completely as we have already. And while your fake ass is too fucking. Stupid to fucking realize that you made a fucking agreement that you're reneging on and you fucking stole a $1000 from us and we're not standing for it, so get that through your fucking stupid retarded, head ding bet bitch, take a 615 and a 1/2 foot dog's Dick and shove it in your fucking guts. That's what I gotta say now. Fuck you don't fucking message my phone anymore, don't say another fucking word to me do what your vexatious ass does best and go to fucking court. That's your only fucking choice now. Rat bitch, fake ass, fucking paper tiger, manipulative.Fucking taking advantage person.You are fuck yourself with a dog's dick. Please do. Now leave my phone alone. Tired of hearing your bullshit. You made an agreement. Then you stole our money. Our next move will be to tell the police how you stole our property from storage. We look forward to hearing from the police. We will see you in court. No more words are needed from you. Shameful. Pitiful person. Have a nice day"there are some more.. is he mentally sick or something?

Jan 7, 2026
12:43 PM

136

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Okay Julia I had nothing to do with the words between you and Philip. You you text me something you text him something... Did you not realize that that method doesn't work well I mean you did that at the storage You called You called five people and everybody had you on speakerphone so everybody heard everything you said from one person to the next person to the next person to the next person. And all through everything even with my partner I was trying to keep the peace I didn't say the things he said I was trying to be reasonable and now you're taking it out on me. You don't know how to say what you mean mean what you say and then leave it be You you push push push call text over and over and over and over and you can't do that to people and then you wonder why you get the results you get Julia I'm still telling you step back and if you want to take me to court then I will see you in court I did nothing but respect you and respect your place. | Jan 7, 2026<br>12:52 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I just read that you're going to call the police on me? Are you crazy?<br>I own that storage unit. And items are missing I will be calling the police. | Jan 7, 2026<br>12:54 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    julie Roberts (440) 638-9632 | You bought the unit with our stuff without my approval now Phil is falsely accusing us to steal your stuff when those are our stuff n we have not been there since that day you bought the unit n our stuff in there without my approval, that is the fact | Jan 7, 2026<br>12:55 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You've been texting me for 3 hours You can't even let any of it sink in let a rational decision be made You just pushing and and poking. You tell me one thing and then I'm supposed to like mull it over so I can give you a response and before I know it you're you're texting me more and texting him and back and forth I mean how can anything be done within that manner please think rationally about your actions. | Jan 7, 2026<br>12:56 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I didn't need your approval to buy that's unit he was selling it and I bought it why would I need your approval anybody that was standing in that store could have bought it. Nobody needed your approval You didn't own it he owned it. | Jan 7, 2026<br>12:56 PM |

136

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We never gave you permission to buy our stuff hundreds of thousands of dollars stuff for $200, you are thief if you do that so Jon n Tim will file police report of theft on you! | Jan 7, 2026<br>12:57 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Sounds good Thank you Julia You have a wonderful day and so will I I'm done talking to you | Jan 7, 2026<br>12:58 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You are thief!!! I should never help you | Jan 7, 2026<br>12:58 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Nice | Jan 7, 2026<br>12:59 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Never met n I know I can not trust you | Jan 7, 2026<br>12:59 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You're mentally ill from everything I've read about you on Google | Jan 7, 2026<br>1:00 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I file BBB report on you and your company | Jan 7, 2026<br>1:00 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Listen here I can do the same to you You're Jupiter and everything else put your lies that you wanted to send me and Phillip to court with yeah I have that too in writing | Jan 7, 2026<br>1:01 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm not Philip I'm not going to start calling you names and start swearing at you. But you're not going to talk shit to me and expect none to be talked back to you | Jan 7, 2026<br>1:01 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I m not the owner for any of the companies, Jon is, he will clean out your shirt!!! | Jan 7, 2026<br>1:01 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | He needs a court order to do so he walks in here without one he'll have problems not me | Jan 7, 2026<br>1:02 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I was nice with you to resolve the issues n you both went crazy | Jan 7, 2026<br>1:03 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I ain't go crazy on you I haven't said one mean thing to you or disrespected you by swearing as I remember correctly I can look back up and tell you how grateful I was that I'm still grateful | Jan 7, 2026<br>1:03 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You told me I stole something from you You started disrespecting me | Jan 7, 2026<br>1:04 PM |

137

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | One thing I hate is a liar so go ahead and make lies up I don't lie | Jan 7, 2026<br>1:04 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | I did not swear at you, your crazy partner started n I sent every nasty messages he wrote to the mayor | Jan 7, 2026<br>1:04 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Well that's good that had nothing to do with me again did I swear at you? No I did not did I say nasty things to you? No I did not | Jan 7, 2026<br>1:05 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | You are partners so his behavior effect your company n you | Jan 7, 2026<br>1:06 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Well you don't know anything about my situation... | Jan 7, 2026<br>1:07 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | I do not want know | Jan 7, 2026<br>1:07 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Keep it to yourself | Jan 7, 2026<br>1:07 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I wasn't trying to tell you my situation I wouldn't tell you my situation what I'm telling you is that you're making assumptions about something you don't know anything about | Jan 7, 2026<br>1:08 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | The mayor is smart, he'll stay out of this because he is the mayor. he doesn't need this kind of trouble on his life | Jan 7, 2026<br>1:11 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | I try to be cordial with you, with how Phil behaves we have to resolve our relationship therefore I was politely offering the solution in which I pay $250 the difference between the work n rent owed on this Fri n you and Phil move out this Fri at the same time. We need make an appointment with police to move our stuff out of that storage unit. Jon knows you signed the paperwork without consulting with me n without  my approval, with ohio laws, if you not release, your action is considered theft | Jan 7, 2026<br>1:12 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | But you did not own the unit. Go ahead call the police You're not going to get anywhere with that | Jan 7, 2026<br>1:13 PM |

138

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Debra, you had no authority to put the unit into your name, sign any waiver/release, or claim ownership of the property inside. The items in that unit belong to me and/or our business. You must stop interfering immediately. Do not remove, sell, discard, or transfer any items. Any further interference will be treated as conversion/theft and pursued through a police report and court action. | Jan 7, 2026<br>2:13 PM |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Man I had every right it was for sale and I bought it If you were so worried about it you should have had your agent John buy it for you | Jan 7, 2026<br>2:13 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Facts Had that not been purchased it was going in the garbage and guess what You still had no right to it cuz it wasn't the fucking garbage so please leave me alone I'm not bothering you You're bothering me now | Jan 7, 2026<br>2:14 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | No, you do not, he will file theft report on you | Jan 7, 2026<br>2:14 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Go right ahead I am not worried about it because there's nothing he can file about he didn't own the unit Dave did | Jan 7, 2026<br>2:15 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Even the mayor is saying you can not do what you are saying | Jan 7, 2026<br>2:15 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Nobody's bothering me You know what You got a problem with it call the fucking police leave me alone | Jan 7, 2026<br>2:15 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | But the property inside  are not Dave's | Jan 7, 2026<br>2:16 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | And somebody went in my unit was out my permission and removed items I think I need to call the police now | Jan 7, 2026<br>2:16 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I will ask CubeSmart for the video surveillance to see who it was | Jan 7, 2026<br>2:16 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We will get police there!!! | Jan 7, 2026<br>2:17 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I really don't know why you're bothering the mayor he doesn't need a scandal | Jan 7, 2026<br>2:18 PM |

139

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | The mayor is talking to me n stating that he will support me in this matter, he is very disappointed n shocked about how unprofessional n racist your parter is | Jan 7, 2026<br>2:19 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I hear that you're upset, but this disagreement is between you and Philip. I'd appreciate it if you could take a moment to think about what you're saying before sending more messages. I'm not looking to argue, and I'd like this conversation to stop. I have other responsibilities that need my attention right now, so please stop reaching out to me about this matter. | Jan 7, 2026<br>2:29 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I was polite to you trying to find solution, your partner went crazy | Jan 7, 2026<br>2:29 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I've always been polite respectful and grateful to you until you called me a thief now please stop That's all I'm asking | Jan 7, 2026<br>2:31 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I just want: 1. this Friday we square away money n you, Phil check out 2. With you n police present, we take our stuff out of the unit | Jan 7, 2026<br>2:32 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You are not authorized to claim ownership of any items stored in that unit. Do not remove, sell, discard, or transfer any items. According to ORC 2913.01 , 2913.02, 2913.51 , 2905.12 , 2905.11 ,any interference will be treated as conversion/theft and pursued through police report and court action | Jan 7, 2026<br>3:51 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | I pay the part of work that was satisfactorily done n you pay the rent till the day you check out. | Jan 7, 2026<br>7:10 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Deduct the part I paid, how much is owed? | Jan 7, 2026<br>7:26 PM |

140

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | All messages Phil sent to me and Jon mayor Matt is forwarding to Maple Hts and Cleveland Prosecutors because they are blackmail n coercion. You were not and are not agent for any of our companies. I did not give you any authority nor approval to sign anything with the mover Dave to illegally seize our properies. That is illegal n considered theft. You illegally obtained my properties without my approval. You were given the job to help Tim n Jon to move not illegally to obtain our properties. If you do not return all the properties you stole from me, mayor Matt said he and the president council who referred you to him have Maple Hts n Cleveland prosecutors to prosecute you and Phil! | Jan 8, 2026<br>1:14 AM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | [Attachment 173] Long message.txt | Jan 8, 2026<br>12:50 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You are completely wrong!!! | Jan 8, 2026<br>12:53 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Dave Thompson did not and does not own our property, he illegally seized.  We have obtained professional to remove the raccoons but you want make money to remove, till today you have not done therefore we proceed our process to remove the raccoon, you are two weeks late on rent payment. We extended our courtesy to resolve this. But you have been very unreasonable and scammed us.  You will be sued for theft, extortion, coercion, scam, illegal seizure and illegal entry, etc and will be prosecuted by Cleveland n Maple Hts prosecutors!!! You are issued three days to leave the premises! | Jan 8, 2026<br>1:00 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Get a court order | Jan 8, 2026<br>1:02 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You must provide me a 30-day notice in writing | Jan 8, 2026<br>1:02 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You will be charged thief! No worry! | Jan 8, 2026<br>1:02 PM |

141

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We have no agreement that is only working for written agreement. I did for Mayor as favor! He is extremely discussed by your scamming and criminal behaviors! | Jan 8, 2026<br>1:03 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I am not worried I am not a thief and there you are defamation of me not only to me but to others you called CubeSmart and spoke lies and tried to get access to information about my unit You are not even a customer with CubeSmart | Jan 8, 2026<br>1:03 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Okay whatever you say | Jan 8, 2026<br>1:04 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We have no agreement that is only working for written agreement. I did for Mayor as favor! He is extremely disgusted by your scamming and criminal behaviors! | Jan 8, 2026<br>1:04 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You tried to take advantage of two people who lost their home in a fire and that's the type of person you are | Jan 8, 2026<br>1:04 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | So Mary is going to be disgusted he should be disgusted by that | Jan 8, 2026<br>1:05 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Oh wait or is that part of my scam? You're nuttier than a squirrel turd. | Jan 8, 2026<br>1:05 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Mayor told me what you did is scam! Period! You will be prosecuted! You will be sued for defamation too! Go to jail!!! | Jan 8, 2026<br>1:05 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | You are now blocked | Jan 8, 2026<br>1:06 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You and Phil are racist so you will be sued for that too. Maple Hts prosecutor will remove you out of the home you do not belong you scammed the council president, mayor n me, you took advantage of people's heart. | Jan 8, 2026<br>1:07 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | How dare you call me racist What racist commentwhat racist thing have I done? My family consists of many different races colors nationalities how dare you talk to me like that You don't even know me at least I raised my children | Jan 8, 2026<br>1:08 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Now listen to me Sarah or Julie reilinger or Robert or whatever the hell your name is whatever your game is You're the scammer | Jan 8, 2026<br>1:09 PM |

142

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You are partner with Phil, all Phil message was sent to Mayor, the president council n mayor told me they could not believe Phil is such racist. You both will not get any job from the community n surrounding areas. See you both in jail! | Jan 8, 2026<br>1:10 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You are liar m thief according to the police officers we talked to | Jan 8, 2026<br>1:33 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | Scammer of the century! No one is going to help you, you deserve to go to jail n die there! | Jan 8, 2026<br>1:34 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | ⬦ to a photo | Jan 8, 2026<br>9:53 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | If you claim we owe $700 for work, send a written invoice showing the work, dates, we dispute that you can withhold, transfer, or dispose of our property because they are not your property. I will not pay you personally without a written release and verified return of all property. Any payment, if owed, will be handled through escrow/court. You still owe $1000 back rent n $==500 security deposit.== | Jan 13, 2026<br>7:55 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | We arranged Jon n Level as third party escrow | Jan 13, 2026<br>7:56 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>julie Roberts (440) 638-9632 | You are not permitted on this property. Leave immediately. Future entry will be treated as trespass. | Jan 13, 2026<br>3:32 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I'm waiting for the police now, are they coming ?What time should I be available for them? | Jan 13, 2026<br>3:33 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | I suggest you take a c and listen to what I say first, You have an illegally collecting rent from me because you do not own this building. Second, you need an eviction from the court for me to leave I have already received a mail here I've been in this place for 30 days and all my belongings are there. Finally, you should stay in your lanes since you don't own the building. | Jan 13, 2026<br>3:36 PM |

143

| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | And calling around town and telling people that I'm a thief and don't have money and offering double the amount for my storage space bribery is illegal from one of your agents who was that Kevin ?<br>Also suggesting that you pay for my rental unit because I don't have money and it's going to be late, You should know your facts before you start babbling bullshit | Jan 13, 2026<br>3:37 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | So take your regurgitated statements and fucking swallow them leave me the fuck alone | Jan 13, 2026<br>3:37 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | And by the way, The owner of this house lives in Seattle works at Starbucks and I haven't received a lease agreement or an eviction notice from Melissa. | Jan 13, 2026<br>3:39 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | ◆ to "Facts Had that not been purchased it was going in the garbage and guess what You still had no right to it cuz it wasn't the fucking garbage so please leave me alone I'm not bothering you You're bothering me now" | Jan 14, 2026<br>1:35 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | This is the 24 hour notice of inspection of 5492 E141, Maple Hts, OH 44137. The inspection will be conducted on n before 2:00 pm Jan 17, 2026 | Jan 16, 2026<br>2:36 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | For what type of inspection? | Jan 16, 2026<br>4:01 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | Please tell your partner stop harass Jon with nonsense! Everyone is telling me you all on drugs that is why he talks with all nonsense! Because there is never lease that is why you are considered trespass! You have 24 hour to leave otherwise eviction will be initiated at court against you immediately!!! | Jan 16, 2026<br>5:29 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  julie Roberts (440) 638-9632 | I never met you but all the people who met you report back to me call you and your partner druggies, scammers n thieves! You have 24 hours to leave otherwise you will be evicted! | Jan 16, 2026<br>5:32 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | ◆ to "I never met you but all the people who met you report back to me call you and your partner druggies, scammers n thieves! You have 24 hours to leave otherwise you will be evicted! " | Jan 16, 2026<br>5:33 PM |

144

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | [Attachment 174] FILE_9001.pdf | Jan 16, 2026<br>5:34 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | [Attachment 175] video000000.mp4 | Jan 16, 2026<br>5:35 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | Airbnb discounted rent is $7014/mth. From now n going forward the discounted weekly rate is $1800/week | Jan 16, 2026<br>5:37 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 |  | Jan 16, 2026<br>5:37 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   julie Roberts (440) 638-9632 | $5300 at least back rents are owed by now! | Jan 27, 2026<br>6:39 PM |



145

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Julia/Julie,<br>I'm on a month-to-month rental agreement, and I've noticed the rent amount has been increasing each week. Under Ohio law for month-to-month tenancies, any rent increase or change in terms requires at least 30 days' written notice before it takes effect, and using repeated rent hikes to force a tenant out can be considered retaliatory or an unlawful attempt to evict without going through the court process. | Jan 27, 2026<br>7:14 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Please confirm in writing the lawful monthly rent amount, the date any properly noticed increase would start, and that weekly changes will stop. I will continue to pay the current lawful rent while this is clarified. Thank you. | Jan 27, 2026<br>7:15 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Please pay your invoices | Jan 27, 2026<br>7:15 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863 | [Subject]<br>proto:CjoKImNvbS5nb29nbGUuYW5kcm9pZ<br>C5hcHBzLm1lc3NhZ2luZy4SFClAKhC9Y5z6<br>2d1K7q9hcpHwlsaF<br>Please provide the current location of the property and the name/address of whoever has possession | Jan 31, 2026<br>8:23 PM |
| From Debra Brown (216) 253-0863<br>To julie Roberts (440) 638-9632 | Regarding the property removed from my storage unit and placed in climate-controlled storage by Philip, John Liptak, and Tim at your direction, I documented the transfer of each item through both photographic and video evidence. The antiques have remained in that same location from the outset and are currently in the custody of your agent, John Liptak. All aspects of the transfer were recorded by CubeSmart surveillance cameras and witnessed by multiple individuals, including CubeSmart employees. Given that these events are thoroughly documented, the factual record is clear and verifiable. Any further inquiries or challenges to these established facts are unwarranted. | Jan 31, 2026<br>10:35 PM |

146

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    julie Roberts (440) 638-9632

You betrayed your duty, you should return the money $250 I zelled you and $50 cash for filing the court paper n taking photos of our property in unit 218. I only asked you ask the court give us more time to retain atty and you betrayed your duty, went crazy take up the traitor roles. We only asked you take photos of our property, never asked you sign the unit to take our property, you went on your own without our permission nor knowledge steal our property through deception, We have all the photos of the property inside unit 218 you illegally kept, if you threw them away, you will get criminal charge, there was no sale nor auction on Dec 13,2025, we have all the photos of what property you stole from us. We did not exploit you nor owe you any money, you owe at least $5000 back rent n all the property inside unit 218. According to the statures I sent you before, your behavior is theft for sure so you need turn over the property you stole from us without any condition nor reservation. You exploited our good heart, shame on you for falsely accusing us exploit you when the one who did is YOU, if you so much like your burnt house why not go back? We gave you 24 hour leave notice in the beginning of Jan n 3 days leave. It is illegal for you to continue to stay n it is more illegal for to change our lock. You know you are full of shit when you lied, saying you wish not stay at our house, why not leave? We wanted you leave in the beginning of Jan!!! You scammed us!!!Get out of our house! We have all proof. We did not exploit you, You are extremely incompetent, totally betrayed the trust we have even we never met you but because you were sent over by the mayor, never met you, already disgusted n heartbroken for how dishonest you are, maybe it is result from drugs. Your lies are all over, making no sense at all. You need turn over our property without any condition or you will be criminally charged

Jan 31, 2026
11:39 PM

147