# EXHIBIT 2

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | What now, Debra? | Feb 9, 2026<br>2:54 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Ms Brown, Are you able to keep your words ever n stop make lies wasting everyone's time n money? | Feb 9, 2026<br>4:25 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Good afternoon I apologize if I failed to message you earlier. I will be able to give you the time and the place within the hour. I'm just finalizing things on my end. I have not intentionally delayed this and I know you're not interested so I'm not going to bother telling you about my day but I guarantee it is today Thank you | Feb 9, 2026<br>4:28 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | We need you respect our time and our money. | Feb 9, 2026<br>4:31 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Debra, you need respect people's time n money, you did people wrong, it will come back bite you 10 times | Feb 9, 2026<br>4:37 PM |

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
　Jon Liptak (216) 970-6239
　julie Roberts (440) 638-9632
　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
　emjx@rcs.google.com

If you read the message that I sent 10 minutes ago it's telling you that I am working on it and as promised. it will happen today. And has stated earlier I know you don't care what my holdup is so just hang tight.

Feb 9, 2026
4:42 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
　Tim Smith (216) 618-2543
　Jon Liptak (216) 970-6239
　julie Roberts (440) 638-9632
　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
　emjx@rcs.google.com

Talk is cheap, you made us wait for all day then try make another lie to waste us more time after all storage companies are gonna to close in 10 min, in words you said we pick time you No one trusts you any more therefore save your breath n our time you have wasted enough. We tell you time n place, you better deliver at the time n place we tell you. Otherwise all the facts how you scammed the council president, the mayor n us will be known by everyone , everyone will be warned to stay away from your lies n scams!!!

Feb 9, 2026
4:53 PM

2

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

I know this was a bad idea I knew that under no circumstances would you be able to mind your tongue. For you attacking me like you do constantly, when I'm not the one who said the bad things to you the nasty things to you just because Philip was my partner doesn't mean shit he doesn't speak for me and for you to take this out on me because of him and the lies you've told the exaggerations of everything like shame on you and I don't give a shit if you got the mayor in your pocket, You're not telling me what I'm doing I'm telling you that the stuff will be available and if you want it you can come get it and it's probably going to have to be two trips because you're rushing me and I can't get it all together because I am one person one single female trying to put everything back together on my own. I have no help, Philip is not involved, I don't have other people helping me. I've been polite this entire time and you have just every chance you get talk smack to me. I've never said a bad thing to John nor have I said anything to freaking Tim and his lies and his affidavit nothing but you know here I remain trying to keep my composer and fulfill exactly what I said because I want to not because anybody's making me do it not because anybody's telling me to do it because it's the right thing to do. Please refrain from talking smack to me I mean go ahead and and and and and do it everywhere else I don't care just refrain from doing it to me because that's not making me move any faster whatsoever

Feb 9, 2026
5:05 PM

3

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

| | |
|---|---|
| Text us the addresses of all the stuff, you do not need put them all together, we come pick up, if it has to be two trips, we will come two trips. Please text us all the addresses where our stuff are. Thanks | Feb 9, 2026 5:08 PM |

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

| | |
|---|---|
| Well the truth of the matter is that I'm not even residing in Ohio at the moment and I've had to come back into the State so I can do this it just has been one busy day | Feb 9, 2026 5:46 PM |

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

| | |
|---|---|
| Just text us the addresses of all our stuff. If you are not in Ohio, US Marshal will get the info from you or charge you deception n theft. | Feb 9, 2026 5:48 PM |

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

| | |
|---|---|
| You promised day before yesterday for yesterday then yesterday for today then today for tomorrow, then no tomorrow. You just full of shit. You not give our stuff back tomorrow. You will be charged deception n theft!!! | Feb 9, 2026 5:53 PM |

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

| | |
|---|---|
| I see now why you and Phil did not get along, you both don't pay attention to anything and you're disrespectful. I have not been disrespectful, quit talking smack I told you today,  today's not over. | Feb 9, 2026 5:57 PM |

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

| | |
|---|---|
| Your items are being loaded as I type this and I will provide you an address where you can pick you up your items shortly Please bear with me | Feb 9, 2026 8:43 PM |

4

| From / To | Message | Date |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>Tim Smith (216) 618-2543<br>Jon Liptak (216) 970-6239<br>julie Roberts (440) 638-9632<br>d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>emjx@rcs.google.com | Debra, are they loaded to storage unit or where? Jon stops working 5 pm n Tim stops working 8 pm | Feb 9, 2026<br>8:49 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>Tim Smith (216) 618-2543<br>Jon Liptak (216) 970-6239<br>julie Roberts (440) 638-9632<br>d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>emjx@rcs.google.com | It is almost 9 pm | Feb 9, 2026<br>8:49 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>Tim Smith (216) 618-2543<br>Jon Liptak (216) 970-6239<br>julie Roberts (440) 638-9632<br>d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>emjx@rcs.google.com | Are you able to meet with Tim and Jon tomorrow morning n deliver to cube smart, 5440 S Marginal | Feb 9, 2026<br>9:05 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>Tim Smith (216) 618-2543<br>Jon Liptak (216) 970-6239<br>julie Roberts (440) 638-9632<br>d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>emjx@rcs.google.com | We all waited for you till 8 pm | Feb 9, 2026<br>9:07 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>Tim Smith (216) 618-2543<br>Jon Liptak (216) 970-6239<br>julie Roberts (440) 638-9632<br>d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>emjx@rcs.google.com | Debra, we have lists of items you unlawfully seized n proof of their worth therefore please make sure nothing missing when they are delivered. We should make a time for everyone to meet tomorrow n place will be Cube Smart, 5440 S Marginal | Feb 9, 2026<br>9:16 PM |

5

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239
 julie Roberts (440) 638-9632
 d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
 nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
 emjx@rcs.google.com

No it will be tonight, You will be informed where you're at property is left. The day is not over I told you it would be today.

Why are you always talking shit? You are an awful person, I curse the mayor for hooking me up with you.

Feb 9, 2026 9:21 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
 Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239
 julie Roberts (440) 638-9632
 d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
 nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
 emjx@rcs.google.com

It was supposed to be Sat

Feb 9, 2026 9:22 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
 Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239
 julie Roberts (440) 638-9632
 d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
 nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
 emjx@rcs.google.com

All storage companies already are closed

Feb 9, 2026 9:23 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239
 julie Roberts (440) 638-9632
 d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
 nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
 emjx@rcs.google.com

Today I told you it would be today and other things had happened prior to this so I am going to leave them for you and wash my hands of it and I do not care to see anybody. I'm sure the feelings mutual.

Feb 9, 2026 9:23 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
 Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239

I do not consent to any movement, disposal, or placement of my property outside the premises.

Any transfer or handling of my property must occur with law-enforcement present and documented.

All further communication should be in writing only.

Feb 9, 2026 9:45 PM

6

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  Tim Smith (216) 618-2543
  Jon Liptak (216) 970-6239

Your partner just sent me unwanted harass message. Please forward the above to him.We want law enforcement present when you return the property you illegally seized n stole from us

Feb 9, 2026
9:50 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
  Jon Liptak (216) 970-6239
  julie Roberts (440) 638-9632
  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
  emjx@rcs.google.com

I don't have a partner I am by myself

Feb 9, 2026
10:03 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
  Jon Liptak (216) 970-6239
  julie Roberts (440) 638-9632
  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
  emjx@rcs.google.com

You don't pay attention to what's being told to you already told you it was me solo

Feb 9, 2026
10:04 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
  Jon Liptak (216) 970-6239
  julie Roberts (440) 638-9632
  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
  emjx@rcs.google.com

And you're not setting terms for anything I'm offering you your stuff back You either accept it or you don't that is what I'm doing I'm trying to give it back to you I don't have to abide by your terms. So either you want it or you don't If you don't stated here because it'll be in writing

Feb 9, 2026
10:05 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  Tim Smith (216) 618-2543
  Jon Liptak (216) 970-6239
  julie Roberts (440) 638-9632
  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
  emjx@rcs.google.com

[Attachment 23] Long message.txt

Feb 9, 2026
10:05 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
  Tim Smith (216) 618-2543
  Jon Liptak (216) 970-6239
  julie Roberts (440) 638-9632
  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
  emjx@rcs.google.com

You illegally took our stuff therefore you must go by our term otherwise you will be charged by US Marshall since you said you not in OH. Period! What you are trying to do right now is criminal as well

Feb 9, 2026
10:07 PM

7

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

As I stated the very first time you text messaged me in this group I am Deborah Brown I am not Deborah Brown and Philip McCall he has spent time telling you things because you aggravate him that we're untrue I haven't done these things and I'm not doing these things I am telling you what's occurring I do not approve of what he said I don't know why you said it cuz he knows what I'm doing perhaps but that is not what I said I am the one returning your items

Feb 9, 2026
10:08 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

Julia spare me the drama do you want your stuff yes or no That's the question My attorney told me that I if I wanted to offer you your stuff back which it was my idea that I will try to accommodate you but I am not to go out of my way and hurt myself in any way or fashion because I am doing this all by myself. And that this would be not only your schedule but upon my schedule there's no terms here either you want your items or you don't.

Feb 9, 2026
10:09 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

I said by end of day today you would have your items they would be dropped off and that's what I am doing I am sorry that it took me all day I am a one single female

Feb 9, 2026
10:09 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

Ok. Then I care about the safety of Jon n Tim, this is not good time for them, we need set a time during daytime when there is law enforcement be present so everyone is protected.

Feb 9, 2026
10:09 PM

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>　Jon Liptak (216) 970-6239<br>　julie Roberts (440) 638-9632<br>　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　emjx@rcs.google.com | I'm not hashing this with you I'm not arguing with you I'm not playing tit for tat like you like this isn't some drama that I'm an invested in I want to be done and wash my hands of you | Feb 9, 2026<br>10:09 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>　Jon Liptak (216) 970-6239<br>　julie Roberts (440) 638-9632<br>　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　emjx@rcs.google.com | Well the truck I rented needs to go back this evening so I need to unload them somewhere | Feb 9, 2026<br>10:10 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>　Jon Liptak (216) 970-6239<br>　julie Roberts (440) 638-9632<br>　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　emjx@rcs.google.com | This is what I'm going to do I am going to give them to the circuit court to the clerk because you do not want me to drop them to you tonight that's what I will do because I don't want your stuff I never wanted your stuff | Feb 9, 2026<br>10:11 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　Tim Smith (216) 618-2543<br>　Jon Liptak (216) 970-6239<br>　julie Roberts (440) 638-9632<br>　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　emjx@rcs.google.com | It is midnight, way past evening! You are not doing what I m requesting, you are committing crimes, I can give you ohio stature. | Feb 9, 2026<br>10:11 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>　Jon Liptak (216) 970-6239<br>　julie Roberts (440) 638-9632<br>　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　emjx@rcs.google.com | It is 10:00 p.m. | Feb 9, 2026<br>10:11 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>　Jon Liptak (216) 970-6239<br>　julie Roberts (440) 638-9632<br>　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　emjx@rcs.google.com | I'm sure you can give me any stature off the top of your head because you've been doing this for many years woman I don't doubt it You're completely capable | Feb 9, 2026<br>10:12 PM |

9

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | And this wasn't upon your request this was upon me offering it back to you because I don't want it I never wanted it The only reason I had it was because I needed to clear the storage unit because I was not paying for another month | Feb 9, 2026<br>10:12 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | This is not safe time for Jon n Tim. I have obligations to protect their safety | Feb 9, 2026<br>10:12 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | I understand | Feb 9, 2026<br>10:12 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | So the circuit court clerk then? | Feb 9, 2026<br>10:13 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | Under no circumstances will I meet you tomorrow morning.  I have children I need to take care of and things I need to do which don't include you today was the day to get it finished was the last day I had to get it finished. You've put me through hell I've ended a relationship a partnership and everything because of this and I'm not doing anything more harmful to myself | Feb 9, 2026<br>10:14 PM |

10

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　　Tim Smith (216) 618-2543<br>　　Jon Liptak (216) 970-6239 | Debra, I really appreciate you not playing dumb any more especially you are already grandmother, before Jan 12,2025, I already arranged Jon to meet you n Mccall at Cube Smart give you the $700 in which the $200 you gave Dave Thompson was included, in return, all you needed to do is to transfer the unit from your name to Jon's name but you were so smart n refused to follow the right direction | Feb 9, 2026<br>10:17 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　　Tim Smith (216) 618-2543<br>　　Jon Liptak (216) 970-6239<br>　　julie Roberts (440) 638-9632<br>　　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　　emjx@rcs.google.com | I worked in law firm for 20 years, helped law firm set up additional law firm in New York n Chicago. I have bachelor degree of education n post undergraduate of paralegal. | Feb 9, 2026<br>10:18 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　　Tim Smith (216) 618-2543<br>　　Jon Liptak (216) 970-6239<br>　　julie Roberts (440) 638-9632<br>　　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　　emjx@rcs.google.com | You put yourself through hell because you have absolute no gratitude n extremely dishonest, has wasted lots of Jon's, Tim's n my time. You did to yourself | Feb 9, 2026<br>10:24 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>　　Tim Smith (216) 618-2543<br>　　Jon Liptak (216) 970-6239<br>　　julie Roberts (440) 638-9632<br>　　d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>　　nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>　　emjx@rcs.google.com | Night time is not safe for Jon and Tim. | Feb 9, 2026<br>10:26 PM |

ll

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

You didn't arrange anything with me You went through Philip I and the person who contacted you I am the person I told you I handled everything but you insisted that I'm contacting Philip Phillip had no right telling you things that had anything to do with me as I said earlier today I am Deborah Brown I am not Debra Brown and Philip McCall I am not married to him I'm not his mother his guardian or his caretaker so I'm tired of hearing anything about Philip actually I don't want even want to hear the name anymore

Feb 9, 2026
10:35 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

Well thank you for sharing your accolades.

Feb 9, 2026
10:36 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

Is he loading our stuff? Otherwise why he harasses me about he is loading our stuff?

Feb 9, 2026
10:37 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

� to "I worked in law firm for 20 years, helped law firm set up additional law firm in New York n Chicago. I have bachelor degree of education n post undergraduate of paralegal. "

Feb 9, 2026
10:40 PM

12

| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | E141 driveway few items didn't have time to put on truck, your constant texting kept delaying progress, th<br>ose items will be returned to you sometime tomorrow, I'll have one of my agents handle it.<br>I'm closing out this group and do not wish to hear from your hateful, pathological, mentally ill mind any further. | Feb 9, 2026<br>11:45 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | For safety, I will only retrieve property with police present. Provide the exact address, and a 2-hour pickup window, and confirm you will meet at a police station parking lot or allow a civil standby.<br>Do not dump, damage, or dispose of any items. | Feb 10, 2026<br>1:37 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Debrah Brown, please take this fact in heart before I have to sue you for defamation! I do not have mental illness, I advocate for people who suffer with mental illness because I understand them, can feel their pain, they deserve lots respect that is why I advocate them. I do not disrespect people who commit crimes. | Feb 10, 2026<br>1:40 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | You can bring all our stuff to 5492 E 141, Maple Hts, OH 44137 at the time that will work for Jon n Tim | Feb 10, 2026<br>1:42 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | I do not respect people who commit crimes. If people who do not get respect from me, that is because they commit crimes. | Feb 10, 2026<br>1:55 AM |

13

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

We prefer to meet at maple hts police dept parking lot to retrieve our property

Feb 10, 2026
2:00 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

We will retrieve the property only with police present. We prefer to meet at the Maple Heights Police Department parking lot.
Please confirm (1) the full list of items you will return, (2) the vehicle/license plate delivering them, and (3) a 2-hour window tomorrow when you can meet.

Feb 10, 2026
2:35 AM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

Ms Wang/Rielinger/Robert/Au whatever moniker you go by, please cease and desist with the false allegations. You are a pathological liar. Its tiring. *** I can't keep up with all the falsehoods that leave your mendacious mouth. -
You make it difficult to discern if you actually care about anything/anyone other than yourself. The nonsense you spew shows how deeply you believe the world revolves around you and it's absurd to think you have two yesman by your side doing your bidding.
If you must continue with your outrageous claims,
you should get some new material; you are boring me with the same preposterous character assassination you throw about.
Its comparable to your grandiose opinion of yourself and exaggerated valuation you put on all you have and/or do.
I'll give it a B- and that's being generous for tiresome and blase insults you throw about.

Feb 10, 2026
3:03 AM

14

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Since your stuff has been delivered as I stated before the day ended you can now leave me alone | Feb 10, 2026<br>3:04 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Where you delivered? You did not state the address | Feb 10, 2026<br>8:07 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | You have not provided an address or location.<br><br>Without a specific address, no delivery has occurred.<br><br>Provide the exact address immediately or this will be reported as continued unlawful control and disposal of my property. You will be charged criminal damage. In ohio there is crime called " criminal damage" | Feb 10, 2026<br>8:11 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Provide the exact address/ location and a pickup window for the property. Without an address, no delivery has occurred, and I will provide these messages to law enforcement, what you are saying you did or try to do is subject for arrest under ohio laws n federal laws | Feb 10, 2026<br>8:30 AM |

15

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | Did you say you plan to drop the property you stole from us to court clerk? A court clerk is not authorized to accept personal property.<br>Provide the exact address and pickup window so law enforcement can arrange a standby, otherwise you will be charged " criminal damage" by federal court n local law enforcement along with federal marshals | Feb 10, 2026<br>8:59 AM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | What you did is criminal damage n spoilage!!! You are still subject to be charged | Feb 10, 2026<br>3:10 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>  Tim Smith (216) 618-2543<br>  Jon Liptak (216) 970-6239<br>  julie Roberts (440) 638-9632<br>  d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>  nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>  emjx@rcs.google.com | You did not deliver everything you stole from us, you are not getting away from it !!! | Feb 10, 2026<br>4:11 PM |

16

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

Let me be clear the property that was left in storage unit 218, I returned to your location E141. I have hundreds of texts where you have referred to that location as E141.

Feb 10, 2026
4:52 PM

If you bothered to read the message I told you everything was not there because of your incessant texting which I had to stop when I'm doing to respond took a great deal of time. I'm not a type of person that walks around with my phone attached to me I don't have to there's nothing in the law of life that says I have to walk around with my phone attached to me so people like you can constantly bother me.
What was supposed to be a group text for information turn out to be your stage to harass me and talk shit so leave me alone and when I have time I will contact you and tell you where the I can drop off the rest of the items because today  I don't have the time or the means.

17

| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Julia you're constant barrage of charges and accusations is a fucking ridiculous at this point. I didn't steal anything You left that property in the unit that I owned . You did not come to me,  Debra Brown, telling me, that you were going to have Jon takeover the unit. From the first text and throughout I had stated everything went through me I handle that plus I was the person's name on the unit so anything about the unit should have went to me which it did not . You are trying to make an arrangement with somebody's name who was not even on the unit, hmmm??? That sounds like one of your lawsuits where the eviction notice was sent to you not Jon... So you should understand my stance. | Feb 10, 2026<br>4:59 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Aside from that, all three of you know the reference to your property E141. You all use it | Feb 10, 2026<br>5:02 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | You broke all our stuff! You committed criminal damage!!! | Feb 10, 2026<br>5:02 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | I didn't break or damage anything. I have video of everything and the condition. | Feb 10, 2026<br>5:03 PM |

18

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | You did not bring everything back! We have a list of everything you stole! You steal thru deception! Stop lie, no one listens to your lie | Feb 10, 2026<br>5:03 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | I did tell you that was not everything because I could not get everything in one trip | Feb 10, 2026<br>5:04 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Liar liar pants on fire!!! | Feb 10, 2026<br>5:04 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Man you are so juvenile You're throwing a little tantrum just like a spoiled child the entitled narcissist that you are Please leave me alone | Feb 10, 2026<br>5:04 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | All furniture completely broken | Feb 10, 2026<br>5:04 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | You're full of shit full of shit | Feb 10, 2026<br>5:04 PM |

19

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

You will be charged financially n criminally!!!

Feb 10, 2026
5:05 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

It's in the exact condition it was when it was removed from the unit

Feb 10, 2026
5:05 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

That is you, old homeless dishonest woman

Feb 10, 2026
5:05 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

You broke before you brought back  after you stole. I will sue your head off!!!

Feb 10, 2026
5:06 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

I'm not homeless. I have never been homeless. My home burnt down, did not make me homeless. You try to add that label like I live on the streets. You don't know anything about me just your assumptions.
It's tiring listening to  this mail-order-bride reeling inaccurate accusations my way.

Feb 10, 2026
5:12 PM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

And you're the defamatory labels are completely out of pocket. I have lived an honest life

Feb 10, 2026
5:13 PM

20

| | | |
|---|---|---|
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Again I curse everything related to ever being entangled with you. It's like the hell's doors opened up and you fucking flew out from the fiery pit | Feb 10, 2026<br>5:14 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | I have no interest in someone who took advantage of me, steal, lie ... go away!!! | Feb 10, 2026<br>5:14 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | See you in court n jail!!! | Feb 10, 2026<br>5:15 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Have a wonderful day | Feb 10, 2026<br>5:15 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | That is you, evil woman!!! | Feb 10, 2026<br>5:15 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | The curse will come back to you 100 times!!! | Feb 10, 2026<br>5:16 PM |

21

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | So far you cost me at least $10k including court costs, atty fees  n all my people time to deal with your theft shit!! I will add all these cost into lawsuits besides all the damages you caused, they are all solid number with proof! No one approves you to put the unit in your name only your theft mind set! I will sue you n put judgement on your house, your retirement n all your bank accounts! | Feb 10, 2026<br>7:06 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Blocked | Feb 10, 2026<br>7:07 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | YOU are not getting away, Debra Brown, Phil McCall! | Feb 10, 2026<br>7:09 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Your actions are telling the world that you are thieves to the MAX! You are not getting away. We will not stop till you are charged n justice are served. You think you are white so you can get away from the crimes you committed? Think again! God will tear you apart n burn you because of the harm you did to people. | Feb 10, 2026<br>7:12 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | You broke all the expensive furniture you stole from us, they committed theft n criminal damage | Feb 10, 2026<br>7:15 PM |

22

| | | |
|---|---|---|
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | You committed theft n criminal damages | Feb 10, 2026<br>7:17 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>    Tim Smith (216) 618-2543<br>    Jon Liptak (216) 970-6239<br>    julie Roberts (440) 638-9632<br>    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>    emjx@rcs.google.com | Debra Brown, Phil McCall, you two committed theft n criminal damages which amounts hundreds of thousands, the court will order foreclose your house to pay the judgment, you will NOT get away!!! | Feb 10, 2026<br>7:20 PM |

23

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
    Tim Smith (216) 618-2543
    Jon Liptak (216) 970-6239
    julie Roberts (440) 638-9632
    d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
    nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
    emjx@rcs.google.com

Hey, Debra, you agreed you stole my favorite green marble table, you did not bring back, what you dumped on driveway at E141 is less than 1% of what you stole from us, you broke all of them including the brand new reception desk Jon and Tim spent lots time to assemble them together, all the antique furniture broken, ruined, my brand new Thanksgiving throw you threw in backyard with garbage, our 16 century museum quality rare executive desk with appraised $36k value you totally ruined by dumping it under 2 ft snow for days n weeks, you maliciously destroyed all our high value stuff then you lied to mayor Matt by saying you had all our stuff n they were not damaged after you intentionally n malicious destroyed, then you dumped 1% broken furniture, tool, computer etc on the driveway in middle of night, let it covered n intentionally ruined by snow n rain then intentionally lied to us that you delivered to clerk of circuit court so we would not know n would not be able to retrieve at E141 driveway then it would get snowed on n rained on to be more damaged, as how you and Phil intentionally let all lights on in every room in this five bedrooms house, heat on for 80 degree, fan on constantly 24/7 for 10 days straight after you left there, then lied to us you still there, before you left, you changed the front n back locks so we could not get in to turn everything off, you intentionally maliciously n criminally run up our utility bills, you are not getting away, we will not stop till you are charged with deception, theft n criminal damage !

Feb 19, 2026
5:01 PM

24

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239
 julie Roberts (440) 638-9632
 d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
 nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
 emjx@rcs.google.com

I never agreed to any claim that I stole anything, and I'm not sure where that idea came from, nor do I care at this point. I've already explained which items I removed from the storage unit and that I only did so because the unit had to be cleared before the next month's charges. I did not want the items and intended to return them.

Much of the time I needed to handle this was taken up by your messages, which became increasingly hostile. Because of that, I'm no longer continuing this back�and�forth. Please stop messaging me, as your repeated accusations are becoming harassment.

I've already arranged a separate method for the items in my possession to be returned to you, since I do not want them. You will be contacted shortly, but not by me directly. Again, please stop contacting me and keep your accusations to yourself.

Feb 19, 2026
5:08 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
 Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239
 julie Roberts (440) 638-9632
 d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
 nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
 emjx@rcs.google.com

You are liar to the max, I will get you charged with deception for SURE!!!

Feb 19, 2026
5:09 PM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
 Tim Smith (216) 618-2543
 Jon Liptak (216) 970-6239
 julie Roberts (440) 638-9632
 d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
 nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
 emjx@rcs.google.com

They are facts and we have facts to prove!!!

Feb 19, 2026
5:09 PM

25

| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | Everyone tells me you are on drugs so see you in court n jail | Feb 19, 2026<br>5:10 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | You talk nonsense | Feb 19, 2026<br>5:10 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | God and team of people are witness! You not straight this out, you will face more severe charges for SURE! We have the best law firm to get you charged! | Feb 19, 2026<br>5:13 PM |
| From julie Roberts (440) 638-9632<br>To Debra Brown (216) 253-0863<br>   Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | No one gave you authority to take the unit that has our stuff into your name, you did without any of us approval, as matter of fact I texted n commanded you not do so. What you did is theft! No one believes your fake story created with your foggy drugged mind. Maybe going to jail will be good things for you so you can get on rehab n stop make lies after you are drug free! | Feb 19, 2026<br>5:20 PM |
| From Debra Brown (216) 253-0863<br>To Tim Smith (216) 618-2543<br>   Jon Liptak (216) 970-6239<br>   julie Roberts (440) 638-9632<br>   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2<br>   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e<br>   emjx@rcs.google.com | I've read your messages. Your accusations about drugs and theft are false and inappropriate. I'm not going to argue with you over text or respond to further insults. If you believe you have a legal claim, you can pursue it through the proper channels instead of sending harassing messages. Do not contact me again unless it is through an attorney. | Feb 20, 2026<br>10:24 AM |

26

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

That was not accusation, that was reported back to me from people who met you and how you, till today I have not met you but you illegally seized and destroyed all our property you were not and are not authorized to have, you lied to Jon, Tim, Mayor Matt... you cost us over two months headache, pain and suffering, more than tens of thousands of dollars atty fees, court cost, hundreds of thousands or more business loss you are responsible for. We do not want to talk to you at all because all you did is to steal our stuff n waste our time. You will be charged!!! You either return all the rest 99% of our stuff you stole from us or be charged! I already emailed you description of theft in Ohio stature, you illegally took the stuff that are not yours nor you were authorized to have, that action is theft, the law does not give you any right to buy our half mil dollars worth stuff for $200. You only can fool yourself, no one have time for your fake story

Feb 20, 2026
10:38 AM

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

I don't agree with what you're saying, and I'm not going to discuss this by text. Any further issues can go through the legal process or attorneys.

Feb 21, 2026
7:53 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

Laws will run their course, you will be charged felony with deception, theft, criminal damage and more for sure!!! Please leave us alone unless you will return the other 99% stuff you stole from us and you still illegally have

Feb 21, 2026
12:06 PM

27

From Debra Brown (216) 253-0863
To Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

Your accusations are false. I'm not going to argue about this by text. If you believe you have a legal claim, you can address it through the proper channels. Do not contact me again unless it is through an attorney.

Feb 22, 2026 10:56 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

Where are the rest 99% of our stuff you took without our permission and you agreed you still had because you said you could not return back to us in one trip and in that one trip what you returned to us are all stuff you broke so you do not want n gave back to us, your criminal damage behavior also exhibited as you intentionally dumped all cat liters on our front steps n back steps after or when you left, the police dept has all evidence of your criminal damage acts. Where is my favorite marble green table you took illegally and you agreed you took, if you know English then you know when you took something that is not yours, that is theft. Stop harass us with your dumbness!!!

Feb 22, 2026 11:06 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

[Attachment 24] IMG_2699.heic

Feb 22, 2026 11:06 AM

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
   Tim Smith (216) 618-2543
   Jon Liptak (216) 970-6239
   julie Roberts (440) 638-9632
   d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
   nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
   emjx@rcs.google.com

You stole $300k at least worth merchandise n inventory I have all the evidence n receipts to prove and other new furniture, etc, one of them you returned after it was broken

Feb 22, 2026 11:11 AM

28

From julie Roberts (440) 638-9632
To Debra Brown (216) 253-0863
Tim Smith (216) 618-2543
Jon Liptak (216) 970-6239
julie Roberts (440) 638-9632
d4vtcmrrgyzdkmzqha3dghzshe2tenjzie3s2
nrrgbcs2ncghezc2qryii4s2okeirbdkn2biq4e
emjx@rcs.google.com

Actually two new furniture you
returned after you broke them

Feb 22, 2026
11:12 AM

29