# EXHIBIT 3

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

Exhibit 3 Debra Brown and Philip McCall Text Messages between Debra Brown and Mayor Matthew Burke

From Debra Brown (216) 253-0863
To Matthew A Burke (216) 318-7793

Good morning Mayor Berg this is Deborah Brown I live at 10705 Grace Avenue in Garfield Heights we met at the console meeting Avery Johnson Ward 4 it was at Richard and Mark's home on Grace Avenue. I reaching out to you because our house burned down in December 1st and we are now homeless we both work from home and we are now not working we lost one of our pets in the fire as well. Mark and Richard had started a GoFundMe that we posted there's absolutely no accident happening on that they spoke to Avery but I've been in such a fog I don't even know which phone number on my phone was his for me to reach back out to him because it's not the number that I had listed for him The reason I know that cuz that number did not call me I was just hoping that you might have some resources we could use because I've called 211 salvation army a couple other places and it's basically shelters there's no options for anything else you have to go through the shelters and say in the shelters for an extended period of time before they even consider doing any housing Even food I have appointments set for next week I mean like thank God that we do have a little bit of money that we can feed ourselves because we'd have to wait till next Tuesday before we can even get any kind of food and they keep directing us to food pantries but when you don't have a place to stay and you go to a food pantry not that I ever have I don't know I'm assuming that that's food that's you're going to cook? this is I'm completely out of my element I don't even know what I'm supposed to be asking for other than shelter and some kind of resources so that we can rebuild at least you know have a place to say take a hot shower and eat and sleep comfortably we don't see that after Thursday after we check out of this hotel

Dec 9, 2025
3:23 AM

| From Matthew A Burke (216) 318-7793<br>To Debra Brown (216) 253-0863<br>    Matthew A Burke (216) 318-7793 | I will reach out to a friend of mine who owns a few houses in Garfield Hts. She may have something that you can stay in for a little while. I will try to call you in a few hours and let you know what I find out. We have a few food pantry's in Garfield Hts. Our senior center is one of them. I'm am sorry for what you are going through and very sorry for your loss. Let me see what I can do. | Dec 9, 2025<br>6:58 AM |
| From Debra Brown (216) 253-0863<br>To Matthew A Burke (216) 318-7793 | Thank you!  We are really feeling discouraged and panic creeping on, we don't want to become desperate and just sell our home.  we love our community and hope to stay.<br>We are worn thin with  boarding up and clearing the house where we can,meeting with fire restoration folks, and salvaging bits and pieces of our lives.  I apologize for the text being run-on sentences and a wee bit confusing, I use speech to text. My phone burned in the fire and this one apparently doesn't recognize my words yet. | Dec 9, 2025<br>7:12 AM |
| From Matthew A Burke (216) 318-7793<br>To Debra Brown (216) 253-0863<br>    Matthew A Burke (216) 318-7793 | Please give my Julie Robert ( not the actress lol) a call at +1 (440) 638-9632. She owns a few homes in Garfield that she rents to Marymount patients short term. She said she can help. | Dec 9, 2025<br>7:48 AM |
| From Debra Brown (216) 253-0863<br>To Matthew A Burke (216) 318-7793 | Thank you so much ! This is the first bit of  hope we've had and it means a great deal to us. I will reach out to her shortly. And again, thank you so very much for your kindness and helpfulness. | Dec 9, 2025<br>7:53 AM |
| From Matthew A Burke (216) 318-7793<br>To Debra Brown (216) 253-0863<br>    Matthew A Burke (216) 318-7793 | What is your name so I can save you in my contacts. Please reach out anytime. I will do what I can to help. | Dec 9, 2025<br>8:07 AM |
| From Debra Brown (216) 253-0863<br>To Matthew A Burke (216) 318-7793 | Debra Brown  and Philip McCall thank you Mayor Burke | Dec 9, 2025<br>8:08 AM |

2

From Debra Brown (216) 253-0863
To Matthew A Burke (216) 318-7793

Dear Mayor Burke,

Dec 12, 2025
9:25 PM

I wanted to reach out to express my gratitude for connecting me with Julie Roberts. That introduction has led to a truly positive partnership. I'm now leasing one of her homes at a discounted rate, and she has also engaged both Philip and me to provide services for her other properties.

This opportunity has been mutually beneficial and has already had a meaningful impact on our work and lives.

I have always respected you as a community leader, but this experience has deepened that respect even more. Your willingness to help during this tragic time and your commitment to our community are qualities I truly admire. Please know how much I value your role in this and how grateful I am for your leadership.

With sincere thanks,
Debra Brown & Philip McCall

From Matthew A Burke (216) 318-7793
To Debra Brown (216) 253-0863
    Matthew A Burke (216) 318-7793

Just so you know. I know what you did. I will do everything in my power to make sure you are apprehended and prosecuted. You have violated my trust.

Jan 30, 2026
1:44 PM

3

From Debra Brown (216) 253-0863
To Matthew A Burke (216) 318-7793

Jan 30, 2026
1:57 PM

I need to clarify that you may not have a full understanding of what has actually occurred. I intentionally waited to address this so it would not devolve into a "he said, she said" situation. I am fully prepared to meet with you in person and provide my phone so you can review every text message exchanged.

I have already consulted with an attorney, and their assessment is that the individual in question has a documented pattern of vexatious litigation and that the allegations she has made are entirely unfounded. I genuinely expected that you would consider both sides before forming an opinion, rather than relying on a one�sided account. If you believe this matter should be reviewed by a prosecuting attorney, I welcome that.

To avoid any confusion, our home did in fact burn down. When I reached out to you, it was in good faith, trusting that—as the mayor of Garfield Heights and someone I had previously met—you could offer guidance on temporary housing options. I expressed my gratitude at the time and followed up with a message explaining how the arrangement would benefit everyone involved.

Unfortunately, despite our efforts, she failed to follow through on her repeated promises of payment. I am more than willing to meet with you so you can review the documents I was served— improperly, at that—and read the complete message history between myself and the individual who has used multiple names, including Julia Rielinger, Julie Roberts, Sarah Rielinger, and Sarah Malott. After reviewing the actual evidence, you can draw your own conclusions.

4

| From Matthew A Burke (216) 318-7793<br>To Debra Brown (216) 253-0863<br>    Matthew A Burke (216) 318-7793 | I know all about that stuff. You are in possession of property that is not yours. You need to return that property ASAP. I'm asking nicely. I don't want to be involved but unfortunately I will be and will testify as to what I know. The vexatious label is not relevant to the missing property. | Jan 30, 2026<br>2:00 PM |

| From Debra Brown (216) 253-0863<br>To Matthew A Burke (216) 318-7793 | [Attachment 198] Long message.txt | Jan 30, 2026<br>2:25 PM |

| From Matthew A Burke (216) 318-7793<br>To Debra Brown (216) 253-0863<br>    Matthew A Burke (216) 318-7793 | You don't need to clarify anything to me. It is not my jurisdiction but you will at some point have to talk to Law enforcement more than likely federal and local. | Jan 30, 2026<br>2:28 PM |

| From Debra Brown (216) 253-0863<br>To Matthew A Burke (216) 318-7793 | Thank you for your message. I understand your position, but I do want to point out that you previously told me I would be apprehended and prosecuted, which is why I was under the impression that you were becoming involved in what is essentially a civil matter. I did not expect the mayor to be engaged in that way.<br><br>At this point, I welcome any legal review that is unbiased and based on the actual evidence. I have no issue speaking with law enforcement—local or federal—because everything I have stated is documented, and I have been transparent from the beginning. My only concern is ensuring that any action taken is grounded in facts rather than one�sided claims. | Jan 30, 2026<br>2:34 PM |

| From Matthew A Burke (216) 318-7793<br>To Debra Brown (216) 253-0863<br>    Matthew A Burke (216) 318-7793 | That is why you should an attorney. My interest is that the merchandise is recovered and returned to its rightful owners. I know Ms. Robert is retaining a separate counsel of her own. I have agreed to participate with US Marshalls, County sheriffs department, and local law-enforcement to testify as needed. This is the last correspondence I will have with you or Ms. Robert. | Jan 30, 2026<br>2:48 PM |

5