# EXHIBIT 4

Debra Brown and Philip McCall
Case No: 1:26-CV-00103

## CubeSmart Storage Unit 218

12/13/2025



1

12/13/2025

