# EXHIBIT 5

## Debra Brown and Philip McCall
## Case No: 1:26-CV-00103

## CubeSmart Storage Unit 218

*Antiques moved to Climate Controlled Unit*



EXHIBIT 5

1:26:CV-00103

## CubeSmart Storage Unit 218



Antiques moved to Climate Controlled Unit

2

## CubeSmart Storage Unit 218

*12/18/2023 - moved from Unit 218*



3

**Exhibit 5** Debra Brown and Philip McCall                    **Case No. 1:26-CV-00103**

Antiques taken from Unit 218 to climate-controlled unit by Jon Liptak, Philip McCall, AND Timmothy Smith on 12/13/2025

1. **Burgandy Leather Chesterfield Settee** - shows some indentations on the backside from being up against other furniture perhaps. The settee was in unit 218 with no items atop or leaning against it.
2. **Burgandy Leather Chesterfield Ottoman** - Appears in good condition.
3. **Green Victorian Wingback / Grandfather Chair and Ottoman**- The wingback chair has some deep scratches, but it is not torn through. It looks more like the dye of the leather has come off. Overall, structurally, the chair looks good There is some chipping or scratching of the wood frame. As for the ottoman, the leather is severely scratched.
4. **Country French carved walnut vintage end table**- Excellent condition just a layer of dust
5. **Burgundy leather Captain's chair**- Excellent condition
6. **George III mahogany side table Flash tea table**- Excellent condition
7. **Chippendale mahogany side table**- A layer of dust but in excellent condition
8. **Antique cane chair**- Great condition
9. **Chinese hand carved rosewood side table**- Excellent condition
10. **Vintage wooden folding rocking chair with a black padded seat**- Excellent condition
11. **Vintage rocking chair** great condition