# EXHIBIT 6

## Debra Brown and Philip McCall
## Case No: 1:26-CV-00103

1:26-CV-00103

## CubeSmart Storage Unit 119

December 18, 2025



1

1:26-CV-00103

## CubeSmart Storage Unit 119

December 18, 2025



2