# EXHIBIT 7

Debra Brown and Philip McCall
Case No: 1:26-CV-00103

#218

## ASSIGNMENT AND ASSUMPTION
## OF SELF-STORAGE LEASE

THIS ASSIGNMENT AND ASSUMPTION OF SELF STORAGE LEASE ("Assignment") is executed as of the Effective Date between Assignor and Assignee. In consideration of the covenants and mutual promises contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee agree as follows:

1. Definitions. The following terms shall have the meanings set forth below:

| | |
|---|---|
| "Agent" | YSI Management, LLC, solely in its capacity as agent for the Owner. |
| "Assignee" | DeBra jean Brown |
| "Assignee Military Status" | Please Check One:<br>___ Military Member<br>___ Active Duty<br>___ Inactive Duty<br>✓ Non-Military Member |
| "Assignee Notice Address" | Address: 134 Y2 N ColumBus st APt B<br>City, State, Zip Code: lancaster, OH 43130<br>Phone Number: 216·253·0863<br>E-Mail Address: Debrabattles @ msn.com |
| "Assignor" | David Thompson |
| "Attachments" | ☒ Copy of Assignee's Driver's License (front and back)  RT747829<br>☐ Insurance Responsibility Form filled out by Assignee<br>☐ New Customer Information Sheet filled out by Assignee |
| "Effective Date" | 12/13/2025 |
| "Facility" | Self Storage Facility located at:<br>Address: 5440 S marginal RD<br>City, State, Zip Code: ClevelanD, OH, 44114<br>216-432-2122<br>Phone Number: |
| "Lease" | The self-storage lease agreement pursuant to which Assignor leases the Unit from Owner. |
| | |

NOTE: AII BELONGING IN UNIT IS ACCEPTED "AS IS"
4 WHEREIS" WHAT SO EVER   12/13/25

ACCEPTED:   12/13/25

| "Lienholder" | Name: _____<br><br>List Unit Contents subject to Lienholder's lien/security interest (add attachment if necessary):<br><br>_____<br><br>_____<br><br>_____ |
|---|---|
| "Lienholder Notice Address" | Address: _____<br><br>City, State, Zip Code: _____<br><br>Phone Number: _____ |
| "Owner" | The record owner of the Facility. |
| "Unit Contents" | All personal property and/or other items in the Unit. |
| "Unit" | A collective reference to Unit #(s): ____218_____ |

2.  **Assignment and Assumption; Release of Unit Contents.**  Assignor assigns and transfers to Assignee all of Assignor's right, title, and interest in and to the Lease and the Unit Contents.  Assignee accepts the foregoing assignment and agrees to perform and be bound by all of the obligations of the occupant/tenant under the Lease.

3.  **Assignor's Representations and Warranties.**  Assignor represents and warrants that Assignor is the occupant/tenant under the Lease.  Assignor understands that by signing this Assignment:
    (a)    Assignor has transferred to Assignee the Lease and the Unit Contents.
    (b)    Assignor will have no further rights under the Lease including, without limitation, the right to use or access the Unit or the Facility.
    (c)    Assignor will have no further claim to the Unit Contents.
    (d)    The Unit Contents are free and clear of any and all liens and/or security interests EXCEPT as described in Paragraph 1 above under "Lienholder".

Assignor agrees that either Assignee or Agent or Owner may remove and dispose of any locks owned by Assignor that currently secure the Unit by whatever means necessary, and that neither Assignee nor Agent nor Owner will be responsible for any damages in connection with the removal and disposal of Assignor's locks.

4.  **Assignee's Representations and Warranties.**  Assignee represents and warrants that Assignee has read the Lease and that Assignee understands the Lease and the obligations of the occupant/tenant under the Lease.  Assignee understands that by signing this Assignment:
    (a)    Assignee is the occupant/tenant under the Lease and the owner of the Unit Contents.
    (b)    Assignee is legally required to perform all obligations of the occupant/tenant under the Lease including, without limitation, the payment of rent, fees, and other charges set forth therein.
    (c)    The Unit Contents are free and clear of any and all liens and/or security interests EXCEPT as described in Paragraph 1 above under "Lienholder".

5.  **Limitation of Liability; Release.**  Assignor and Assignee each agree that Owner and Agent may rely on this Assignment in conducting business at the Facility, and that Owner and Agent may treat Assignee as the sole occupant/tenant of the Unit and as the sole owner of the Unit Contents.  Assignor and Assignee each agree that neither

2

Owner nor Agent nor any of their respective employees, affiliates, subsidiaries, parent companies, and/or related entities (collectively, the "Released Parties") will be liable for damages (and Assignor and Assignee each expressly release and hold harmless the Released Parties from any such damages) that may result from or arise out of (i) the transfer of the Lease and the Unit Contents from Assignor to Assignee, (ii) any Released Parties' reliance on the terms and intent of this Assignment, and (iii) the treatment of Assignee as the sole occupant/tenant under the Lease and the sole owner of the Unit Contents.

6. Notices. Notices under the Lease will be sent to Assignee at the Assignee Notice Address provided in Paragraph 1 above. Assignee may change the Assignee Notice Address by delivering written notice to Agent/Owner as described in the Lease.

7. Attachments. Agent/Owner has the right to consider this Assignment void unless each of the Attachments are delivered by Assignee to Agent/Owner.

8. Successors and Assigns. The terms and conditions of this Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, executors, administrators, personal representatives, successors and permitted assigns.

9. Entire Agreement. This Assignment sets forth all covenants, agreements, and understandings between Assignor and Assignee with respect to the subject matter hereof, and there are no other covenants, conditions, or understandings, either written or oral, between the parties hereto except as set forth in this Assignment. Changes or modifications written on this assignment will not be effective unless they are initialed by Assignor, Assignee, and Agent/Owner.

This Assignment is executed by Assignor and Assignee as of the Effective Date.

X _____    _____

ASSIGNOR (*signature of existing tenant giving up Unit*)    ASSIGNEE (*signature of new tenant taking over Unit*)

Owner joins in the execution of this Assignment for the sole purpose of consenting to the Assignment of the Lease from Assignor to Assignee

OWNER:

BY: YSI MANAGEMENT, LLC, its agent

By: _____
Manager

3