# EXHIBIT 8

## Debra Brown and Philip McCall
## Case No: 1:26-CV-00103

# OHIO SELF-STORAGE RENTAL AGREEMENT ("AGREEMENT")

This Agreement includes the terms, conditions and agreements contained herein as well as the Rules and Regulations located at https://www.cubesmart.com/legal/rulesandregulations/ and any addendums executed in connection with this Agreement. Customer (identified below) promises, acknowledges, and agrees with CubeSmart Management, LLC in its capacity as manager for the record owner of the Store ("Operator") as follows:

## CUSTOMER INFORMATION:

| | |
|---|---|
| Name ("Customer"): Debra J Brown | Phone Number: (216) 253-0863 |
| Date of Birth: 2/29/1952 | Alternate Phone Number: |
| Address: | Email (Customer recognizes and agrees that **all** notices may be sent to this email) Debrabattles@msm.com |
| 134 1/2 N columbus st apt b, lancaster, OH 43130 | |
| Military Member: ☐ Yes ☒ No | End of Active Service Date: |

Customer represents and warrants that no party has a lien on or security interest in the items stored in the Unit; except for the following "Lienholders" (if blank then no Lienholders; contact Operator immediately of any additional Lienholders):

1) Lienholder Name:
   Lienholder Address:
2) Lienholder Name:
   Lienholder Address:

## RENTAL INFORMATION:

| | |
|---|---|
| Storage Unit Number ("Unit"): 218 | Approximate Unit Size: 10x25x8 |
| Store Address("Store"): 5440 S Marginal Rd, Cleveland, OH 44114 | Rental Term ("Term"): Month to Month starting on the Effective Date |
| | Monthly Rent Due Date: On or before the 13th day of each month |
| | Initial Monthly Rent Amount ("Monthly Rent"): $181.80 |
| Store Phone #: (216) 432-2122 | SureSmart Protection Plan Payment, if any: $16.00 |
| Store Email: STORE0645@CUBESMART.COM | Monthly Invoice Fee, if any: $0.00 |
| Move-In Promotion, if any: 40% Off | Disc or cylinder lock: yes |
| **Total Monthly Amount Due (plus any taxes): $212.34** | |

## FEES:

| | | | |
|---|---|---|---|
| Administrative Rental Fee: | $29.00 at signing. | Insufficient Funds Fee: | $30.00 if a check, ACH, credit card, or other payment is reversed, returned, or refused. |
| Administrative Invoice Fee: | $1.00 per month on the Monthly Rent Due Date. | Late Fee: | Greater of $20.00 or 20% of the amount of the Monthly Rent if Monthly Rent is not received by the 6th day after it became due. |
| Administrative Lien Fee: | $110.00 if Monthly Rent is not received by the 30th day after it became due. | | |

**PLEASE NOTE THAT PARAGRAPHS 20 AND 21 OF THIS AGREEMENT CONTAIN IMPORTANT PROVISIONS THAT REQUIRE YOU TO RESOLVE ANY DISPUTE WITH OPERATOR THROUGH BINDING ARBITRATION ON AN INDIVIDUAL BASIS AND WAIVE YOUR RIGHT TO HAVE ANY DISPUTE WITH OPERATOR DECIDED BY A COURT.**

## AUTOMATIC PAYMENT AUTHORIZATION:

Customer authorizes Operator to automatically charge or debit Customer's designated credit card/debit card or bank account, as applicable, for the Monthly Amount Due on Customer's monthly bill (the "Automatic Payments"). Automatic Payments will be made on the date that is specified in Customer's monthly bill, which Operator will provide at least ten (10) days in advance of the Automatic Payments date. Customer understands that when the date for Automatic Payments falls on a weekend or holiday, Operator will process Automatic Payments on the next business day. Customer authorizes Operator to treat Customer's electronic signature as evidence of Customer's consent to save Customer's payment information and initiate electronic payment transactions from Customer's designated bank, debit card, or credit card account. Customer's authorization via electronic signature has the same effect as a handwritten signature on a paper-formatted agreement. Operator is not liable for erroneous bill statements or incorrect debits or charges. If a billing error occurs, Operator is responsible for correcting such error if and when Customer notifies Operator of the error in accordance with the notice provisions of this Agreement. To cancel Automatic Payments, Customer must deliver written notice of cancellation to Operator at least 10 days before the next billing cycle in accordance with the notice provisions of this Agreement. Customer's participation in Automatic Payments is subject to Operator's approval. Operator and participating

financial institutions reserve the right to terminate Customer's participation in Automatic Payments at any time, as authorized by applicable law. Operator does not impose a fee for participating in Automatic Payments. Customer should verify with Customer's financial institution to determine if additional charges to participate in Automatic Payments apply.

Customer is an authorized user of the credit card provided to Operator for the Automatic Payments ("Credit Card") or is an authorized signer for direct payments from the bank account provided for the Automatic Payments ("Bank Account"). If Customer elects to use a Bank Account, Customer authorizes the bank named above to debit Automatic Payments from the Bank Account. It is Customer's sole responsibility to update the above Credit Card or Bank Account information with Operator, as necessary. If the Credit Card is declined for any reason (including its expiration) or a debit is returned for insufficient funds, Customer will be responsible for all fees set forth in this Agreement that result from the late, insufficient funds, or non-payment of amounts due under this Agreement. If the Credit Card is declined or a Bank Account debit is returned for any reason, Operator may, at its option, cease automatic debits from the Bank Account or charges to the Credit Card and require that Customer pay all amounts due under this Agreement by cash, check or otherwise. Automatic Payments from a Bank Account may take up to 45 days to start, and as such Customer should continue to make payments by an alternate payment method until Customer is notified that Automatic Payments have begun.

Customer Signature:

## TERMS AND CONDITIONS:

1. **Unit.** Customer has examined the Unit and Store and rents the Unit ("Unit") for the Term in "as-is" condition. The measurements of the Unit are an approximation only and do not refer to usable space and any referenced Unit size is given for illustration only and may vary from actual Unit measurements. Customer will have access to the Store and Unit only during such hours and days as are regularly posted at the Store, which are subject to change by Operator, and further provided that Customer is not in default under this Agreement. Customer shall safeguard the Unit and securing Customer's personal property (the "Unit Contents"), and Customer shall provide one lock for the rental of the Unit to secure the Unit and Unit Contents. If Customer or Customer's guest damages the Unit or the Store, Customer will immediately pay to Operator the costs to repair the damage. Customer is solely responsible for locking the Unit and securing the Unit Contents. In an emergency, Operator may relocate the Unit Contents to a different space and Customer will rent that space as the Unit under this Agreement. Operator may access the Unit for inspections, repairs, or maintenance. Except in an emergency, Customer will receive advance notice by email of Operator's intent to access the Unit and, if Customer does not provide access within 5 days, Operator may remove the lock and access the Unit without Customer being present. Operator does not assume care, custody of, or control over, the Unit Contents even if Operator enters the Unit or denies Customer access to the Unit. No bailment or deposit of goods for safekeeping is intended or created under this Agreement.

2. **Storage of Personal Property.** Customer will store only the Unit Contents in the Unit, and the Unit Contents shall have an aggregate fair market value of no more than $5,000. Customer has read and reviewed the Rules and Regulations located at https://www.cubesmart.com/legal/rulesandregulations/ and Customer agrees to abide by those Rules and Regulations. Operator shall have the right from time to time to amend, update or otherwise change the Rules and Regulations for the safety, care, and cleanliness of the Store and all common areas, or for the preservation of good order. Customer agrees to not use the Unit for any prohibited purposes, including for residential purposes, or use the Unit in violation of the Prohibited Uses contained in the Rules and Regulations. Customer agrees to take precautions and act in a reasonable and prudent manner when storing the Unit Contents. Such precautions and reasonable acts shall include, without limitation, storing the Unit Contents in the Unit in a manner that prevents the occurrence of mold or mildew growth within the Unit. In furtherance of such obligations, CUSTOMER AGREES TO THE FOLLOWING TERMS AND CONDITIONS:

   a. To not store or bring in to the Unit any personal property of any kind or type that is wet, moist, or otherwise impacted by moisture including without limitation by rain, plumbing leaks, power failure, intentional or negligent acts, flood, or stream or river waters;

   b. To keep the Unit Contents free from dirt and debris that can harbor mold;

   c. To not air-dry wet clothes, household goods, furniture, linens, bedding, toys, merchandise, files or any other personal property of any kind in the Unit;

   d. To inspect the Unit Contents regularly for the indications and sources of indoor moisture;

   e. To immediately report to management any discoloration evidenced on the Unit Contents or walls, floors, or ceiling and/or any water intrusion, such as plumbing leaks, drips or flooding;

   f. To clean *upon first appearance*, any suspected mildew from condensation on or moisture contained in the Unit Contents in accordance with best practices. Dispose of any rags or sponges used to clean the mildew in a sealed bag as directed by Operator;

   g. *TO REPORT TO OPERATOR IN WRITING AND VERBALLY THE PRESENCE OF ANY SUSPECTED MOLD GROWTH ON SURFACES INSIDE THE UNIT;*

   h. To allow Operator *immediate entry* to the Unit to inspect and take any reasonable actions if mold or water intrusion are present;

   i. To maximize the circulation of air by keeping the Unit Contents away from walls and out of corners.

3. **Payment and Reasonableness of Fee Schedule.** Customer will pay the Monthly Rent and any tax or assessment levied on the Monthly Rent in advance, without demand, setoff or reduction, on each Monthly Rent Due Date. Customer will pay all applicable Fees when due. All payments will be applied to the oldest delinquency first, including the Fees which have become due. Customer agrees that the Fees and Schedule of the Fees in Section A are reasonable and are not a penalty. Customer recognizes and understands that the Fees and schedule of Fees are agreed upon because it is difficult to calculate the administrative costs or damages that Operator will incur due to the Unit rental or Customer's default. **Customer acknowledges that the Monthly Rent is an introductory rate and may be adjusted at any time with 30 days advance notice.**

4. **Changes to Lease.** Operator may change or modify the terms and conditions of this Agreement including, but not limited, and without limitation, Monthly Rent, late fees, Administrative Lien Fees and other charges, by notifying Customer in accordance with the notice provisions of this Agreement at least 30 days in advance of such changes and modifications. If Customer continues use of the Unit for 30 days after the date of the advance notice of such changes or modifications, such use of the Unit by Customer is and shall be deemed an acceptance of the changes or modifications to the terms and conditions of the Agreement that were contained in the 30-day advance notice. Only the continued use of the Unit after the 30-day advance notice period is necessary for Customer to effectively accept the changes and modifications to the Agreement.

5. **Termination of the Lease.** Either Customer or Operator may terminate this Agreement at any time. If Customer terminates this Agreement before the end of a monthly Term, Customer is obligated for the entire payment for the monthly Term and Customer will not receive a refund. Before this Agreement terminates, Customer will remove all Unit Contents from the Unit and leave the Unit in the same condition it was in on the Effective Date, subject to reasonable wear and tear.

6. **Default.** Customer will be in default for the violation of any terms of this Agreement, including if Operator does not receive any rent when due or if Customer does not vacate and surrender the Unit as required by this Agreement. If Customer defaults on this Agreement, Operator may: (1) immediately terminate this Agreement, (2) exercise any rights or remedies under this Agreement, at law, or in equity, (3) deem as abandoned any Unit Contents not timely removed and which remain in the Unit or on the Property and dispose of them at Customer's cost; (4) repair any damage to the Unit at Customer's cost, and/or (5) deactivate Customer's gate code, if any, and, if Customer's default continues for 5 days after the date when rent is due under this Agreement, deny Customer access to the Unit. In addition to Operator's other remedies, Operator may deem Customer to be in "holdover" and immediately increase the Monthly Rent by 200% if Customer does not vacate and surrender the Unit as required by this Agreement. Customer understands and agrees that Customer is responsible for the Operator's attorneys' fees, court costs, and other expenses incurred by Operator in connection with Customer's default, and Customer agrees to promptly pay Operator those fees, costs and expenses. If Customer is renting more than one Unit at any given time, default on one rented Unit shall constitute default on all rented Units, entitling Operator to deny access on all rented Units.

7. **Operator's Statutory Lien. UNDER THE SELF-SERVICE STORAGE FACILITIES LAW (OH ST § 5322.01 ET. SEQ.), OPERATOR HAS A LIEN ON ALL UNIT CONTENTS, WHETHER OR NOT OWNED BY CUSTOMER, FOR RENT, LABOR, OR OTHER CHARGES, PRESENT OR FUTURE, IN RELATION TO THE UNIT CONTENTS, AND FOR ANY FEES OR EXPENSES NECESSARY FOR THE PRESERVATION OF THE UNIT CONTENTS, OR EXPENSES REASONABLY INCURRED IN THE SALE OR OTHER DISPOSITION OF THE UNIT CONTENTS. CUSTOMER UNDERSTANDS AND AGREES THAT THE UNIT CONTENTS MAY BE SOLD TO SATISFY ALL OR PART OF OPERATOR'S LIEN IF CUSTOMER IS IN DEFAULT OF THIS AGREEMENT AND THE USE OF AN ONLINE AUCTION OR LIEN SALE PROVIDER IS DEEMED TO BE SOLD IN A COMMERCIALLY REASONABLE MANNER.** If a published advertisement of the sale is required, Operator may meet this requirement by posting an advertisement on Operator's website, **www.cubesmart.com** or **www.cubesmart.com/storage-auctions/**. At any time prior to a lien sale, any person claiming a right to the Unit Contents subject to the lien sale may stop the sale by **paying in full in the form of CASH ONLY** all amounts owed. Upon release of the Unit Contents to the payor, Operator shall have no further liability to any person for the liened property.

8. **INSURANCE.**

    a. **CUSTOMER AGREES TO AND DOES BEAR THE ENTIRE RISK OF LOSS FOR THE UNIT CONTENTS.**

    b. **AS A MATERIAL CONDITION OF THIS AGREEMENT, CUSTOMER SHALL AND PROMISE TO (1) PURCHASE AND MAINTAIN INSURANCE FOR THE UNIT CONTENTS FOR THEIR FULL REPLACEMENT VALUE, OR (2) PARTICIPATE IN THE SURESMART PROTECTION PLAN DESCRIBED IN PARAGRAPH 9 BELOW (THE "SURESMART PROTECTION PLAN"). CUSTOMER UNDERSTANDS THAT IT IS ENTIRELY CUSTOMER'S CHOICE TO EITHER MAINTAIN INSURANCE ON THE UNIT CONTENTS OR PARTICIPATE IN THE SURESMART PROTECTION PLAN. THE OPERATOR ADVISED CUSTOMER TO CHECK THE TERMS AND CONDITION OF CUSTOMER'S HOMEOWNERS OR APARTMENT INSURANCE TO DETERMINE WHETHER CUSTOMER MAY HAVE INSURANCE COVERAGE FOR THE UNIT CONTENTS.**

    c. **CUSTOMER UNDERSTANDS THAT THE OPERATOR DOES NOT AND WILL NOT INSURE THE UNIT CONTENTS AND THAT THE OPERATOR IS NOT RESPONSIBLE OR LIABLE FOR THE LOSS OF ANY UNIT CONTENTS. CUSTOMER UNDERSTANDS THAT CUSTOMER WILL BE MATERIALLY BREACHING THIS AGREEMENT AND IN DEFAULT OF THIS AGREEMENT IF CUSTOMER FAILS AT ANY TIME DURING THE TERM OF THIS AGREEMENT TO MAINTAIN THE REQUIRED INSURANCE OF THE UNIT CONTENTS FOR THE FULL REPLACEMENT VALUE OR PARTICIPATE IN THE SURESMART PROTECTION PLAN.**

By initialing here _____. Customer acknowledges that Customer understands the provisions of this paragraph 8 and agrees to these provisions and that maintaining insurance or participation in the SureSmart Protection Plan is Customer's sole responsibility and obligation.

3

9. **SURESMART PROTECTION PLAN.** Participation in the SureSmart Protection Plan is not mandatory and it is Customer's choice whether to participate in the SureSmart Protection Plan as an alternative to the requirement to maintain insurance on the Unit Contents set forth in Paragraph 8. Customer understands that participation in the SureSmart Protection Plan is voluntary.

a. **SureSmart Protection Plan.** For an additional monthly payment by the Customer (the "SureSmart Protection Plan Payment"), Operator agrees to and will assume *limited* liability for loss of or damage to the Unit Contents if the loss or damage (i) occurs while the Unit Contents are stored in the Unit and (ii) is caused by an event listed in subparagraph c below. Operator's assumption of limited liability modifies Customer's waiver and release of liability for Unit Contents loss or damage in Paragraph 11 of the Agreement and releases Customer from the obligation to maintain insurance under Paragraph 8 of the Agreement. Operator otherwise has no liability for loss or damage to the Unit Contents. **Customer understands and agrees that the SureSmart Protection Plan is an agreement incidental to this Agreement and not insurance, and that Operator is not an insurance company.**

b. **Customer Participation in the SureSmart Protection Plan.**
Customer may elect to participate in the SureSmart Protection Plan, which shall limit Operator's liability. The limit of liability ("Limit of Liability") and monthly cost for Customer to select for participation in the SureSmart Protection Plan is set forth below:

Limitation of Liability:                    ☒ $5,000.00

Monthly Cost to Customer:                    $16.00

Customer must also select one of the three options below to participate in the SureSmart Protection Plan:

☒ Option A – Use of Disc or Cylinder Lock: This Option may be selected only if Customer agrees to lock the Unit with a disc or cylinder lock. If the loss of or damage to the Unit Contents is the result of burglary and if the Unit was locked with a disc or cylinder lock, Operator agrees to assume limited liability for the loss or damage up to the Limit of Liability selected above. If the loss of or damage to the Unit Contents was caused by any event listed in subparagraph c. below other than burglary, Operator agrees to assume limited liability for the loss or damage to the Unit Contents caused by any event listed in subparagraph c. below in excess of $100, up to the Limit of Liability selected above.

☐ Option B – Use of Customer Lock: Operator agrees to assume limited liability for loss or damage to the Unit Contents caused by any event listed in subparagraph c. below in excess of $100, up to the Limit of Liability selected above.

☐ Option C - Vehicles: Operator agrees to assume limited liability for loss of or damage to a land motor vehicle, boat, mobile equipment or trailer identified below if (a) the vehicle is stored in Customer's indoor or outdoor open-air parking space at the Store and (b) the loss or damage is caused by one of the applicable events listed in subparagraph c. below in excess of $100.

| Make | Model | License Plate Number | License Plate State | VIN | Description |
|------|-------|---------------------|---------------------|-----|-------------|
|      |       |                     |                     |     |             |

c. **Causes of Loss or Damage.** Operator assumes liability, up to the Limit of Liability, for direct physical loss or damage to the Unit Contents while stored in the Unit and caused by any of these events:

- **Fire or Lightning**
- **Explosion,** including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by rupture, bursting or operation of any one or more pressure-relief devices or rupture or bursting due to expansion or swelling of the Unit Contents of any building or structure at the Store, caused by or resulting from water.
- **Windstorm or Hail,** but not including, frost or cold weather; ice (other than hail), snow or sleet, whether driven by wind or not; or loss or damage to the interior of any building or structure at the Store, or to the Unit Contents inside the building or structure at the Store, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure at the Store first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters.
- **Smoke** causing sudden and accidental loss or damage, but not including smoke from agricultural smudging or industrial operations.
- **Aircraft or Vehicles,** meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle, or an object thrown up by a vehicle, with the Unit Contents or with the building or structure at the Store containing the Unit Contents. This cause of loss includes objects falling from aircraft.
- **Riot or Civil Commotion,** including, acts of striking employees while occupying the building or structure at the Store; and looting occurring at the time and place of a riot or civil commotion.
- **Vandalism,** meaning willful and malicious damage to, or destruction of, the Unit Contents at the building or structure at the Store.
- **Falling Objects** but this cause of loss does not include, objects falling from aircraft; or loss or damage to Unit Contents in the open except to a vehicle if Option C is selected; or the interior of a building or structure at the Store, or Unit Contents inside a

building or structure at the Store strikes the roof or an outside wall of the building or structure at the Store is first damaged by a falling object.

- **Weight of Snow, Ice or Sleet** but Operator will not pay for loss or damage to the Unit Contents outside of buildings or structures at the Store, except to a vehicle if Option C is selected.

- **Burglary,** meaning the unlawful taking of Unit Contents from inside of the Unit by a person unlawfully entering or leaving the Unit as evidenced by marks of forcible entry or exit.

- **Collapse** meaning an abrupt falling down or caving in of the building or structure at the Store or any part of the building or structure at the Store with the result that the building or structure at the Store or part of the building or structure at the Store cannot be occupied for its intended purpose and such Collapse is caused by one or more of the following:

  - Fire or Lightning; Explosion: Windstorm or Hail; Smoke; Aircraft or Vehicles; Riot or Civil Commotion; Vandalism; Falling Objects; Weight of Snow, Ice or Sleet; or Water Damage but on as, and to the extent that those causes of loss are covered by the SureSmart Protection Plan;
  - Damage; but only as, and to the extent that, those causes of loss are covered by the Protection Plan;
  - Building or structural decay that is hidden from view;
  - Insect, vermin or rodent damage that is hidden from view;
  - Weight of people or Unit Contents at the building or structure at the Store;
  - Weight of rain or snow that collects on a roof; or
  - Use of defective material or methods in construction, remodeling or renovation, if the Collapse occurs during the course of that construction, remodeling or renovation.

  Collapse does not apply to Unit Contents stored in the building or structure at the Store or any part of the building or structure at the Store that is in danger of falling down or caving in, but that has not abruptly fallen down or caved in; or Unit Contents stored in a part of the building or structure at the Store that is standing, even if it has separated from another part of the building or structure at the Store; or in building or structure at the Store that is standing or any part of the Store that is standing, even if the building or structure at the Store or the Unit Contents show evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

- **Earthquake** meaning the consequences of earthquake shocks. All earthquake shocks that occur within any 168 consecutive hour period will constitute a single earthquake. The expiration or termination of the Protection Plan will not reduce the 168-hour period. Operator will not pay for loss or damage caused by or resulting from any earthquake that began before Customer's participation in the SureSmart Protection Plan became effective.

- **Water Damage,** except for damage to the Unit Contents building or structure at the Store whether the loss arises from man-made or natural forces from tidal waves; tsunami; tides; waves; flood (which means a general and temporary condition of partial or complete inundation of normally dry land area from inland or tidal waters); surface water (which means the unusual and repaid accumulation of water above the ground surface); overflow of any body of water or their spray, all whether driven by wind or not; water that backs up or overflows from a sewer, drain or sump or water under the surface of the ground exerting pressure on, flowing, or seeping through foundations, walls, floors or paved surfaces, basements, whether paved or not; or doors, windows or other openings; mudslide or mudflow (which means flowing mud on the surface of normally dry land); or release of water impounded by a dam.

d. **Unit Contents Not Included.** Operator will not pay for loss or damage to the following kinds of Unit Contents: accounts, bills, currency, data, documents, records, deeds, evidences of debt, money, notes, securities or stamps; animals, birds or fish; aircraft; firearms and ammunition; furs, fur garments and garments trimmed with fur; jewelry, watches, precious or semiprecious stones, bullion, gold, goldware, gold plated ware, silver, silverware, platinum or other precious metals or alloys; photographic equipment; Unit Contents while in the custody of other bailees unless the Unit Contents are within the Unit; contraband or other Unit Contents held for, or in the course of, illegal transportation, sale, or trade; valuable papers and records, including those which exist as electronic data and photographs.

e. **Substitute Storage Unit Rental Expense.** Operator will pay Customer's actual and necessary expense for a substitute storage unit that is incurred because of direct physical loss to the Unit that renders the Unit inaccessible or unusable. The loss must be caused by or result from a cause of loss by one of the events listed in subparagraph c. above and is limited to no more than 25% of the Limit of Liability, plus the deducible amount applicable to such loss or damage.

f **Exclusions.** Operator will not pay for a loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

- **Governmental Action.** Any governmental action, seizure or destruction of Unit Contents by order of governmental authority. But Operator will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if loss caused by that fire would be covered under the SureSmart Protection Plan.

- ■ Nuclear Hazard. A nuclear reaction, radiation, or radioactive contamination from any other cause. However, if these cause a fire, Operator will pay for direct loss caused by that fire if that loss would otherwise be covered under the SureSmart Protection Plan.

- ■ **War and Military Action.** War; including undeclared or civil war, warlike action by a military force, including action in hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these

- ■ **Earth Movement.** Any earth movement other than an earthquake, such as a landslide, or earth sinking, rising or shifting. But if loss or damage by fire or explosion results from such earth movement, Operator will pay for loss caused by that fire or explosion if that loss would otherwise be covered under the SureSmart Protection Plan. This exclusion applies whether the loss arises from man-made or natural forces.

- ■ **Loss of Use.** Delay, loss of use, loss of market or any other consequential loss.

- ■ **Dishonesty.** Dishonest acts by Customer, or any of Customer's employees (including leased employees), partners, members, trustees, officers or authorized representatives, anyone else with an interest in the Unit Contents, or their employees or authorized representatives, anyone else (other than a carrier for hire) to whom Customer entrusts the Unit Contents. This exclusion applies whether or not such persons are acting alone or in collusion with other persons, and whether or not such acts occur during the hours of employment.

- ■ **Shortage.** Shortage found upon taking inventory, unexplained loss, or mysterious disappearance.

- ■ **Processing.** Processing or work performed on the Unit Contents, unless the loss or damage to the Unit Contents was caused by fire or explosion resulting from such processing or work, if that loss would otherwise be covered under the SureSmart Protection Plan.

- ■ **Electric Malfunction.** Artificially generated electric current creating an electric disturbance (including arcing) within the Unit, except that Operator will pay for loss caused by a resulting fire or explosion if that loss would otherwise be covered under the SureSmart Protection Plan.

- ■ **Media Restoration.** The cost to research, replace or restore converted data, programs, or instructions, used in any data processing operation, including the media or materials on which the data, programs, or instructions are recorded.

- ■ **Wear and Tear.** Wear and tear, any quality in the Unit Contents that causes it to damage or destroy itself, gradual deterioration, insects, vermin or rodents.

- ■ **Weather.** Weather conditions but only to the extent such weather conditions contribute in any way with a cause or event that would be excluded in the Water Damage provision.

- ■ **Mechanical Breakdown.** Mechanical breakdown or failure of all or any portion of the Unit Contents.

- ■ **Defect.** Faulty, inadequate or defective design, specifications, workmanship, repair, materials, or maintenance of all or any portion of the Unit Contents.

g. **Maximum Amount the Operator Will Pay.** Operator will assume liability for and pay the lesser of (i) the actual cost paid by Customer to repair the damaged Unit Contents, (ii) the actual cost of replacing the lost or damaged item with an item of similar quality and condition, or (iii) the actual cash value of the damaged Unit Contents. The maximum amount Operator will pay for all loss or damage to the Unit Contents is the Limit of Liability.

h. **Concealment, Misrepresentation or Fraud.** Operator will not assume any liability for loss of or damage to the Unit Contents if Customer has made fraudulent statements or engaged in fraudulent conduct in connection with any loss or damage for which protection is sought under the SureSmart Protection Plan.

i. **Duties in the Event of Loss.** Customer has a duty to cooperate with Operator and its representatives in the investigation of loss or damage to the Unit Contents. Cooperation includes, but is not limited to: notifying the police in the event of a burglary or other violation of law; providing prompt written notice of the loss or damage to the Operator, including a description and details of the loss; taking reasonable steps to protect the Unit Contents from further damage; providing a written inventory of the damaged Unit Contents including a description, age and replacement cost of the damaged Unit Contents; allowing inspection of the damaged Unit Contents; completing a sworn proof of loss within thirty (30) days of a request for proof of loss by the Operator; meeting with representatives as necessary; and any other duties as requested by Operators and its representatives during the investigation or settlement of any loss or damage to the Unit Contents.

j. **Valuation.** The value of the Unit Contents will be the least of the following amounts: the actual cash value of the Unit Contents; the cost of reasonably restoring the Unit Contents to their condition immediately before loss or damage; or the cost of replacing the Unit Contents with substantially identical property. In the event of loss or damage, the value of the Unit Contents will be determined as of the time of loss or damage. In case of loss or damage to any part of a pair or set, Operator may repair or replace any part to restore the pair or set to its value before the loss or damage or pay the difference between the value of the pair or set before and after the loss or damage.

k. **Failure to** ~~Case 1:26-cv-00103-CEF~~ Rent. If Customer fails to pay all Monthly Rent, SureSmart Protection Plan Payment, and Fees due under this Agreement within five (5) days of the Monthly Due Date, the selected SureSmart Protection Plan Option will be cancelled without further notice to Customer. Operator will not be responsible for any loss or damage to any of the Unit Contents from any event or cause. Upon payment of all amounts due and owing, Operator, at its sole discretion, may reinstate the SureSmart Protection Plan Option for the Unit Contents.

l. **Cancellation.** Customer may cancel participation in the SureSmart Protection Plan by sending Operator thirty (30) days' advance written notice of cancellation in accordance with Paragraph 15 of this Agreement. Operator may cancel Customer's participation in the SureSmart Protection Plan by sending Customer thirty (30) days' advance written notice of cancellation.

By initialing here _____ , Customer acknowledges that Customer understands the provisions of this paragraph 9 and agrees to these provisions and that Customer has elected to participate in the SureSmart Protection Plan and Customer's participation in such plan is voluntary.

10. **Decline Participation in SureSmart Protection Plan.** If Customer chooses not to participate in the SureSmart Protection Plan, Customer agrees to keep the following insurance coverage (or equivalent replacement coverage) in force during the term of this Agreement. A copy of Customer's policy declarations page is attached as evidence of coverage and Customer agrees to provide Operator with evidence of all renewals of Customer's policy during the term of this Agreement.

      **Insurance Company Name**:
      **Policy Number**:
      **Policy Expiration Date**:

Coverage: ☐ Home Owners    ☐ Renters    ☐ Business    ☐ Owners    ☐ Auto    ☐ Other

By initialing here , Customer acknowledges that Customer understands the provisions of this paragraph 10 and agrees to these provisions and that Customer has elected to keep and maintain insurance coverage (or equivalent replacement coverage) in force during the term of this Agreement.

11. **Waiver, Release, & Indemnity.** ALL UNIT CONTENTS STORED WITHIN THE UNIT BY THE CUSTOMER *SHALL BE AT THE CUSTOMER'S SOLE RISK.* CUSTOMER WAIVES, AND CUSTOMER RELEASES THE OPERATOR PARTIES FROM, ANY CLAIMS THAT CUSTOMER MAY HAVE IF THE UNIT CONTENTS ARE LOST, STOLEN, OR DAMAGED FOR ANY REASON WHATSOEVER (INCLUDING FIRE, WATER, ELEMENTS, ACTS OF GOD, THEFT, BURGLARY, VANDALISM, MYSTERIOUS DISAPPEARANCE, MOLD, MILDEW, RODENTS, INSECTS, OR THE ACTIVE OR PASSIVE ACTS OR OMISSIONS OF THE OPERATOR PARTIES). Operator Parties have not made and do not make any representations or warranties, including any representations or warranties as to the physical and environmental condition, or other matters with respect to the Store. Operator Parties hereby disclaim all warranties of any kind or nature whatsoever (including, without limitation, warranties of habitability and fitness for particular purposes), whether expressed or implied including, without limitation warranties with respect to the Unit. Customer acknowledges that it is not relying upon any representation of any kind or nature made by Operator Parties. Customer waives any right of subrogation that Customer's insurance company may have against the Operator Parties, and Customer will cause their insurance policy to reflect this waiver. Customer will indemnify, defend, and hold harmless the Operator Parties from any Claims arising out of (1) the acts, omissions, negligence, or breach of this Agreement by Customer or Customer's guests, and (2) the loss, damage, or release of any Unit Contents including any private or personally identifiable information. "Operator Parties" refers to the record owner of the Store, Operator, CubeSmart Management, LLC, CubeSmart, CubeSmart, L.P., and their officers, directors, employees, agents, subsidiaries, parents, affiliates, successors, and assigns. "Claims" refers to any claims, costs, liabilities, or damages (including indirect, incidental, special, or consequential), arising from strict liability, Operator's negligence, or otherwise.

12. **WAIVER OF TRIAL BY JURY AND ONE YEAR STATUTE OF LIMITATIONS.** OPERATOR AND CUSTOMER EACH WAIVE THEIR RESPECTIVE RIGHTS TO A TRIAL BY JURY IN ANY ACTION. OPERATOR AND CUSTOMER WAIVE AND RELEASE EACH OTHER FROM ALL CLAIMS FOR WHICH A LAWSUIT OR ACTION HAS NOT BEEN COMMENCED WITHIN 1 YEAR AFTER THE CLAIM AROSE.

13. **OPERATOR'S LIMITATION OF LIABILITY & WARRANTIES.** THE OPERATOR PARTIES' MAXIMUM, AGGREGATE LIABILITY WITH RESPECT TO THE UNIT CONTENTS IS $5,000. I WAIVE ANY RIGHT TO MAKE A CLAIM FOR MORE THAN $5,000 IN THE AGGREGATE AGAINST THE OPERATOR PARTIES WITH RESPECT TO THE UNIT CONTENTS. OPERATOR PARTIES DO NOT MAKE AND DISCLAIMS, AND I WAIVE, ALL WARRANTIES OF ANY KIND WITH RESPECT TO THE STORE, THE UNIT, THE GATES, THE DOORS, OPERATOR PARTIES' SERVICES OR ANY ITEMS SOLD AT THE STORE. I WAIVE ANY CLAIMS FOR SENTIMENTAL OR EMOTIONAL VALUE RELATED TO ALL OR ANY PORTION OF THE UNIT CONTENTS. NO PROMISES OR REPRESENTATIONS OF SAFETY OR SECURITY HAVE BEEN MADE TO CUSTOMER BY THE OPERATOR PARTIES. THERE SHALL BE NO LIABILITY TO OPERATOR PARTIES IF THE ALARM, VIDEO OR SPRINKLER SYSTEMS, THE GATES, DOORS OR ANY COMPONENTS THEREOF, SHALL FAIL OR MALFUNCTION.