# EXHIBIT 9

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

# BROWN BILLING HISTORY Cube 218

REP<br>
Jan

CLEVELAND - MARGINAL ROAD - 5049 S Marginal Rd, Cleveland, OH 44114

| Description | Service Period | Promo | Charge | Payment |
|---|---|---|---|---|
| Protection Plan - $5,000.00 | 1/13/2026 - 2/12/2026 | | $16.00 | $0.00 |
| Rent Unit 218 - 10x25x8 | 1/13/2026 - 2/12/2026 | 40% Off | $196.34 | $0.00 |
| Visa ****0641 | | | $0.00 | $212.34 |
| Protection Plan - $5,000.00 | 12/13/2025 - 1/12/2026 | | $16.00 | $0.00 |
| Rent Unit 218 - 10x25x8 | 12/13/2025 - 1/12/2026 | 40% Off | $196.34 | $0.00 |
| CS-972 CubeSmart Disc Lock Twin Pack | | | $34.23 | $0.00 |
| Admin Fee - Required At Move In | | | $31.32 | $0.00 |
| Protection Plan - $5,000.00 | 11/13/2025 - 12/12/2025 | | $16.00 | $0.00 |
| Rent Unit 218 - 10x25x8 | 11/13/2025 - 12/12/2025 | First Month Free, 40% Off | $0.00 | $0.00 |
| Visa ****0641 | | | $0.00 | $81.55 |

? Thompson

Debra Brown ←

GENERATED JAN 14TH, 2026  2:30 PM