# EXHIBIT 10

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

JULIA

125 GREEN CHAIR 135 $

190 HARP TABLE 190  400

400 { 40 TABLE 40

90 TABLE

400 SETTEE $450

125 BALLE TABLE 165

533 HANCOCK & MOORE OX BLOOD 585

$ 535

$ 1460 HANK

$ 935

SETTEE 400

LE TABLE 125

$ 1460



JULIA & KEVIN ORDERED

OXBLOOD
HANCOCK&MOORE CHAIR&OTTOMAN $535
GREEN VINTAGE CHAIR&OTT.
2 TABLES FAMILY ROOM BY COUCH → $400
HARP TABLE
SETTEE $1400
EAGLE COFFEE/TEA TABLE $125

$ 1460

CHERRY TABLE 40     6-15-19 PAID
ORIENTAL CHEST 65
$ 105     PICKED UP

2