# EXHIBIT 11

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

**Valuation of items removed from Unit 218**

**Antiques moved to Climate Control Units under Plaintiff's agent, Jon Liptak**



Oxblood Chair/Ottoman

**$535**



Green Victorian Chair/Ottoman and two tables

**$400**





1

Case No. 1:26-CV-00103



Leather Chesterfield Settee

**$400**

Eagle Tables
**$125**





Cherry Table

Oriental Rosewood Table

**$105**





2

Case No. 1:26-CV-00103

| | | | |
|---|---|---|---|
|  | Vintage Mid 20th Century Hitchcock Style Rocker Value $80 - $399 |  | French Louis XV Bedside table with marble top Value $650 - 800 |
|  | Victorian Style Rocking chair 19-20th century value $35 - $125 |  | Jacobean/ Renaissance Revival Hall Chair 19th – 20th Crentury Value $450 - $950 |
|  | Cherry Rosewood vintage carved pedestal/plant stand Value $100 - $250 |  | Significant wear Mid 20th century Pembroke table Federal Value $140 |
|  | Vintage 19th century small, walnut, cane chair Value $200 |  | Renaissance Revival - 19th century small table Value $245 |

3

Case No. 1:26-CV-00103



STANLEY FURNITURE American Craftsman Traditional Style Solid Cherry Splat Bac...

highendusedfurniture (12186)
98.7% positive feedback

$374.99

As low as $33.67/mo with Klarna.

Home › Home & Garden › Furniture › Coffee Table Bombay Company

Coffee Table Bombay Company

Availability: In Stock

$80.00 $60.00

Drawers to items in Unit 119 French provincial bedroom set

4