# EXHIBIT 12

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

Case No. 1:26-CV-00103





| | | | |
|---|---|---|---|
| **RETURNED 2/9/2026** | Powell Black and Chrome 24.5-in H Tall Upholstered Swivel Metal Bar...  $129.91  TWO $259.82 | **RETURNED 2/9/2026** | Vintage eMachine 15-18 years old Value $20 - $120 |
| | Value $125 | | **RETURNED 2/9/2026** Miscellaneous personal items |
| | **RETURNED 2/9/2026** Empty File folder hangers and files re: Plaintiff's brother probate case | | **RETURNED 2/9/2026** **RYOBI TOOLS $350** |

Case No. 1:26-CV-00103

| | |
|---|---|
|  | **RETURNED 2/9/2026** Pictures of Plaintiff's Brother, miscellaneous items of seasonal décor, and files from brothers probate case |
|  | **RETURNED 2/9/2026** Fleece blanket in outdoor plastic pot $30 |
|  | **RETURNED 2/9/2026** Desk and book shelf mostly MDF board some wood pieces $425 |
|  | **RETURNED 2/9/2026** |
|  | **RETURNED 2/9/2026** Bag of midc ellaneous items, , used takeout containers, broken ceilings tiles |
|  | **RETURNED 2/9/2026** |

3

Case No. 1:26-CV-00103

| | | | |
|---|---|---|---|
| | **RETURNED 2/9/2026** China hutch $550 | | **RETURNED 2/9/2026** Used craftsman shopvac $85 |
| | **RETURNED 2/9/2026** | | |
| | | | |
| | | | |