# EXHIBIT 13

Debra Brown and Philip McCall

Case No: 1:26-CV-00103



180817582

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

JULIA RIELINGER
Plaintiff

Case No: CV-24-991073

Judge: NANCY MARGARET RUSSO

UNITED OHIO INSURANCE
Defendant

## JOURNAL ENTRY

JUDGMENT ENTRY AND DECLARATION OF VEXATIOUS LITIGATOR OSJ

_____  4/17/24
Judge Signature            Date

FILED
2024 APR 18  D  2: 42
CLERK OF COURTS
CUYAHOGA COUNTY

04/17/2024

Page 1 of 1

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

JULIA RIELINGER,

      Plaintiff and,
      Counterclaim Defendant,

v.

UNITED OHIO INSURANCE
COMPANY

      Defendant and,
      Counterclaim Plaintiff.

CASE NO: CV-24-991073

JUDGE: NANCY MARGARET RUSSO

**ORDER**

This matter is before the Court upon consideration of United Ohio Insurance Company's Motion for Default Judgment against Julia Rielinger on United Ohio's claim that she is a vexatious litigator and engaged in frivolous conduct. United Ohio complied with the Ohio Civil Rules of Procedure and Rielinger failed to answer United Ohio's counterclaims pursuant to Civ.R. 12(A).

For good cause shown, United Ohio Insurance Company's Motion for Default Judgment is hereby **GRANTED**.

It is **ORDERED, ADJUDGED, and DECREED** that Julia Rielinger is a vexatious litigator. Julia Rielinger is indefinitely prohibited from:

(a) Instituting legal proceedings in the court of claims or in a court of common pleas, municipal court, or county court;

(b) Continuing any legal proceedings that the vexatious litigator had instituted or filed in any of the courts specified in division (D)(1)(a) of this section prior to the entry of the order;

(c) Making any application, other than an application for leave to proceed under division (F)(1) of this section, in any legal proceedings instituted by the vexatious litigator or another person in any of the courts specified in division (D)(1)(a) of this section.

2

Without first obtaining leave from this court or its successors. R.C. 2323.52(D).

(d) instituting or continuing any legal proceedings in the court of appeals without first obtaining leave from the court of appeals pursuant to R.C. 2323.52(f)(2), provided, however, that this court's journal entry and opinion does not affect Rielinger's right to appeal her classification as a vexatious litigator.

The Cuyahoga County Clerk of Courts of Ohio shall send a certified copy of this Journal Entry to the Ohio Supreme Court for Publication pursuant to R.C. 2323.52(H).

This Court further finds that Julia Rielinger's filing of this action, and filings within the action constitute frivolous conduct pursuant to R.C. 2321.51, and violated Civ.R. 11.

It is **ORDERED, ADJUDGED, and DECREED** that Julia Rielinger engaged in frivolous conduct by the filing of this action, and each filing in this action violated R.C. 2321.51, and violated Civ.R. 11.

The Court Orders a Post-Judgment Motion to determine the amount of the sanctions award shall be filed within fourteen days (14) of the docketing of this entry.

**IT IS SO ORDERED.**

_____
4/17/24
**DATE**

_____
**JUDGE NANCY MARGARET RUSSO**



The State of Ohio
Cuyahoga County } SS. I, The Clerk of the Court
Of Common Pleas within
And for said County
Hereby certify that the above and foregoing is truly
Taken and copied from the original _____
Now on file in my office
Witness my hand and seal of said Court this _____
Day of _____, A.D. 20_____
CUYAHOGA COUNTY CLERK OF COURTS
By _____, Deputy

3