# EXHIBIT 16

Debra Brown and Philip McCall
Case No: 1:26-CV-00103

