# EXHIBIT 17

## Debra Brown and Philip McCall
## Case No: 1:26-CV-00103



# Rielinger v. Cleveland Chinatown Development LLC et al

⊖ Dashboard

**New Hampshire District Court**

| | |
|---|---|
| **Judge:** | Landya B Mccafferty |
| **Referred:** | Talesha L Saint-Marc |
| **Case #:** | 1:25-cv-00481 |
| **Nature of Suit** | 440 Civil Rights - Other Civil Rights |
| **Cause** | 28:1983 Civil Rights |
| **Case Filed:** | Nov 25, 2025 |

Docket    Parties (6)    News

Last checked: **Friday Jan 09, 2026 2:43 AM EST**    Update Parties ⟳

**endant**
Cleveland Chinatown Development LLC

**Defendant**
FNU Huang

**Defendant**
John Doe Movers 1-5

**Defendant**
Nancy Liang

**Defendant**
David Thompson

**Plaintiff**
Julia Rielinger
5 Tsienneto Road #177
Derry, NH 03038

+ Navigation    🔔 Create Alert



Case: 1:26-cv-00103-CEF  Doc #: 21-19  Filed: 02/25/26  3 of 5.  PageID #: 549

**Docket last updated: 12 hours ago**    ↻ Update Now

## Tuesday, January 13, 2026

**7**    ⤓  `order`  `Show Cause`  `Tue 01/13 11:43 AM`

ORDER TO SHOW CAUSE. Based on the foregoing, Ms. Rielinger is ordered to show cause why venue is proper in this District or, alternatively, why this matter should be transferred to a District other than the Northern District of Ohio. The court will make further recommendations after reviewing Ms. Rielinger's response to this order. If she fails to timely respond, the court will recommend that the presiding judge order this case transferred to the Northern District of Ohio. Follow up on Show Cause Response on 2/13/2026. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(de)

`order`  `Order on Motion for Miscellaneous Relief`  `Tue 01/13 10:30 AM`

ENDORSED ORDER denying 5 Motion; denying 6 Motion. Text of Order: Plaintiff's Motions for Service (Doc. Nos. 5 and 6) are denied. Having paid the filing fee, the plaintiff is not proceeding in forma pauperis, and thus 28 U.S.C. § 1915(d) is inapposite. Summonses were issued to the plaintiff on November 25, 2025, the same day the complaint was docketed. As such, she is responsible for service of process. See Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service."); Greenberg v. Martin, No. 3:24-CV-01430, 2025 WL 1749661, at *2 (M.D. Tenn. June 24, 2025) ([O]nce Plaintiff paid the filing fee, by law he became responsible for effecting timely and proper service of process on Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.); Bozgoz v. Blackwell, No. 19-2790 2021 WL 1518337, at *4 (D.D.C. Apr. 16, 2021) Related [+]. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(de)

## Friday, December 12, 2025

**6**    ⤓  `motion`  `Miscellaneous Relief`  `Tue 12/16 5:15 PM`

MOTION for Service by US Marshals filed by Julia Rielinger.Follow up on Objection on 12/26/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(de)

## Tuesday, December 09, 2025

**5**    ⤓  `motion`  `Miscellaneous Relief`  `Tue 12/16 4:53 PM`

Plaintiff's MOTION for Service by U.S. Marshals filed by Julia Rielinger.Follow up on Objection on 12/23/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(de)

Att: 1  ⤓  Application to Proceed IFP,

Att: 2  ⤓  Summonses

## Wednesday, November 26, 2025

Case: 1:26-cv-00103-CEF  Doc #: 21-19  Filed: 02/25/26  4 of 5.  PageID #: 550

| order | Order on Motion for TRO | Wed 11/26 11:48 AM |

ENDORSED ORDER: Plaintiff's Emergency Motion for Temporary Restraining Order (doc. no. 2) is Denied. This case arises from an eviction proceeding in municipal court in Cleveland, Ohio. See Case No. 2025-CVG-009765 (Cleveland Mun. Ct., filed July 8, 2025). Judgment in that case was entered against Rielinger (as the defendant in that case) on November 3, 2025. In this court, plaintiff Rielinger alleges that, as a result of the eviction, her personal and business property, located in Ohio, will be disposed of on December 13, 2025. She requests an order requiring, among other things, the return of her property and the imposition of conditions against the defendants, all of whom are located in Ohio. This court has already issued summonses to plaintiff, who does not indicate whether she has attempted service. Plaintiff's motion fails to satisfy Fed. R. Civ. P. 65 in that she has neither certified in writing the efforts made to give notice of her TRO motion nor adequately demonstrated why such notice should not be required. See Fed. R. Civ. P. 65(b)(1)(B). Nor has she demonstrated immediate or irreparable injury, see Fed. R. Civ. P. 65(b)(1)(A), as the alleged disposal of her property is not scheduled for more than two weeks; and it appears she has an adequate remedy at law in the form of money damages. "[T]he requirements of Rule 65(b)(1) are not mere technicalities but establish minimum due process. Thus, [t]o obtain ex parte relief, a party must strictly comply with those requirements." Strahan v. OReilly, No. 22-cv-52-LM, 2022 U.S. Dist. LEXIS, at *3, 2022 WL 788623, at *1 (D.N.H. Feb. 16, 2022) (citation omitted), R&R adopted, 2022 U.S. Dist. LEXIS 45955, at *1, 2022 WL 788258, at *1 (D.N.H. Mar. 14, 2022). In addition to the above, this courts jurisdiction to restrain the effects of the Ohio courts judgment regarding property in Ohio is unclear. See Peterson v. Fox, 488 F. Supp. 2d 14, 17 (D.N.H. 2007) (discussing the applicability of the Rooker-Feldman doctrine and Younger abstention principles); Merrick v. CitiMortgage, Inc., No. 12-CV-263-SM, 2013 WL 798234, at *2 (D.N.H. Mar. 5, 2013) (discussing res judicata principles). Finally, it appears to the court that venue in this court is improper, as no defendant resides in New Hampshire, no part of the relevant events or property giving rise to the claim occurred in New Hampshire, and plaintiff can seek relief in the Ohio court. See 28 U.S.C. § 1391. So Ordered by District Judge Landya B. McCafferty.(vln)

## Tuesday, November 25, 2025

**4**    | service | Summons - Waiver Issued | Tue 11/25 1:38 PM |

Summonses issued by mail as to FNU Huang, Nancy Liang, David Thompson. Counsel shall serve all documents in accordance with Fed. R. Civ. P. 4.(ed)

     Att: 1  Notice ECF

**3**    | motion | Participate in Electronic Filing | Tue 11/25 1:30 PM |

Motion to Participate in Electronic Filing filed by Julia Rielinger.(ed)

**2**    | motion | Temporary Restraining Order | Tue 11/25 1:29 PM |

Emergency MOTION for Temporary Restraining Order filed by Julia Rielinger.(ed)

     Att: 1  Memorandum of Law,

     Att: 2  Proposed Order

**1**    | cmp | Complaint | Tue 11/25 1:27 PM |

COMPLAINT against Cleveland Chinatown Development LLC, FNU Huang, John Doe Movers 1-5, Nancy Liang, David Thompson with Jury Demand (Filing fee $ 405.00 receipt number 2511) filed by Julia Rielinger.(ed)

Att: 1 💾 Summonses

| utility | Case Assigned | Tue 11/25 1:32 PM |

Case assigned to District Judge Landya B. McCafferty and US Magistrate Judge Talesha L. Saint-Marc. The case designation is: 1:25-cv-481-LM-TSM. Please show this number with the judge designation on all future pleadings. (ed)

| notice | Notice - ECF | Tue 11/25 1:33 PM |

NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click [LINK:HERE] . (ed)

| order | Order on Motion to Participate in Electronic Filing | Tue 11/25 4:42 PM |

ENDORSED ORDER denying 3 Motion to Participate in Electronic Filing. Text of Order: Plaintiff Julia Riedinger's Motion for Leave to File Electronically (Doc. No. 3) is DENIED without prejudice to Ms. Riedinger's ability to file a new motion for ECF access, utilizing the Court's form motion (USDCNH-97 (2-20)), or to file a new motion containing the same information set forth in the Court's form motion. The Clerk's office is directed to send Ms. Rielinger a blank copy of the form motion with this Order. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(vln)

**Showing**          All          ▾

Last viewed: Feb 24, 2026 12:36 PM EST

Support • Privacy Policy • Cookie Policy • Terms • About
PacerMonitor, LLC © 2026.