# EXHIBIT 19

Debra Brown and Philip McCall

Case No: 1:26-CV-00103

MAGISTRATE'S DECISION FILED

JAN 0 6 2026

EARLE B. TURNER, CLERK



## CLEVELAND MUNICIPAL COURT
## HOUSING DIVISION
## JUDGE W. MONÁ SCOTT

Cleveland Chinatown Development LLC
Plaintiff (s)

-VS-

Mellot Real Estate Development LLC
AKA Sara Mallott Real Estate Development
LLC., et al.
Defendant (s)

Date: 12/22/2025

2025-CVG-002846

**MAGISTRATE'S DECISION**

On December 15, 2025, a trial was held before Magistrate Womack, to whom it was assigned by Judge W. Moná Scott pursuant to Ohio Rule of Civil Procedure 53, to take evidence on all issues of law and fact regarding Plaintiff's second cause of action and Defendant's counterclaims. Present were Plaintiff's representative Shao Jia Huang and Plaintiff's attorney Yan Liang. Defendants did not appear.

<u>FINDINGS OF FACT:</u>

{¶1.}  According to a written lease agreement, Defendant agreed to lease from the Plaintiff the commercial property known as 2166 A Rockwell Ave. in Cleveland, Ohio, commencing on September 1, 2022, and terminating on August 31, 2026.

{¶2.}  The agreed upon rent was $1,100.00 per month. If rent was paid after the 1st of the month, then a $50.00 late fee would apply.

{¶3.}  Defendant tendered to Plaintiff a security deposit in the amount of $1,100.00, which has been retained by the Plaintiff.

{¶4.}  Defendant failed to pay rent for January 2025 through September 2025.

{¶5.}  On February 6, 2025, Plaintiff served a notice to vacate upon the Defendant.

{¶6.}  On May 16, 2025, the Plaintiff gained possession of the property by bailiff move-out. The property was re-rented in November 2025.

(HOUSBLNKMAG)

CONCLUSIONS OF LAW:

{¶7.} Defendant breached the agreement for nonpayment of rent. As a result, Defendant owes the Plaintiff $9,900.00. After credit for the security deposit, the amount due is $8,800.00.

{¶8.} In addition, the Defendant owes a late fee for the months of January 2025 and February 2025 in the amount of $100.00.

RECOMMENDATION:

{¶9.} Defendant Julia Rielinger is dismissed as an improper party.

{¶10.} Judgment in favor of the Plaintiff in the amount of $8,900.00, together with statutory interest from the date of judgment and costs.

{¶11.} Defendant's counterclaim is dismissed on the merits and with prejudice.

{¶12.} Any pending motions are denied.

_____
Magistrate
CMC - Housing Division

ATTENTION: A PARTY MAY NOT ASSIGN AS ERROR ON APPEAL ANY MAGISTRATE'S FINDING OF FACT OR CONCLUSION OF LAW UNLESS THE PARTY TIMELY AND SPECIFICALLY OBJECTS TO THAT FINDING OR CONCLUSION AS REQUIRED BY CIV. R. 53(D)(3)(b). ALL OBJECTIONS TO THE MAGISTRATE'S DECISION MUST BE FILED IN WRITING WITHIN FOURTEEN DAYS OF THE JOURNALIZATION OF THIS DECISION. OBJECTIONS MUST BE FILED EVEN IF THE TRIAL COURT HAS PROVISIONALLY ADOPTED THE MAGISTRATE'S DECISION BEFORE THE FOURTEEN DAYS FOR FILING OBJECTIONS HAS PASSED. OBJECTIONS MUST COMPLY WITH THE OHIO RULES OF CIVIL PROCEDURE, AND THE LOCAL RULES OF THIS COURT. FOR FURTHER INFORMATION, CONSULT THE ABOVE RULES OR SEEK LEGAL COUNSEL.

SERVICE

A copy of this Magistrate's Decision was sent by regular U.S. mail to the parties on
_____/_____/_____.        _____

(HOUSBLNKMAG)