# EXHIBIT 20

Debra Brown and Philip McCall
Case No: 1:26-CV-00103



**CLEVELAND MUNICIPAL COURT** MAGISTRATE'S ORDER FILED

**HOUSING DIVISION**

**JUDGE CHERYL M. WILTSHIRE** FEB 06 2026

EARLE B. TURNER, CLERK

Cleveland Chinatown Development, LLC
Plaintiff

Date: 2/6/2026

-VS-

2025-CVG-005574

Mellot Real Estate Development, et al.,
Defendant (s)

**MAGISTRATE'S ORDER**

    Jon Liptak's notice for additional time to retain counsel and continuance of the pretrial filed on January 6, 2026, is stricken from the record for unauthorized practice of law. Jon Liptak, is not licensed to practice law in Ohio and therefore cannot submit documents or filings on behalf of Defendant, a LLC.

This case is scheduled for a **virtual** pretrial conference on **February 26, 2026, at 1:30 P.M.** before Magistrate Phillips.

    The virtual pretrial conference will take place via Zoom. Please join Zoom using the following information:

Meeting ID: 516 285 9635
Passcode: 374683

    In the event you do not possess a compatible device for a virtual hearing, you must appear at the Justice Center, 1200 Ontario Street, Cleveland, Ohio 44113, third floor, courtroom 3A.

    **Failure to appear on time, pursuant to this Order, is a failure to appear, and may result in dismissal of the failing party's claims, immediate hearing of the opposing party's claims, default judgment or other appropriate sanctions.**

_____
Magistrate
Housing Division

Service:  Copies sent by regular U.S. mail to parties/counsel on 2 / 6 / 26 by IB.

(HOUSBLNKMAGO)