# EXHIBIT 21

## Debra Brown and Philip McCall
## Case No: 1:26-CV-00103



**CLEVELAND MUNICIPAL COURT**
**HOUSING DIVISION**
**JUDGE CHERYL M. WILTSHIRE**

MAGISTRATE'S ORDER FILED

FEB 12 2026

EARLE B. TURNER, CLERK

Cleveland Chinatown Development LLC
Plaintiff (s)

Date: 2/11/2026

-VS-

2025-CVG-009765

Sara Mellott Real Estate Development LLC, et al.
Defendant (s)

**MAGISTRATE'S ORDER**

This case is scheduled for a virtual trial upon all remaining claims on **March 16, 2026, at 11:00 am** before Magistrate Womack. The Court will schedule a Cantonese interpreter for the Plaintiff's witness. The virtual hearing takes place in Zoom. Please join Zoom with the following:

Meeting ID: 648 426 2904

Passcode: 329783

In the event you do not possess a compatible device for a virtual hearing, you must appear in Court at the Justice Center, 1200 Ontario Street, Cleveland, Ohio, Courtroom 3A, at the date and time as indicated above.

If applicable, parties are responsible for making sure that their witnesses have instructions on how to appear for the virtual hearing.

At least seven days before the virtual hearing, the parties shall exchange exhibits and submit them to the Clerk's office. Plaintiff will mark exhibits with numbers and Defendant with letters.

**Failure to call/log in on time pursuant to this Order, is a failure to appear, and may result in dismissal of the failing party's claims.**

_Magistrate_
Housing Division

Service:  Copies sent by regular U.S. mail to parties/counsel on _2/11/26_ by _TB_

Page 1 of 1

(HOUSBLNKMAGO)