# EXHIBIT 22

## Debra Brown and Philip McCall
## Case No: 1:26-CV-00103



**PacerMonitor**  ☰  A Fitch Solutions Service                                       ☑ Subscribe Now    debrabattles@msn.com ▾

**My Cases**                                                          last 30 days ▾   show 5 ▾   show service ▾

**Rielinger v. Cleveland Chinatown Development LLC et al**                    Updated: 02/22/2026 11:59 PM EST

This case has no new entries. Update the docket for real-time results.

**Rielinger v. Cleveland Chinatown Development LLC et al**                    Updated: 02/22/2026 11:59 PM EST

This case has no new entries. Update the docket for real-time results.

**Robert v. Brown et al.**                                              Updated: 02/22/2026 11:59 PM EST

18 ☆ 🅿️ ↪️ Fri 2/20  Request for clerk's entry of default judgment filed by Plaintiff Julie Robert.(S,SR)

  Att: 1 ⏩ Exhibit - Summons

17 ☆ ⏩ Fri 2/20  *Notice of service issue and non-receipt of court notices/orders, Request for clerk confirmation and re-service filed by Julie Robert. (S,SR)*

16 ☆ 🅿️ ↪️ Wed 2/18  2 pgs  Order to Show Cause. Judge Charles Esque Fleming on 2/18/2026. Related Document13 . (S,SR)

  Wed 2/18  Copy of16 Order to Show Cause mailed to Julie Robert at 5 Tsienneto Road #177 Derry, NH 03038 on 2/18/2026. (S,SR)

  Tue 2/17  Order [non-document] Defendant CubeSmart, L.P.'s ("CubeSmart") Motion for Leave to Plead (ECF No.15 ) is granted. CubeSmart shall respond to the complaint by March 13, 2026. In addition, CubeSmart shall file a response to Plaintiff's request for injunctive relief (ECF No.1 , PageID #7-8; ECF No.2 ) and motion for evidence preservation and expedited discovery (ECF No.12 ) by March 3, 2026. Judge Charles Esque Fleming on 2/17/2026.(S,SR)

  Tue 2/17  Copy of Order [non document] on Motion for extension of time to answer mailed to Julie Robert at 5 Tsienneto Road #177 Derry, NH 03038 on 2/17/2026. (S,SR)

15 ☆ 🅿️ ↪️ Mon 2/16  9 pgs  Motion for leave to Plead to Plaintiff's Complaint filed by Defendant Cube Smart. Related document(s)1 . (Mintz, Adam)

14 ☆ 🅿️ ↪️ Mon 2/16  2 pgs  Attorney Appearance by Adam J. Mintz filed by on behalf of Cube Smart. (Mintz, Adam)

13 ☆ ⏩ Mon 2/9  Order: The Court GRANTS the11 motion to the extent that the February 10, 2026 preliminary injunction hearing is CANCELLED and shall be rescheduled upon a future order of the Court. On or before February 16, 2026, Plaintiff shall provide the Court with four dates when she will be available to appear in person for a preliminary injunction hearing. Judge Charles Esque Fleming on 2/9/2026. (S,SR)

  Mon 2/9  Copy of13 Order mailed to Julie Robert at 5 Tsienneto Road #177 Derry, NH 03038 on 2/9/2026. (S,SR)

12 ☆ ⏩ Fri 2/6  6 pgs  Declaration of Julie Robert in Support of Motion for Temporary Restraining Order/Preliminary Injunction and Motion Related [+] for evidence preservation and Motion for Expedited Discovery filed by Plaintiff Julie Robert.. (H,Ch)

  Att: 1 🅿️ ↪️ Appendix,
  Att: 2 ⏩ Exhibit A - Mover Dave Thompson,
  Att: 3 🅿️ ↪️ Exhibit B - homeless woman Debra Brown,
  Att: 4 ⏩ Exhibit C - Jan 25, 2025 events,
  Att: 5 🅿️ ↪️ Exhibit D - Evidence to prove property inside unit 218,
  Att: 6 ⏩ Exhibit E - Thompson agreed to release property,
  Att: 7 ⏩ Exhibit F - Neighbor at E 141 complained,
  Att: 8 ⏩ Exhibit G - Second Written Notice,
  Att: 9 🅿️ ↪️ Exhibit H - Computer Suspects Brown and Mccall stole,
  Att: 10 🅿️ ↪️ Exhibit I - Text message from suspect Brown,
  Att: 11 ⏩ Exhibit J - Three days to leave notice

11 ☆ ⏩ Fri 2/6  Emergency Motion to appear by video/telephone, (or, in the alternative, emergency Motion to continue hearing) filed by Plaintiff Julie Robert. (H,Ch)

10 ☆ 🅿️ ↪️ Mon 2/2  2 pgs  Order on Preliminary Injunction Hearing. Judge Charles Esque Fleming on 2/2/2026. (S,SR)