Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED




quadient
FIRST-CLASS MAIL
IMI
$000.74
02/18/2026 ZIP 44113
043M31260213
US POSTAGE

FILED

MAR 05 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

1:26-cv-103

Julie Robert
5 Tsienneto Road, #177
Derry, NH 03038

```
NIXIE        171  FE  1         0003/02/26
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 44113182999      *0928-02615-19-41
```