Office of the Clerk
**United States District Court**
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

**FILED**

MAR 10 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND





quadient
FIRST-CLASS MAIL
IMI
**$000.74** <sup></sup>
02/17/2026 ZIP 44113
043M31260213

US POSTAGE

1:26-CV-103

Julie Robert
5 Tsienneto Road, #177
Derry, NH 03038



UTF
44113>1829

NIXIE    015  FE 1      0003/04/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 44113182999    *0732-01907-18-39