# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JULIE ROBERT, | ) CASE NO. 1:26-cv-00103 |
| | ) |
| Plaintiff, | ) JUDGE CHARLES ESQUE FLEMING |
| | ) |
| v. | ) |
| | ) |
| DEBRA BROWN, et al., | ) **ANSWER OF DEFENDANT,** |
| | ) **CUBESMART, L.P.** |
| Defendants. | ) |
| | ) |
| | ) |

NOW COMES Defendant, CubeSmart, L.P., by and through its undersigned counsel, and for its answer to the Plaintiff's Complaint, states:

## I. BRIEF OF THE CASE

1. To the extent paragraph 1 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 1 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

2. To the extent paragraph 2 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 2 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

3. Paragraph 3 is a request for injunctive relief and therefore no response by this answering Defendant is necessary. To the extent a response is deemed required, Defendant denies

the allegations against it and further states that, to the extent paragraph 3 contains allegations against any other person or party, it is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

4. Paragraph 4 is a request for this answering Defendant to protect and preserve video in its possession and therefore no response by this answering Defendant is necessary. To the extent a response is deemed required, Defendant denies the allegations against it and further states that, to the extent paragraph 4 contains allegations against any other person or party, it is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

## II. JURISDICTION AND VENUE

1. It admits that it is a citizen of the State of Ohio, but states that it is without sufficient knowledge or information to form a belief as to the truth of the remaining averments contained in Plaintiff's second paragraph 1.

2. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's second paragraph 2.

3. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's second paragraph 3.

4. To the extent Plaintiff's second paragraph 4 contains allegations against this answering Defendant, the allegations are denied. With respect to the remaining allegations in Plaintiff's second paragraph 4, it is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

5. Plaintiff's second paragraph 5 is a request for injunctive relief and therefore no response by this answering Defendant is necessary. To the extent a response is deemed required,

Defendant denies the allegations against it and further states that, to the extent Plaintiff's second paragraph 5 contains allegations against any other person or party, it is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

**III.    PARTIES**

1. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's third paragraph 1.

2. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's third paragraph 2.

3. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's third paragraph 3.

4. It admits that it operates a storage facility at 5440 South Marginal Road, Cleveland, Ohio 44114, but is without sufficient knowledge or information to form a belief as to the truth of the remaining averments in Plaintiff's third paragraph 4 not specifically admitted herein as true.

**IV.    STATEMENT OF FACTS**

1. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's fourth paragraph 1.

2. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's fourth paragraph 2.

3. It admits that the affidavit of Tim Smith described in Plaintiff's fourth paragraph 3 is attached to the Complaint, but that it is without sufficient knowledge or information to form a belief as to the truth of the averments contained in the affidavit or the remaining allegations in Plaintiff's fourth paragraph 3 not specifically admitted herein as true.

4. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's <u>fourth</u> paragraph 4.

5. To the extent Plaintiff's <u>fourth</u> paragraph 5 contains allegations against this answering Defendant, the allegations are denied. With respect to the remaining allegations in Plaintiff's <u>fourth</u> paragraph 5, it is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

6. It admits that it is not the owner, manager, employee, authorized agent, or lawful representative of Plaintiff or Plaintiff's companies, but is without sufficient knowledge or information to form a belief as to the truth of the remaining averments contained in paragraph 6 not specifically admitted herein as true.

7. To the extent paragraph 7 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 7 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

8. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 8.

9. To the extent paragraph 9 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 9 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

10. To the extent paragraph 10 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 10 contains allegations against any other person

or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

11. To the extent paragraph 11 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 11 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

12. Paragraph 12 is a recitation of Plaintiff's alleged injuries and therefore no response by this answering Defendant is necessary. To the extent a response is deemed required, Defendant denies the allegations against it and further states that, to the extent Plaintiff's paragraph 12 contains allegations regarding or against any other person or party, it is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

13. There is no paragraph 13 in Plaintiff's Complaint.

14. To the extent paragraph 14 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 14 contains allegations regarding or against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

15. To the extent paragraph 15 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 15 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

16. To the extent paragraph 16 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 16 contains allegations regarding or against any

other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

17. To the extent paragraph 17 contains allegations against this answering Defendant, the allegations are denied. To the extent paragraph 17 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

V. **CLAIMS FOR RELIEF**

**COUNT I**

1. For its answer to Plaintiff's fifth paragraph 1, it incorporates herein by reference its answers to all preceding paragraphs, as if fully rewritten herein.

2. To the extent Plaintiff's fifth paragraph 2 contains allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's fifth paragraph 2 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to truth of the averments contained therein.

3. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's fifth paragraph 3.

4. Plaintiff's fifth paragraph 4 is a request for relief and therefore no response by this answering Defendant is necessary. To the extent a response is deemed required, Defendant states that it is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's fifth paragraph 4.

**COUNT II**

1. For its answer to Plaintiff's sixth paragraph 1, it incorporates herein by reference its answers to all preceding paragraphs, as if fully rewritten herein.

2. To the extent Plaintiff's <u>sixth</u> paragraph 2 contains allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's <u>sixth</u> paragraph 2 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

**COUNT III**

1. For its answer to Plaintiff's <u>seventh</u> paragraph 1, it incorporates herein by reference its answers to all preceding paragraphs, as if fully rewritten herein.

2. To the extent Plaintiff's <u>seventh</u> paragraph 2 contains allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's <u>seventh</u> paragraph 2 contains allegations regarding or against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

**COUNT IV**

1. For its answer to Plaintiff's <u>eighth</u> paragraph 1, it incorporates herein by reference its answers to all preceding paragraphs, as if fully rewritten herein.

2. To the extent Plaintiff's <u>eighth</u> paragraph 2 contains allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's <u>eighth</u> paragraph 2 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

**COUNT V**

1. For its answer to Plaintiff's <u>ninth</u> paragraph 1, it incorporates herein by reference its answers to all preceding paragraphs, as if fully rewritten herein.

2. To the extent Plaintiff's <u>ninth</u> paragraph 2 contains allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's <u>ninth</u> paragraph 2

contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

## COUNT VI

1. For its answer to Plaintiff's <u>tenth</u> paragraph 1, it incorporates herein by reference its answers to all preceding paragraphs, as if fully rewritten herein.

2. To the extent Plaintiff's <u>tenth</u> paragraph 2 contains allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's <u>tenth</u> paragraph 2 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

VI. <u>**INJUNCTIVE AND EQUITABLE RELIEF**</u>

### Facts section: Property

1. To the extent Plaintiff's <u>eleventh</u> paragraphs 1–2 and <u>sixth</u> paragraph 3 contain allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's <u>eleventh</u> paragraphs 1–2 and <u>sixth</u> paragraph 3 contain allegations regarding or against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

### Facts section: Deception / false ownership claim

1. To the extent Plaintiff's <u>twelfth</u> paragraph 1 contains allegations against this answering Defendant, the allegations are denied. To the extent Plaintiff's <u>twelfth</u> paragraph 1 contains allegations against any other person or party, Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

### TRO / Injunctive Relief: Irreparable harm

1. Plaintiff's <u>thirteenth</u> paragraph 1 is a request for an *ex par*te TRO, which this Court already denied on January 30, 2026, and therefore no response by this answering Defendant is necessary. To the extent a response is deemed required, Defendant denies the allegations against it and further states that, to the extent Plaintiff's <u>thirteenth</u> paragraph 1 contains allegations regarding or against any other person or party, it is without sufficient knowledge or information to form a belief as to the truth of the averments contained therein.

### Example of Wrongfully Detained Property

1. It is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Plaintiff's <u>fourteenth</u> paragraph 1, <u>twelfth</u> paragraph 2, <u>seventh</u> paragraph 3, <u>sixth</u> paragraph 4, <u>fifth</u> paragraph 5, and <u>second</u> paragraphs 6–7.

### **FIRST AFFIRMATIVE DEFENSE**

1. This answering Defendant affirmatively states that the Complaint fails, in whole or in part, to raise a claim upon which relief can be granted.

### **SECOND AFFIRMATIVE DEFENSE**

2. This answering Defendant affirmatively raises the defense of failure of consideration.

### **THIRD AFFIRMATIVE DEFENSE**

3. This answering Defendant affirmatively raises the defense of fraud.

### **FOURTH AFFIRMATIVE DEFENSE**

4. This answering Defendant affirmatively raises the defense of illegality.

### **FIFTH AFFIRMATIVE DEFENSE**

5. This answering Defendant affirmatively raises the defense of license.

### SIXTH AFFIRMATIVE DEFENSE

6. This answering Defendant affirmatively raises the defense of release.

### SEVENTH AFFIRMATIVE DEFENSE

7. This answering Defendant affirmatively raises the defense of *res judicata*.

### EIGHTH AFFIRMATIVE DEFENSE

8. This answering Defendant affirmatively raises the defense of statute of frauds.

### NINTH AFFIRMATIVE DEFENSE

9. This answering Defendant affirmatively raises the defenses of waiver and estoppel.

### TENTH AFFIRMATIVE DEFENSE

10. This answering Defendant affirmatively states that the Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### ELEVENTH AFFIRMATIVE DEFENSE

11. This answering Defendant affirmatively states that the Plaintiff has failed to join parties necessary or indispensable for a just adjudication of this matter.

### TWELFTH AFFIRMATIVE DEFENSE

12. This answering Defendant affirmatively raises the defense of insufficiency of process.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. This answering Defendant affirmatively raises the defense of insufficiency of service of process.

## FOURTEENTH AFFIRMATIVE DEFENSE

14. This answering Defendant affirmatively states that any violation of the law or damage suffered by the Plaintiff, which Defendant denies, was due to the affirmative actions and/or omissions of the Plaintiff or others and does not give rise to liability of Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

15. This answering Defendant affirmatively states that the Plaintiff's claims are barred as against it under R.C. §5322.02.

## SIXTEENTH AFFIRMATIVE DEFENSE

16. This answering Defendant affirmatively reserves the right to raise additional defenses that may become known to it through further investigation, discovery, research or analysis.

**WHEREFORE**, having fully answered the Complaint, Defendant, CubeSmart, L.P., prays that the Complaint be dismissed as to it and that it be allowed to go hence without further day or cost.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By: */s/ John A. Rubis*
JOHN A. RUBIS (#0085885)
ADAM J. MINTZ (#0106292)
127 Public Square, Suite 3510
Cleveland, Ohio 44114
Phone: 216-912-3800
Fax: 216-344-9006
Email: jarubis@mdwcg.com
         ajmintz@mdwcg.com
*Counsel for Defendant, CubeSmart, L.P.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Answer of Defendant, CubeSmart, L.P. has been filed electronically on this 11th day of March, 2026. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties not receiving service through the Court's electronic filing system will be served by regular U.S. Mail as noted. Parties may access this filing through the Court's system.

    Julie Robert
    5 Tsienneto Road, #177
    Derry, New Hampshire 03038
        Plaintiff, *Pro Se*

    Debra Brown
    10705 Grace Avenue
    Garfield Heights, Ohio 44125
        Defendant, *Pro Se*

    Phil McCall
    10705 Grace Avenue
    Garfield Heights, Ohio 44125
        Defendant, *Pro Se*

    MARSHALL DENNEHEY, P.C.

    By:   */s/ John A. Rubis*
    JOHN A. RUBIS (#0085885)
    ADAM J. MINTZ (#0106292)
    *Counsel for Defendant, CubeSmart, L.P.*