FILED

MAR 17 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

JULIE ROBERT,                                          ) Case No.: 1:26-CV-00103

    Plaintiff,                                     ) Judge Charles E. Fleming

    v                                              )

DEBRA BROWN, et al.,                                   )

    Defendants.                                    )

## NOTICE OF PLAINTIFF'S AVAILABILITY FOR PRELIMINARY INJUNCTION HEARING AND REQUEST FOR REMOTE OR HYBRID APPEARANCE IN THE ALTERNATIVE

Plaintiff Julie Robert, in response to the Court's March 3, 2026 Order, respectfully provides the following four dates on which she is available to appear in person for a preliminary injunction hearing:

1. April 22, 2026    2. April 28, 2026    3. April 29, 2026    4. May 6, 2026

Plaintiff is also generally available on other weekdays on and after May 18, 2026 should other dates be more convenient for the Court.

In the alternative, Plaintiff respectfully requests that the Court permit remote appearance by Zoom, or a hybrid format, if the Court deems appropriate. Plaintiff anticipates that witness testimony may be necessary and respectfully requests that the Court allow remote testimony for witnesses if permitted. Plaintiff further respectfully requests that, once a hearing date is set, the Court order the parties to exchange witness lists and exhibits seven days before the hearing if the Court decides the hearing is conducted via zoom.

Plaintiff respectfully requests remote or hybrid appearance because of health conditions

1

caused or aggravated by Defendants' conduct and because Plaintiff has substantial safety concerns based on documented text-message communications and related racial hatred conduct by Defendants. Plaintiff therefore respectfully requests leave to appear remotely, or in the alternative through a hybrid format, while remaining fully prepared to proceed on the merits. Plaintiff submits those communications for the Court's review as attached exhibits. Please see the exhibit(s).

Plaintiff further notes that Defendants did not properly serve their motion to dismiss or sanctions-related filings as required by the Federal Rules of Civil Procedure. Although Plaintiff later obtained copies from the court file, Plaintiff expressly preserves and reserves all objections relating to insufficient service and further reserves the right to respond, supplement, amend, or otherwise modify her filings upon proper service.

Respectfully submitted,
*Julie Robert*
Julie Robert, Plaintiff
5 Tsienneto Road, #177, Derry, NH 03038
Email address:  julierrobert@yahoo.com

CERTIFICATE OF SERVICE

This notice is served on all parties on the addresses in the court record via US Postal Service on March 17, 2026.

*Julie Robert*

Julie Robert, Plaintiff

2