**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER SETTING PRELIMINARY** |
| | ) | **INJUNCTION HEARING** |
| Defendant. | ) | |
| | ) | |
| | ) | |

A Preliminary Injunction Hearing is hereby scheduled for April 29, 2026 at 10:00 AM in Courtroom 17A. Plaintiff's request to appear remotely (ECF No. 28) is **DENIED**. Each party shall have one hour to introduce evidence and present any arguments regarding their respective positions on Plaintiff's request for a preliminary injunction (ECF No. 1, PageID #7–9).

The Preliminary Injunction Hearing shall be open to the public. The parties are **ORDERED** to produce two copies of the exhibits they plan to use in binders, plus an additional loose copy for the Courtroom Deputy. Each set of exhibits shall include a table of contents. All exhibits shall be marked in accordance with Loc. R. 39.1. The parties will have access to the courtroom's technology. Counsel must bring with them all cords, adapters, and other equipment necessary to facilitate their connection to the courtroom's technology. If counsel would like the opportunity to get familiarized with or otherwise have access to the courtroom technology prior to the hearing, such request must be made by emailing the Courtroom Deputy, Stephanie Siner, at Stephanie_Siner@ohnd.uscourts.gov by close of business on April 20, 2026.

Witness lists and exhibit lists shall be exchanged and filed by April 22, 2026. Witnesses and exhibits not included in each respective party's witness or exhibit list will not be permitted. Any motion to continue the hearing shall comply with the Court's standing order.

**IT IS SO ORDERED.**

Date: March 18, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**