**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER SETTING BRIEFING** |
| | ) | **DEADLINES** |
| Defendant. | ) | |
| | ) | |
| | ) | |

On February 25, 2026, Defendants Debra Brown and Phil McCall (collectively, "Individual Defendants") filed a motion to dismiss the complaint for lack of subject matter jurisdiction ("Motion to Dismiss").  (ECF No. 20).  On March 18, 2026, Plaintiff Julie Robert file an opposition to the Motion to Dismiss.  (ECF No. 30).  The opposition, in part, states that the Individual Defendants did not properly serve the Motion to Dismiss under Fed. R. Civ. P. 5 and requests that the Court either deem her opposition timely or reset the response deadline.  (*Id.* at PageID #613, 615).  On March 18, 2026, Plaintiff also filed a motion to strike the Individual Defendants' motion for sanctions (ECF No. 21) for want of proper service and for failing to comply with Rule 11. (ECF No. 31).

Because Plaintiff's opposition was timely filed under the Local Rules, Plaintiff's request to deem her opposition timely or reset the deadline is **DENIED AS MOOT**.  The Court sets the deadline for the Individual Defendants to file a reply in support of the Motion to Dismiss and to file an opposition to the Plaintiff's motion to strike as April 2, 2026.

1

**IT IS SO ORDERED.**

Date: March 19, 2026

_____

**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**