Exhibit Index — Case No. 1:26-cv-00103

Court: United States District Court, Northern District of Ohio — Eastern Division

Caption: Julie Robert v. Debra Brown and Phil McCall

Prepared by: Debra Brown (pro se)

Date: March 20, 2026


Exhibit List

1.      Exhibit 1 — Clerk-stamped front page of Motion to Dismiss (ECF No. 20), stamped Feb 25 2026.

2.      Exhibit B — Clerk-stamped front page of Motion for Sanctions (ECF No. 21), stamped Feb 25 2026.

.