**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**FILED**

**FEB 2 5 2026**

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-CV-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DEBRA BROWN, PHILIP MCCALL | ) | MAGISTRATE JUDGE ARMSTRONG |
| | ) | |
| Defendants. | ) | |

DEFENDANT'S
EXHIBIT

**1**

## DEFENDANTS DEBRA BROWN AND PHILIP MCCALL'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION

TO THE HONORABLE COURT:

Defendants Debra Brown and Philip McCall, appearing pro se, respectfully move this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss the Complaint for lack of subject-matter jurisdiction.

### I. STATEMENT OF FACTS

1. **Inflated Valuations**: Plaintiff alleges inflated valuations of items that were returned from a storage unit to manufacture the jurisdictional amount in controversy.

2. **Minimal Remaining Items**: The remaining items in the storage unit were minimal, low-value, and largely unsellable personal effects.

3. **No Actual Loss**: Plaintiff's agent, Jon Liptak, is in possession of the antiques Plaintiff claims were lost, stored in a climate-controlled unit paid for by Plaintiff.

4. **Quantifiable Damages**: Any alleged damages are purely economic and quantifiable, not supporting claims for injunctive relief.

1