FILED

FEB 25 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

### EASTERN DIVISION

DEFENDANT'S EXHIBIT

2

| | |
|---|---|
| JULIE ROBERT, | ) |
| Plaintiff, | ) CASE NO. 1:26-cv-00103 |
| | ) |
| | ) JUDGE CHARLES E. FLEMING |
| v. | ) |
| | ) |
| DEBRA BROWN, PHILIP MCCALL, | ) |
| CUBESMART, | ) |
| | ) |
| Defendants, | ) |

## DEFENDANTS DEBRA BROWN AND PHILIP MCCALL'S

## ENHANCED MOTION FOR SANCTIONS

TO THE HONORABLE COURT:

Defendants Debra Brown and Philip McCall respectfully submit this Enhanced Motion for

Sanctions pursuant to Federal Rule of Civil Procedure 11, requesting that this Court impose

appropriate sanctions against Plaintiff Julie Robert for her systematic pattern of bad faith

litigation conduct, evidence unsupported by the record, and abuse of the federal judicial system.

### I. INTRODUCTION

This case represents a troubling example of how the federal court system can be weaponized

through evidence unsupported by the record, coordinated false testimony, and vexatious