UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

 FILED

MAR 2 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| **JULIE ROBERT,** | ) |
| | ) **CASE NO. 1:26-cv-00103** |
| Plaintiff, | ) |
| | ) **JUDGE CHARLES E. FLEMING** |
| v. | ) |
| | ) |
| **DEBRA BROWN, PHILIP MCCALL,** | ) |
| | ) |
| Defendants, | ) |

## DECLARATION OF DEBRA BROWN

I, **Debra Brown**, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a defendant in the above-captioned action and submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Strike.

2. At the time I filed the Motion for Sanctions and the Motion to Dismiss, I personally signed the filings at the Clerk of Courts' filing window and the Clerk accepted the filings for filing. I did not intentionally fail to serve Plaintiff prior to filing; rather, I misunderstood the required pre-filing service procedure and did not realize that additional service steps were required beyond filing at the Clerk's window. See Exhibit 1; see Exhibit 2.

3.  If the Court requires, I will re-serve the sanctions motion on Plaintiff and provide the

    21-day safe-harbor period, and I will file a supplemental declaration confirming service

    and any additional proof the Court requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2026.

/ s / **Debra Brown**
Debra Brown

10705 Grace Avenue

Garfield Heights, OH, 44125

(216) 253-0863

debrabattles@msn.com


CERTIFICATE OF SERVICE

I certify that on March 20, 2026, I served a copy of the foregoing **Defendants' Reply in Support of Motion to Dismiss, Defendants' Opposition to Plaintiff's Motion to Strike**, the **Declaration of Debra Brown**, and this **Certificate of Service** by **email** and **U.S. Postal Service** to:

**Julie Robert**
5 Tsienneto Road, #177
Derry, NH 03038
Email: julierrobert@yahoo.com

I further certify that service was completed by emailing the documents to the email address listed above and by depositing a copy in the U.S. mail, first-class postage prepaid, addressed to the above address.

Executed on March 20, 2026.

/ s / **Debra Brown**
Debra Brown

10705 Grace Avenue

Garfield Heights, OH, 44125

(216) 253-0863

debrabattles@msn.com