## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

## CLEVELAND, OHIO

FILED

MAR 2 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Julie Robert
Plaintiff
v.
Debra Brown
Phil McCall
Cube Smart, et al
Defendants

:  Case No.:   26-cv-00103
:
:  JUDGE:   Fleming
:
:  **MOTION TO STRIKE**
:
:

HERE COMES Plaintiff Julie Robert respectfully submit "Motion to Strike" to strike Defendant Cube Smart's Answer and Affirmative Action filed on or around March 3, 2026 because all statements in the Answer and Affirmative Actions are not truthful, the evidence and witness will be submitted to this Honorable Court during Injunction hearing on April 29, 2026 to prove Defendant committed fraud in front of this Honorable Court besides Defendant Cube Smart has never served Plaintiff their answer in violation of Fed R 5 after violating Fed R 12. Defendant Cube Smart was served with the complaint on Jan 16, 2026 in person, according to Fed R 12, Defendant is obligated to file answer within 21 days which is supposed to be filed no later than Feb 6, 2026 and serve Plaintiff the answer properly. Defendant Cube Smart violated Fed R 12 and 5 besides committing fraud in their answer and affirmative action in front of this Honorable Court, therefore their answer and affirmative action filed on March 3, 2026 should be stricken and Defendant should be sanctioned for filing pleading with false deceptive statements in front of this Court.

Respectfully submitted,

/s/ Julie Robert

1

Julie Robert, Plaintiff

5 Tsienneto Road, #177, Derry, NH 03038

Tel: 440-638-9632, Email: julierobert@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that "Motion to Strike" is served on all parties via the email addresses and US Postal Service on the addresses in court record.

/s/ Julie Robert

Julie Robert

2