**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER DENYING SANCTIONS** |
| | ) | **MOTION** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Before the Court is Defendants Debra Brown and Phil McCall's (collectively, "Individual Defendants") enhanced motion for sanctions against Plaintiff Julie Robert ("Motion") (ECF No. 20). The Motion generally argues that the Court should impose sanctions against Plaintiff because her complaint relies on unsupported claims that are contradicted by evidence, she has engaged in vexatious litigation, she is attempting to relitigate dismissed claims, and she has engaged in a campaign of harassing the Individual Defendants. (*Id.* at PageID #279–91). In response, Plaintiff filed: (i) a motion to strike the Motion as procedurally defective based on signature and service issues, (ECF No. 31); and (ii) a motion to deny and strike the motion, (ECF No. 39).

The Court finds the Motion premature. The arguments set forth by the Individual Defendants are better suited for, and more properly presented in, a motion seeking to dismiss the complaint. If the case is ultimately dismissed, the Individual Defendants may, if they choose to do so, seek sanctions against Plaintiff based on bad-faith litigation and related sanctionable conduct at that time. Thus, given the early stage of proceedings and the procedural posture of this

1

case, the Court **DENIES** the Motion **WITHOUT PREJUDICE**. Plaintiff's motion to strike (ECF

No. 31) and motion to deny and strike (ECF No. 39) are **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

Date: April 1, 2026

 

**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**