## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Julie Robert | ) Case No: 26-CV-00103 |
| Plaintiff, | ) Judge: Fleming |
| v.<br>Debra Brown, et al, | )<br>) **ORDER** |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Expedited Discovery. Upon consideration of the Motion, the Court finds good cause for limited expedited discovery in advance of the preliminary-injunction hearing set for April 29, 2026.

Accordingly, the Motion is GRANTED.

It is hereby ORDERED:

1. Plaintiff may immediately serve a limited set of expedited interrogatories and requests for production directed solely to issues relevant to the April 29, 2026 preliminary-injunction hearing.

2. The expedited discovery shall be limited to:

   a. identification of individuals with knowledge of relevant events;

   b. identification of custodians of relevant documents and electronically stored information;

   c. records concerning possession, access, control, movement, transfer, storage, preservation, or disposition of the property or materials at issue;

   d. communications concerning such matters;

   e. surveillance, video, photographs, logs, access records, lease records, transfer records,

6

agreements, internal reports, and related materials; and

f. preservation efforts concerning relevant evidence.

3. Defendants shall serve written responses and produce responsive documents within seven (7) days after service of the expedited discovery requests.

4. All parties shall preserve all documents, electronically stored information, surveillance, video, photographs, logs, access records, lease records, transfer records, communications, and other tangible or digital evidence relevant to the issues to be addressed at the April 29, 2026 preliminary-injunction hearing.

5. Before raising any dispute regarding this expedited discovery, the parties shall meet and confer in good faith. See N.D. Ohio Local Rules 37.1 and 37.2.

6. This Order is limited to pre-hearing expedited discovery and does not otherwise alter the ordinary schedule for merits discovery except as expressly stated herein.

IT IS SO ORDERED.

Dated: _____

_____

United States District Judge

7