FILED

APR 1 4 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Julie Robert | ) Civil Action No 1:26-cv-00103 |
| *Plaintiff* | ) |
| v.. | ) JUDGE: FLEMING |
| Debra Brown, Phil McCall,  et al | ) |
| *Defendants* | ) |

### PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANTS

To comply with the Court March 18, 2026 order, Plaintiff requests the following defendants to produce the following MINIMUM documents before April 22, 2026:

I.  **Defendant Cube Smart shall follow the court March 18, 2026 order to produce the following documents before April 22,  2026 to Plaintiff in PDF format to email address: julierrobert@yahoo.com**

1.  **Manager's full name who worked on Dec 13, 2025 at Cube Smart located at 5440 S marginal Road, Cleveland, OH 44114**

2.  **All lease agreements for unit 218 from Nov 13, 2025 to April 14, 2026: Rental application, Account holder information, Payment history, Account Notes**

3.  **Any documents showing: transfer of unit 218, reassignment of account, change of lock or access rights from Nov 13, 2025 to April 14, 2026**

4.  **Gate logs, entry logs, keypad access records, audit trails from Nov 13, 2025 to April 14, 2026 for unit 218**

5.  **Video footage showing: unit 218 area, loading areas, entrance/exits from Nov 13, 2025 to April 14, 2026 for unit 218**

6.  **Communications: email, text, internal message between Cube Smart staff, Debra Brown, Phil McCall, Dave Thompson and Jon Liptak**

1

7. Documents identify who approved account changes, who authorized access, dates

8. Cube Smart policies, procedures, training materials in effect during Nov 13, 2025 to April 14, 2026 concerning: storage unit transfer, change of access rights, third party claims to property and preservation of records or surveillance footage

9. Any records that Plaintiff was blocked, access was denied

10. Any documents about auction of unit 218 and content inside from Nov 13, 2025 to April 14, 2026

11. Any documents about disposal, abandonment, removal of contents inside unit 218

II. Defendant Debra Brown and Phil McCall shall follow the court March 18, 2026 order to produce the following documents before April 22, 2026 to Plaintiff in PDF format to email address: julierrobert@yahoo.com

1. Photographs and videos they were hired and paid to take on Dec 13, 2025 in relate to all contents and property and each item inside unit 218 before they were touched

2. Photographs and videos they were hired and paid to take on Dec 13, 2025 in relate to each item after each item was removed from unit 218

3. Drop box records of the pictures and videos of the contents inside unit 218 before and after Dec 13, 2025 Defendants shared with Plaintiff before Defendants disabled the drop box share:

1) Pictures and videos uploaded in the shared drop box on Dec 13, 2025 before the share was disabled

2

2) **Pictures and videos uploaded in the shared drop box after Dec 13, 2025 before the share was disabled**

3) **All drop box, cloud storage, phone backup, or other electronically stored records relating to unit 218 or the property stored in unit 218, including any records reflecting deletion or removal of such records.**

4) **Written documents between Plaintiff and defendants in which Plaintiff agreed Defendants take over and own her property inside unit 218.**

5) **Written communication between Defendants and mayor Matt Burk, Jon Liptak, Level Woodruff and Cube Smart**

6) **Uhaul records from Dec 13, 2025 to Feb 10th 2026**

7) **Locations history of the property inside unit 218 after they were removed from unit 218, locations of the said property today.**

Respectfully Submitted,

/s/ Julie Robert
Julie Robert, Plaintiff
5 Tsienneto Road, #177
Derry, NH 03038
Email: julierrobert@yahoo.com

CERTIFICATE OF SERVICE

All parties in the case are served with this copy via US Postal service on the addresses in this court record and email to all defendants.

/s/ Julie Robert
Julie Robert, Plaintiff