FILED

APR 1 6 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JULIE ROBERT,

        Plaintiff,

v.

DEBRA BROWN, *et al.*,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:26-cv-00103

JUDGE CHARLES E. FLEMING

## DEFENDANTS' MOTION TO STRIKE THE AFFIDAVIT OF TIM SMITH

Defendants Debra Brown and Philip McCall, pro se, respectfully move this Court to strike the

"Affidavit of Tim Smith" attached to Plaintiff's Complaint (ECF No. 1-1), on the following

grounds:

### I. The Affidavit Is Unauthenticated and Lacks Foundation

The affidavit is not notarized, not sworn under penalty of perjury, contains no verification of

identity, and contains no statement of personal knowledge.

Fed. R. Evid. 602, 901, and 902 require authentication and foundation.

### II. The Affidavit Contains Hearsay and Narrative Statements

The affidavit consists of hearsay, speculation, legal conclusions, and statements outside the affiant's personal knowledge.

Fed. R. Evid. 801–803 prohibit such content.

## III. The Affidavit Is Contradicted by Plaintiff's Own Evidence

The affidavit is contradicted by:

- Plaintiff's text messages (Exhibit 1),

- Plaintiff's admissions regarding the move,

- Plaintiff's approval of the CubeSmart transfer,

- Plaintiff's instructions to Defendants,

- Plaintiff's statements blaming landlord Dave,

- The New Hampshire Magistrate Judge's findings,

- The CubeSmart GM's sworn declaration.

Contradicted affidavits are not competent evidence.

## IV. The Affidavit Is Prejudicial and Misleading

The affidavit is designed to inflame, not inform.

Fed. R. Evid. 403 bars such submissions.

## REQUEST FOR RELIEF

Defendants respectfully request that the Court strike the Affidavit of Tim Smith (ECF No. 1-1) in its entirety.

**Respectfully submitted,**

SIGNATURE

/s/ Debra Brown

Debra Brown, Defendant Pro Se

10705 Grace Avenue

Garfield Heights, OH 44125

(216) 253-0863

Email: debrabattles@msn.com

/s/ Philip McCall

Philip McCall, Defendant Pro Se

10705 Grace Avenue

Garfield Heights, OH 44125

(216) 253-1574

notjustanotherhedgehog@gmail.com

CERTIFICATE OF SERVICE

I certify that on April \_\_\_, 2026, a copy of this Answer was served on Plaintiff by U.S. Mail and email.

/s/ Debra Brown

/s/ Philip McCall