**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

FILED

APR 2 2 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-00103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' WITNESS LIST**

**Preliminary Injunction Hearing — April 29, 2026**

Defendants respectfully submit the following Witness List.

**WILL CALL WITNESSES**

1.  Alexus Plata – Former CubeSmart General Manager

2.  Dave Thompson – Mover present on December 13, 2025

3.  Jon Liptak – Plaintiff's agent; installed locks; retained key

4.  Tim Smith – Affiant; Plaintiff's agent

5.  Mr. Huang – Landlord referenced in Plaintiff's affidavit

6.  Levell Woodruff – Individual referenced in affidavit and texts

7.  Melissa Rielinger – Owner of 5492 E. 141st Street

8. Kevin Au – Plaintiff's Agent, Collected rent for 5492 E. 141st Street

9. Mayor Matthew Burke – Communications with Defendant Brown

10. Councilman Avery Johnson – Communications and involvement

11. Former Police Commissioner Teri Wang – Referenced by Plaintiff in her exhibits

## REBUTTAL WITNESSES

1. Bill Morrison – Statutory agent referenced in filings

2. E. 141st Street Neighbor

3. Marion JonesJohn Doe – Three Movers Under 30

4. U-Haul Employee

5. Penske Employee

## RESERVATION OF RIGHTS

Defendants reserve the right to call as rebuttal witnesses **any individual referenced, named, or relied upon by Plaintiff** in her filings, affidavits, exhibits, declarations, or testimony, including any person identified for the first time at or before the hearing.

Respectfully submitted,

/s/ Debra Brown

Debra Brown, Defendant Pro Se
10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-0863
Email: debrabattles@msn.com

/s/ Philip McCall

Philip McCall, Defendant Pro Se
10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-1574
Email: notjustanotherhedgehog@gmail.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2026, a copy of the foregoing documents —
**Defendants' Exhibit List, Defendants' Witness List, Notice of Filing Exhibit List, and
Notice of Filing Witness List** —
were served upon Plaintiff **Julie Robert** via the Court's electronic filing system and by email to
the address she has used in prior filings.

/s/ Debra Brown

Debra Brown, Defendant Pro Se
10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-0863
Email: debrabattles@msn.com

/s/ Philip McCall

Philip McCall, Defendant Pro Se
10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-1574
Email: notjustanotherhedgehog@gmail.com