IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

APR 2 2 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-00103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANTS' EXHIBIT LIST

Preliminary Injunction Hearing — April 29, 2026

Defendants Debra Brown and Philip McCall respectfully submit the following list of exhibits for use at the preliminary injunction hearing.

Exhibits Previously Filed with ECF No. 21 (Filed 02/25/2026)

1. Exhibit 1 – Text message transcript between Plaintiff and Defendants (Dec. 9, 2025 – Jan. 31, 2026)

2. Exhibit 2 – Text message transcript between Plaintiff, Jon Liptak, Tim Smith, and Defendants

3. Exhibit 3 – Text message transcript between Mayor Matthew Burke and Defendant Brown

4. Exhibit 4 – Photos & video of the contents of storage Unit 218

5. Exhibit 5 – Photos & video of antiques in Plaintiff's agent's climate-controlled unit

6.  Exhibit 6 – Photos of additional Unit 119 documented by Defendants

7.  Exhibit 7 – CubeSmart transfer-of-unit documentation

8.  Exhibit 8 – CubeSmart Rental Agreement

9.  Exhibit 9 – CubeSmart Billing Records

10. Exhibit 10 – Hand-written receipt found in Unit 218 for 11 antiques

11. Exhibit 11 – Valuation of items left in Unit 218

12. Exhibit 12 – Valuation of antiques moved to climate-controlled units

13. Exhibit 13 – Vexatious Litigant Order from Ohio State Courts

14. Exhibit 14 – Case 1-25-CV-2036 filed Sept. 25, 2025

15. Exhibit 15 – Memorandum Opinion & Order denying TRO

16. Exhibit 16 – Case 1:25-cv-00446 (District of New Hampshire — dismissed)

17. Exhibit 17 – Case 1:25-cv-00481-LM (active New Hampshire case)

18. Exhibit 18 – Cleveland Municipal Court Case 2025-CVG-009765

19. Exhibit 19 – Cleveland Municipal Court Case 2025-CVG-002846

20. Exhibit 20 – Cleveland Municipal Court Case 2025-CVG-005574

21. Exhibit 21 – Cleveland Municipal Court Case 2025-CVG-009765

22. Exhibit 22 – Magistrate's Decision in Case 2025-CVG-00284

Exhibit 23 — NEW (To Be Filed)

23. Exhibit 23 – PDF Compilation of Videos Referenced in Exhibit 1

Exhibits Filed with ECF No. 47 (Filed 04/16/2026)

24. Exhibit 24 – Declaration of Alexus Plata

25. Exhibit 25 – Report & Recommendation (NH case)

26. Exhibit 26 – 4/13/2026 Order

New Exhibits (To Be Filed)

27. Exhibit 27 – Consolidated Statutory Agent Records

28. Exhibit 28 – House Fire Report (Dec. 1, 2025)

29. Exhibit 29 – Maple Heights Building & Housing Statement

30. Exhibit 30 – LinkedIn Post and Attachments

31. Exhibit 31 – Rielinger v. Rielinger (2009)

32. Exhibit 32 – Estate of Jun Wang Case Order

33. Exhibit 33 – Jun Wang Foundation Printout

34. Exhibit 34 – Deed to 5492 E. 141st Street

35. Exhibit 35 – Plaintiff's Response to LinkedIn Post

36. Exhibit 36 – Zhejiang Free Trade Zone Quanshengfu Industrial Co., Ltd. (Revocation)

37. Exhibit 37 – Police Records Bureau Response (Pending)

38. Exhibit 38 – U-Haul Employee Declaration (Pending)

39. EXHIBIT 39 – Mayor's OFFICE PUBLIC RECORD REQUEST (PENDING)

Respectfully submitted,


/s/ Debra Brown

Debra Brown, Defendant Pro Se

10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-0863
Email: debrabattles@msn.com

/s/ Philip McCall

Philip McCall, Defendant Pro Se

10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-1574
Email: notjustanotherhedgehog@gmail.com