UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Julie Robert                                 : Civil Action No 1:26-CV-00103    FILED
Plaintiff                                    : JUDGE: FLEMING
v                                            :                                  APR 22 2026
Debra Brown, Phil McCall, et al Defendants   :
                                             CLERK U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF OHIO CLEVELAND

**EMERGENCY MOTION FOR LEAVE TO SUBMIT HARD-COPY EXHIBITS BINDER AND WITNESS LIST INSTANTER, AND FOR EXPEDITED PRODUCTION OF LIMITED MATERIALS**

Plaintiff respectfully moves this Court for leave to file exhibits and witness list instanter, for leave to submit two sets hard-copy exhibits binders on April 23, 2026, and for an order directing expedited production of limited, critical materials.

As grounds, Plaintiff states:

1.  The Court ordered that exhibits and witness lists be submitted on April 22, 2026, and that no additional exhibits would be permitted if not submitted by that date.

2.  Plaintiff understands that exhibits may be filed electronically; however, the Court's directive requiring submission in binder format cannot be satisfied through electronic filing.

3.  Plaintiff is proceeding pro se and is currently out of state, without access to the Court's nor the ability to physically assemble and deliver the required exhibits binders before the close of business on April 22, 2026.

4.  Plaintiff has prepared exhibits and will submit a properly organized and tabbed exhibits binders in person to the Court on or around April 23, 2026.

1

5. Plaintiff further states that certain critical evidence necessary for the Court's determination—including records relating to the transfer, control, and disposition of the property at issue—remains exclusively in Defendants' possession and control.

6. Plaintiff requested that these materials be produced and emailed in advance of the exhibit deadline; however, as of the filing of this motion, no such materials have been received. These materials are narrowly tailored, central to the issues before the Court, and defendants are expected to email to Plaintiff on or before April 22, 2026 so Plaintiff can include them in the binder.

7. Plaintiff is seeking to (a) comply with the Court's formatting requirement for physical submission and (b) include critical materials that are currently unavailable due to Defendants' exclusive control.

8. Plaintiff further states that the Court's order also requires submission of witness lists. Due to the same logistical constraints and the unavailability of certain critical materials in Defendants' possession, Plaintiff has been unable to finalize a complete witness list prior to the deadline.

9. Plaintiff will submit a witness list instanter and respectfully requests leave to supplement such list if necessary based on materials produced by Defendants.

10. A brief delay in submitting the exhibits binder and limited supplementation of exhibits and witness list will not prejudice Defendants but will assist the Court in having a complete and properly organized record for the injunction hearing.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant leave to file exhibits and witness list instanter on or around April 23, 2026, and accept such filing as timely;

B. Grant leave to submit two sets hard-copy exhibit binders on or around April 23, 2026;

C. Order Defendants to produce the limited, requested materials on an expedited basis;

D. Grant Plaintiff leave to file additional exhibits and to supplement the witness list instanter upon receipt of such materials;

E. In the alternative, if the Court determines that such materials are necessary for a full and fair determination of the injunction, grant a brief continuance of the hearing to allow for production of such materials; and

F. Grant such other and further relief as the Court deems just and proper.Respectfully Submitted,

/s/ Julie Robert
Julie Robert, Plaintiff
5 Tsienneto Road, #177
Derry, NH 03038
Email: julierrobert@yahoo.com

## CERTIFICATE OF SERVICE

All parties in the case are served with this copy via US Postal service on the addresses in this court record and email to all defendants.

[s/ Julie Robert

Julie Robert, Plaintiff

3