**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Before the Court is Plaintiff Jule Robert's Emergency Motion for Leave to Submit Hard-Copy Exhibits Binder and Witness List Instanter, and for Expedited Production of Limited Materials ("Motion") (ECF No. 56).  To the extent Plaintiff requests expedited production of limited materials, that request is **DENIED**.  The Court finds that this request is related to the same request found in Plaintiff's motion for expedited discovery, (ECF No. 41), which the Court denied in its April 22, 2026 Order, (ECF No. 52).

The Motion also requests that Plaintiff be permitted to submit hardcopy binders of her exhibits and witness list on April 23, 2026 instead of the April 22, 2026 deadline.  (ECF No. 56, PageID #745).  The Court first notes that its Order Setting Preliminary Injunction Hearing (ECF No. 29) did not set an April 22, 2026 deadline to submit any exhibit binders.  It instead set an April 22, 2026 deadline for the parties to exchange and file their witness and exhibit *lists*.  (*Id.* at PageID #612).  To that end, the Court will **GRANT** Plaintiff an extension of time until April 23, 2026 for the *filing* of her witness and exhibit lists.  Any other requests for relief in the Motion are **DENIED**.

1

**IT IS SO ORDERED.**

Date: April 23, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

2