UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JULIE ROBERT, )
) Case No. 1:26-cv-00103
Plaintiff, )
v. ) Judge Charles E. Fleming
)
DEBRA BROWN, et al., )
)
Defendants. )

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR FORCED PRODUCTION CONTAINED IN HER "EMERGENCY MOTION" (ECF 56)

Defendants Debra Brown and Philip McCall oppose Plaintiff's renewed request for compelled production of unspecified "critical materials" contained in her Emergency Motion (ECF 56). Plaintiff is again attempting to obtain discovery for the purpose of developing claims against Defendants, despite the Court's clear ruling that such discovery is not permitted.

1. The Court has already held that Plaintiff has no evidence of harm or spoliation. In denying Plaintiff's motion for expedited discovery, the Court found that Plaintiff "has failed to establish good cause," that she presented "no indication that any information will be lost or destroyed," and that she offered only "speculation." (ECF 52, PageID 728). Plaintiff's renewed request simply repeats the same unsupported assertions.

2. Plaintiff herself admits she has no evidence.

In ECF 56, Plaintiff states that she cannot meet the exhibit deadline because she lacks

materials she believes "remain exclusively in Defendants' possession."

Plaintiff identifies no specific document, item, or record that Defendants allegedly

withheld. Her filing confirms that she has no evidence supporting her claims and is

seeking discovery solely to create it.

3. Plaintiff is improperly attempting to obtain pre-Rule 26 discovery to build claims

against Defendants.

Plaintiff states that she seeks materials to include in her exhibit binder and to support her

claims. (ECF 56 5–7).

The Court has already rejected her attempt to obtain such discovery early, noting that her

requests were "overly broad," "burdensome," and sought the very relief at issue in the

preliminary injunction. (ECF 52, PageID 728–729).

4. Plaintiff's missed deadline is not attributable to Defendants.

Plaintiff's inability to meet the Court's exhibit deadline is due to her own logistical

issues, not any action by Defendants. Nothing in ECF 56 establishes otherwise.

For these reasons, Defendants respectfully request that the Court deny Plaintiff's renewed

request for compelled production contained in ECF 56.

Respectfully submitted,


s/Debra Brown

Debra Brown, Defendant Pro Se
10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-0863
Email: debrabattles@msn.com


s/Philip McCall

Philip McCall, Defendant Pro Se
10705 Grace Avenue
Garfield Heights, OH 44125
(216) 253-1574
notjustanotherhedgehog@gmail.com


**CERTIFICATE OF SERVICE**

I certify that on this ___ day of _____, 2026, a true and correct copy of the foregoing Motion to Strike was served upon Plaintiff by U.S. Mail and email:

Julie Robert
5 Tsienneto Road, #177
Derry, NH 03038
Email: julierrobert@yahoo.com


Debra Brown

Philip McCall