UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Julie Robert ) CASE NO. 1:26-CV-103
)
    Plaintiff(s), )
)
) JUDGE CHARLES FLEMING
)
v. )
) FILED
)
Debra Brown, et al. ) APR 23 2026
    Defendant(s). )
) CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

## MOTION FOR ISSUANCE OF SUBPOENAS

DEFENDANT DEBRA BROWN RESPECTFULLY REQUESTS THAT THE CLERK ISSUE SIGNED SUBPOENAS UNDER FEDERAL RULE OF CIVIL PROCEDURE 45 FOR THE WITNESSES LISTED IN DEFENDANTS WITNESS LIST FILED ON APRIL 22, 2026.

THESE SUBPOENAS ARE NECESSARY FOR THE PRELIMINARY INJUNCTION HEARING SCHEDULED FOR APRIL 29, 2026.

RESPECTFULLY SUBMITTED,

/S/ DEBRA BROWN

10705 GRACE AVENUE
GARFIELD HEIGHTS, OHIO 44125
216-253-0863
debrabattles @ msn.com