**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

JULIE ROBERT               ) CASE NO. 1:26-CV-103

Plaintiff                  )                        **FILED**

v                         ) JUDGE: Fleming        APR 2 4 2026

DEBRA BROWN, et al       )          CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF OHIO
                                             CLEVELAND

Defendants             )

## PLAINTIFF'S RENEWED MOTION TO COMPEL, STRIKE DEFECTIVE SERVICE, FOR SANCTIONS AND LEAVE FOR EXHIBITS AND WITNESS BINDER

Plaintiff moves the Court to compel Defendants to follow the court order, stop constant defective service, stop constant frivolous filings, stop constant multiple misrepresentation and stop create constant burden on the Court and all parties with irrelevant arguments and documents harass and burden all parties. There is good cause for the order to compel Defendants follow the Court Order and grant Plaintiff leave for exhibits and witness list binder. In Motions Defendants filed on April 22, 2026 and April 23, 2026, Defendants stated in Certificate of Service that motions they filed on April 22, 23, 2026 were served via the email address in the court record, but the defendants have made misrepresentations to the Court because they never did as how they told the court, please see exhibit I. Defendants also only filed table of contents of exhibits but failed to follow Court March 18, 2026 order to submit exhibits and witness list in binder and meanwhile burdened the court and all parties with irrelevant cases and irrelevant illegal issues because the issue in front of this Court is very narrow and specific, the defendants should be sanctioned for their bad faith behavior of constant burdening this Court and all parties with all misrepresentation, frivolous argument and irrelevant issues. Defendants' harassment has made Plaintiff extreme ill, intentionally distracted and prejudiced Plaintiff's rights to follow the court order. According to google, the court is open till 5:00 pm but when Plaintiff arrived on March 23, 2026 at 4:22pm, the clerk of court was already closed. Therefore, Plaintiff moves this Court disregard Defendants' motions and all filings filed on April 22, 2026 and April 23, 2026 because they are total misrepresentations and noncompliance to the Court order nor federal civil procedure rules but malicious harassment and burden on the Court and all parties.

1

Plaintiff appreciates this Court grant her leave to file exhibits and witness binder at next business day.  Please see Exhibit II

## I. FACTUAL BACKGROUND

Defendants failed to comply with the Court's March 18, 2026 Order.

Defendants filed Certificates of Service on April 22 and 23 claiming their filed motions were service via email service but failed to do so.

## II. GOOD CAUSE FOR THE COURT ORDER TO COMPEL AND SANCTION DEFENDANTS

The Defendants failed to follow the court order to produce critical evidence. Defendants have submitted constant false accusation and false irrelevant information to harass and burden the Court. Please see Exhibit A-D which are part of the properties Defendants have illegally seized and have promised to mayor Matt that they would return but they never returned. Defendants illegally seized 20 boxes of merchandise which worth at least $300k to $500K. They have intentionally destroyed at least $100k worth antique and new furniture. Some evidence that proves intentional damage should have been submitted in the previous motions and will be submitted again in the Exhibits Binder. Plaintiff made sacrifice and offered them a home and job without meeting them but on the good faith referral from the Mayor Matt, in return Defendants have been taking advantage of Plaintiff's good heart, totally scammed the mayor, have been intentionally harassing Plaintiff with racial hatred messages, illegally seizing her property, destroying her properties they illegally seized then constantly making false statements to the mayor and this Court trying to keep the property that do not belong to them at all. There is good cause for this Court to compel Defendants stop their bad faith, stop try to keep the $500k mil worth merchandise that do not belong to them by presenting constantly frivolous motions and false statements to burden, confuse and mislead the Court. It is for public interest for the Court to sanction them for their constant misrepresentation in front of this Court

## III. DEFECTIVE CERTIFICATES OF SERVICE

Certificates falsely state service occurred. But they have not done so at all.

## IV. IRRELEVANT FILINGS BURDEN COURT

2

Defendants filed non-responsive materials nor comply the Court's order and stay on the specific legal issue in front of this Court. Defendants have been outrageously burdening this Court with frivolous filings since day one and continuing, constantly submitting false statements and irrelevant legal issues and cases in order to delay and continue harass the Plaintiff whose kindness has been unreasonably taken advantage of .

## V. REQUEST FOR RELIEF

1. Compel full responses within 24 hours.

2. Strike Defendants' April 22–23 filings which do not comply with the Court order nor federal civil rule procedures.

3. Order proper service.

4. Require accurate Certificates of Service.

5. Sanction Defendants' constantly bad faith and misrepresentation in front of this Court.

## VI. LEAVE TO FILE EXHIBITS AND WITNESS LIST BINDER

Plaintiff requests leave to file exhibits on Monday due to court closure and Defendants' intentional bad faith behaviors.

Respectfully submitted,

*/s/ Julie Robert*

Julie Robert, Plaintiff

5 Tsienneto Road, #177

Derry, NH 03038

Email: julierrobert@yahoo.com


### Certificate of Service

This motion is served on all parties via their email addresses in the court record.

*/s/ Julie Robert*

Julie Robert, Plaintiff

3