Exhibit II



**Thursday · Apr 23,** Adjust
**2026 · 4:27 PM**
IMG_5655



**Apple iPhone 16 Pro**
Main Camera — 24 mm f/1.78
24 MP · 4284 × 5712 · 2.6 MB



**Thursday · Apr 23,** Adjust
**2026 · 4:27 PM**
IMG_5656

**Apple iPhone 16 Pro**
Main Camera — 24 mm f1.78
24 MP  6712 × 4284  2.6 MB

  



Thursday · Apr 23,   Adjust
2026 · 4:27 PM
IMG_5657

**Apple iPhone 16 Pro**



🔍 hours of feder

AI Mode   **All**   Images   Forums

📍 **Cleveland, OH** ⋮

Choose area

✦ **AI Overview**    +6 ⋮

The Carl B. Stokes Federal United States Courthouse in Cleveland, OH, operates Monday through Friday, 8:30 a.m. to 5:00 p.m. for general