# Exhibit Table of Contents and Translations (Exhibits A–D)

### Exhibit A – Purchase Agreement
Summary: Agreement dated May 8, 2020 between Jiling Guangmin Medicine Manufacture Co., Ltd. and Zhejiang Free Trade Zone Jupiter Industrial Co., Ltd.
Content: Purchase of 1,000,000 medical masks and 1,000,000 KN95 masks.
Total Value: RMB 8,250,000.
Significance: Demonstrates ownership, commercial nature, and high value of goods.

### Exhibit B – Joint Declaration of Exporter and Importer
Summary: Declaration dated May 13, 2020 confirming product compliance and export to the United States.
Content: Identifies KN95 masks, quantity, applicable standards (GB2626-2006), and parties.
Significance: Contains official company seals and confirms authenticity and international export.

### Exhibit C – Air Freight Settlement Agreement
Summary: Agreement dated May 15, 2020 between Jupiter Global Resources LLC and logistics company.
Content: Shipment of mask inventory from Beijing to Detroit, Michigan.
Includes tracking numbers, quantities, and freight cost.
Significance: Confirms physical shipment of goods to the United States.



3:37 5G 90

airfreightcontract.pdf

空运货物票结协议

甲方：JUPITER GLOBAL RESOURCES LLC

乙方：[illegible]国际物流有限公司[illegible]分公司

本协议[illegible]甲方（委托人）与乙方（承运人）共同[illegible]，[illegible]

[illegible]

一 [illegible]方式：FOB

二 [illegible]

三 [illegible]

四 [illegible]

1）单号：016-23071764 件毛尺：5 箱 [illegible] 15000 只

2）单号：016-23071775 件毛尺：5 箱 宁波一次性 KN95 5000 只

五、运输方式：空运

六、[illegible]：RMB27580.04，[illegible] 7.08 [illegible] US$ 3895.49

七 [illegible]

八 [illegible]

[illegible]

九. 甲方[illegible] 2 个工作日内[illegible]支付给乙方

十. 甲方支付[illegible]，乙方[illegible]

产生的费用$3995.49 [illegible] ¥ 27580.04 [illegible]。

十一 协议的修改和补充

[illegible]

[illegible]，本协议自双方签字之日起生效。

十二 [illegible]，同具法律效力。

甲方 [illegible] 日期 [illegible] 年 [illegible] 月 [illegible] 日

乙方 日期 年 月 日

