**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff Julie Robert's Renewed Motion to Compel, Strike Defective Service, for Sanctions and Leave for Exhibit and Witness Binder (ECF No. 61) is **DENIED**.

    **IT IS SO ORDERED.**

Date: April 27, 2026

*s/Charles E. Fleming*

**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**