# EXHIBIT I

DESTROYED PROPERTY AND DISABLED DROP BOX FOR UNIT 218



Fri, Dec 19 at 12:45 AM

Hello Julia, I have created 2 albums, one for Unit 218 and the other for unit 119.  More photos will be added to the unit 119 album when we go  baclk to climate controlled.



























