# EXHIBIT II

MESSAGE FROM NEIGHTBOUR ABOUT BROWN'S AND MCCALL'S LIES TO

JON



2:15 ⬩ ⬩⬩ 5G

‹ 860  E  ⬚◁

Thu, E141... › 6 AM

Did they come back yesterday because they told Level their truck was broken n parked on drive-way

For whatever rea-son, they are lying to you. Making you think they are still in your house when they are

+ t! iMessage u, ⬩

I'd brake one if the



2:16 ⌁  .ıll 5G ⬤

‹ 860   E   ◻◁

E141... ›

For whatever reason, they are lying to you. Making you think they are still in your house when they are not! If I were you, I'd brake one if the windows and go in MY HOUSE and change all of the locks! They are not there now and have not been there

+  iMessage  🎤

Thank you so



Yes. All of the lights are still on. And if anyone was inside the house they could come out the front, duh! For whatever reason he's giving you a bunch of BS!

The front storm door is locked in-

in n out from back







 860

 E141...



Hi! I'm [xxxx]. How are you? Are you saying that all of that stuff that's in the driveway is what they took? And they brought back sometime throughout the night? 🤦 CRAZY!!! Don't



hate seeing good people being taken advantage of.

Yeah

That's just crazy!!!! A then they leave it in the front so that anyone could come by and take whatever they want! SMH!