# EXHIBIT IV

DEFENDANT BROWN'S MESSAGE TO CURSE MAYOR

( will be submitted during hearing )