# EXHIBIT V

DEFENDANTS' HARRASSING AND INSULTING MESSAGES TO PLAINTIFF

( will be submitted during hearing)

15