FILED

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

Julie Robert
Plaintiff,
v
Debra Brown, et al.
Defendants.

Case No.: 1:26-cv-103
Judge: Fleming

**EMERGENCY MOTION FOR ORDER REQUIRING RETURN OF PROPERTY**

**AT NEUTRAL LOCATION WITH LAW ENFORCEMENT PRESENCE**

Plaintiff Julie Robert respectfully moves this Court for an order requiring Defendants

Debra Brown and Phil McCall to return Plaintiff's property at a neutral location with law

enforcement presence.

**I. RELIEF REQUESTED**

1. Plaintiff requests that the Court order Defendants to:

2. Return all property belonging to Plaintiff in their possession, custody, or control;

3. Appear at the Garfield Heights Police Department within seven (7) days of the Court's

Order;

4. Complete the transfer in the presence of law enforcement;

6. Provide a written inventory of all items that are in their possession;

7. Identify under oath the locations of the items that are no longer in their possession.

**II. BASIS FOR RELIEF**

Defendants previously asked the Court permission to deposit Plaintiff's property with the

Court trying to shift their liability to the Court after the Court denied their two frivolous

motions for sanction, their request was denied by the Court on April 17, 2026. The

motion demonstrated possession or control at the relevant time. Despite this, the property

1

has not been returned.

On Feb 7, 2026 Defendants texted Mayor Burke that they had Plaintiff's property and promised Mayor to return but they did not do what they promised to Mayor Burke. They dumped a few broken items on the drive way of 5492 E 141, Maple Ht, OH in middle of night. The items that are still in Defendants' control as today April 28th, 2026 are as the following: 1. 20 boxes of international shipment of the following merchandise: FDA approved medical graded masks, protective suits, shoe covers, FDA approved adult and children masks, FDA approved handheld infrared thermometers and wall mounted thermometers, robotic vacuums, patented hats to grow hair, dry and sanitizing boxes, medicine to treat covid and AID, variety of organic teas, adult fashion shocks, adult and children shocks, total valued $500,000.00 2. Green Marble table, Antique Stand with Stature, Red antique style refrigerator total value around $3000 3. The following brand-new furniture: one garden table, two garden chairs, three wood bar tables, nine wood bar table chairs, eight special lights for therapy rooms, therapy rooms decoration, 4 large boxes of Christmas and Thanks Giving decorations, one marble bar table and two leather bar chairs, gold round table, sleep couch, two computer monitors, one computer tower, total value at least $10,000.00 5. Bags of tools, total value at least $10,000.00 6. One commercial vacuum 7. One Commercial Glass Display 8. Brand New Microwave, Blender, Coffee Maker, Dishes, Slow Cooker, etc total value $600. 9. Business and personal files. Value: Irreplaceable. Please see Exhibit I

The items Defendants intentionally destroyed, and the item Defendants broke and brought back are: 15 century museum quality executive desk, bookshelf, buffet table, entertainment center with heater, entertainment center without heater, one computer

tower, one commercial vacuum, one marble bar table, one brand new reception desk.

Total value lost: $47000.00. Please see Exhibit II

## III. CONCLUSION

Plaintiff respectfully requests that the Court grant this motion and order the return of property under the conditions described above.

Respectfully submitted,

/s/ Julie Robert

Julie Robert, Plaintiff

5 Tsienneto Road, #177

Derry, NH 03038

Email: julierrobert@yahoo.com

<u>CERTIFICATE OF SERVICE</u>

This motion is served on all parties in person during April 29, 2026 injunction hearing.

/s/ Julie Robert

Julie Robert, Plaintiff