# EXHIBIT I

**Items Defendant Brown and McCall still have in possession on April 28th, 2026**

*Zhejiang Free Trade Zone Jupiter Industrial Co. Ltd*

*Ste 1501-315, Putuo Commercial Building, Putuo District,*

*City of Zhoushan, Zhejiang Province*

# LETTER OF CERTIFICATION

Date: March 15, 2026

To Whom it may concern,

This is to certify that the 20 international shipping boxes in unit 218, Cube Smart, 5440 S Marginal Street, Cleveland, OH are the merchandise Julie Robert purchased for Sara Mellott Real Estate Dev LLC and Jupiter Global Resources LLC from manufactures in China, Mr Liu, our representative obtained and shipped to Julie Robert from China.

Sincerely,

Qin Wang

Manager
**Zhejiang Free Trade Zone Jupiter Industrial Co. Ltd
Ste 1501-315, Putuo Commercial Building, Putuo District,
City of Zhoushan, Zhejiang Province**

## PURCHASE AGREEMENT (Procurement Contract)

Contract Date: May 8, 2020

Contract Number: (not filled)

**Seller:**

Jiling Guangmin Medicine Manufacture Co., Ltd.

Address:

Gonglichu, 252 Shengdao, Hexian County,

Jiling City, Shandong Province, China

Telephone: 05037-6660399

**Buyer:**

Zhejiang Free Trade Zone Jupiter Industrial Co., Ltd.

Address:

Room 1501–315, Putuo Commerce Building,

No. 66 Haizhou Road, Putuo District, Zhoushan City, Zhejiang Province, China

Telephone: 15586676656

**1. Product Name, Quantity, and Price**

| No. | Product | Unit | Quantity | Unit Price (RMB) | Total (RMB) |
|---|---|---|---|---|---|
| 1 | Disposable White Single-Pack Medical 3-ply Face Mask (3000 pcs/case) | piece | 1,000,000 | 1.65 | 1,650,000 |
| 2 | Disposable Single Packed Non-Medical KN95 Mask (1000 pcs/case) | | | | |

Total Amount: ¥8,250,000 RMB

**2. Payment Method**

* 100% prepayment for samples.

* Shipment will be made upon receipt of payment.

* For future shipments, payment is based on the actual quantity picked up each time.

* Payment and pickup occur simultaneously.

### 3. Transportation / Logistics
* Departure Port: Beijing, China
* Arrival Port: Detroit, Michigan, USA
* The seller is responsible for transportation costs within China (from factory to Beijing port).

### 4. Delivery Address

* To be provided prior to shipment.

### 5. Delivery Date

* May 9, 2020

### 6. Packaging Requirements

* Packaging must meet standards for ocean freight or air freight.

* Product model/number must be labeled on the outer box.

### 7. Product Requirements

* Must meet factory quality inspection standards.

* Must comply with Chinese customs and U.S. customs requirements.

* Must meet export quality standards for both China and the United States.

*If the goods fail customs clearance in China or the U.S., the manufacturer (seller) bears all losses and costs incurred by the buyer.

### 采 购 合 同
### PURCHASE AGREEMENT

签订日期Contract Date：2020-5-8　　　　　　　合同编号Contract Number：

卖方Seller：济宁光明制药有限公司　　　　买方Buyer：浙江自贸区朱
　　　　　　　　　　　　　　　　　　　　彼特实业有限公司

Jining Guangmin Medicine Manufacture Co., Ltd　　Zhejiang Free Trade
　　　　　　　　　　　　　　　　　　　　Zone Jupiter Industrial Co., Ltd

地址Address：山东省济宁市嘉祥县252省道33公里处　　地址Address：浙江
省舟山市普陀区东港街道沙田街

Conghehu,252 Shengdao, Jiaxian County,　　66号普陀商务大厦1501-315

City of Jining, Shangdong Province　　　　room 1501-315, Putuo
　　　　　　　　　　　　　　　　　　　　, Commerce Building

Putuo Dist. City of Zhoushan, Zhejiang 66

　　　　　　　　　　　　　　　　　　　　Province

电话Telephone：05037-6660399　　　　电话Telephone：
　　　　　　　　　　　　　　　　　　15157990678

传真　　　　　　　　　　　　　　　　　传真

### 一、产品名称、数量、价格Product Name, Quantity and Price：

| 序号 | 商品名称（注册证/备案凭证号）Name/Registration Code on FDA | 型号Specification | 单位Unit | 数量Quantity | 单价（美元）USD price | 金额（美元Dollar Chinese Currency (yuan)） |
|---|---|---|---|---|---|---|
| 1 | 一次性白色单片装非医用口罩 Disposable White Single Packed Non Medical Ugly Face Mask (1000units/case) | 只 | 只 | 1000000 | 1.65 | 1650000.00 |
| 2 | 单片装非医用L95口罩 Disposable Single Packed Non Medical L95 (1000units/case) | 只 | 只 | 1000000 | 6.80 | 6800000.00 |
|  |  |  |  |  | 合计Total | 8200000.00 |

### 二、付款方式Payment Method：样品100%预付，款到发货，正式发货，按每次收货量付款，每次提多少货按实际提货量付款，付款提货同时进行，100%. prepay for the samples, The products should be delivered when the payment is sent, in the future, the payment amount is equivalent to how many products are picked up at that moment.

### 三、运输物流Transportation Logistics：货品出发地北京，到达地美国密歇根州底特律，卖方承担国内运费 The Departure Port is Beijing, China. The Arrival Port is Detroit, MI, USA. The Seller is responsible for the transportation cost from the manufacture to the Departure Port in Beijing, China

### 四、交货地点Delivery Address：具体地址发货前通知To be notified prior to delivery

### 五、交货日期Delivery date：2020-5-9

### 六、包装要求Package Requirements：符合长途海运、航空的厂方标准包装箱，外箱唛签注明型号The box must meet the requirements of Ocean Freight and Air Freight requirements. Outside the box, the product number must be listed.

### 七、产品要求Product Requirements：符合厂方出厂验收标准，以及海外验收标准，卖方同意按买方要求生产和包装The products must meet the requirements of the manufacture quality control standard, the quality control standard of the China custom and US custom and all the customs requirements of China and US so the products can be cleared at China custom and US customs. If it can not be cleared either at China custom or US custom or both customs, the manufacture is responsible for all the loss and cost the buyer suffers and may suffer.

# 空运货物票结协议

甲方： JUPITER GLOBAL RESOURCES LLC

乙方： 海程邦达国际物流有限公司烟台分公司

本协议由甲方（委托人），乙方（承运人）共同达成，即甲方同意将下述货物由乙方按照规定条款从装运港运到目的港。

一． 贸易方式： FOB

二． 起运港--目的地： 中国北京—美国底特律

三． 货物名称： 口罩

四． 货物信息：
1) 单号： 016-23071764 件重尺： 6 箱， 济宁一次性 15000 只
2) 单号： 016-23071775 件重尺： 5 箱， 宁波一次性 KN95 5000 只

五． 运输方式： 空运

六． 空运费报价： RMB27580.04， 按汇率 7.08 折美金是 US$ 3895.49

七． 收发货人及通知人信息见箱单发单

八． 乙方应按甲方委托完成报关，操作等事宜。尽全力保证货物按时到达

除不可抗因素外，如乙方有故意拖延时间的情况出现，甲方可向乙方提出索赔。

九． 甲方需在货物送达出口指定仓库后 2 个工作日内将运输产生的费用支付给乙方。

十． 甲方支付运输费用后，如果货物未能按预定航班出运，乙方应退还甲方运费已实际

产生的费用$3895.49 美金或￥27580.04 实报实销。

十一． 协议的修改和补充

对本协议的修改和补充应采用书面形式，并得到双方的书面确认。修改和补充从双方书面确认之后之日起生效。本协议自双方盖章之日起生效。

十二． 本协议以传镇或扫描形式签订确认，同具法律效力。

甲方　　　　　　　　　　　　　　　日期： 2020 年 5 月 15 日

乙方　　　　　　　　　　　　　　　日期：　　　年　　　月　　　日

# 出口方和进口方共同声明
## Joint Declaration of the Exporter and the Importer

| 产品名称<br>（含规格、型号）<br>Product Name<br>(including specifications<br>and model) | 产品数量<br>Product<br>Quantity | 中国质量标准名称或<br>国外质量标准名称<br>The Name of Quality<br>Standards of China or<br>the Foreign Country | 进口国（地区）<br>Importing<br>Country/Region | 生产厂商<br>Producer |
|---|---|---|---|---|
| 一次性防护口罩（非医用）<br><br>KN95 | 5000 个 | GB2626-2006 | 美国 USA | 晋江森帝服饰有限公司 |

出口方和进口方确认上述产品符合 √中国质量标准/ □国外质量标准（请勾选），且符合双方协议确定的产品质量标准。进口方保证协议确定的产品质量标准符合进口国（地区）对该产品的质量标准要求，并确认接受上述产品的质量标准。

The exporter and the importer hereby confirm that the above products are compliant with the __√ quality standards of China/__ □ quality standards of foreign country (please tick the box) and the quality standards stipulated in the agreement between the parties. The importer shall guarantee the product quality standards stipulated by the agreement are compliant with the quality requirements of the importing country/region, and shall confirm it has accepted the quality standards of the above products.

进口方承诺严格依照协议不将所购口罩用于医用用途，并提示第三方不可用于医用用途，如因进口方或第三方使用、维护、保管不当造成损失的，出口方、生产厂商不承担责任。

The importer shall commit to strictly abide by the agreement and not use the face masks it purchases for medical purposes and to warn any third party against using the face masks for medical purposes. The exporter or the producer is not liable for any losses caused by the inappropriate use, maintenance or keeping of the face masks by the importer or any third party.

本声明一式两份，双方各执一份。

This declaration is made in duplicate, one original for each party.

特此声明。



出口方（盖章）
Exporter (Seal)
2020 年 05 月 13 日
Day/Month/Year



进口方（签字）
Importer (Signature)
　年　　月　　日
Day/Month/Year

## Translation of Chat Messages (Between Mr. Liu, ZheJiang Free Zone Jupiter Industrial Dev LLC and Julie Robert)

### Shipment & Customs
Mr. Liu, the Chaomei masks cleared U.S. customs yesterday with no duties.
They have been handed over to UPS for delivery. Due to the current uncertain situation, delivery time is unclear.
UPS tracking number: 1Z619FA90322109132

### Shipping Price Reference
Sea freight:
1. Kuwait (45 ft): $2,000 + 2,580 RMB port fees
2. Lima (45 ft): $2,100 + 2,580 RMB port fees
Delivery Timing
In the next few days, around the 5th.
It's in New York now.

### Product Shipment
Two types of children's masks (2 boxes each) have been shipped. You should receive them within one week.

### Customs Concern
The U.S. customs broker introduced is a new company (~2 months old), license not found online.
We hired an experienced U.S. customs company instead.
Both the Chinese company and their U.S. partner are not honest.

### Production Capacity
Jining: 500,000/day
KN95: 200,000/day
Chaomei: 300,000/day
Surgical gowns: 50k–100k/day
Isolation gowns: 50k–100k/day
Surgical masks: up to 500k/day

### Pricing
Isolation gowns: $38 each (30/box)
Surgical gowns: $23 each (50/box)
Total: $2,290
Total combined:$ 5,944

### Statements
Did you receive the goods?
Good that you received them. We won't use them again.
Masks sold in U.S. for $5

### Packaging Details
KN95: 1,000 per box Disposable (individually packed): 3,000 per box
Shipping based on both volume and weight.









• • •

AT&T LTE      9:20 AM      26% 🔋
🔒 item.m.jd.com



防脱控油

健发新生

京东极速达

▶ 00'44"

**¥2299.00**                          同价领取  收藏

一站式囤生活好物

可思美CosBeauty激光生发仪生发帽防脱
控油神器增发仪头盔81束激光灯

【我国超2.5亿人受脱发困扰】【12月3日秒杀价1999元, once
1599元6件礼。京东仓专配发货】【12期免息, 90... 查看>

🚌 店铺   💬 客服   🛒 购物车   加入购物车   立即购买







## :)wayfair

Find anything home...

/ Reception Desks & Suites / SKU: W100680990

### As Pic Wood Reception Desk

By Ebern Designs

4.7 ⭐⭐⭐⭐⭐ 33 Reviews




wayfair.com ↻

**FIRLZY**

**FIRLZY**
**Visit the Store**

4.6 ★★★★½ (22)

Oversized 60" Chaise Lounge Chair with Adjustable Backrest, Solid Wood Frame Corduroy Upholstery, Cup Holder USB & Type-C Port, 2 Pillows Sleeper Couch Deep Seat for Living Room, Bedroom, White








