# EXHIIBT II

**Items Defendants Brown and McCall intentionally destroyed, broken and brought back after broken**

# REPORT REGARDING DAMAGFED 16-18 CENTURY MUSEUM QUALITY ANTIQUE DESK

Back to August of 2021 I sold a Mahogany Stained Antique Desk to Julia Rielinger and delivered it to 2164 Rockwell Ave, Cleveland, OH 44114, the desk arrived in excellent used condition. This desk has a provenance dating to the early 1800s. But could be much older. It was made in Germany for a family and kept in the family for many generations. It was a rare museum quality work with special curved art work and it is irreplaceable. After doing recent research I found comparable antique desks valued at $36000. I was told it was transported and stored in non-climate control unit 218 in Cube Smart, 5440 S Marginal, Cleveland, OH 44114 on Nov 13, 2025 and the unit was transferred to Debra Brown's name by Dave Thompson on Dec 13, 2025, I was also told that it stayed in the unit 218 till Jan 13, 2026 when Phil Mccall removed it out of unit 218 and left in backyard of 5492 E 141 Street, Maple Hts, OH 44137, It was found covered with two feet or more snow on Feb 6th, 2026. I believe it has been severely damaged and has lost most of its value after I went to the property in Maple Hts, OH 44137 on Feb 6th, 2026, reviewed and examined this rare antique executive desk covered by snow in this severe rough sometimes below zero weather, I saw some wood cracking which was not there before.

2-7-26

Robert A Kirwin





















