MINUTES OF PROCEEDINGS

HONORABLE  Charles E. Fleming

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

Julie Robert

vs.

Debra Brown et al.

Date: 4/29/2026
Case No.:  1:26cv103
Court Reporter: George Staiduhar
ECRO:
INTERPRETER:

Counsel for Plaintiff:  Pro Se

Counsel for Defendant:  Brown and McCall – Pro Se; Adam Mintz and John Rubis for Defendant CubeSmart, L.P.

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing

- [ ] Telephonic Status/Pretrial Conference
- [x] Motion Hearing
- [ ] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [ ] Plaintiff(s) opening statements | [ ] Defendant(s) opening statements | |
| [ ] Evidence began; continued | [ ] Evidence continued | [x] Evidence concluded |
| [ ] Plaintiffs case begun | [ ] Plaintiffs case continued; not concluded | [ ] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued ;not concluded | [ ] Concluded |
| [ ] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [ ] Exhibits Located:_____ | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:

Comments:      Plaintiff's Exhibits A, B, C, D, and F admitted – no objections.  Exhibit E denied admission.
Defendants' Exhibits 5 and 6 admitted; Plaintiff's objections overruled.
No post-hearing briefing scheduled.  Matter taken under advisement.

s/ Andrew Rivera

Time: 3.25 hours

Courtroom Deputy Clerk