**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER DENYING ECF NO. 65** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Before the Court is Plaintiff Julie Robert's Emergency Motion for Order Requiring Return of Property at Neutral Location with Law Enforcement Presence ("Motion") (ECF No. 65). Plaintiff cites no statute, law, rule, or other legal authority as a basis for the Motion or to support her request.  Moreover, the Court finds no legal basis or authority for granting the Motion, particularly at this stage of the proceeding.  Accordingly, the Motion is **DENIED**.

**IT IS SO ORDERED.**

Date: May 15, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**