**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On April 23, 2026, Defendants Debra Brown and Phil McCall ("Defendants") filed a motion to dismiss Count I of the complaint.  (ECF No. 58).  Pursuant to Local Rule 7.1(d), "each party opposing a motion must serve and file a memorandum in opposition within thirty (30) days after service of any dispositive motion . . . .  If a party opposing a motion was served with the motion under Fed. R. Civ. P. 5(b)(2)(C) [mail], (D), or (F), three days shall be added to the prescribed period as provided in Fed. R. Civ. P. 6(d)."  The deadline has passed without Plaintiff Julie Robert having filed any opposition.  Under Fed. R. Civ. P. 6(b)(1)(B), the Court is permitted to extend deadlines, even after the time to act has expired, if there is good cause and the party failed to act because of excusable neglect.  "Whether excusable neglect exists, and whether a deadline should be extended, are decisions left to the discretion of the district court." *Rodriguez v. Hirshberg Acceptance Corp.*, 62 F.4th 270, 276 (6th Cir. 2023).

Accordingly, if Plaintiff intends to oppose the pending motion to dismiss, she is **ORDERED** to file a motion for an extension of time by June 8, 2026.  In the motion, Plaintiff must demonstrate both good cause for the extension and excusable neglect for her failure to file a timely opposition brief.  If Plaintiff fails to file a motion for an extension of time by the stated

deadline, the Court will dismiss this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) without further notice.  If Plaintiff files an extension motion, a failure to show good cause will result in a waiver of opposition to the pending motion to dismiss.

  **IT IS SO ORDERED.**

Date: June 1, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**