**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On April 23, 2026, Defendants Debra Brown and Phil McCall moved to dismiss Count I of the complaint.  (ECF No. 58).  Pursuant to Local Rule 7.1(d), "each party opposing a motion must serve and file a memorandum in opposition within thirty (30) days after service of any dispositive motion . . . .  If a party opposing a motion was served with the motion under Fed. R. Civ. P. 5(b)(2)(C) [mail], (D), or (F), three days shall be added to the prescribed period as provided in Fed. R. Civ. P. 6(d)."  That deadline passed without Plaintiff Julie Robert filing any opposition or response.  On June 1, 2026, the Court ordered Plaintiff to file a motion for an extension of time by June 8, 2026 and show good cause for her failure to a timely file an opposition brief.  (ECF No. 71).  The Court also warned Plaintiff that if she failed to file a motion for an extension of time by the stated deadline, the Court would dismiss this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) without further notice.  (*Id.*).

Once again, Plaintiff failed to comply with the Court's order, nor has she submitted any other filing.  This is not the first time Plaintiff has failed to comply with the deadlines and instructions of the Court.  As explained in the Court's March 3, 2026 Order Setting Plaintiff's Deadlines, Plaintiff missed several deadlines and failed to show good cause for those failures in

1

spite of the Court providing warnings of dismissal for her failure to comply.  (ECF No. 23, PageID #565–566).  At that time, the Court gave Plaintiff one more chance and a final warning about possible sanctions which could include dismissal for failure to prosecute.  (*Id.* at PageID #568).

Plaintiff has complained of issues with receiving notices of filings via mail, but the Court has explained several times (through orders and at the Preliminary Injunction Hearing) that she provided the Court with a mailing address (5 Tsienneto Road, #177, Derry, NH 03038) and it is her responsibility to provide the Court with a valid and current address.  (ECF 23, PageID #566–67).  Yet Plaintiff has not updated/corrected her mailing address, even after the Court notified her that it was receiving returned mail sent to the mailing address she provided.  Moreover, the Court instructed Plaintiff that it is her responsibility to monitor the Court's docket and noted that she had the ability to both monitor the docket and timely respond to the Court's orders, given that she has an active PACER account and personally filed many documents at the clerk's office located in the Carl B. Stokes United States Courthouse in Cleveland, Ohio..  (*Id.* at PageID #566–68).

Despite the Court's repeated warnings, instructions, and extended deadlines, Plaintiff continues to miss deadlines, continues to not comply with the Court's orders, and she has not updated her mailing address.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution, pursuant to Fed. R. Civ. P. 41(b).  All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: June 12, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

2