**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

For the reasons stated in the Order of Dismissal filed contemporaneously herewith, this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS SO ORDERED.**

Date: June 12, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**