**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIE ROBERT, | ) | CASE NO. 1:26-cv-103 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA BROWN, *et al.*, | ) | **ORDER SETTING RESPONSE** |
| | ) | **DEADLINES** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff Julie Brown has filed a Motion for Relief from Judgment and to Reopen Case pursuant to Fed. R. Civ. P. 60(b) ("Motion to Reopen").  (ECF No. 74).  Defendants shall file a response to the Motion to Reopen by close of business on July 15, 2026.  Plaintiff may file any reply in support of her Motion to Reopen by close of business on July 29, 2026.

**IT IS SO ORDERED.**

Date: June 24, 2026

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**