**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JULIE ROBERT, | ) CASE NO. 1:26-cv-00103 |
| | ) |
| Plaintiff, | ) JUDGE CHARLES ESQUE FLEMING |
| | ) |
| v. | ) |
| | ) |
| DEBRA BROWN, *et al.*, | ) **NOTICE OF APPEARANCE AND** |
| | ) **SUBSTITUTION OF COUNSEL FOR** |
| Defendants. | ) **DEFENDANT CUBESMART, L.P.** |
| | ) |

Notice is hereby given that Attorneys David J. Fagnilli and Adam J. Mintz, from the law firm of Marshall Dennehey, P.C., hereby enter their appearance and substitute for Attorney John A. Rubis as counsel for Defendant, CubeSmart, L.P.  All further notices, pleadings, or communications directed to Defendant, CubeSmart, L.P., should be sent to Attorneys David J. Fagnilli and Adam J. Mintz at the address listed below.  Attorney John A. Rubis withdraws his appearance on behalf of Defendant, CubeSmart, L.P., in this matter.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By:  */s/ David J. Fagnilli*
DAVID J. FAGNILLI  (#0032930)
ADAM J. MINTZ  (#0106292)
127 Public Square, Suite 3510
Cleveland, Ohio  44114
Phone:  216-912-3800
Fax:  216-344-9006
Email:  djfagnilli@mdwcg.com
Email:  ajmintz@mdwcg.com
*Counsel for Defendant, CubeSmart, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance and Substitution of Counsel for Defendant CubeSmart, L.P. has been filed electronically on this 8th day of July, 2026.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties not receiving service through the Court's electronic filing system will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

Julie Robert
5 Tsienneto Road, #177
Derry, New Hampshire  03038
*Email:  julierrobert@yahoo.com*
     Plaintiff, *Pro Se*

Debra Brown
10705 Grace Avenue
Garfield Heights, Ohio  44125
*Email:  debrabattles@msn.com*
     Defendant, *Pro Se*

Phil McCall
10705 Grace Avenue
Garfield Heights, Ohio  44125
*Email:  notjustanotherhedgehog@gmail.com*
     Defendant, *Pro Se*

MARSHALL DENNEHEY, P.C.

By:     */s/ David J. Fagnilli*
DAVID J. FAGNILLI  (#0032930)
ADAM J. MINTZ  (#0106292)
Email: djfagnilli@mdwcg.com
     ajmintz@mdwcg.com
*Counsel for Defendant, CubeSmart, L.P.*

2