UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED

JUL 10 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

| | | |
|---|---|---|
| JULIE ROBERT, Plaintiff, | ) | Case No. 1:26-cv-103 |
| v. | ) | Judge Charles E. Fleming |
| DEBRA BROWN, PHILIP MCCALL, | ) | |
| Defendants. | ) | |
| | ) | DEFENDANTS' OPPOSITION TO |
| | ) | PLAINTIFF'S MOTION FOR RELIEF |
| | | FROM JUDGMENT AND TO REOPEN |
| | | CASE (ECF NO. 74) |
| | ) | |

Defendants Debra Brown and Philip McCall, proceeding pro se, respectfully oppose Plaintiff's

Motion for Relief from Judgment and to Reopen Case (ECF No. 74). The Court dismissed this

action on June 12, 2026 (ECF No. 72; Judgment at ECF No. 73) for failure to prosecute under

Fed. R. Civ. P. 41(b). Plaintiff has not met any of the narrow grounds for relief under Rule 60(b).

**I. FACTUAL BACKGROUND**

On April 23, 2026, Defendants filed a Motion to Dismiss (ECF No. 58). Plaintiff appeared at the

April 29, 2026 hearing and therefore had actual notice of the pending motion. Plaintiff did not

file any response or request an extension.

On June 1, 2026, the Court issued an Order to Show Cause (ECF No. 71), directing Plaintiff to file a motion for extension of time by June 8, 2026 and warning that failure to comply would result in dismissal under Rule 41(b). Plaintiff filed nothing.

On June 12, 2026, the Court dismissed the case (ECF No. 72) and entered final judgment (ECF No. 73). Plaintiff filed her Motion to Reopen on June 23, 2026 (ECF No. 74).

## II. LEGAL ARGUMENT

### A. Plaintiff Fails to Establish "Excusable Neglect" Under Rule 60(b)(1)

Plaintiff argues she did not receive mailed court orders due to USPS issues. But Rule 60(b)(1) requires reasonable diligence, which Plaintiff did not exercise.

Plaintiff admits:

"Court mail was repeatedly returned… on March 5 and 10, 2026… and again on May 8, 2026." (ECF No. 74, pp. 3–4)

Despite knowing her address was unreliable, Plaintiff never:

- Provided an alternative address

- Requested electronic notice

- Filed a notice of delivery problems

- Sought a P.O. Box

- Filed anything between April 29 and June 23

Plaintiff also states:

2

"Plaintiff has paid Pacer multiple times and still cannot access the case status…" (ECF No. 74, p. 3)

Technical issues do not excuse failure to prosecute. Plaintiff had actual notice of the Motion to Dismiss (ECF No. 58) and still failed to act.

Notably, in Plaintiff's parallel case before Judge Calabrese (Case No. 1:26-cv-995), no court mail has ever been returned as undeliverable, despite Plaintiff using the exact same address she claims was unusable in this case. This inconsistency undermines Plaintiff's claim that USPS failures prevented her from receiving court orders.

## B. Plaintiff Fails to Meet the High Burden for Fraud Under Rule 60(b)(3)

Plaintiff accuses Defendants of "intentional misrepresentation" regarding service of filings. But Rule 60(b)(3) requires clear and convincing evidence.

Plaintiff admits:

"Plaintiff… lacks the funds to obtain the transcript." (ECF No. 74, p. 3)

Without the transcript, Plaintiff cannot substantiate her allegations. Bare accusations are insufficient to reopen a final judgment.

## C. The Court Already Exercised Its Discretion Under Rodriguez

The Sixth Circuit holds that excusable neglect determinations fall within the district court's broad discretion. *Rodriguez v. Hirshberg Acceptance Corp.*, 62 F.4th 270, 276 (6th Cir. 2023).

This Court already exercised that discretion by:

- Issuing an Order to Show Cause (ECF No. 71)

- Providing Plaintiff an extension to June 8

- Warning of dismissal

- Entering judgment only after Plaintiff ignored the deadline

Reopening the case now would undermine judicial finality and reward noncompliance.

## D. Plaintiff's Duplicative Litigation and Dual Identities Bar Relief

Plaintiff is simultaneously litigating the same dispute under two different names:

- **"Julie Robert"** in this case

- **"Julia Rielinger"** in Case No. 1:26-cv-995 (JPC)

Both filings list the same address:

"5 Tsienneto Road, #177, Derry, NH 03038." (ECF No. 74, p. 1; ECF No. 35-1, p. 1)

In her filing before Judge Calabrese, Plaintiff admits:

"The action before Judge Fleming… was filed for the purpose of obtaining emergency injunctive relief…" (ECF No. 35-1, p. 2)

And:

"Although certain factual circumstances may overlap…" (ECF No. 35-1, p. 2)

On June 24, 2026, Plaintiff attached her Motion to Reopen from this case as an exhibit in the Calabrese case (ECF No. 35-1), demonstrating intentional claim-splitting and parallel litigation under different identities.

Rule 60(b) relief is not available to rescue a party from the consequences of their own litigation strategy.

### E. Request for Prefiling Restriction

Defendants are **not** seeking sanctions at this time, consistent with the Court's April 1, 2026 Order denying Defendants' prior sanctions motion as premature (ECF No. 40). However, Defendants respectfully request narrowly tailored prospective relief to prevent further duplicative and harassing litigation.

The Sixth Circuit authorizes prefiling restrictions where a litigant repeatedly files duplicative or vexatious lawsuits. *Feathers v. Chevron U.S.A., Inc.*, 141 F.3d 264, 269 (6th Cir. 1998).

Given Plaintiff's pattern of:

- Claim-splitting

- Dual identities

- Parallel filings

- Repeated accusations without evidence

- Attempts to relitigate dismissed claims

Defendants respectfully request that the Court enter an order stating:

Plaintiff must obtain leave of Court before filing any future action against Defendants Debra Brown or Philip McCall in the Northern District of Ohio.

This relief is protective, narrowly tailored, and necessary to prevent further harassment and duplicative litigation.

## III. CONCLUSION

For all the reasons stated above, Defendants respectfully request that the Court:

1. **DENY** Plaintiff's Motion for Relief from Judgment and to Reopen Case (ECF No. 74);

2. **Sustain** the Court's June 12, 2026 Judgment Entry (ECF Nos. 72, 73); and

3. **Enter a prefiling restriction** requiring Plaintiff to obtain leave of Court before filing any future action against Defendants in this District.

Respectfully submitted,

**Debra Brown**

Defendant, Pro Se

22531 Seabrooke Avenue

Euclid, OH 44123

(216) 253-0863

debrabattles@msn.com

**Philip McCall**

Defendant, Pro Se

22531 Seabrooke Avenue

Euclid, OH 44123

(216) 253-1574

notjustanotherhedgehog@gmail.com

EXHIBIT LIST

Exhibit 31 – Order of Dismissal (ECF No. 72)

Court's June 12, 2026 Order dismissing the case under Fed. R. Civ. P. 41(b).

Exhibit 32 – Judgment Entry (ECF No. 73)

Court's June 12, 2026 Judgment Entry closing the case.

Exhibit 33– Plaintiff's Filing in Case No. 1:26-cv-995 (ECF No. 35-1)

Plaintiff's "Explanation Regarding Robert v. Brown (Fleming Action)" filed under the name Julia Rielinger, admitting overlap between the two cases and attaching filings from Case No. 1:26-cv-103.

Exhibit 34– Plaintiff's Motion for Relief from Judgment (ECF No. 74)

Plaintiff's June 23, 2026 motion asserting mail delivery failures, PACER issues, and accusations of misrepresentation.

Exhibit 35 – Order Denying Sanctions Motion (ECF No. 40)

Court's April 1, 2026 Order denying Defendants' prior sanctions motion as premature.

Exhibit 36– Affidavit of Debra Brown

Sworn affidavit addressing Plaintiff's notice, duplicative litigation, and inconsistencies regarding mail delivery.

Exhibit 37 – Affidavit of Philip McCall

7

Sworn affidavit addressing Plaintiff's notice, duplicative litigation, and inconsistencies regarding mail delivery.

Exhibit 38 – Docket Summary Showing No Returned Mail in Case No. 1:26-cv-995

One-page docket summary demonstrating that no mail was returned in Plaintiff's parallel case, despite her using the same address she claims was "unusable" in Case No. 1:26-cv-103.

8

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Opposition Brief was served via U.S.

First-Class Mail on this 10th day of July, 2026, upon:

**Julie Robert**

5 Tsienneto Road, #177

Derry, NH 03038

**Debra Brown**

Defendant, Pro Se

22531 Seabrooke Avenue

Euclid, OH 44123

(216) 253-0863

debrabattles@msn.com

**Philip McCall**

Defendant, Pro Se

22531 Seabrooke Avenue

Euclid, OH 44123

(216) 253-1574

notjustanotherhedgehog@gmail.com