UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO EASTERN DIVISION

DEFENDANT'S
EXHIBIT

38

EXHIBIT 38 – DOCKET SUMMARY FROM CASE NO. 1:26-cv-995 (JPC) SHOWING NO RETURNED MAIL FOR PLAINTIFF'S ADDRESS

The following docket summary is provided to demonstrate that no court mail has been returned as undeliverable in Plaintiff's parallel case, *Rielinger v. Cleveland Chinatown Development LLC, et al.*, Case No. 1:26-cv-995 (JPC), despite Plaintiff using the exact same address she claims was "unusable" in Case No. 1:26-cv-103.

Plaintiff's Address on File in Case No. 1:26-cv-995

Julia Rielinger 5 Tsienneto Road, #177 Derry, NH 03038 (ECF No. 1; ECF No. 35-1)

Docket Review Summary (Case No. 1:26-cv-995)

A review of the docket entries in Case No. 1:26-cv-995 shows:

- No entries indicating returned mail

- No USPS "undeliverable" notations

- No clerk's notices of failed delivery

- No docket text referencing mail delivery problems

- No motions filed by Plaintiff claiming mail issues in that case

This is in direct contrast to Plaintiff's claims in Case No. 1:26-cv-103, where she asserts repeated USPS failures prevented her from receiving court orders.

Relevance to Rule 60(b) Motion

Plaintiff's claim of "excusable neglect" based on alleged mail delivery failures is contradicted by the fact that:

- The same address was used in both cases

- Only one case shows alleged mail problems

- The other case shows *zero* returned mail

- Plaintiff continued litigating actively in Case No. 1:26-cv-995 during the same period she claims she could not monitor Case No. 1:26-cv-103

This inconsistency undermines Plaintiff's credibility and her Rule 60(b) argument.

Submitted by: Debra Brown, Defendant Pro Se  Philip McCall, Defendant Pro Se