UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

FILED

JUL 1 0 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

| | |
|---|---|
| Julie Robert, | ) JUDGE CHARLES E. FLEMING |
|     Plaintiff, | ) |
| | ) Case No. 1:26cv103 |
| v. | ) |
| | ) NOTICE OF CHANGE OF ADDRESS |
| Debra Brown, | ) |
|     Defendant Pro Se. | ) |

I, Debra Brown,  am the Defendant in the above-captioned matter, proceeding pro se. I am writing to notify the Court and all parties of record that my contact information has changed. Effective July 4, 2026, my current address and contact information are as follows:

**New Mailing Address:** 22531 Seabrooke Avenue, Euclid, OH 44123

**Phone Number:** (216) 253-0863

**Email Address:** debrabattles@msn.com

Respectfully submitted,

Debra Brown

Defendant, Pro

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Change of Address was served via U.S. First-Class Mail on this ____ day of _____, 2026, upon the Plaintiff at her record address: Julie Robert, 5 Tsienneto Road, #177, Derry, NH 03038 .

Debra Brown

Defendant, Pro Se