## EXHIBIT

### Photograph of Computer Tower and Property at Maple Heights Location

