## EXHIBIT LIST

Exhibit A — December 12, 2025 Cube Smart welcome email .

Exhibit B — Written communication demanding payment within approximately one hour and threatening disposal of Julie Robert's property.

Exhibit C — Photographs depicting property Jon recognizes as Julie Robert's being removed from 5492 E. 141st Street and loaded into a U-Haul truck.

Exhibit D — Photographs showing property subsequently returned and its damaged/broken condition in the snow.