# EXHIBIT A

# DEC 12, 2025 Cube Smart Welcome Email

← Back

# Welcome to CubeSmart!  🗀 Inbox

## Welcome to CubeSmart

Welcome to CubeSmart, your storage unit is prepped for your arrival, and you've been provided with your access code, unit number, and instructions on how to manage your account and contents.

Note

- Use the CubeSmart Mobile App to view and manage your account. here
- Manage your CubeSmart account online. here
- Contact Store Manager for any questions or assistance. ((216) 432-2122) (STORE0645@CUBESMART.COM)
- Access your storage unit using the provided access code.
- Register for a CubeSmart account to set up your payment method. here

✨ Summarized by Yahoo Scout          Was this message summary helpful?   👍  👎

**CubeSmart Storage**
To:  · Fri, Dec 12, 2025 at 6:42 PM ∨



Hello JON LIPTAK:

Welcome to your space. We're glad you are here. Your store managers have cleaned and prepped your storage unit for your arrival. First, here's some information to get you started!

This email is full of important and sensitive information that will help you manage your stay at CubeSmart. Please keep this email and its attachments accordingly. For your convenience, attached to this email is a copy of your signed rental agreement and a map of your storage facility highlighting the location of your storage unit, so you can easily find your way.

Access Code: 7366239                    Unit Number: 752

How to Access Your Storage Unit
If you have already completed your rental in person at the storage location, you're all set and no further action is needed. You can access your storage unit anytime during regular access hours.

If you used our contact-free SmartRental process to complete your rental online, please follow these instructions to access your storage unit for the first time:

1. Use your personal access code to enter the storage area. It will work at any access point on the property. This code is unique to you. Please do not share it.
   Your access code is: 7366239

*Smart tip: If you download the mobile app, you will have the  code when you need it and you won't have to remember it.*

2. Use the attached map and follow posted directional signs to find your storage unit.
   Your storage unit number is: 752

3. When you find your unit, it will be secured by a seal tag. Break away and remove this plastic tag. (Does not apply to outdoor parking spaces.)

4. Open your storage unit door to find your welcome kit inside. The welcome kit includes the lock which you purchased as part of the online rental process. This will be the permanent



lock that you use on your storage unit.

Manage Your Account Online

There are two ways you can manage your account online:

**CubeSmart Customer Center:** Manage your account online, set up AutoPay with your preferred payment method, and check unit details from your desktop or mobile device. To get started, simply click here and create your account. To register, you'll need:

Email Address: JULIARIELINGER@YAHOO.COM

Account Number: **5007716411**

**The CubeSmart Mobile App:** We recommend using the CubeSmart Mobile App so you can view and manage your account anywhere from the palm of your hand, including accessing your personal access code. Learn more here.

## Payment Options

We're happy to provide easy payment options to suit you:

- **Bank Account Payments for AutoPay:** The most convenient way to pay. Simply enter your bank information once and your payment will automatically pull from your account each month.
- **Other Payment Options:** You can pay with major credit cards, cash, or check in-store, by credit card via automated phone system, or with check or money order by mail. Please make all checks and money orders payable to: CubeSmart.

**Register online in Customer Center to set up your payment method.** If you have questions about payment, please contact your Store Manager.

Protecting Your Unit Contents

If you completed your rental using CubeSmart's online SmartRental process, you have been enrolled in a stored property insurance program or protection plan at an additional monthly cost. Under the terms of your rental agreement, you are required to maintain insurance coverage for the contents of your unit during the term of your rental and the insurance program or protection plan satisfies this requirement. Please contact your store manager if you would like to discuss other insurance or protection plan alternatives to satisfy these requirements. Remember, if it's worth storing, it's worth protecting!

Thank you for choosing us for your storage needs. If you have any questions during your move-in or if there is something we can do for you at any time during your stay with us, please call (216) 432-2122 or visit us during office hours. We're here to be of service to you and we look forward to seeing you on the property!

Your Facility

5440 S Marginal Rd, Cleveland, OH 44114
(216) 432-2122
STORE0645@CUBESMART.COM



**Office Hours**

| | |
|---|---|
| Sunday | Closed |
| Monday | 09:30 AM - 06:00 PM |
| Tuesday | Closed |
| Wednesday | 09:30 AM - 06:00 PM |
| Thursday | 09:30 AM - 06:00 PM |
| Friday | 09:30 AM - 06:00 PM |
| Saturday | 08:30 AM - 05:00 PM |

**Gate Hours**

| | |
|---|---|
| Sunday | 06:00 AM - 10:00 PM |
| Monday | 06:00 AM - 10:00 PM |
| Tuesday | 06:00 AM - 10:00 PM |
| Wednesday | 06:00 AM - 10:00 PM |
| Thursday | 06:00 AM - 10:00 PM |
| Friday | 06:00 AM - 10:00 PM |
| Saturday | 06:00 AM - 10:00 PM |

# Welcome to CubeSmart! 📎 ☐ Inbox

## Welcome to CubeSmart

Welcome to CubeSmart, your storage unit is prepped and ready for your arrival, with access code 7366239 and unit number 736; manage your account online and ensure your unit contents are insured.

Note

- Contact your store manager for any questions or insurance concerns. ((216) 432-2122) (STORE0645@CUBESMART.COM)
- Register for an online CubeSmart account if you haven't already done so. here
- Manage your CubeSmart account online. here
- Access your storage unit using the provided access code.

✨ **Summarized by Yahoo Scout**        Was this message summary helpful?  👍 👎

 **CubeSmart Storage**
To:  · Fri, Dec 12, 2025 at 6:29 PM ⌄


## self storage

Hello JON LIPTAK:

Welcome to your space. We're glad you are here. Your store managers have cleaned and prepped your storage unit for your arrival. First, here's some information to get you started!

This email is full of important and sensitive information that will help you manage your stay at CubeSmart. Please keep this email and its attachments accordingly. For your convenience, attached to this email is a copy of your signed rental agreement and a map of your storage facility highlighting the location of your storage unit, so you can easily find your way.

**Access Code: 7366239**                **Unit Number: 736**

**How to Access Your Storage Unit**
If you have already completed your rental in person at the storage location, you're all set and no further action is needed. You can access your storage unit anytime during regular access hours.

If you used our contact-free SmartRental process to complete your rental online, please follow these instructions to access your storage unit for the first time:

1. Use your personal access code to enter the storage area. It will work at any access point on the property. This code is unique to you. Please do not share it.
   Your access code is: 7366239

*Smart tip: If you download the mobile app, you will have the code when you need it and you won't have to remember it.*

2. Use the attached map and follow posted directional signs to find your storage unit.
   Your storage unit number is: 736
3. When you find your unit, it will be secured by a seal tag. Break away and remove this plastic tag. (Does not apply to outdoor parking spaces.)
4. Open your storage unit door to find your welcome kit inside. The welcome kit includes the lock which you purchased as part of the online rental process. This will be the permanent lock that you use on your storage unit.

There are two ways you can manage your account online:

**CubeSmart Customer Center:** Manage your account online, set up AutoPay with your preferred payment method, and check unit details from your desktop or mobile device. To get started, simply click here and create your account. To register, you'll need:

Email Address: JULIARIELINGER@YAHOO.COM

Account Number: **5007716411**

**The CubeSmart Mobile App:** We recommend using the CubeSmart Mobile App so you can view and manage your account anywhere from the palm of your hand, including accessing your personal access code. Learn more here.

**Payment Options**

We're happy to provide easy payment options to suit you:

- **Bank Account Payments for AutoPay:** The most convenient way to pay. Simply enter your bank information once and your payment will automatically pull from your account each month.
- **Other Payment Options:** You can pay with major credit cards, cash, or check in-store, by credit card via automated phone system, or with check or money order by mail. Please make all checks and money orders payable to: CubeSmart.

**Register online in Customer Center to set up your payment method.** If you have questions about payment, please contact your Store Manager.

**Protecting Your Unit Contents**
If you completed your rental using CubeSmart's online SmartRental process, you have been enrolled in a stored property insurance program or protection plan at an additional monthly cost. Under the terms of your rental agreement, you are required to maintain insurance coverage for the contents of your unit during the term of your rental and the insurance program or protection plan satisfies this requirement. Please contact your store manager if you would like to discuss other insurance or protection plan alternatives to satisfy these requirements. Remember, if it's worth storing, it's worth protecting!

Thank you for choosing us for your storage needs. If you have any questions during your move-in or if there is something we can do for you at any time during your stay with us, please call (216) 432-2122 or visit us during office hours. We're here to be of service to you and we look forward to seeing you on the property!

**Your Facility**

5440 S Marginal Rd, Cleveland, OH 44114
(216) 432-2122
STORE0645@CUBESMART.COM



**Office Hours**

| | |
|---|---|
| Sunday | Closed |
| Monday | 09:30 AM - 06:00 PM |
| Tuesday | Closed |
| Wednesday | 09:30 AM - 06:00 PM |
| Thursday | 09:30 AM - 06:00 PM |
| Friday | 09:30 AM - 06:00 PM |
| Saturday | 08:30 AM - 05:00 PM |

**Gate Hours**

| | |
|---|---|
| Sunday | 06:00 AM - 10:00 PM |
| Monday | 06:00 AM - 10:00 PM |
| Tuesday | 06:00 AM - 10:00 PM |
| Wednesday | 06:00 AM - 10:00 PM |
| Thursday | 06:00 AM - 10:00 PM |
| Friday | 06:00 AM - 10:00 PM |
| Saturday | 06:00 AM - 10:00 PM |

CubeSmart Customer Care Team