# EXHIBIT B

# Ransom Note

Phil McCall has been sending racist harassing messages to Julie all day and calling at night

**Jon**

Julie has to block him. Then he sent this blackmail threat message to ransom calls the property stolen. Us there and the property she stole from us, threat us and demand the money they are not entitled to.

## simple. We deal like an hour Is sufficient time for her to pay. Beyond that we will begin throw-ing the property in 218 in the garbage. Be-cause we own

They blackmail us with the $500k worth

— property they stole from us

— Message fr Phil Mccall to Jon

it Period




Jon

I picked up some
rent money for
Julia today she
wants me to
meet you at
CubeSmart and
sign for unit and I
will Zelle you
700 right there

*— Messag from Jon to Ph.*