# EXHIBIT C

# Picture of Stolen Items Moved to Uhaul and Message from the Neighbour



# Jon

-

## down here to defend if needed and that we emptied the unit. We are actually

Message from
Phil McCall to
J. Listak



Jon

Hear that Jon. Her things are sitting here in the house. We

**Sunday 5:34 PM**



FYI...

Those are stuff they stole from us, are they loading to the house or they take out of the house?

Took out

The truck was in the driveway running at 4:30am. I went back to sleep and woke up at 7am ish and it was gone.

Thank you

Tuesday 7:39 AM

Jan 20, 2026