# EXHIBIT D

# Broken Item Left on the Driveway and in Two Feet Snow

 **From Me**



# REPORT REGARDING DAMAGFED 16-18 CENTURY MUSEUM QUALITY ANTIQUE DESK

Back to August of 2021 I sold a Mahogany Stained Antique Desk to Julia Rielinger and delivered it to 2164 Rockwell Ave, Cleveland, OH 44114, the desk arrived in excellent used condition. This desk has a provenance dating to the early 1800s. But could be much older. It was made in Germany for a family and kept in the family for many generations. It was a rare museum quality work with special curved art work and it is irreplaceable. After doing recent research I found comparable antique desks valued at $36000. I was told it was transported and stored in non-climate control unit 218 in Cube Smart, 5440 S Marginal, Cleveland, OH 44114 on Nov 13, 2025 and the unit was transferred to Debra Brown's name by Dave Thompson on Dec 13, 2025, I was also told that it stayed in the unit 218 till Jan 13, 2026 when Phil Mccall removed it out of unit 218 and left in backyard of 5492 E 141 Street, Maple Hts, OH 44137, It was found covered with two feet or more snow on Feb 6th, 2026. I believe it has been severely damaged and has lost most of its value after I went to the property in Maple Hts, OH 44137 on Feb 6th, 2026, reviewed and examined this rare antique executive desk covered by snow in this severe rough sometimes below zero weather, I saw some wood cracking which was not there before.

_Robert C Kirwin_

2-7-26

Robert A Kirwin










Hi! I'm good. How are you? Are you saying that all of that stuff that's in the driveway is what they took? And they brought back sometime throughout the night? 🤦‍♀️ CRAZY!!! Don't worry about giv-

the driveway is what they took? And they brought back sometime throughout the night? 🙍‍♀️ CRAZY!!! Don't











Yes. All of the lights are still on. And if anyone was inside the house they could come out the front, duh! For whatever reason he's giving you a bunch of BS!

The front storm




For whatever reason, they are lying to you. Making you think they are still in your house when they are not! If I were you,